# OKLAHOMA
## State Courts Network

The information on this page is NOT an official record. Do not rely on the correctness or completeness of this information. Verify all information with the official record keeper. The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 51 O.S. 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.

## IN THE DISTRICT COURT IN AND FOR <u>CANADIAN COUNTY</u>, OKLAHOMA

| | |
|---|---|
| FARMERS MUTUAL FIRE INSURANCE COMPANY OF OKARCHE,<br>　　　Plaintiff,<br>v.<br>HL MOTOR GROUP, INC, OF RICHMOND HILL, ONTARIO AND OGNJEN MILANOVIC,<br>　　　Defendants. | **No. CJ-2022-443**<br>**(Civil relief more than $10,000: AUTO NEGLIGENCE)**<br><br>Filed: 08/04/2022<br><br><br>Judge: McCurdy, Jack |

## PARTIES

FARMERS MUTUAL FIRE INSURANCE COMPANY OF OKARCHE, Plaintiff
HL MOTOR GROUP, INC, Defendant
MILANOVIC,  OGNJEN, Defendant

## ATTORNEYS

| Attorney | Represented Parties |
|---|---|
| PIGNATO,  GERARD  F (Bar #11473)<br>400 N WALNUT AVENUE<br>OKLAHOMA CITY, OK 73104 | FARMERS MUTUAL FIRE INSURANCE COMPANY OF OKARCHE, |
| WEBBER,  DANIEL  G (Bar #9422)<br>120 E MAIN - PO BOX 699<br>WATONGA, OK 73772 | FARMERS MUTUAL FIRE INSURANCE COMPANY OF OKARCHE, |

## EVENTS

None

## ISSUES

For cases filed before 1/1/2000, ancillary issues may not appear except in the docket.

**Issue # 1.**     Issue: AUTO NEGLIGENCE (AUTONEG)
Filed By: FARMERS MUTUAL FIRE INSURANCE COMPANY OF OKARCHE
Filed Date: 08/04/2022

| Party Name | Disposition Information |
|---|---|
| **Defendant:** | |
| HL MOTOR GROUP, INC | |
| **Defendant:** | |
| MILANOVIC, OGNJEN | |

# DOCKET

| Date | Code | Description | Party | Count | Amount |
|---|---|---|---|---|---|
| 08-04-2022 | [ TEXT ] | FARMERS MUTUAL FIRE INSURANCE COMPANY OF OKARCHE 👤 | | #1 | |
| | | CIVIL RELIEF MORE THAN $10,000 INITIAL FILING. PETITION FILED | | | |
| | | Document Available (#1052939044) 🗋TIFF   📕PDF | | | |
| 08-04-2022 | [ AUTONEG ] | | | | |
| | | AUTO NEGLIGENCE | | | |
| 08-04-2022 | [ DMFE ] | | | | $ 7.00 |
| | | DISPUTE MEDIATION FEE | | | |
| 08-04-2022 | [ PFE1 ] | | | | $ 163.00 |
| | | PETITION | | | |
| 08-04-2022 | [ PFE7 ] | | | | $ 6.00 |
| | | LAW LIBRARY FEE | | | |
| 08-04-2022 | [ OCISR ] | | | | $ 25.00 |
| | | OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND | | | |
| 08-04-2022 | [ OCJC ] | | | | $ 1.55 |
| | | OKLAHOMA COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND | | | |
| 08-04-2022 | [ OCASA ] | | | | $ 5.00 |
| | | OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES | | | |
| 08-04-2022 | [ SSFCHSCPC ] | | | | |
| | | SHERIFF'S SERVICE FEE FOR COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | | | |
| 08-04-2022 | [ CCADMINCSF ] | | | | |
| | | COURT CLERK ADMINISTRATIVE FEE ON COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | | | |
| 08-04-2022 | [ CCADMIN0155 ] | | | | $ 0.16 |
| | | COURT CLERK ADMINISTRATIVE FEE ON $1.55 COLLECTION | | | |
| 08-04-2022 | [ SJFIS ] | | | | $ 0.45 |
| | | STATE JUDICIAL REVOLVING FUND - INTERPRETER AND TRANSLATOR SERVICES | | | |
| 08-04-2022 | [ DCADMIN155 ] | | | | $ 0.23 |
| | | DISTRICT COURT ADMINISTRATIVE FEE ON $1.55 COLLECTIONS | | | |

