

## IN THE DISTRICT COURT OF CANADIAN COUNTY
## STATE OF OKLAHOMA

8·4·2022
MARIE HIRST
COURT CLERK, CANADIAN COUNTY

| | |
|---|---|
| FARMERS MUTUAL FIRE INSURANCE COMPANY OF OKARCHE, )<br>)<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>HL MOTOR GROUP, INC., OF RICHMOND HILL, ONTARIO; and, )<br>OGNJEN MILANOVIC, )<br>)<br>Defendants. ) | Case No. CJ-2022-443<br><br>The Honorable _____ |

### SUMMONS

To the above-named Defendant:   **OGNJEN MILANOVIC**
3-3 Four Winds Drive
North York, Ontario M3J 1K7
Ontario County, Canada

You have been sued by the above-named Plaintiff, and you are directed to file a written Answer to the attached Petition in the Court at the address below within twenty (20) days after service of this Summons upon you, exclusive of the day of service. Within the same time, a copy of your Answer must be delivered or mailed to the attorney for the Plaintiff. Unless you Answer the Petition within the time stated, judgment will be rendered against you with costs of the action.

Issued this ___4___ day of ___Aug___ 2022.

**Marie Hirst**
_____, COURT CLERK

(SEAL)

By: _____, Deputy Court Clerk

ATTORNEYS FOR PLAINTIFF:

Gerard F. Pignato, OBA No. 11473
RYAN WHALEY
400 North Walnut Avenue
Oklahoma City, Oklahoma 73104
Telephone:   405-239-6040
Facsimile:    405-239-6676
Email: jerry@ryanwhaley.com

AND

Daniel G. Webber, Sr., OBA #9422
Post Office Box 699
Watonga, Oklahoma 73772
Telephone:   580-623-7400
             405-375-6700
Facsimile:   405-375-6718
Email: dgw_attorney@outlook.com

*Attorneys for Farmers Mutual Insurance Company of Okarche*

**THIS SUMMONS WAS SWERVED ON** _____, 2022.

_____
[Signature of Person Serving Summons]

**YOU MAY SEEK THE ADVICE OF AN ATTORNEY ON ANY MATTER CONNECTED WITH THIS SUIT OR YOUR ANSWER. SUCH ATTORNEY SHOULD BE CONSULTED IMMEDIATELY SO THAT AN ANSWER MAY BE FILED WITHIN THE TIME LIMIT STATED ON THIS SUMMONS**