8-04-2022
MARIE HIRST
COURT CLERK, CANADIAN COUNTY



*10529390 56*

## IN THE DISTRICT COURT OF CANADIAN COUNTY
## STATE OF OKLAHOMA

FARMERS MUTUAL FIRE INSURANCE )
COMPANY OF OKARCHE, )
 )
                  Plaintiff, )
 )   Case No. CJ-2022-443
vs. )
 )
HL MOTOR GROUP, INC., OF )
RICHMOND HILL, ONTARIO; and, )
OGNJEN MILANOVIC, )
 )
            Defendants. )

### SUMMONS

To the above-named Defendant:    **HL MOTOR GROUP, INC.**
                                     c/o Beny Isacov, President
                                     15 Old Colony Road, Unit 33
                                     Richmond Hill, Ontario L4E 4L5
                                     Ontario County, Canada

      You have been sued by the above-named Plaintiff, and you are directed to file a written Answer to the attached Petition in the Court at the address below within twenty (20) days after service of this Summons upon you, exclusive of the day of service. Within the same time, a copy of your Answer must be delivered or mailed to the attorney for the Plaintiff. Unless you Answer the Petition within the time stated, judgment will be rendered against you with costs of the action.

      Issued this ____4____ day of ___Aug___ 2022.

                                    **Marie Hirst**
               _____, COURT CLERK

(S E A L)

                            By_____, Deputy Court Clerk

ATTORNEYS FOR PLAINTIFF:

Gerard F. Pignato, OBA No. 11473
RYAN WHALEY
400 North Walnut Avenue
Oklahoma City, Oklahoma 73104
Telephone:      405-239-6040
Facsimile:      405-239-6676
Email: jerry@ryanwhaley.com

AND

Daniel G. Webber, Sr., OBA #9422
Post Office Box 699
Watonga, Oklahoma 73772
Telephone:      580-623-7400
                405-375-6700
Facsimile:      405-375-6718
Email: dgw_attorney@outlook.com

*Attorneys for Farmers Mutual Insurance
Company of Okarche*

**THIS SUMMONS WAS SWERVED ON** _____, 2022.

_____
[Signature of Person Serving Summons]


        **YOU MAY SEEK THE ADVICE OF AN ATTORNEY ON ANY MATTER CONNECTED WITH THIS SUIT OR YOUR ANSWER. SUCH ATTORNEY SHOULD BE CONSULTED IMMEDIATELY SO THAT AN ANSWER MAY BE FILED WITHIN THE TIME LIMIT STATED ON THIS SUMMONS**