IN THE DISTRICT COURT OF CANADIAN COUNTY
STATE OF OKLAHOMA

FILED
MARIE HIRST COURT CLERK
CANADIAN COUNTY, OKLAHOMA
AUG - 4 2022
BY_____ DEPUTY

| | |
|---|---|
| FARMERS MUTUAL FIRE INSURANCE COMPANY OF OKARCHE, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| HL MOTOR GROUP, INC., OF RICHMOND HILL, ONTARIO; and, OGNJEN MILANOVIC, | ) ) ) ) |
| Defendants. | ) |

Case No. CJ-2022-443
The Honorable _____

## ENTRY OF APPEARANCE

Gerard F. Pignato of RYAN WHALEY COLDIRON JANTZEN PETERS & WEBBER, and Daniel G. Webber, Sr., hereby enter their Appearances as counsel of record for Defendant, Farmers Mutual Insurance Company of Okarche, in the above-styled case. In addition, Defendant's counsel requests that any and all future correspondence and pleadings be directed to them at the address below.

Respectfully submitted,

_____
GERARD F. PIGNATO, OBA #11473
**RYAN WHALEY**
400 North Walnut Avenue
Oklahoma City, Oklahoma 73104
(405) 239-6040
(405) 239-6766 FAX
jerry@ryanwhaley.com

AND

/s/ Daniel G. Webber, Sr.
Daniel G. Webber, Sr., OBA #9422
Post Office Box 699
Watonga, Oklahoma 73772
Telephone:   580-623-7400
             405-375-6700
Facsimile:   405-375-6718
Email: dgw_attorney@outlook.com

*Attorneys for Farmers Mutual Insurance Company of Okarche*