

IN THE DISTRICT COURT OF CANADIAN COUNTY
STATE OF OKLAHOMA

FILED
MARIE HIRST COURT CLERK
CANADIAN COUNTY, OKLAHOMA
AUG 23 2022
BY_____ DEPUTY

| | |
|---|---|
| FARMERS MUTUAL FIRE INSURANCE ) <br> COMPANY OF OKARCHE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HL MOTOR GROUP, INC., OF ) <br> RICHMOND HILL, ONTARIO; and, ) <br> OGNJEN MILANOVIC, ) <br> ) <br> Defendants. ) | Case No. CJ-2022-443 <br> The Honorable Jack D. McCurdy |

## ORDER

COMES ON before this Court on this _22_ day of August, 2022, Plaintiff's Motion to Serve by Other Means in the above case. The Court, having reviewed the Motion, FINDS and ORDERS that Plaintiff's Motion to Serve by Other Means shall be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED.

_____
THE HONORABLE JACK MCCURDY
JUDGE OF THE DISTRICT COURT

APPROVED:

_____
GERARD F. PIGNATO, OBA #11473
**RYAN WHALEY**
400 North Walnut Avenue
Oklahoma City, Oklahoma 73104
(405) 239-6040
(405) 239-6766 FAX
jerry@ryanwhaley.com

AND

Daniel G. Webber, Sr., OBA #9422
Post Office Box 699
Watonga, Oklahoma 73772
Telephone:   580-623-7400
             405-375-6700
Facsimile:   405-375-6718
Email: dgw_attorney@outlook.com

*Attorneys for Farmers Mutual Insurance Company of Okarche*