UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| FARMERS MUTUAL FIRE INSURANCE COMPANY OF OKARCHE, <br><br> Plaintiff, <br><br> v. <br><br> HL MOTOR GROUP, INC. and OGNJEN MILANOVIC, <br><br> Defendants. | ) ) ) ) ) ) ) Case No: 5:22-cv-00752-D ) ) ) ) ) ) |

**CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

Defendants, HL Motor Group, Inc. and Ognjen Milanovic, by their attorneys, Lewis Brisbois Bisgaard & Smith LLP, hereby disclose the following pursuant to this Court's interested persons order, state as follows:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

None.

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

None.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases.

None.

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution.

Not applicable.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case and will immediately notify the Court in writing on learning of any such conflict.

        Respectfully submitted,

        HL Motor Group, Inc. and Ognjen Milanovic,

        By:/s/ *Michael T. Franz*
          One of Defendants' Attorneys

Michael T. Franz
Lewis Brisbois Bisgaard & Smith LLP
550 West Adams Street
Suite 300
Chicago, Illinois 60661
Michael.Franz@lewisbrisbois.com
(312) 463-3329 Phone
(312) 345-1776 Facsimile

Date: August 29, 2022

*Attorneys for Defendants*

75944-45