# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| FARMERS MUTUAL FIRE INSURANCE COMPANY OF OKARCHE,<br><br>    Plaintiff,<br><br>v.<br><br>HL MOTOR GROUP, INC. and OGNJEN MILANOVIC,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 5:22-cv-00752-D<br>)<br>)<br>)<br>)<br>) |

## ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for Plaintiff, Farmers Mutual Fire Insurance Company of Okarche.

I certify that I am admitted to practice in this Court and that I am registered to file documents electronically with this Court.

Dated on August 30, 2022.

                                          Respectfully submitted,

                                          /s/ *Gerard F. Pignato*
                                          Gerard F. Pignato, OBA #11473
                                          **RYAN WHALEY**
                                          400 North Walnut Avenue
                                          Oklahoma City, Oklahoma 73104
                                          (405) 239-6040
                                          (405) 239-6766 FAX
                                          jerry@ryanwhaley.com
                                          *Attorneys for Plaintiff, Farmers Mutual Fire*
                                            *Insurance Company of Okarche*

2

## **CERTIFICATE OF SERVICE**

☑    I hereby certify that on August 30, 2022, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Michael T. Franz, Esquire
LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ Gerard F. Pignato
For the Firm