# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| FARMERS MUTUAL FIRE INSURANCE COMPANY OF OKARCHE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 5:22-cv-00752-D |
| | ) | |
| HL MOTOR GROUP, INC. and OGNJEN MILANOVIC, | ) | |
| | ) | |
| Defendants. | ) | |

## ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for Plaintiff, Farmers Mutual Fire Insurance Company of Okarche.

I certify that I am admitted to practice in this Court and that I am registered to file documents electronically with this Court.

Dated on August 30, 2022.

Respectfully submitted,

/s/ *Matthew C. Kane*

Matthew C. Kane, OBA #19502
**RYAN WHALEY**
400 North Walnut Avenue
Oklahoma City, Oklahoma 73104
(405) 239-6040
(405) 239-6766 FAX
mkane@ryanwhaley.com
*Attorneys for Plaintiff, Farmers Mutual Fire*
*Insurance Company of Okarche*

1

## CERTIFICATE OF SERVICE

☑       I hereby certify that on August 30, 2022, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Michael T. Franz, Esquire
LEWIS BRISBOIS BISGAARD & SMITH LLP


/s/ Matthew C. Kane
For the Firm