## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

FARMERS MUTUAL FIRE )
INSURANCE COMPANY OF OKARCHE )
)
)
Plaintiff(s), )
)
v. )  Case No. 5:22-CV-00752-D
)
HL MOTOR GROUP, INC. and )
OGNJEN MILANOVIC )
)
)
Defendant(s) )

## ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

__Defendants__, __HL Motor Group, Inc. and Ognjen Milanovic__.
(Plaintiff/Defendant)     (Name of Party)

I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

s/ Jeremy K. Schrag                9/8/2022
Signature                          Date

Jeremy K. Schrag
Print Name

Criminal Cases Only:

☐ Retained or USA

☐ CJA Appointment

☐ Federal Public Defender

☐ Pro Bono

☐ CJA Training Panel

Lewis Brisbois Bisgaard & Smith LLP
Firm

1605 N. Waterfront Parkway, Suite 150
Address

Wichita            KS            67206
City               State         Zip Code

316-609-7900
Telephone

jeremy.schrag@lewisbrisbois.com
Internet E-mail Address

REVISED 05/14/18

## Certificate of Service

☐ I hereby certify that on _____, I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

☑ I hereby certify that on September 8, 2022, I filed the attached document with the Clerk of the Court and served the attached document by electronic mail on the following, who are not registered participants of the ECF System:

Gerard F. Pignato
jerry@ryanwhaley.com

Daniel G. Webber
dgw_attorney@outlook.com

s/ Jeremy K. Schrag
s/ Attorney Name