IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

ROOM 1210, U. S. COURTHOUSE
OKLAHOMA CITY, OKLAHOMA 73102

Date:  September 14, 2022

| | |
|---|---|
| Farmers Mutual Fire Insurance Company of Okarche,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>HL Motor Group, Inc., et al,<br><br>　　　　Defendants. | Case No.  CIV-22-752-D |

ENTER ORDER:

Case transferred to _____Stephen P. Friot_____

HEREAFTER, PLEASE REFER TO CASE AS CIV-22-752-F

Please note that for future filings in this case, **the letter at the end of the number should now be an "F" rather than a "D".**  This is important to insure the prompt distribution of pleadings to the proper judge.

By direction of Judge Timothy D. DeGiusti we have entered the above enter order.

　　　　　　　　　　　　　　　　　　　Carmelita Reeder Shinn, Clerk

　　　　　　　　　　　　　　　　　　　By:  /s/  Mike Bailey
　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

cc:　　counsel of record