IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| FARMERS MUTUAL FIRE INSURANCE COMPANY OF OKARCHE,<br><br>    Plaintiff,<br><br>v.<br><br>HL MOTOR GROUP, INC., and OGNJEN MILANOVIC,<br><br>    Defendants. | CASE NO. 5:22-CV-00752-F |

## ORDER

The Court, having considered Defendants' Motion for Relief of Local Rule 83.3(a) (Doc 8) hereby GRANTS the motion.  Defendants may proceed without local counsel.

IT IS SO ORDERED this 15th day of September, 2022.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

22-0752p001.PO.docx