IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| FARMERS MUTUAL FIRE INSURANCE COMPANY OF OKARCHE,<br><br>      Plaintiff,<br><br>v.<br><br>HL MOTOR GROUP, INC., and OGNJEN MILANOVIC,<br><br>      Defendants. | CASE NO. 5:22-CV-00752-F |

**NOTICE OF COMPANION CASES PURSUANT TO LOCAL RULE 3.7**

Defendants HL Motor Group, Inc., and Ognjen Milanovic ("Defendants"), by their counsel of record, and pursuant to LCvR3.7, advise this Court of the following related and/or companion cases involving common issues of fact and arise from the same August 8, 2020 accident in or near Oklahoma City, Oklahoma County, Oklahoma:

1.  *Randy Lundy v. HL Motor Group, Inc.*, *Highlight Motor Freight USA, Inc.*, *Old Republic Insurance Company*, and *Ognjen Milanovic.*, Case No. 5:22-CV-00699-F. This matter is currently pending before the Honorable Stephen P. Friot.

2. *Earlene Carr v. Ognjen Milanovic, HL Motor Group Inc., Highlight Motor Freight USA, Inc., Old Republic Insurance Company*, and *Gallagher Basset Services, Inc.*, Case No. 5:22-CV-00782-JD.  This matter is currently pending before the Honorable Jodi W. Dishman

/s/ Jeremy K. Schrag
Jeremy K. Schrag, OBA # 33429
LEWIS BRISBOIS BISGAARD & SMITH LLP
1605 North Waterfront Parkway, Suite 150
Wichita, Kansas 67206
Telephone: 316-609-7900
Facsimile:  316-462-5746
jeremy.schrag@lewisbrisbois.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2022, I filed the above Notice of Companion Cases Pursuant to Local Rule 3.7 using the Court's electronic filing system which will send notice to all counsel of record and also sent a copy by electronic mail to:

Gerard F. Pignato
jerry@ryanwhaley.com

Daniel G. Webber, Sr.
dgw_attorney@outlook.com

*Attorney for Plaintiff*

/s/ Jeremy K. Schrag
Jeremy K. Schrag