**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| RANDY LUNDY,<br><br>      Plaintiff,<br>v.<br>HL MOTOR GROUP, INC., HIGHLIGHT MOTOR FREIGHT USA, INC., OLD REPUBLIC INSURANCE COMPANY, AND OGNJEN MILANOVIC,<br><br>      Defendants. | Case No.: CIV-22-699-F |
| FARMERS MUTUAL FIRE INSURANCE COMPANY OF OKARCHE,<br><br>      Plaintiff,<br>v.<br>HL MOTOR GROUP, INC. and OGNJEN MILANOVIC,<br><br>      Defendants. | Case No.:  CIV-22-752-F |

## **PLAINTIFF'S FINAL EXHIBIT LIST**

| N<small>O</small>. | D<small>ESCRIPTION</small> |
|---|---|
| 1. | FMFICO insurance policy issued to Earlene Carr, including declarations pages. |
| 2. | Old Republic insurance company insurance policy issued to HL Motor Group, Inc., including declarations pages. |
| 3. | ssl endeavour insurance policy issued to Highlight Motor Freight Inc., including declarations pages. |
| 4. | Relevant and admissible portions of the official Oklahoma Traffic Collision Report. |
| 5. | Photographs depicting the damage to the semi driven by Ognjen Milanovic. |
| 6. | Photographs depicting the damage to Earlene Carr's home and property. |
| 7. | Ognjen Milanovic's driver license. |
| 8. | Ognjen Milanovic's driver log for the period of time of August 1, 2020 through August 10, 2020. |

| 9. | Highlight Motor Group work orders. |
|---|---|
| 10. | Highlight Motor Group inspections report – pre trip. |
| 11. | Driver/vehicle examination report re inspection date: 8/8/2020. |
| 12. | Highlight Motor Freight professional driver manual for company drivers. |
| 13. | Itemization of insurance benefits paid to Earlene Carr from FMFICO in the amount of $137,472.83. |
| 14. | Documentation of payments made to Earlene Carr from FMFICO. |
| 15. | Derrick Van Dorn's Umpire/Appraisal Award dated April 5, 2022. |
| 16. | Earlene Carr's proof of loss dated September 8, 2020, including photos and support documents. |
| 17. | Court's order appointing Derrick Van Dorn as Umpire. |
| 18. | Documentation supporting Earlene Carr's personal property being claimed. |
| 19. | Documentation supporting additional living expenses, including invoices received. |
| 20. | Valor inspection report dated August 27, 2020. |
| 21. | Inspection report/estimate of John Miller with Western Claims dated September 22, 2020. |
| 22. | Engineering report authored by Robert Chynoweth dated October 21, 2020. |
| 23. | Correspondence between Dan Webber Sr. and Defendants' insurance company/TPO regarding payments owed by Defendants. |
| 24. | Written communications by/between Gerald Knecht of FMFICO and Earlene Carr and/or her agent re Ms. Carr's claims and FMFICO's payment of same. |
| 25. | Estimate prepared by Derrick Van Dorn, dated February 16, 2022. |
| 26. | FMFICO advance on additional living expense. |
| 27. | FMFICO property loss worksheets. |
| 28. | FMFICO claims summary. |
| 29. | Western Claims reports. |

| | |
|---|---|
| 30. | Ognjen Milanovic's medical records from OU Medical Center. |
| 31. | Ognjen Milanovic's medical records from EMSA. |
| 32. | Medical bills for Ognjen Milanovic. |
| 33. | All exhibits attached to depositions taken in this case. |
| 34. | All exhibits listed by all other parties unless objected to by this Plaintiff. |
| 35. | Any additional documents identified as potential exhibits through discovery will be furnished to all other parties *via* a timely supplement if the Court allows. |

Respectfully submitted,

/s/ Gerard F. Pignato
GERARD F. PIGNATO, OBA #11473
MATTHEW C. KANE, OBA #19502
**RYAN WHALEY**
400 North Walnut Avenue
Oklahoma City, Oklahoma 73104
(405) 239-6040
(405) 239-6766 FAX
jerry@ryanwhaley.com

*Attorneys for Farmers Mutual Insurance Company of Okarche*

**CERTIFICATE OF SERVICE**

☑ I hereby certify that on March 1, 2023, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Michael T. Franz, Esquire
Jeremy K. Schrag, Esquire
Rodney Stewart, Esquire

/s/ Gerard F. Pignato
For the Firm