# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RANDY LUNDY,<br><br>    Plaintiff,<br>v.<br>HL MOTOR GROUP, INC., HIGHLIGHT MOTOR FREIGHT USA, INC., OLD REPUBLIC INSURANCE COMPANY, AND OGNJEN MILANOVIC,<br><br>    Defendants. | Case No.: CIV-22-699-F |
| FARMERS MUTUAL FIRE INSURANCE COMPANY OF OKARCHE,<br><br>    Plaintiff,<br>v.<br>HL MOTOR GROUP, INC. and OGNJEN MILANOVIC,<br><br>    Defendants. | Case No.: CIV-22-752-F |

## PLAINTIFF'S FINAL WITNESS LIST

| No. | Name/Address | Proposed Testimony |
|---|---|---|
| 1. | Gerald Knecht<br>Farmers Mutual Fire Insurance Company of Okarche<br>c/o Ryan Whaley<br>400 North Walnut Avenue<br>Oklahoma City, Oklahoma 73104 | Handling and investigation of the claim of insured, Earlene Carr; payments made to Earlene Carr; insured's covered loss; all relevant issues relating to FMFICO's subro claim against the Defendants. |
| 2. | Dan Webber Sr.<br>Post Office Box 699<br>Watonga, Oklahoma 73772 | Attorney for FMFICO during pendency of the claim; communications with Defendant's insurance company/TPO regarding payments owed by Defendants. |
| 3. | Earlene Carr<br>11008 Northwest 99th Street<br>Yukon, Oklahoma 73009 | Damage to her house caused by the Defendants; claims submitted to FMFICO; payments made my FMFICO. |
| 4. | Patrolman Wayne Linzy<br>Oklahoma Highway Patrol | Investigation of the subject accident and damage caused to Earlene Carr's home; |

| | | |
|---|---|---|
| | | conversation with Ognjen Milanovic; cause of the accident. |
| 5. | Ognjen Milanovic<br>c/o Michael T. Franz, Esquire<br>LEWIS BRISBOIS BISGAARD & SMITH, LLP<br>550 West Adams Street, Suite 300<br>Chicago, Illinois 60661 | Facts surrounding the subject accident and damage caused to Earlene Carr's house. |
| 6. | Corporate Representative of HL Motor Group, Inc.,<br>c/o Michael T. Franz, Esquire<br>LEWIS BRISBOIS BISGAARD & SMITH, LLP<br>550 West Adams Street, Suite 300<br>Chicago, Illinois 60661 | The name of this corporate representative has not yet been provided by HL Motor Group, Inc; his/her deposition will be taken; is expected to testify regarding such issues as training, logbooks, Milanovic's driving record, statements made by Milanovic, investigation of the subject accident' Plaintiff's right to recovery from Defendants. |
| 7. | Dakota Meadows<br>EMSA- Western Division<br>1111 Classen Drive<br>Oklahoma City, Oklahoma 73103 | Condition and treatment of Mr. Milanovic at the scene of the accident; statements made by Mr. Milanovic regarding the cause of the accident. |
| 8. | Giselle Zagari Stuppiello, MD<br>OU Medical Center<br>700 Northeast 13th Street<br>Oklahoma City, Oklahoma 73104 | Condition and treatment of Mr. Milanovic at the scene of the accident; statements made by Mr. Milanovic regarding the cause of the accident. |
| 9. | Kristine L. Rebik, DO<br>OU Medical Center<br>700 Northeast 13th Street<br>Oklahoma City, Oklahoma 73104 | Condition and treatment of Mr. Milanovic at the scene of the accident; statements made by Mr. Milanovic regarding the cause of the accident; review of Mr. Milanovic's radiographic films. |
| 10. | Scott Blair, DO | Condition and treatment of Mr. Milanovic at the scene of the accident; statements made by Mr. Milanovic regarding the cause of the accident. |
| 11. | Jalla Aditi, MD | Condition and treatment of Mr. Milanovic at the scene of the accident; statements made by Mr. Milanovic regarding the cause of the accident. |
| 12. | John Miller<br>Western Claims<br>429 West Wilshire | Handling and investigation of the claim of insured, Earlene Carr; payments made to Earlene Carr; insured's covered loss; |

|     |                                                                                                                                               |                                                                                                              |
| --- | --------------------------------------------------------------------------------------------------------------------------------------------- | ------------------------------------------------------------------------------------------------------------ |
|     | Oklahoma City, Oklahoma 73116                                                                                                                 | all relevant issues relating to FMFICO's Subro claim against the Defendants.                                 |
| 13. | Robert Chynoweth, P.E. Engineering, Inc. Post Office Box 1510 Edmond, Oklahoma 73083                                                          | Inspection of Earlene Carr's damaged home; cause of loss; extent of damage; report dated October 21, 2020.   |
| 14. | Derek VanDorn Bergman Enterprise 426 Northwest 5th Oklahoma City, Oklahoma 73102                                                              | Umpire in the appraisal process; extent of damage; cost of repairs; umpire award.                            |
| 15. | Scott Weber Liability Manager Gallagher Bassett Clinton, Iowa                                                                                 | Communications with FMFICO.                                                                                  |
| 16. | Mark Romanosski Sr. Department Manager Gallagher Basset Clinton, Iowa                                                                         | Communications with FMFICO.                                                                                  |
| 17. | All witness identified by all other parties, unless objected to by this Plaintiff.                                                            |                                                                                                              |
| 18. | If this Plaintiff ascertains the names of other witnesses through Discovery, this Plaintiff will seek leave of court to list those individuals as additional witnesses. |                                                                                                              |

Respectfully submitted,

/s/ Gerard F. Pignato
GERARD F. PIGNATO, OBA #11473
MATTHEW C. KANE, OBA #19502
**RYAN WHALEY**
400 North Walnut Avenue
Oklahoma City, Oklahoma 73104
(405) 239-6040
(405) 239-6766 FAX
jerry@ryanwhaley.com
mkane@ryanwhaley.com

*Attorneys for Plaintiff, Farmers Mutual*
 *Fire Insurance Company of Okarche*

## CERTIFICATE OF SERVICE

☑ I hereby certify that on March 1, 2023, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Michael T. Franz, Esquire
Jeremy K. Schrag, Esquire
Rodney Stewart, Esquire

/s/ Gerard F. Pignato
For the Firm