UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| FARMERS MUTUAL FIRE INSURANCE COMPANY OF OKARCHE,<br><br>    Plaintiff,<br><br>v.<br><br>HL MOTOR GROUP, INC., et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)  Case No: 5:22-cv-00752-D<br>)<br>)<br>)<br>)<br>) |

## **ORDER**

The Court upon consideration of Defendants, HL Motor Group, Inc. and Ognjen Milanovic, Motion Continue Case Scheduling, amends the December 1, 2022 Case Scheduling Order as follows:

Plaintiffs must disclose expert witnesses by May 19, 2023;

Defendants must disclose expert witnesses and by June 19, 2023;

All discovery must be completed by August 18, 2023;

Dispositive and Daubert Motions must be filed by September 1, 2023;

Plaintiffs and Defendants must disclose trial witness and exhibits lists by September 15, 2023;

A Pre-Trial Report must be filed by September 22, 2023;

Motions in Limine, Jury Instructions, Verdict Forms, Voir Dire Requests and Trial Briefs must be filed by September 15, 2023; and,

Trial is scheduled for October 25, 2023.

                                                            Stephen P. Friot
                                                          United States District Judge