| 08-04-2022 | [ DCADMIN05 ] | $ 0.75 |
|---|---|---|

DISTRICT COURT ADMINISTRATIVE FEE ON $5 COLLECTIONS

**08-04-2022**  **[ DCADMINCSF ]**

DISTRICT COURT ADMINISTRATIVE FEE ON COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER

| 08-04-2022 | [ CCRMPF ] | $ 10.00 |
|---|---|---|

COURT CLERK'S RECORDS MANAGEMENT AND PRESERVATION FEE

| 08-04-2022 | [ CCADMIN04 ] | $ 0.50 |
|---|---|---|

COURT CLERK ADMINISTRATIVE FEE ON COLLECTIONS

| 08-04-2022 | [ LTF ] | $ 10.00 |
|---|---|---|

LENGTHY TRIAL FUND

| 08-04-2022 | [ SMIP ] | $ 20.00 |
|---|---|---|

SUMMONS ISSUED FOR SERVICE
Document Available (#1052939052) TIFF    PDF

**08-04-2022**  **[ EAA ]**            FARMERS MUTUAL FIRE INSURANCE COMPANY OF OKARCHE

ENTRY OF APPEARANCE FILED
Document Available (#1052939048) TIFF    PDF

**08-04-2022**  **[ SMIP ]**

SUMMONS ISSUED FOR SERVICE
Document Available (#1052939056) TIFF    PDF

**08-04-2022**  **[ TEXT ]**

OCIS HAS AUTOMATICALLY ASSIGNED JUDGE MCCURDY, JACK TO THIS CASE.

**08-04-2022**  **[ ACCOUNT ]**

RECEIPT # 2022-710532 ON 08/04/2022.
PAYOR: RYAN WHALEY ATTORNEYS TOTAL AMOUNT PAID: $ 249.64.
LINE ITEMS:
CJ-2022-443: $183.00 ON AC01 CLERK FEES.
CJ-2022-443: $6.00 ON AC23 LAW LIBRARY FEE CIVIL AND CRIMINAL.
CJ-2022-443: $0.66 ON AC31 COURT CLERK REVOLVING FUND.
CJ-2022-443: $5.00 ON AC58 OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES.
CJ-2022-443: $1.55 ON AC59 COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND.
CJ-2022-443: $7.00 ON AC64 DISPUTE MEDIATION FEES CIVIL ONLY.
CJ-2022-443: $0.45 ON AC65 STATE JUDICIAL REVOLVING FUND, INTERPRETER SVCS.
CJ-2022-443: $0.98 ON AC67 DISTRICT COURT REVOLVING FUND.
CJ-2022-443: $25.00 ON AC79 OCIS REVOLVING FUND.
CJ-2022-443: $10.00 ON AC81 LENGTHY TRIAL FUND.
CJ-2022-443: $10.00 ON AC89 COURT CLERK'S RECORDS MANAGEMENT AND PRESERVATION FEE.

**08-22-2022**  **[ MO ]**            FARMERS MUTUAL FIRE INSURANCE COMPANY OF OKARCHE

PLAINTIFF'S MOTION TO SERVE BY OTHER MEANS FILED
Document Available (#1053344548) TIFF    PDF

**08-23-2022**  **[ O ]**            FARMERS MUTUAL FIRE INSURANCE COMPANY OF OKARCHE

ORDER FILED
Document Available (#1053344521) TIFF    PDF