# EXHIBIT 2

```
RUN DATE: 08/26/20                    OU Medical Center ABS **LIVE**                              PAGE 1
RUN TIME: 0430                              CODING SUMMARY
RUN USER: BPF.FEED

  NAME: MILANOVIC,OGNJEN                  ACCT#:        E99900563616
                                          FORM:
      ADM DATE: 08/08/20 1711
   ATTEND PHYS: Zagari Stuppiello,Giselle MD    UNIT#:    E002961401
   DIS DT/TM: 08/08/20 2145                SEX:
   DIS DISP: Routine Home/Self Care        AGE:
        LOS: :          1                  DOB:
   PT CLASS: ER.OTH                        FIN CLASS:  99
                                           ABS STATUS:  FINAL

  DIAGNOSES                                                          POA INDICATOR  CODESET

  REASON FOR VISIT DX
           M54.2      CERVICALGIA                                                  ICD10

  PRIMARY CODESET
  PRINC DX   S11.93XA   PUNCTURE WOUND W/O FOREIGN BODY OF UNSP PART OF NECK, INIT       ICD10
  OTHER DX   R00.0      TACHYCARDIA, UNSPECIFIED                                         ICD10
             V89.9XXA   PERSON INJURED IN UNSPECIFIED VEHICLE ACCIDENT, INIT ENCNTR      ICD10
             R40.2142   COMA SCALE, EYES OPEN, SPONTANEOUS, EMR                          ICD10
             R40.2242   COMA SCALE, BEST VERBAL RESPONSE, CONFUSED CONVERSATION, EMR     ICD10
             R40.2362   COMA SCALE, BEST MOTOR RESPONSE, OBEYS COMMANDS, EMR             ICD10

  OTHER CODESET
  PRINC DX
  OTHER DX

  PROCEDURE
  PRIMARY CODESET
  DATE       PROC CODE & NAME               SURGEON       ANESTHESIOLOGIST
  OTHER CODESET

  PRIMARY CODESET
  DRG I-10
   OTHER CODESET
  DRG I-9


  STATUS       $REIMB   MIN-LOS   STD-LOS     COST WT    GRP VERS   GRP FC
                                                           37         99


  DRG STATUS DATE:                     ABS STATUS DATE: 08/25/20
  CODER: EMR.GA                        ABSTRACTOR: EMR.GA


        **This form will be maintained as a permanent part of the medical record**
```

FARMERS MUTUAL_0477

# OU MEDICAL CENTER

OU Medical Center (Adult)    Oklahoma City, Oklahoma          URN: E2296550

| Account No. **E99900563616** | Adm Date 08/08/20 | Med Rec No. E002961401 |
|---|---|---|
| Room/Bed    03T | Adm Time 1711 | Fin Class    99 |
| Type    REG ER | Loc/Serv E.ERT - ER TRAUMA / | |

**PATIENT**   TRAUMA2020,PT2909

| | | |
|---|---|---|
| Address | : ████████ | SS#: ████████  Age: █  Sex: █ |
| Address2 | : | DOB: ████ |
| City/St/Zip: | ████████ | Mar St: ██  Race: ████ |
| Phone | : ████████ | **COUNTY** UNKNOWN  Language: English |
| Other Phone: | | Religion: NONE |
| | | Legal Status: |

**PT EMPLOYER**   HIGHTLIGHT MOTOR GROUP          EMAIL: NONE
Address    : ONTARIO                                Preferred Name:
City/St/Zip: ONTARIO,CA 77777                       Gender Identity:
Phone      : 999-999-9999                           Occupation : DRIVER

| **NEXT OF KIN**   NONE,NONE | | **NOTIFY**   NONE,NONE |
|---|---|---|
| Address    : UNK | | Address    : UNK |
| City/St/Zip: ████████ | | City/St/Zip: ████████ |
| Home Phone : 999-999-9999 | | Home Phone : 999-999-9999 |
| Work Phone : 999-999-9999 | | Work Phone : 999-999-9999 |
| Relation   : OTHER | | Relation   : OTHER |

**GUARANTOR**   MILANOVICH,OGNJEN          **GUAR EMPLOYER**  HIGHTLIGHT MOTOR GROUP
Birthdate  :           Sex: █               Address    : ONTARIO
Soc Sec #  :                                City/St/Zip: ONTARIO,CA 77777
Address    : ████████                        Phone      : 999-999-9999
City/St/Zip: ████████
Phone      : ████████                        Occupation : DRIVER
Relation   : PATIENT

| **INSURANCE** | **POLICY NUMBER** | **GROUP NO**  **SUBSCRIBER** |
|---|---|---|
| 1 MCAID PENDING | 777777777 | 999999    MILANOVICH,OGNJEN |
|   PO BOX 18430 | | OKLAHOMA CITY  OK  73154 |
| 2 CHARITY PENDING | 777777 | 999999    MILANOVICH,OGNJEN |
|   10030 N MACARTHUR BLVD | | IRVING TX 75063 |
| 3 UNINSURED | 777777777 | 999999    MILANOVICH,OGNJEN |
|   PO BOX 639400 | | IRVING TX 75063 |
| Insured Subscriber (If other than Patient)   DOB: | | SS#: |

| **ADM PHYS** | **ATTEND PHYS** |
|---|---|
| **PCP**   Does Not Know | **FAMILY PHYS** |
| **REF PHYS**  Self Referred | **ER PHYS**   Zagari Stuppiello,Giselle  MD |

Reason for Visit: TRAUMA2020,PT2909   S/P MVC
         Comment: TRAUMA2929,PT2909   MILANOVICH,OGNJEN

| **Occurrence  Date    Time** | **Condition Code** | **Last Hospitalization** |
|---|---|---|
| 1   01    08/08/20  1500 | 1 | Hospital : |
| 2 | 2 | From Date: |
| 3 | 3 | Thru Date: |
| 4 | 4 | |

ACCOUNT # E99900563616          PRE ER : EADM.AM      Reg by : EADM.AM



*EDF*                    Page 1 of 1          TRAUMA2020,PT2909
                                              Acct# E99900563616  MR# E002961401
OU MEDICAL CENTER                             Loc: E.ERT     DOB: ████████  08/08/20
FACESHEET        Printed on 08/08/20 at 1840  Zagari Stuppiello,Giselle  MD

FARMERS MUTUAL_0478

```
OU MEDICAL CENTER   (COCPN)
ED Provider Report
REPORT#:0808-0301
DATE:08/08/20      Time: 1727

PATIENT: MILANOVIC,OGNJEN            UNIT No: E002961401
ACCOUNT#: E99900563616                   ROOM: E.ERT
REPORT AUTHOR: Zagari Stuppiello,Giselle  MD
```

## HPI-Trauma Multiple

### General
**Suspected COVID-19 patient?** No
**Confirmed Patient** Yes
**Patient Type** New patient
**Initial Greet Date/Time** 08/08/20 1718

### Presentation
**Chief Complaint** Neck pain/injury
**Hx Obtained From** Paramedic
**Unable to Obtain Hx** Patient condition
**Onset Occurred** Today
**Symptom Duration** Since onset
**Progression since Onset** Unchanged

### Free Text HPI Notes
**Free Text HPI Notes**
███ ███ presents to the ED via EMS s/p MVC. EMS reports that the Pt was driving down the Kilpatrick Turnpike and drove off of the road. Upon EMS arrival the Pt was confused, had a wound to his left neck, and did not know where he was. Pt denies any drinking, drug use, or any medications.

Portions of this section were scribed by Demaio,Christian V on 08/08/20 at 1733

## Risk-Trauma Multiple

### Risk Stratification
**Glasgow Coma Score > Age 5**

| Glasgow Coma Score > Age 5 | Response | Value |
|---|---|---|
| Eye Opening | Open spontaneously    (4) | 4 |
| Verbal Response | Confused           (4) | 4 |
| Motor Response | Obeys commands      (6) | 6 |
| Total | | 14 |

Portions of this section were scribed by Demaio,Christian V on 08/08/20 at 1733

## Review of Systems

FARMERS MUTUAL_0479

```
Patient:  MILANOVIC,OGNJEN              Unit#:  E002961401
Date:  08/08/20                        Acct#:  E99900563616
```

## ROS Statements
**Unable to Obtain ROS** Patient condition

Portions of this section were scribed by Demaio,Christian V on 08/08/20 at 1733

## Past Medical History - Adult
**Stated Complaint** TRAUMA2020,PT2909  S/P MVC
**Allergies**
**Coded Allergies:**
No Known Allergies (08/08/20)

**Review of Nursing Notes** Rev avail, and agree
**Unobtainable due to:** Patient condition

Portions of this section were scribed by Demaio,Christian V on 08/08/20 at 1733

## Physical Exam

## Vital Signs
**Vital Signs**
First Documented:

|          | Result | Date Time    |
|----------|--------|--------------|
| Pulse Ox | 95     | 08/08 1809   |
| B/P      | 152/94 | 08/08 1809   |
| Temp     | 36.1   | 08/08 1809   |
| Pulse    | 138    | 08/08 1809   |
| Resp     | 16     | 08/08 1809   |

Last Documented:

|          | Result | Date Time    |
|----------|--------|--------------|
| Pulse Ox | 95     | 08/08 1809   |
| B/P      | 152/94 | 08/08 1809   |
| Temp     | 36.1   | 08/08 1809   |
| Pulse    | 138    | 08/08 1809   |
| Resp     | 16     | 08/08 1809   |

**Review of Vital Signs** Reviewed

## Focused PE
**General/Const    \*\***
   **General/Const** Awake, Alert, No acute distress
   **Text/Dict Notes**
GCS 14 for confusion
**MS Head**
   **Head** Atraumatic, Normocephalic
**Eyes**

FARMERS MUTUAL_0480

```
Patient:  MILANOVIC,OGNJEN          Unit#:   E002961401
Date:  08/08/20                     Acct#:   E99900563616
```

**Eyes** Atraumatic, PERRL, EOMI, No nystagmus
**Text/Dict Notes**
pupils 5mm and reactive
**Ears/Nose/Throat**
   **Ears/Nose/Throat** Atraumatic, Airway patent, Mucous membranes moist
**MS Neck**    \*\*
   **Neck** Supple, No midline vertebral tend
   **Text/Dict Notes**
zone 2 puncture wound to left anterior neck with oozing red blood
**Resp/Chest**   \*\*
   **Respiratory/Chest** Atraumatic, Breath sounds NL, Breath sounds = bilat
**Cardiovascular**  \*\*
   **Cardiovascular** Regular rhythm, Heart sounds NL, Pulses = bilaterally
   **Text/Dict Notes**
tachycardic
**Abdomen/GI**   \*\*
   **Abdomen/GI** Atraumatic, Soft, Non-tender, No guarding, No rebound
**MS Back**    \*\*
   **Back** Atraumatic, Inspection NL, No midline vertebral tend
**MS Upper Extrem**
   **Upper Extremity/MS** Atraumatic, Inspection NL, Neurologic intact, Vascular intact
   **Text/Dict Notes**
tremulous
**MS Lower Extrem**
   **Lower Ext/Pelvis/MS** Atraumatic, Inspection NL, Neurologic intact, Vascular intact
   **Text/Dict Notes**
tremulous
**Skin**
   **Skin** Color NL, No rash, Warm
**Neurologic**   \*\*
   **Neurologic** Speech NL
   **Text/Dict Notes**
A&Ox2
**Psychiatric**
   **Psychiatric** Affect NL, Mood NL

Portions of this section were scribed by Demaio,Christian V on 08/08/20 at 1733

## Interpretation & Diagnostics

## Lab Results Interpretation
**Considerations** Independ review imaging, Reviewed prior records
**Results**
Laboratory Tests

**08/08/20 1715:**

Page 3 of 11

FARMERS MUTUAL_0481

Patient:  MILANOVIC,OGNJEN          Unit#:  E002961401
Date:  08/08/20                     Acct#:  E99900563616



Glucose 156  H
Laboratory Tests:

|  | 08/08 1715 | 08/08 1752 |
|---|---|---|
| Chemistry |  |  |
| Sodium (136 - 145 mEq/L) | 138 |  |
| Potassium (3.5 - 5.1 mEq/L) | 3.4  L |  |
| Chloride (97 - 109 mEq/l) | 96  L |  |
| Carbon Dioxide (23 - 32 mEq/l) | 18  L |  |
| Anion Gap (4 - 14) | 24  H |  |
| BUN (7 - 17 mg/dL) | 10 |  |
| Creatinine (0.7 - 1.1 mg/dL) | 0.96 |  |
| Est GFR (African Amer) (>59) | >59 |  |
| Est GFR (Non-Af Amer) (>59) | >59 |  |
| Glucose (66 - 111 mg/dL) | 156  H |  |
| Calcium (8.7 - 10.1 mg/dL) | 9.7 |  |
| Total Bilirubin (0.3 - 1.2 mg/dL) | 1.7  H |  |
| AST (8 - 41 Units/L) | 63  H |  |
| ALT (12 - 48 Units/L) | 52  H |  |
| Total Alk Phosphatase (63 - 157 Units/L) | 98 |  |
| Total Protein (6.1 - 7.7 g/dl) | 7.2 |  |
| Albumin (3.8 - 5.1 g/dL) | 4.8 |  |
| Albumin/Globulin Ratio (1.0 - 2.2) | 2.0 |  |
| Amylase (25 - 109 Units/L) | 64 |  |
| Lipase (9 - 65 Units/L) | 42 |  |
| Coagulation |  |  |
| PT (10.0 - 13.0 seconds) | 11.4 |  |
| INR (Anticoag Therapy) (0.9 - 1.2 Ratio) | 1.0 |  |
| APTT (26.0 - 37.0 seconds) | 24.1  L |  |
| Hematology |  |  |
| WBC (4.00 - 11.00 K/mm3) | 7.69 |  |
| RBC (4.50 - 5.90 M/mm3) | 4.73 |  |
| Hgb (13.0 - 18.0 g/dL) | 16.1 |  |
| Hct (39.0 - 52.0 %) | 45.7 |  |
| MCV (80.0 - 99.0 fL) | 96.6 |  |
| MCH (27.0 - 34.0 pg) | 34.0 |  |
| MCHC (32.0 - 36.0 g/dL) | 35.2 |  |
| RDW (11 - 15 %) | 12.2 |  |
| Plt Count (140 - 440 K/mm3) | 175 |  |
| MPV (9.3 - 12.2 fL) | 10.3 |  |
| Gran % (39.0 - 78.0 %) | 68.6 |  |
| Immature Gran % (Auto) (0 - 0.6 %) | 0.3 |  |
| Lymph % (Auto) (15.0 - 46.0 %) | 20.8 |  |
| Mono % (Auto) (2.0 - 14.0 %) | 9.6 |  |

FARMERS MUTUAL_0482

Patient:  MILANOVIC,OGNJEN          Unit#:   E002961401
Date:  08/08/20                     Acct#:   E99900563616

| | | |
|---|---|---|
| Eos % (Auto) (0 - 6.0 %) | 0.0 | |
| Baso % (Auto) (0 - 2.0 %) | 0.7 | |
| Gran # (1.6 - 8.6 K/mm3) | 5.28 | |
| Lymph # (Auto) (0.6 - 5.1 K/mm3) | 1.60 | |
| Mono # (Auto) (0.1 - 1.5 K/mm3) | 0.74 | |
| Eos # (Auto) (0 - 0.7 K/mm3) | 0.00 | |
| Baso # (Auto) (0 - 0.2 K/mm3) | 0.05 | |
| Immature Gran # (Auto) (0 - 0.06 K/mm3) | 0.02 | |
| Urines | | |
| Urine Color (YELLOW) | | YELLOW |
| Urine Appearance (CLEAR) | | CLEAR |
| Urine pH (5.0 - 8.0) | | 6.0 |
| Ur Specific Gravity (1.007 - 1.030) | | 1.040  H |
| Urine Protein (NEGATIVE) | | 1+   * |
| Urine Glucose (UA) (NEGATIVE) | | NEGATIVE |
| Urine Ketones (NEGATIVE) | | 1+   * |
| Urine Blood (NEGATIVE) | | NEGATIVE |
| Urine Nitrate (NEGATIVE) | | NEGATIVE |
| Urine Bilirubin (NEGATIVE) | | NEGATIVE |
| Urobilinogen Dipstick (< 2 = NORMAL mg/dL) | | 2.0  * |
| Ur Leukocyte Esterase (NEGATIVE) | | NEGATIVE |
| Urine RBC (0 - 2 /hpf) | | 0-2 |
| Urine WBC (0 - 5 /hpf) | | 0-2 |
| Ur Squamous Epith Cells (VARIABLE /hpf) | | 0-2 |
| Urine Mucus (/hpf) | | LIGHT |
| Ur Culture Indicated? (NO CULT.IND) | | CULT. NOT INDICATED |

Microbiology:

| Date/Time<br>Source | Procedure - Status<br>Growth |
|---|---|
| 08/08 1722<br>Nasopharyn | Coronavirus COVID-19 PCR - COMP |

Recent Impressions:
**RADIOLOGY - RAD PELVIS 1 VIEW 08/08 1724**
*** Report Impression - Status: SIGNED  Entered: 08/08/2020 2112

Impression:

No radiographic evidence of an acute injury in the pelvis.
Impression By: DR.REBKR - KRISTIN L REBIK, DO       314
**RADIOLOGY - RAD CHEST 1 VIEW 08/08 1724**
*** Report Impression - Status: SIGNED  Entered: 08/08/2020 2112

Impression:

No radiographic evidence of an acute cardiopulmonary process.
Impression By: DR.REBKR - KRISTIN L REBIK, DO       314

FARMERS MUTUAL_0483

Patient:  MILANOVIC,OGNJEN                   Unit#:   E002961401
Date:  08/08/20                              Acct#:   E99900563616

**CT SCAN - CT RECONS THORACIC SPINE 08/08 1730**
*** Report Impression - Status: SIGNED  Entered: 08/08/2020 2012

IMPRESSION:

No evidence of acute intrathoracic, intra-abdominal or intrapelvic injury.

No evidence of acute injury in the osseous thoracic and lumbar spine.

Partially visualized left neck soft tissue hematoma, please see separately dictated same day CTA neck for further findings.

These findings were discussed with Dr. Farnell  of the Trauma Service at 1844 on 8/8/2020.

I have personally viewed the images and/or data and approve the report.
Impression By: DR.REBKR - KRISTIN L REBIK, DO       314
**CT SCAN - CT RECONS LUMBAR SPINE 08/08 1730**
*** Report Impression - Status: SIGNED  Entered: 08/08/2020 2012

IMPRESSION:

No evidence of acute intrathoracic, intra-abdominal or intrapelvic injury.

No evidence of acute injury in the osseous thoracic and lumbar spine.

Partially visualized left neck soft tissue hematoma, please see separately dictated same day CTA neck for further findings.

These findings were discussed with Dr. Farnell  of the Trauma Service at 1844 on 8/8/2020.

I have personally viewed the images and/or data and approve the report.
Impression By: DR.REBKR - KRISTIN L REBIK, DO       314
**CT SCAN - CT CHEST W CONTRAST 08/08 1730**
*** Report Impression - Status: SIGNED  Entered: 08/08/2020 2012

IMPRESSION:

No evidence of acute intrathoracic, intra-abdominal or intrapelvic injury.

No evidence of acute injury in the osseous thoracic and lumbar spine.

Page 6 of 11

Patient:   MILANOVIC,OGNJEN          Unit#:   E002961401
Date:   08/08/20                     Acct#:   E99900563616

Partially visualized left neck soft tissue hematoma, please see separately dictated same day CTA neck for further findings.

These findings were discussed with Dr. Farnell of the Trauma Service at 1844 on 8/8/2020.

I have personally viewed the images and/or data and approve the report.
Impression By: DR.REBKR - KRISTIN L REBIK, DO       314
**CT SCAN - CT NECK ANGIOGRAM 08/08 1730**
*** Report Impression - Status: SIGNED  Entered: 08/08/2020 2004

Impression:

No acute intracranial process.

No evidence of acute injury in the osseous cervical spine.

No evidence of arterial injury in the neck.

Left neck soft tissue laceration/hematoma without evidence of active bleeding. There is a hyperdense focus measuring approximately 0.4 cm concerning for foreign body.

These findings were discussed with Dr. Jalla of the Trauma Service at 1829 on 8/8/2020.


ATTENDING NOTE:
Punctate hyperdensity along the lateral aspect of the left globe (CT head: 401, 13), may represent a foreign body. Correlate clinically.

Otherwise agree with the above report.

I have personally viewed the images and/or data and approve the report.
Impression By: DR.LALAN - ANJALI LAL, MD       384
**CT SCAN - CT ABD AND PELVIS W CONTRAST 08/08 1730**
*** Report Impression - Status: SIGNED  Entered: 08/08/2020 2012

IMPRESSION:

No evidence of acute intrathoracic, intra-abdominal or intrapelvic injury.

No evidence of acute injury in the osseous thoracic and lumbar spine.

Partially visualized left neck soft tissue hematoma, please see

FARMERS MUTUAL_0485

Patient:  MILANOVIC,OGNJEN                    Unit#:  E002961401
Date:  08/08/20                               Acct#:  E99900563616

separately dictated same day CTA neck for further findings.

These findings were discussed with Dr. Farnell  of the Trauma Service at 1844 on 8/8/2020.

I have personally viewed the images and/or data and approve the report.
Impression By: DR.REBKR - KRISTIN L REBIK, DO       314
**CT SCAN - CT C SPINE WO CONTRAST 08/08 1730**
*** Report Impression - Status: SIGNED  Entered: 08/08/2020 2004

Impression:

No acute intracranial process.

No evidence of acute injury in the osseous cervical spine.

No evidence of arterial injury in the neck.

Left neck soft tissue laceration/hematoma without evidence of active bleeding. There is a hyperdense focus measuring approximately 0.4 cm concerning for foreign body.

These findings were discussed with Dr. Jalla of the Trauma Service at 1829 on 8/8/2020.


ATTENDING NOTE:
Punctate hyperdensity along the lateral aspect of the left globe (CT head: 401, 13), may represent a foreign body. Correlate clinically.

Otherwise agree with the above report.

I have personally viewed the images and/or data and approve the report.
Impression By: DR.LALAN - ANJALI LAL, MD       384
**CT SCAN - CT BRAIN WO CONTRAST 08/08 1730**
*** Report Impression - Status: SIGNED  Entered: 08/08/2020 2004

Impression:

No acute intracranial process.

No evidence of acute injury in the osseous cervical spine.

No evidence of arterial injury in the neck.

Left neck soft tissue laceration/hematoma without evidence of active

FARMERS MUTUAL_0486

Patient:  MILANOVIC,OGNJEN           Unit#:  E002961401
Date:  08/08/20                      Acct#:  E99900563616

bleeding. There is a hyperdense focus measuring approximately 0.4 cm
concerning for foreign body.

These findings were discussed with Dr. Jalla of the Trauma Service at
1829 on 8/8/2020.

ATTENDING NOTE:
Punctate hyperdensity along the lateral aspect of the left globe (CT
head: 401, 13), may represent a foreign body. Correlate clinically.

Otherwise agree with the above report.

I have personally viewed the images and/or data and approve the
report.
Impression By: DR.LALAN - ANJALI LAL, MD        384
**RADIOLOGY - RAD ANKLE MIN 3 VIEWS RT 08/08 1805**
*** Report Impression - Status: SIGNED  Entered: 08/08/2020 2119

Impression:

1.  No radiographic evidence of an acute injury in the left ankle.
2.  In the right foot, there is a small hyperdensity projecting in the
soft tissues lateral to the base of the fifth metatarsal, which is of
uncertain etiology. Recommend correlation for tenderness at this site.


Impression By: DR.REBKR - KRISTIN L REBIK, DO       314
**RADIOLOGY - RAD FOOT MIN 3 VIEWS RT 08/08 1806**
*** Report Impression - Status: SIGNED  Entered: 08/08/2020 2119

Impression:

1.  No radiographic evidence of an acute injury in the left ankle.
2.  In the right foot, there is a small hyperdensity projecting in the
soft tissues lateral to the base of the fifth metatarsal, which is of
uncertain etiology. Recommend correlation for tenderness at this site.


Impression By: DR.REBKR - KRISTIN L REBIK, DO       314


**Lab & Imaging Statement**
Laboratory & radiographic studies reviewed and considered in the medical decision-making.

FARMERS MUTUAL_0487

```
Patient:  MILANOVIC,OGNJEN          Unit#:  E002961401
Date:  08/08/20                     Acct#:  E99900563616
```

Portions of this section were scribed by Demaio,Christian V on 08/08/20 at 1733

## Re-Evaluation & MDM

## Free Text MDM Notes
**Additional Text**
██ ██ presents to the ED via EMS s/p MVC. Labs and imaging ordered. Trauma services at bedside and will reside over pt care. Advised are my services as needed.

## ED Course
**Time** 1734
**Patient Course** Stable
**Safety Concerns** Patient is safe

Portions of this section were scribed by Demaio,Christian V on 08/08/20 at 1733

## Patient Discharge & Departure

### Vital Signs/Condition
**Vital Signs**
First Documented:

|          | Result | Date Time     |
|----------|--------|---------------|
| Pulse Ox | 95     | 08/08 1809    |
| B/P      | 152/94 | 08/08 1809    |
| Temp     | 36.1   | 08/08 1809    |
| Pulse    | 138    | 08/08 1809    |
| Resp     | 16     | 08/08 1809    |

Last Documented:

|          | Result | Date Time     |
|----------|--------|---------------|
| Pulse Ox | 95     | 08/08 1809    |
| B/P      | 152/94 | 08/08 1809    |
| Temp     | 36.1   | 08/08 1809    |
| Pulse    | 138    | 08/08 1809    |
| Resp     | 16     | 08/08 1809    |

All vital signs available at the time of this entry have been reviewed.

### Condition Stable

### Clinical Impression
**Clinical Impression**
**Primary Impression:** MVC (motor vehicle collision)
**Secondary Impressions:** Open neck wound, Tachycardia

## Disposition Decision

FARMERS MUTUAL_0488

```
Patient:  MILANOVIC,OGNJEN              Unit#:  E002961401
Date:   08/08/20                        Acct#:  E99900563616
```

## Admit
**Admit Physician** Trauma Surgeon
**Request Time** 1734
**Request Date** 08/08/20
)( **Admission Accepts** Yes
)( **Accepted Time** 1735
)( **Accepted Date** 08/08/20
**Call Information** will see patient, agrees with eval, agrees with plan

## Discharge/Care Plan
**Counseled Regarding** Diagnosis, Lab results, Imaging studies, Need for admission
 **Admit Note**
I have spoken with the patient and/or caregivers. I have explained the patient's condition,
diagnoses and treatment plan based on the information available to me at this time. I have
answered the patient's and/or caregiver's questions and addressed any concerns. The patient
and/or caregivers have as good an understanding of the patient's diagnosis, condition and
treatment plan as can be expected at this point. The patient has been stabilized within the
capability of the emergency department. The patient will be transported for further care and
management or will be moved to an observation or inpatient service. I have communicated with
the staff or medical practitioner taking over this patient's care.

## Quality Measures
**BP & F/U for HTN** Patient admitted          .

## Supervising Physician Note
 **Scribe Statement**
Demaio,Christian V, 08/08/20 1735, scribing for and in the presence of Dr. Zagari.
Signed By: Demaio,Christian V, 08/08/20 1735

 **Provider Scribed Statement**
I personally performed the services described in this documentation and reviewed the
documentation that was dictated to the scribe(s) in my presence, and it accurately records
my words and actions.


Portions of this section were scribed by Demaio,Christian V on 08/08/20 at 1733

Electronically Signed by Zagari Stuppiello,Giselle  MD on 08/12/20 at 0637

```
RPT #:  0808-0301
***END OF REPORT***
```

FARMERS MUTUAL_0489

# ADULT TRAUMA ACTIVATION CRITERIA

## ☑ LEVEL 1

- ☐ BP: Systolic <90 (resolved or ongoing)
- ☐ HR: >120
- ☐ RR: Less than 10 or greater than 29 with distress
- ☐ GCS: Less than or equal to 8 (attributed to trauma)
- ☐ Patients in need of an emergent airway and ALL intubated patients from the scene
- ☐ Penetrating trauma (GSW, SW) proximal to knees and elbows (including head, neck, trunk, flank, groin, buttocks or back)
- ☐ Evidence of spinal cord injury with neurological deficit (paralysis & paresthesia)
- ☐ Unstable pelvis fracture associated with hemodynamic instability
- ☐ Amputated, crushed, degloved, mangled or pulseless extremity (above the wrist or ankle)
- ☐ Burns >20% TBSA and/or all inhalation injuries associated with trauma
- ☐ Receiving blood products prior to arrival
- ☐ Emergency physician discretion

## ☐ LEVEL 2

- ☐ Neurologic changes (GCS 9-14)
- ☐ Chest wall instability or deformity (flail chest)
- ☐ Burn involving airway, face, feet, genitalia or circumferential burns to an extremity (excluding isolated hands)
- ☐ Two or more obvious proximal long bone fractures (femur, humerus)
- ☐ Open or suspected depressed skull fracture
- ☐ Rigid, tender and/or distended abdomen
- ☐ Tender spine with palpation
- ☐ High-voltage electrical injury
- ☐ Auto vs. pedestrian or auto vs. bicycle (greater than 20 mph)
- ☐ MCC with significant impact force and/or run over (greater than 20 mph)
- ☐ Fall >20 feet
- ☐ Any open fracture (excluding isolated hand)
- ☐ Any hip or knee dislocation
- ☐ Any tib/fib and/or femur fx
- ☐ Positive seat belt sign or handlebar mark
- ☐ Skin wounds with extensive tissue damage, large flaps, avulsion
- ☐ Pregnant patients with trauma mechanism (≥ 20 weeks gestation)
- ☐ Age ≥ 65
- ☐ Medical comorbidities: IDDM, end stage renal disease, cardiac hx, current anticoagulant use
- ☐ Emergency physician discretion

## ☐ LEVEL 3

- ☐ High energy event (including ATV)
- ☐ Rollover mechanism
- ☐ MVC with ejection
- ☐ MVC/MCC > 45 mph
- ☐ Prolonged extrication >20 minutes with heavy tools
- ☐ Death at the scene
- ☐ Age >55
- ☐ Isolated fracture (closed) or dislocation
- ☐ Patient report of abdominal pain without bruising
- ☐ Patient report of back pain
- ☐ Pregnant patients with trauma mechanism (≤ 19 weeks gestation)
- ☐ Suspected hip fracture
- ☐ Evidence of facial trauma (fx)
- ☐ Emergency physician discretion

MVC
TRAUMA

# TRANSFER CRITERIA CONSIDERATIONS

## LEVEL 1

- Transfers requiring blood transfusions
- Intubated transfer patients with ongoing or current respiratory compromise
- Unstable VS
- Deterioration of GCS

## LEVEL 2

- Intubated patients who are otherwise stable
- Identified spine fracture without neurologic deficit
- Stable solid organ injury
- Incomplete work-up at outside facility and meets additional criteria for activation

## LEVEL 3

- Stable interfacility transfers (ED to ED) of traumatically injured patients meeting activation criteria

TRAUMA2020,PT2909
E99900563616

05/2019

# OU Medicine | TRAUMA ONE

Leading Health Care | www.oumedicine.com

FARMERS MUTUAL_0490

NAME: _____ HT: 5'10" WT: 170 AGE: ▮ SEX: ▮ RACE: _____
ARRIVAL DATE: 8·8·20   TIME: 1712   TIME OF INJURY: ~1630   BROSLOW: _____
EMS ENCODE TIME: 1703   ACTIVATION TIME: 1704   ACTIVATION LEVEL: X ☐ II ☐ III   UPGRADE? YES / NO   TIME: _____   LEVEL: _____

| CONSULT SERVICES | SERVICE | NAME | TIME CALLED | TIME ARRIVED | GLASGOW COMA SCORE | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | EMTC Attending | Zuzari | 1704 | 1712 | EYE OPENING | SPONTANEOUSLY | | | 4 |
| | Trauma Attending | Busby | | | | TO SPEECH | | | 3 |
| | Sr. Resident | Vella | | | | TO PAIN | | | 2 |
| | Jr. Resident | Dill | | | | ADULT   NONE   INFANT | | | 1 |
| | PA/ NP | Hass | | | VERBAL | ORIENTED | COOS & BABBLES | | 5 |
| | Anesthesia | Dhara | | 1712 | | CONFUSED | IRRITABLE CRY | | 4 |
| | Ortho | | | | | INAPPROPRIATE | CRIES TO PAIN | | 3 |
| | Neurosurgery | | | | | INCOMPREHENSIBLE | MOANS TO PAIN | | 2 |
| | Face Trauma | | | | | NONE | NONE | | 1 |
| | Ped Surgery | | | | MOTOR | OBEYS COMMANDS | SPONT MOVEMENTS | | 6 |
| | | | | | | LOCALIZES | WITHDRAWS TO TOUCH | | 5 |
| | | | | | | WITHDRAWS | WITHDRAWS TO PAIN | | 4 |
| | | | | | | FLEXION | FLEXION | | 3 |
| | | | | | | EXTENSION | EXTENSION | | 2 |
| | | | | | | NONE | NONE | | 1 |

TRANSPORT

X AMBULANCE CO.: emsa   AIR / GROUND
REFERRING FACILITY: _____
X SCENE LOCATION: Kilpatrick
RESTRAINED: (M)K LOC: WNL HELMET: +/- CAR SEAT: YES / NO
☐ O2 __ X KING AIRWAY ☐ ETT #__ ATTEMPTS __ ☐ VENT
☐ EtCO₂ ☐ BVM ☐ LIPLINE __ cm. NEEDLE DECOMPRESSION: R  L
☐ CPR   TOURNIQUET TIME __ ☐ PRESSURE DRESSING   MEDS __
X COLLAR ☐ BACKBOARD ☐ SPLINT _____
X IV's INITIATED X   IO RIGHT / LEFT   INTAKE PTA __

| A. RESP | | B. SYSTOLIC BP | | C. CONVERT GCS | | REVISED TRAUMA SCORE A + B + C = |
|---|---|---|---|---|---|---|
| 10 - 24 | 4 | > 90 | 4 | 13 - 15 | 4 | |
| 25 - 35 | 3 | 07 - 89 | 3 | 9 - 12 | 3 | |
| > 35 | 2 | 50 - 69 | 2 | 6 - 8 | 2 | |
| < 10 | 1 | < 50 | 1 | 4 - 5 | 1 | |
| | | | | 3 - 0 | 0 | |

Pediatric Trauma Score

| PTS | +2 | +1 | -1 |
|---|---|---|---|
| Weight | >44 lbs (>20 Kg) | 22-44 lbs (10-20 Kg) | <22 lbs (<10 Kg) |
| Airway | Normal | Maintainable O2 | Int. Tracheostomy Inv. |
| Blood Pressure | >90mmHg | 50-90mmHg | 50mmHg |
| Level of Consciousness | Completely Awake | Obtunded or any loc | Comatose |
| Open Wound | None | Minor | Major or Penetrating |
| Fractures | None | Closed Fx | Open or Multiple Fx |

PRIMARY SURVEY

AIRWAY: X Clear ☐ Obstructed   BREATHING: X WNL ☐ Labored ☐ Apneic ☐ Bagging
CIRCUL: X Pulse Present ☐ Cardiac Rhythm __ST__ ☐ PEA: ☐ WIDE ☐ NARROW
HEMORRHAGE: X None ☐ Present: All controlled
NEURO: X Alert ☐ Responds to verbal ☐ Responds to pain ☐ Unresponsive

SECONDARY SURVEY

HEAD: X WNL ☐ Lacerations ☐ Abrasions ☐ Contusions ☐ Penetrating
Tympanic Membrane: ☐ Obscured ☐ Hemotympanum ☐ Erythema   X NL
EYES OPEN: X Spontaneously ☐ To verbal ☐ To pain ☐ Do not open ☐ Contacts Removed
PUPILS: X Equal (R) X Reactive ☐ Dilated ☐ Constricted (L) X Reactive ☐ Dilated ☐ Constricted
NECK: X WNL ☐ Laceration ☐ Abrasion ☐ Contusion ☐ Trach. Deviation ☐ Tender
SKIN: X Warm ☐ Cool ☐ Clammy ☐ Diaphoretic ☐ Pale ☐ Flushed ☐ Cyanotic ☐ Mottled
CHEST: X WNL ☐ Laceration ☐ Abrasions ☐ Contusions ☐ Penetrating
☐ Paradoxical mvts ☐ Retracting ☐ Seatbelt Mark ☐ Wounds Tenderness
BREATH SOUNDS: X NL ☐ Decreased ☐ (R) ☐ (L) ☐ Absent ☐ (R) ☐ (L)
ABD/PELVIS: X WNL ☐ Lacerations ☐ Abrasions ☐ Contusions ☐ Distended ☐ Rigid
☐ Tender ☐ Seatbelt Mark __ # Penetrating Wounds   BOWEL SOUNDS: ☐ Absent
BACK: X WNL ☐ Lacerations ☐ Abrasions ☐ Contusions   Tenderness: ☐ C ☐ T ☐ L
Step-offs: X None ☐ C ☐ T ☐ L ☐ Penetrating Wounds ☐ Pre Stage Pressure Ulcer
EXTREMETIES: MAE (Y) N   RUE Y/N   LUE Y/N   RLE Y/N   LLE Y/N



x2

| 0-3+ - Pulse | Fx - Fracture |
|---|---|
| A - Abrasion | G - Gunshot |
| Amp - Amputation | H - Hematoma |
| AV - Avulsion | L - Laceration |
| B - Burn | OFx - Open Fracture |
| C - Contusion | P - Puncture |
| Cr - Crush | S - Stab |
| D - Deformity | ST - Skin Tear |
| E - Ecchymosis | |

**OU MEDICAL CENTER, Oklahoma City, OK**
**Emergency Department**
**Trauma Nursing Assessment Sheet (1/2)**

*TRAS* OUMC 100103 rev 01/2020

TRAUMA2020,PT2909
E99900563616

W063243

GREEN

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **AMPLE** | ALLERGIES: Nkda | | | | | | | |
| | MEDICATIONS: | | | | | | | |
| | PAST MEDICAL HISTORY: | | | | | | | |
| | LAST MEAL: | | | | | | | |
| | MECHANISM OF INJURY: | | | | | | | |
| | TETANUS DATE: unk   etch | | | | | | | |

**PROCEDURES, TREATMENT, REMARKS**

(1712) Arrives alert to Bay 3. ⊖ active bleeding noted from wounds. Airway patent ⊖ organic. Clear ⊕. Warm, dry. CU placed. IV patent by ems.

(1750) Back from CT. Awaits results, dispo. Glass flakes brushed from pt.

(1825) Pt denies 90 at this time.

(1835) Report to Amelia Rn

(1900) Trauma Res @ bedside — Qu Rn

(1930) Pt. moved to hall bed waiting for DC instructions.

(2130) Pt DC but at PRU DC c tip intact pressure applied ⊖ active bleeding provided c clothes pt self amb. to Be c dressed. — Qu Rn

(2145) Pt DC self ambulatory to wc for transportation. DC instructions & ck for follow up reviewed. Pt. left c DC instructions c all personal belongings. — Qu Rn

| TIME | T | P | R | B/P | GCS | PAIN | O2 SAT | PUPILS R/L |
|------|-----|-----|-----|--------|-----|------|-------|-----------|
| 1800 | 36° | 91 | 18 | 138/85 | 15 | | 99 | |
| 1815 | | 99 | 16 | 140/93 | 15 | | 98 | |
| 1830 | | 87 | 20 | 141/89 | 15 | | 98 | |
| 1845 | | 76 | 20 | 148/84 | 15 | | 96 | |
| 1900 | | 71 | 20 | 158/89 | 15 | | 96 | |
| 1930 | | 80 | 18 | 132/77 | 15 | | 96 | |
| 2030 | | 79 | 18 | 136/86 | 15 | | 98 | |
| 2130 | | 80 | 18 | 142/65 | 15 | | 98 | |

**NURSING SIGNATURES:**

**OU MEDICAL CENTER, Oklahoma City,
OK Nursing Care Record
Page _____**

TRAUMA2020,PT2909
E99900563616

*TRAS*  OUMC 100278  rev 01/2020

W063243

**GREEN**

| Time | 1715 | 1720 | 1725 | 1730 | 1735 | 1740 | 1745 |
|---|---|---|---|---|---|---|---|
| BP | 152/44 | 143/89 | 144/90 | 143/90 | 150/80 | 143/93 | 154/83 |
| Pulse | 138 | 134 | 119 | 102 | 104 | 98 | 95 |
| Resp. | 10 | 20 | 20 | 21 | 25 | 22 | 20 |
| Temp. | 36 | | | | | | |
| O2 Mode | RA | | | | | | |
| Sat | 95 | 96 | 98 | 98 | 98 | 98 | 99 |

**VITAL SIGNS**

**GLASGOW COW**
| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Eye | 4 | 4 | 4 | 4 | 4 | 4 | 4 |
| Verbal | 4 | 4 | 5 | 5 | 5 | 5 | 5 |
| Motor | 6 | 6 | 6 | 6 | 6 | 6 | 6 |
| Score | 14 | 14 | 15 | 15 | 15 | 15 | 15 |
| TRAUMA SCORE | 12 | 12 | 12 | 12 | 12 | 12 | 12 |
| Pupil Size   R/L | 5 5 | | | | | | |
| Pupil Reaction  R/L | R R | | | | | | |

BLOOD: DRAW TIME 1715   SENT TIME 1718   BAND LOCATION _____
FAST: TIME M14 BY Jalla M.D.
CARD +/ Equivocal / Unable to visualize   RUQ +/ Equivocal / Unable to visualize
LUQ +/ Equivocal / Unable to visualize   PELVIS +/ Equivocal / Unable to visualize
LOGROLLED: TIME _____   BACKBOARD REMOVED: TIME _____
RECTAL TONE: +/- DECREASED   GROSS BLOOD: YES  NO   VBG: YES  NO
IV#1 __ GU TIME ___ LOCATION _____ ATTEMPTS ___
IV#2 __ GU TIME 1719 LOCATION _____ ATTEMPTS ___
IV#3 __ GU TIME ___ LOCATION ___ ATTEMPTS ___
IV#4 __ GU TIME ___ LOCATION ___ ATTEMPTS ___
FOLEY: TIME ___ FR ___ TEMP: YES / NO BY ___
FOLEY ATTEMPTS ___ BLOODY / CLEAR   HCG: TIME ___ +/-  CONTROL +/-
TO X-RAYS: TIME ___ SLIDE BOARD REMOVED: TIME ___   PA / M.D.
FIELD COLLAR REPLACED: YES / NO BY ___   PA / M.D.
C-SPINE CLEARED: YES / NO BY ___   PA / M.D.
TO CT SCAN: TIME 1723   BACK FROM CT: TIME 1749
OGT: TIME ___ FR ___ INITIAL OUTPUT ___ cc  LWS / CONT. SUCTION
INTUBATION: TIME ___ SIZE ___ LIPLINE ___ cm  BBS BY ___
VENT SETTINGS: MODE ___ FIO2 ___ % TV ___ RT ___ P ___ PS ___
CENTRAL LINE: TIME ___ TYPE ___ BY ___   PA / M.D.
SITE ___ SIZE ___ ATTEMPTS ___
A-LINE: TIME ___ SITE ___ BY ___   PA / M.D.
R. CHEST TUBE: TIME ___ FR ___ INITIAL OUTPUT ___ BY ___ M.D.
L. CHEST TUBE: TIME ___ FR ___ INITIAL OUTPUT ___ BY ___ M.D.
BAIR HUGGER PLACED: TIME ___ MTP INITIATION: TIME ___
SPLINT LOCATION ___ TIME ___ PMS INTACT YES / NO
SPLINT LOCATION ___ TIME ___ PMS INTACT YES / NO
SPLINT LOCATION ___ TIME ___ PMS INTACT YES / NO
TRACTION PIN PLACEMENT LOCATION ___ TIME ___ LBS ___
EVD / BOLT: TIME ___ INITIAL ICP ___ (1-15 mm HG)
DISPOSITION: ADMISSION TIME ___ DEPARTURE TIME 2145
TO: □ ED  □ OBS  □ OR  □ ICU  □ STEP DOWN  □ FLOOR
REPORT CALLED TO ___ TIME ___
☑ HOME  □ AMA  □ EXPIRED  □ MEDICAL EXAMINER  □ LAW ENFORCEMENT
(PLEASE PRINT)
PRIMARY / RECORDING RN ___ INITIALS ___
RN  R. Webster ___ INITIALS ___

**MEDICATIONS: PAIN RESPONSE SCALE (IF APPLICABLE):**
1. COMPLETE RELIEF   2. MODERATE RELIEF
3. MINIMAL RELIEF   4. NO RELIEF

Medication Sticker

| TIME | MED | DOSE | RTE | SITE | RESP-ONSE | INIT |
|---|---|---|---|---|---|---|
| PTA | | | | | | |
| | d T (TETANUS) | 0.5ml | IM | | | |

**OUTPUT RECORD**

| TIME | URINE | CHEST TUBES RT. | LT. | NG | OTHER |
|---|---|---|---|---|---|
| 1752 | 175 | to urinal | | | |

**INTAKE RECORDS: BLOOD / IV FLUIDS**

| TIME | IV SITE | Solution | VOLUME | VOLUME TOTAL |
|---|---|---|---|---|
| PTA | | | | |
| 1720 | R vac | NS | 1000 | 1000 |
| 1810 | R vac | NS | 1000 | 2000 |

| TOTALS | | | | |
|---|---|---|---|---|
| INTAKE TOTAL: 2000 cc | OUTPUT TOTAL: 175 cc |
| TIME: 2145 | INITIALS: |

OU MEDICAL CENTER, Oklahoma City, OK Emergency Department
**Trauma Nursing Assessment Sheet (2/2)**

TRAUMA2020, PT2909
E99900563616

*TRAS* OUMC 100103 rev 01/2020

W063243

**GREEN**

(3)

Chaplain's Name: __David Barbee__   Pt. Arrival Date: __3/3/20__   Arrival Time: __1711__

Level: ☒ I  ☐ II  ☐ III   Patient Presented For: ☒ MVC  ☐ GSW  ☐ Other: _____
Transported by  ☐ Air:   ☒ Ground: __EMSA__   ☐ Other: _____
Work Related Injuries?  ☐ Y  ☒ N  ☐ Unknown Scene: __Kirkpatrick + Hwy 66__

## Patient Information

Patient Name or Medical Record #: __Ognjen Milanovic__ ████████
DOE ████████  Patient's Sex: ████  ID Card / Driver's License? ☐Y ☒N  Type: _____
Street Address: ████████
City, State, Zip Code: ████████
Patient's Phone # ( _____ ) _____
Patient Info Obtained From: ☐ Patient  ☐ Family  ☒ EMT  ☐ Police  ☐ Transfer Sheet  ☐ Registration  ☐ Chaplain Search

## Emergency Contact Information

Emergency Contact Information: _____
Relationship/DOC/Nursing Home: _____
Phone Number: _____   ☐ Home  ☐ Cell  ☐ Work
Family Contacted?  ☐ Y  ☒ N  Attempts: __0__  Comments: __NO info__
Any Patient Care Information Obtained from family and shared with Nurse or Physician?  ☐ Y  ☒ N
Anticipated Family Arrival Time? __Unknown__  Special Needs? __Unknown__
Approximate Time of Family Arrival until meeting with Chaplain or Nursing Staff? ☐ 0 to 15 min  ☐ 15 to 30 min  ☒ 30 min+
Approximate Time of Family Arrival until meeting with Physician/s? ☐ 0 to 15 min  ☐ 15 to 30 min  ☒ 30 min+

## Belongings

Patient had belongings: ☒ Y  ☐ N   Phone ☐ Y  ☒ N  Wallet ☒ Y  ☐ N  Money ☒ Y  ☐ N   Jewelry ☐ Y  ☒ N
Pt Items are in:  ☐ Safe  ☐ Closet  ☐ Police Custody  ☐ Family Custody  ☒ Patient Custody
Law Enforcement Agency:  ☐ OKC PD  ☒ OHP  ☐ OSBI  ☐ OUPD  ☐ Other _____
Officer: _____   Badge # _____

## Additional Comments

__OHP officer to come with family__
__Contact info__

__Truck Driver__

Signature __David Barbee__   Date __3/3/20__  Time __1822__

**OU MEDICAL CENTER, Oklahoma City, OK**
**Chaplain's Trauma/Critical Care Note**

Information / Label

TRAUMA2020,PT2909
E99900563616

*TRAS* OUMC 101361  rev 01/2020

Page 1 of 1

Alert:  ☒ Level I   ☐ Level II   ☐ Level III   ☐ Consult – From _____

Date of Assessment 6/8/2020                                           *Consulting attending physicians name and service*

**TRAUMA**

Time Called: 5:05          Time Arrived: 17:02       Attending On-Call Blair _____

Admission Vitals: Pulse: 143       BP: 152/94       RR: 20          Temp: _____

| Mechanism: (circle all that apply): | DETAILS OF EVENT and PATIENT COMPLAINT: |
|---|---|
| Date: 6/8/2020 Time: 17:20 | 36 yo M S/P MVC w/ laceration to L |
| Blunt: (MVC) / Pedestrian / Assault / _____ | neck and ankle pain |
|     Restrained?  YES / NO       Air Bag?  YES / NO | |
|     Motorcycle / ATV / OffRoadVehicle  Helmet?  YES / NO | |
| Penetrating: | |
|     Gun Shot Wound - Caliber _____ | |
|     Stab Wound / location of laceration _____ | |
|     Other _____ | |
| Burn: Thermal / Chemical / Electrical | |
| Fall: Mechanical / From Standing  Height_____ | Loss of Consciousness / Amnesia (event, retrograde) Negative |
| Other: | Work related:  YES (NO) |

**PAST MEDICAL HISTORY (PMHx)**

Allergies: NKDA .                                       Tetanus (up to date)  YES / NO

Current Medications / Doses:

None ____ / ____          ____ / ____          ____ / ____
____ / ____          ____ / ____          ____ / ____
____ / ____          ____ / ____          ____ / ____
____ / ____          ____ / ____          ____ / ____
____ / ____          ____ / ____          ____ / ____

PMHx: None

PSx: None

Other: _____

**REVIEW OF SYSTEMS (check all that apply)**

Check if WNL, abnormals describe in box   ☐ Endocrine        Abnormals on review of systems:
☐ Constitutional     ☐ Gastroenteric    ☐ Ears, nose,
   (weight loss, etc)  ☐ Genital Urinary       mouth, throat
☐ Musculo           ☐ Hematology/Lymph  ☐ Integumentary
☐ Eyes              ☐ Cardiac/Vascular      (skin, breast)
☐ Neurology         ☐ Respiratory       ☒ "All other negative"
☐ Psychiatric     UNATTAINABLE DUE TO_____

FAMILY HISTORY: Non contributory
_____

SOCIAL HISTORY:
Tobacco Use: YES (NO)  ETOH: YES (NO)  DRUG: YES (NO)

Signature: _(signature)_

Date: 6/8/2020   Time: 17:19

**OU MEDICAL CENTER, Oklahoma City, OK**
**Trauma Initial History & Physical Evaluation**
☒ OUMC        ☐  TCH

*Patient Information / Label*

TRAUMA2020,PT2909
E99900563616

Page 1 of 6

*TRAS* OUMC 100973  rev 01/2020

**GREEN**

FARMERS MUTUAL_0495

| Adult Trauma Score | | |
|---|---|---|
| 1) RR | 10-29 | 4 |
| | >29 | 3 |
| | 6-9 | 2 |
| | 1-5 | 1 |
| | 0 | 0 |
| 2) SBP | >89 | 4 |
| | 76-89 | 3 |
| | 50-75 | 2 |
| | 1-49 | 1 |
| | 0 | 0 |
| 3) GCS | 13-15 | 4 |
| | 9-12 | 3 |
| | 6-8 | 2 |
| | 4-5 | 1 |
| | 3 | 0 |
| Total = | 12/12 | |

| Adult GCS | | | |
|---|---|---|---|
| Eye | spont | = | 4 |
| Opening | to voice | = | 3 |
| | to pain | = | 2 |
| | none | = | 1 |
| Best | oriented | = | 5 |
| Verbal | confused | = | 4 |
| | inapp word | = | 3 |
| | incomp sound | = | 2 |
| | none | = | 1 |
| Best | command | = | 6 |
| Motor | localizes | = | 5 |
| | withdraws | = | 4 |
| | flexion | = | 3 |
| | extension | = | 2 |
| | none | = | 1 |
| Total = | 14 | /15 | |

| Pediatric GCS | | | |
|---|---|---|---|
| Eye | spont | = | 4 |
| Opening | to voice | = | 3 |
| | to pain | = | 2 |
| | none | = | 1 |
| Best | coos/babbles | = | 5 |
| Verbal | irritable cry | = | 4 |
| | cry to pain | = | 3 |
| | moans to pain | = | 2 |
| | none | = | 1 |
| Best | spontaneous | = | 6 |
| Motor | w/d to touch | = | 5 |
| | w/d to pain | = | 4 |
| | flexion | = | 3 |
| | extension | = | 2 |
| | none | = | 1 |
| Total = | /15 | | |

| Pediatric Trauma Score | | |
|---|---|---|
| Weight | >20kg | = +2 |
| | 10-20 kg | = +1 |
| | <10 kg | = -1 |
| Airway | Normal | = +2 |
| | Maintainable | = +1 |
| | Intubated | |
| | Trach/Invasive | = -1 |
| Blood | > 90mmHg | = +2 |
| Pressure | 50-90mmHg | = +1 |
| | 50mmHg | = -1 |
| Level | Completely Awake | = +2 |
| Of Cons. | Obtunded/LOC | = +1 |
| | Comatose | = -1 |
| Open | None | = +2 |
| Wound | Minor | = +1 |
| | Major/Penetrating | = -1 |
| Fractures | None | = +2 |
| | Closed Fx | = +1 |
| | Open to Multiple | = -1 |
| | Total = | |

---

**PRIMARY SURVEY (circle all that apply or complete blank)**
Airway: (Intact) / Needs assistance Intubation: Oral / Nasal / Cricothyroidotomy / Tracheostomy
Breathing: (Spontaneous) / Needs assistance  Chest tube: Right size ____ Left size ____   Mechanical vent
Circulation: (IV Access - Adequate) / Needs Peripheral IV / Cutdown / Central line-location: _____
   SBP 152 / Pulse 137   Needs Fluid Bolus: amount give/type: NS 1000 cc
   Pupils: Right 3 mm   Left 3 mm (Reactive) Non reactive
   Other: Resuscitative Thoracotomy  YES /(NO)       REBOA: YES /(NO)

**SECONDARY SURVEY (circle all that apply or complete blank: UTA=unable to assess due to GCS/meds)**
HEENT: Describe _____
Skull/Scalp: (WNL) / laceration / abrasion / hematoma / contusion / fracture: open / closed / depressed
Orbit:   (WNL) / ecchymosis: Right / Left
Occular:   Pupils: Right 3 mm (Reactive) Non reactive
      Left 3 mm (Reactive) Non reactive
      Gaze (WNL) / disconjugate / diplopia
      Sclerae (WNL) laceration: Right / Left  hyphema: Right / Left Abrasion
Ears: (WNL) / hematoma / laceration / otorhea: clear   bloody
      Tympatic Membranes (WNL) hemotympanum:   Right / Left
Nose: (WNL) / rhinorrhea:  clear / bloody / deformity / laceration / abrasion
Maxilla: (stable) / unstable
Mandible: (stable) / unstable   Occlusion: WNL / Abnormal
Zygoma: (stable) / unstable   Right / Left
Oropharynx: (WNL) / laceration / foreign body / erythema / missing teeth
Neck:   Trachea: (midline) / deviated / crepitus
      Jugular Venous Distention:  present (absent)
      WNL / (laceration) / abrasion / contusion / hematoma: Right (Left)
      describe: 1 cm length
   C-spine: Tender /(Non-tender)/ UTA    C-Collar on arrival:(YES)/ NO   Changed to semi rigid cervical orthosis

Signature: _Cauffman_
Date 8/8/2020  Time 17 26

**OU MEDICAL CENTER, Oklahoma City, OK**
**Trauma Initial History & Physical Evaluation**
☒ OUMC    ☐ TCH

Patient Information / Label

TRAUMA2020,PT2909
E99900563616

Page 2 of 6

*TRAS* OUMC 100974  rev 01/2020

**GREEN**

FARMERS MUTUAL_0496

**SECONDARY SURVEY** (circle all that apply or complete blank; UTA=unable to assess due to: GCS, heavy sedation, noncooperation, neuromuscular blocker)

**CHEST:** Describe: _____

FRONT    BACK

Inspection: (WNL) / abrasion / contusion / crepitis / seat belt marks or contusions/ laceration—Location _____
Palpation: (WNL) / deformities / compression tenderness /
UTA: Sternal / Right / Left / Flail segment
Auscultation: Breath Sounds: Right present / diminished / absent
(Left present) / diminished / absent

**ABDOMEN:** Describe: _____

Inspection: (WNL) / abrasion / contusion / seat belt mark or contusions /
laceration - Location _____
Palpation: (WNL) / distended / rigid / tenderness /
UTA - Location _____
Auscultation: Bowel Sounds (present) / absent

**RECTAL:** Describe: _____

Tone (WNL) / absent / voluntary sphincter contraction
Blood: gross positive / (gross negative)

**PELVIS:** Describe: _____

(stable) / unstable   Foley placed : Yes / (No)   Urine character / color _____
Compression tenderness: present / (absent) / UTA
Pubic Symphisis (intact) / separated

INJURY DIAGRAM KEY:

**GENITAL URINARY:** Describe: _____

(WNL) / abrasion / laceration / hematoma / blood at urethral meatus / blood in vagina

**BACK:** Describe: _____

Inspection: (WNL) / abrasion / contusion / laceration
Tenderness: present / (absent) / UTA-Location _____
Decubitus Pressure Sore: present / (absent) / UTA-Location _____

| Symbol | Key |
|---|---|
| ▶ | Penetrating Injury |
| ••••• | Abrasions |
| ∞∞∞ | Ecchymosis |
| ∿∿∿ | Partial Thickness Burn |
| # | Full Thickness Burn |
| X | Fracture |

**EXTREMITIES:** Describe: _____

RUE (WNL) FX: open/closed/abrasion/laceration/degloving    LUE (WNL) FX: open/closed/abrasion/laceration/degloving
RLE (WNL) FX: open/closed/abrasion/laceration/degloving    LLE (WNL) FX: open/closed/abrasion/laceration/degloving

**VASCULAR:** (P=palpable / NP=not palpable / D=dopplerable / UTA)
Brachial R___ L___   Radial R (P) L (P)   Femoral R___ L___   Popliteal R___ L___   Dorsalis pedis R (P) L (P)   Post. Tibial R___ L___
SBP RUE___   LUE___   RLE___   LLE___   Index___

**NEUROLOGIC:** (M=moves / DM=doesn't move / R=moves to resistance / UTA)

| Motor: | Deltoid | Biceps | Triceps | Hip flexors | Plantar | Dorsi flex |
|---|---|---|---|---|---|---|
| R | M /5 | M /5 | M /5 | M /5 | M /5 | M /5 |
| L | M /5 | M /5 | M /5 | M /5 | M /5 | M /5 |

Speech: (clear) / slurred / UTA
Cranial nerves: (intact) / cranial nerve deficit
Pronator drift: (absent) / present / UTA

Describe deficit:_____

Sensory: (intact to light touch)   RUE   LUE   RLE   LLE   Describe deficit:_____

**REFLEX:** Babinski_____

Signature: _____ Ou Uj___
Date 8/8/2020   Time 17:28

**OU MEDICAL CENTER, Oklahoma City, OK**
**Trauma Initial History & Physical Evaluation**
☒ OUMC   ☐ TCH

TRAUMA2020,PT2909
E99900563616

Page 3 of 6

*TRAS*  OUMC 100975  rev 01/2020

**GREEN**

**LABS / TESTS**

T.PROT _7.2_    PT / INR / PTT _11.4/1/24.1_    BMP _138_ _96_ _18_ ⟨_156_
ALB _4.8_    Peritoneal Lavage _____
Calcium _9.7_    Type & Screen _____  Type & Cross _____    _3.7_ _18_ _0.96_
Bilirubin _1.7_    ABG: pH _____ PCO2 _____ O2 _____
AST/ALT _63/52_    Base Deficit_____ Lactate_____    _7.69_  _16.1_  ⟨_175_
ALKP _98_    EKG _____    _45.7_
Amylase _64_    Troponin _____  Creatinine Kinase _____
LIP _42_    Urinalysis: Dipstick PH ___ Blood ___ Protein ___ Nitrate ___ LKEsterase ___
Microscopic: RBC ___ WBC Squam Cells ___
Drug Screen _____    Urine HCG ___

**FILMS / IMAGES**

<u>XRAY / IMAGES</u>    FINDINGS / DIAGNOSIS (list):
Chest Xray  WNL / Result: _____
Pelvis Xray  WNL / Result: _____
CT Brain    WNL / Result: _____
CT Face     WNL / Result: _____
CT C-Spine  WNL / Result: _____
CT T-Spine  WNL / Result: _____
CT L-Spine  WNL / Result: _____
CT Chest / Angio WNL / Result: _____
CT Abdomen/Pelvis WNL / Result:    CT Neck Angio:
Skeletal    WNL / Result:    - soft tissue irregularity of R foot
CT Neck Angio WNL / Result:    - Neck laceration / hematoma +/- foreign body
Additional Images / Xrays: _____

Outside Xray / Image Results: _____

**DIAGNOSIS and PLAN**

(Must include all imaging, physical exam, and laboratory diagnosis) _____
36 yo M s/P MVC w/ laceration to L neck.
- CT Angio without any signs of vascular involvement

**CONSULTS**

SERVICE _____ Time Called_____ PHYSICIAN Contacted _____ Time Discussed _____
SERVICE _____ Time Called_____ PHYSICIAN Contacted _____ Time Discussed _____
SERVICE _____ Time Called_____ PHYSICIAN Contacted _____ Time Discussed _____

<u>DISPOSITION:</u> Admit-ICU / Floor / Telemetry
(Discharged) / Transferred

Signature: _(signature)_
Date _8/8/2020_  Time _17:29_

**OU MEDICAL CENTER, Oklahoma City, OK**
**Trauma Initial History & Physical**
Evaluation ☒OUMC   ☐ TCH

Patient Information/Label

TRAUMA2020,PT2909
E99900563616

Page 4 of 6

*TRAS* OUMC 100976  rev 01/2020

**PROCEDURES AND TREATMENT PERFORMED BY THE TRAUMA TEAM ONLY:**

* **CHEST TUBE** Indication: HTX / PTX / Other _____ Local anesthesia of Lidocaine (**With/Without**) Epinephrine ___ cc

**Right / Left** Chest Tube Size: _____ Fr. placed in _____ Intercostal space (Mid / Ant) axillary line  Initial Output:_____
Post Procedure CRX revealed:_____ Performed by:_____ ☐ Emergent
**Right / Left** Chest Tube Size: _____ Fr. placed in _____ Intercostal space (Mid / Ant) axillary line  Initial Output:_____
Post Procedure CRX revealed:_____ Performed by:_____ ☐ Emergent
Notes: _____

---

* **ARTERIAL LINE** Indication: Hypovolemia / Shock / Spinal Cord Injury / TBI / Other
Catheter Type: _____ Size: _____ Location: _____
Performed by: _____ Time: _____ ☐ Emergent
Notes: _____

---

* **CENTRAL LINE** Indication: Hypovolemia / Shock / Spinal Cord Injury / TBI / Other
Catheter (size/lumens): _____ Location: _____ Post Procedure CXR revealed: _____
Performed by: _____ Time: _____ ☐ Emergent
Notes: _____

---

* **LACERATION REPAIR** Location: _____ Size / Length: _____
Anesthesia: _____ Type of repair: _____
Notes: _____
* **LACERATION REPAIR** Location: _____ Size / Length: _____
Anesthesia: _____ Type of repair: _____
Notes: _____
* **LACERATION REPAIR** Location: _____ Size / Length: _____
Anesthesia: _____ Type of repair: _____
Notes: _____

---

* **SPLINTING** Indication: _____ Type of splint: _____ **Long / Short**
Extremity: _____ Pre / Post Pulses: _____
Notes: _____
* **SPLINTING** Indication: _____ Type of splint: _____ **Long / Short**
Extremity: _____ Pre / Post Pulses: _____
Notes: _____

* **PHYSICIAN PLACED FOLEY / OG / NG** Indication: _____
Notes: _____
* **OTHER**
Notes: _____

**Attending Statement of Procedure(s) Participation and Signature:**
☐ I was personally present for the entire / key portions of the procedure performed by resident, PA-C or APRN
_____

---

**Resident:** Maria Urdaneta Perez   **Signature:** _Culver_   **Date:** 8/8/2020 **Time:** 17:28

**OU MEDICAL CENTER, Oklahoma City, OK**
**Trauma Initial History & Physical Evaluation**
☒OUMC  ☐TCH

Patient Information / Label

TRAUMA2020,PT2909
E99900563616

*TRAS* OUMC 100977 rev 01/2020

...e 5 of 6

**GREEN**

FARMERS MUTUAL_0499

**Attending Physicians**
**Trauma/Critical Care Note**

Arrival Time: _____

☐ I performed the entire service/procedure personally

☐ I evaluated the patient, reviewed prior pages 1-5, discussed the case with the resident / PA-C / APRN, and I agree with the findings and plans or amend the following below:

_(handwritten notes)_

**Ultrasound:**                    ☐ Not Done

A focused ultrasound exam of the peritoneal space (including the following areas: sub-phrenic, Morrison's pouch, splenorenal, superior colic gutters, and retro-vesicular), pericardial space, and pleural spaces was performed to evaluate for free fluid.

The ultrasound was performed with the following indications, as noted in the H&P:

☒ Blunt abdominal trauma   ☐ Penetrating abdominal trauma   ☐ Blunt thoracic trauma   ☐ Penetrating throacic trauma   ☐ Shock

**Findings:**

Exam of the above structures revealed the following findings in the peritoneal, pericardial, and pleural spaces:

**Evaluation for free fluid in:**

| | Absent | Present | |
|---|---|---|---|
| Morrison's Pouch | ☒ Absent | ☐ Present | |
| Splenorenal fossa | ☒ Absent | ☐ Present | |
| Retro-vesicular space | ☒ Absent | ☐ Present | |
| Pericardial space | ☒ Absent | ☐ Present | |
| Evidence of pericardial tamponade | ☒ Absent | ☐ Present | |
| Pleural space | ☒ Absent | ☐ Present | ☐ Left   ☐ Right |

CPT: 76705-26 (abdomen) + 93308-26 (cardiac) + 76604-26 (chest)

**Impression:** ☒ No pathologic free fluid        ☐ Cardiac Tamponade
☐ Hemoperitoneum      ☐ Hemothorax
☐ Hemopericardium     ☐ Other: _____

Total Attending Physician Critical Care time not including procedures: _____

Attending: _____ _____ Date: 8/9/12 Time: 1730
    (Signature)            (Printed Name)
**(ATTENDING PHYSICIAN SIGNATURE REQUIRED)**

**OU MEDICAL CENTER, Oklahoma City, OK**
**Trauma Initial History & Physical Evaluation**
☒ OUMC        ☐ TCH

Pat'                                    TRAUMA2020, PT2909
                                        E99900563616

*TRAS* OUMC 100978  rev 01/2020                            Page 6 of 6

**GREEN**

ED Arrival Date: 8/8/2020    Time: 17:32    Activation Level ☒ I ☐ II ☐ III

| Injury Summary: | Date Diagnosis | Consultations / Date | F/U Instructions |
|---|---|---|---|
| | | | |

| Musculoskeletal Injuries | D/C WB Status | Complications | Date |
|---|---|---|---|
| | | | |

| Date 8/8/2020    Operation / Attending | Date    Operation / Attending |
|---|---|
| FAST ⊖ /Blair | |

Spine Clearance
Date 8/8/2020

| | Preliminary Results | | | Final Results | | Final Disposition |
|---|---|---|---|---|---|---|
| | Imaging | Exam | | Imaging | Tertiary Exam | Cleared / Brace / OR |
| C Spine 4 View | | — | | | | |
| CT | ⊖ | | | | | |
| T Spine 2 View | | | | | | |
| CT | ⊖ | | | | | |
| L Spine 2 View | | | | | | |
| CT | ⊖ | | | | | |

| Date | Radiology Studies | + / - (List + results above) | Date | Radiology Studies | + / - (List + results above) |
|---|---|---|---|---|---|
| 8/8/2020 | CT Neck angio ⊖ | | | | |

Disposition:   ICU   OR   Floor   Home from ED   Home < 24°

EMS Service Name:
Complete Run Sheet Available:  YES   NO

When complete FAX to 1-3513 Trauma Office

**OU MEDICAL CENTER, Oklahoma City, OK**
**Trauma Team Tertiary Assessment**

# *TRAS*

*TRAS*  OUMC 101312   rev 01/2020

TRAUMA2020,PT2909
E99900563616

Page 1 of 1

**GREEN**

FARMERS MUTUAL_0501

Patient:MILANOVIC, OGNJEN    MRN:E002981401    Encounter:E99900563616    FARMERS MUTUAL_0502

```
RUN DATE: 08/10/20                                    OU Medical Center EDM **LIVE**                                              PAGE 1
RUN TIME: 3316                                          EMERGENCY PATIENT RECORD
RUN USER: WF.FEED
Patient: TRAUMA2020,PT2909                                        Age/Sex:                           Acct No: E99900563616
EDM Provider: Zagari Stuppiello,Giselle  MD, 2hcaActiv                                               Unit No: E002981401
```

```
=============================== GENERAL DATA ===============================
ED Physician: Zagari Stuppiello,Giselle  MD, 2hcaActive Arrival Date/Time: 08/08/20 - 1711
Practitioner:                            Triage Date/Time: 08/08/20 - 1711
Nurse:                                   Date of Birth:

Stated Complaint: TRAUMA2020,PT2909  S/P MVC
Chief Complaint: Trauma/MVC                                  Priority: 1
Status Event History:
     08/08/20  1705 Reception *
               1706 Room Placement *

MODE OF ARRIVAL

AMBULANCE
```

```
=============================== ALLERGIES ===============================
Allergy/Adverse Reaction                    Type/Category  Severity Date     Ver
No Known Allergies                          Allergy/Drug            08/08/20 N
```

```
=============================== ASSESSMENT ===============================
Rapid Initial Assessment +

Occurred                        Recorded
Date    Time User               Date    Time User
08/08/20 1909 MELTON,MELISSA, RN  08/08/20 1811 MELTON,MELISSA, RN

   First Point of Contact: Yes
   Enter/Edit Allergies? Yes
   Allergy Band On: Y
   Arrived By: AMB
   EMS service: EMSA
   Subjective Assessment:
HVC
   See next page
   Do you have thoughts of hurting yourself? No
   Have you had thoughts of hurting yourself in the past 7 days? No
   See next page
   OB/GYN History:  (if noted below)
   See next page
   Smoking status for patients 13 years old or older: Never Smoker
   Discharged from any medical facility in the last 30 days? No
   See next page
   Flowsheet: Yes
   Chief Complaint: Trauma/MVC
   Priority: ESI1/Resuscitation
   ESI? N
   Facility ESP status:
   ESP Enabled
   Last page
        - - FIRST POINT OF CONTACT - -
   Is patient present and able to complete the screening for infection: Yes
   Have you or a close contact traveled outside the US in the last 2 weeks: No
   Close contact w/person under investigation for 2019-nCoV while person ill: No
   Have you ever had TB or a positive TB skin test: No
   Recent close contact with a person who has TB or influenza like illness: No
```

```
Fever greater than 100.4 F or 38.0 C: Not in the last 7 days
Cough not related to allergy or COPD: Not in the last 7 days
Sore throat: Not in the last 7 days
Night sweats: Not in the last 7 days
Unexplained weight loss: Not in the last 7 days
Fatigue: Not in the last 7 days
Body aches: Not in the last 7 days
Rash: Not in the last 7 days
Nasal congestion unrelated to allergies/sinus infections: Not in the last 7 days
Point of entry screening status:
Negative TB Risk
Negative Respiratory Risk
Negative C difficile Risk
   Shortness of breath: No
   Have you tested positive for Covid-19 in the last 14 days? No
   Temp (C): 36.1
Pulse: 138
Respirations: 152
Blood Pressure: 162/94
MAP: 113
Pulse Ox %: 95
   Cm: 175.00
Wt-Lbs: 170
Wt-Kg: 77.111
BMI: 25.2
   : High
   ==SEVERE SEPSIS SCREENING==
   Temperature: No
WBC results:
08/08/20 17.69 1715
   Heart rate: Yes
   Band results:
No Results past 24 hrs
   Respirations: No
   WBC/Bands: No
   If yes to 2 or more of above, proceed to next section: 1
   ==INFECTION==
   ==NEW ORGAN DYSFUNCTION within past 48 hours==

Disposition-DC,TX,ADM,LPT +                                          ** UNDONE **
Undone Reason: WRONG PT

Occurred                        Recorded
Date    Time User               Date    Time User
08/05/20 1211 BORZA,JOSEPH, RN    08/09/20 1212 BORZA,JOSEPH, RN

   Patient Disposition: Discharge
   Disposition Category: Discharged
   ED plan of care
   Chief Complaint: Trauma/MVC
   Expected outcome of chief complaint: Stabilized/Maintained
   Actual outcome of chief complaint: Stabilized/Maintained
   Enter dispo TS now: N
   Pain
   Question below will only be answered if patient is LPMSE:
   Last page
   For lookup by name, enter M\name then press <Lookup>
   Patient left
```

```
RUN DATE: 36/10/20                           OU Medical Center EDM **LIVE**                              PAGE 2
RUN TIME: 3316                               EMERGENCY PATIENT RECORD
RUN USER: WF.FEED
```

Patient: TRAUMA2020,PT2909                                    Age/Sex:                      Acct No: E999009563616
EDM Provider: Zagari,Stephiello,Giselle MD, 2hcaEctiv                                       Unit No: E002961401

Discharge information provided: Instructions
Discharge instructions given to and verbalized understanding by:

**ADDITIONAL INSTRUCTIONS**

PATIENT
To: Home
With: Unaccompanied
Mode: Ambulatory
Plan of Care Goal met? Yes
Via: Private Vehicle
Driver: Patient
See next page
See next page
See next page

GENERAL DISCHARGE INSTRUCTIONS

~~~ ASSESSMENT PARAMETERS ~~~

These are the definitions of Within Defined Parameters by Body System

**DEPARTURE NOTES**

**\*\*UNDONE\*\***
Occurred                          Recorded
Date    Time User                 Date    Time User
08/09/20 1260 DORZA,JOSEPH, RN    08/09/20 1208 DORZA,JOSEPH, RN
TRACYE, PA AT THE CURBSIDE.

**\*\*UNDONE\*\***
Occurred                          Recorded
Date    Time User                 Date    Time User
08/09/20 1142 DORZA,JOSEPH, RN    08/09/20 1210 DORZA,JOSEPH, RN
Undone Reason: WRONG PT
Discharge instructions provided and reviewed with the patient. Reviewed
medication. Reviewed referrals. Patient verbalized understanding. Written
instructions provided in English. The patient was discharged by the physician.
PT AMBULATES TO ED EXIT WITHOUT DIFFICULTY AND IN STABLE CONDITION. PT IS
DRIVING HIMSELF HOME.

**OTHER NOTES**
Occurred                          Recorded
Date    Time User                 Date    Time User
08/09/20 1914 BARBEE,DAVID L      08/09/20 1915 BARBEE,DAVID L
Ognjen Milanovic,     ,   I#2909, Rm#3, level 1 - MVC, no family contact info
available, belongings in pt custody

**DISPOSITION INFORMATION**

Primary Impression: MVC (motor vehicle collision)
Secondary Impressions:
Open neck wound
Tachycardia
Disposition: Routine Home/Self Care          Departure Date/Time: -
Comment:
Condition: Stable

Referrals:

Pt Instructions:

Departure Forms:

NEUROLOGICAL
- Alert & Oriented X 4
- Pupils equal
- Speech clear and appropriate for age
- Moves all extremities
- No paralysis
- Steady gait
- Ambulates independently

RESPIRATORY
- No respiratory distress
- No cough
- No O2 or assistive devices
- No nasal flaring or pursed lip
  breathing
- Respirations even & unlabored
- Skin pink & warm to touch

CIRCULATORY
- Oral mucosa pink and moist
- Skin color appropriate to ethnic color
- Denies sensory complaints
- No edema noted

GASTROINTESTINAL
- Denies GI complaints

INTEGUMENTARY
- Skin warm, dry & intact
- No complaints of lesions, rash, wounds,
  bruises, petechiae or abrasions

EENT
- Eyes - Clear, no tearing or redness
- Ears - No complaint of hearing difficulty,
  loss of hearing, or change in
  hearing, pain free, no drainage
- Nasal - Breathes freely through both nares
- Throat - No hoarseness or stated soreness,
  no cough

CARDIAC
- No stated calf tenderness
- No history of pacemaker or implanted
  defibrillator
- Denies current cardiac complaint
- Skin pink & warm to touch - no cyanosis,
  mottling, diaphoresis or flushing of skin

MUSCULOSKELETAL
- Moves all extremities
- Ambulates independently

GENITO URINARY
- Denies GU complaints

PSYCHOSOCIAL
- With regards to cultural influences:
  mood/affect is appropriate
- Patient demonstrates effective coping
  skills/patterns for situation

These are the definitions of Within Defined Parameters for the Nutritional and Functional
Screenings:

NUTRITIONAL
- No swallowing/chewing impairments
- No nausea and/or vomiting and/or
  diarrhea for 3 or more days
- No reported unintentional weight loss
  > 10 lbs in last 3 months
- No reported decrease in intake > 50%
  of usual in last two weeks

FUNCTIONAL
- No unexplained alteration in
  movement/ability in last four weeks
- No recent limitation performance of ADLs
- No recent alteration in ADLs that require
  assistance

This is the definition for the evidence of Physical and/or Psychological Abuse question:

Patient:MILANOVIC, OGNJEN          MRN:E002961401  Encounter:E999005683616          FARMERS MUTUAL_0503

Patient:MILANOVIC, OGNJEN        MRN:E002981401        Encounter:E999005636I6        FARMERS MUTUAL_0504
PAGE 3 of 3

```
RUN DATE: 36/10/20                          OU Medical Center EDM **LIVE**                                   PAGE 3
RUN TIME: 3316                              EMERGENCY PATIENT RECORD
RUN USER: BFT.FEED
```

```
Patient: TRAUMA2020,PT2909                                      Age/Sex:              Acct No: E999005636I6
EDM Provider: Zagari Stoppiello,Giselle  MD, 2hcaActiv                                 Unit No: E002861401
```

                    ABUSE HISTORY TO INCLUDE, BUT NOT LIMITED TO:
PT DOES NOT REPORT/NO EVIDENCE OF ANY OF THE FOLLOWING: abuse/neglect, Hx. of abuse/neglect,
withdrawn/fearful benavior, Unexplained or suspicious bruises/wounds, Patient/Caregiver
story changes, Defensive about injuries, Undernourished despite good appetite,
Recurrent/Suspicious injuries, Fear of return to previous arrangements, Injuries do not
match event history.

                *** PATIENT SAFETY PARAMETERS ***
** Allergy and Patient Identification Bands in Place and Validated
** If in a Bed, Side Rails Up and Bed in Low Position With Wheels Locked
** If in a Wheelchair, Wheels Locked
** Call Light Function Explained and Within Reach
** Standard Precautions Observed

```
RUN DATE: 08/10/20              MEDITECH FACILITY: COCPN                              PAGE 1
RUN TIME: 0100                  IDEV - Discharge Report
RUN USER: HPF.FEED
```

```
PATIENT:  TRAUMA2020,PT2909          A/S:  ██       ADMIT:    08/08/20
ACCOUNT NO: E99900563616             LOC:  E.ERT    DISCH/DEF: 08/08/20
                                     RM:            STATUS:   ER
ATTEND DR: Zagari Stuppiello,Giselle  MD   DD:      UNIT NO:  E002961401
REPORT STATUS: FINAL
```

Order Date: 08/08/20
Category   Procedure Name                    Order Number  Date     Time Pri Qty Ord Source Status   Ordered By
LAB        COMPLETE BLOOD COUNT W/DIFF       20200808-2774 08/08/20 1706 S       P           CMP      BLASC
Other Provider :              Sig Lvl Provider :
  Comment:
    :

   Order's Audit Trail of Events
   1    08/08/20 1706 ENUR.CAB13 Order ENTER in EDM/OM
   2    08/08/20 1706 ENUR.CAB13 Order from set: EMTC Trauma Male
   3    08/08/20 1706 ENUR.CAB13 Ordering Doctor: Blair,Scott  DO
   4    08/08/20 1706 ENUR.CAB13 Order Source: Protocol          Y
   5    08/08/20 1706 interface  cc'd doctors edited in LAB
   6    08/08/20 1706 interface  order's status changed from TRANS to LOGGED by LAB
   7    08/08/20 1716 DR.BLASC   Signed by Blair,Scott  DO
   8    08/08/20 1724 interface  order's status changed from LOGGED to IN PRO by LAB
   9    08/08/20 1729 interface  order's status changed from IN PRO to COMP by LAB

              Electronically signed by Blair,Scott  DO on 08/08/20 at 1716

Order Date: 08/08/20
Category   Procedure Name                    Order Number  Date     Time Pri Qty Ord Source Status   Ordered By
LAB        COMPREHENSIVE METABOLIC PANEL     20200808-2775 08/08/20 1706 S       P           CMP      BLASC
Other Provider :              Sig Lvl Provider :
  Comment:
    :

   Order's Audit Trail of Events
   1    08/08/20 1706 ENUR.CAB13 Order ENTER in EDM/OM
   2    08/08/20 1706 ENUR.CAB13 Order from set: EMTC Trauma Male
   3    08/08/20 1706 ENUR.CAB13 Ordering Doctor: Blair,Scott  DO
   4    08/08/20 1706 ENUR.CAB13 Order Source: Protocol          Y
   5    08/08/20 1706 interface  cc'd doctors edited in LAB
   6    08/08/20 1706 interface  order's status changed from TRANS to LOGGED by LAB
   7    08/08/20 1716 DR.BLASC   Signed by Blair,Scott  DO
   8    08/08/20 1724 interface  order's status changed from LOGGED to IN PRO by LAB
   9    08/08/20 1759 interface  order's status changed from IN PRO to COMP by LAB

              Electronically signed by Blair,Scott  DO on 08/08/20 at 1716

Order Date: 08/08/20
Category   Procedure Name                    Order Number  Date     Time Pri Qty Ord Source Status   Ordered By
LAB        PROTHROMBIN TIME                  20200808-2776 08/08/20 1706 S       P           CMP      BLASC
Other Provider :              Sig Lvl Provider :
   Is patient on anticoagulants?       N
   Which ones?                         (Free Text Response)
   Comment:

   Order's Audit Trail of Events
   1    08/08/20 1706 ENUR.CAB13 Order ENTER in EDM/OM
   2    08/08/20 1706 ENUR.CAB13 Order from set: EMTC Trauma Male
```

**PERMANENT  MEDICAL  RECORD  COPY**

FARMERS MUTUAL_0505

```
RUN DATE: 08/10/20                    MEDITECH FACILITY: COCPN                        PAGE 2
RUN TIME: 0100                        IDEV - Discharge Report
RUN USER: HPF.FEED
```

```
PATIENT:  TRAUMA2020,PT2909           A/S: ■ ■        ADMIT:    08/08/20
ACCOUNT NO: E99900563616              LOC: E.ERT      DISCH/DEP: 08/08/20
                                      RM:             STATUS:   ER
ATTEND DR: Zagari Stuppiello,Giselle  MD    DD:       UNIT NO:  E002961401
REPORT STATUS: FINAL
```

```
3    08/08/20 1706 ENUR.CAB13 Ordering Doctor: Blair,Scott  DO
4    08/08/20 1706 ENUR.CAB13 Order Source: Protocol                Y
5    08/08/20 1706 interface  cc'd doctors edited in LAB
6    08/08/20 1706 interface  order's status changed from TRANS to LOGGED by LAB
7    08/08/20 1716 DR.BLASC   Signed by Blair,Scott  DO
8    08/08/20 1724 interface  order's status changed from LOGGED to IN PRO by LAB
9    08/08/20 1740 interface  order's status changed from IN PRO to COMP by LAE
```

                  Electronically signed by Blair,Scott  DO on 08/08/20 at 1716

```
Order Date: 08/08/20                         ─Service─
Category   Procedure Name          Order Number  Date      Time Pri Qty Ord Source Status  Ordered By
LAB        PARTIAL THROMBOPLASTIN TIME 20200808-2777 08/08/20 1706 S      P            CMP     BLASC
Other Provider :               Sig Lvl Provider :
  Comment:
    :
```

```
  Order's Audit Trail of Events
1    08/08/20 1706 ENUR.CAB13 Order ENTER in EDM/OM
2    08/08/20 1706 ENUR.CAB13 Order from set: EMTC Trauma Male
3    08/08/20 1706 ENUR.CAB13 Ordering Doctor: Blair,Scott  DO
4    08/08/20 1706 ENUR.CAB13 Order Source: Protocol                Y
5    08/08/20 1706 interface  cc'd doctors edited in LAB
6    08/08/20 1706 interface  order's status changed from TRANS to LOGGED by LAB
7    08/08/20 1716 DR.BLASC   Signed by Blair,Scott  DO
8    08/08/20 1724 interface  order's status changed from LOGGED to IN PRO by LAB
9    08/08/20 1740 interface  order's status changed from IN PRO to COMP by LAE
```

                  Electronically signed by Blair,Scott  DO on 08/08/20 at 1716

```
Order Date: 08/08/20                         ─Service─
Category   Procedure Name          Order Number  Date      Time Pri Qty Ord Source Status  Ordered By
LAB        LIPASE                  20200808-2778 08/08/20 1706 S      P            CMP     BLASC
Other Provider :               Sig Lvl Provider :
  Comment:
    :
```

```
  Order's Audit Trail of Events
1    08/08/20 1706 ENUR.CAB13 Order ENTER in EDM/OM
2    08/08/20 1706 ENUR.CAB13 Order from set: EMTC Trauma Male
3    08/08/20 1706 ENUR.CAB13 Ordering Doctor: Blair,Scott  DO
4    08/08/20 1706 ENUR.CAB13 Order Source: Protocol                Y
5    08/08/20 1706 interface  cc'd doctors edited in LAB
6    08/08/20 1706 interface  order's status changed from TRANS to LOGGED by LAB
7    08/08/20 1716 DR.BLASC   Signed by Blair,Scott  DO
8    08/08/20 1724 interface  order's status changed from LOGGED to IN PRO by LAB
9    08/08/20 1759 interface  order's status changed from IN PRO to COMP by LAE
```

                  Electronically signed by Blair,Scott  DO on 08/08/20 at 1716

**PERMANENT  MEDICAL  RECORD  COPY**

FARMERS MUTUAL_0506

```
RUN DATE: 08/10/20          MEDITECH FACILITY: COCPN                        PAGE 3
RUN TIME: 0100              IDEV - Discharge Report
RUN USER: HPF.FEED
```

```
PATIENT: TRAUMA2020,PT2909           A/S: ▮▮▮      ADMIT:    08/08/20
ACCOUNT NO: E99900563616             LOC: E.ERT    DISCH/DEF: 08/08/20
                                     RM:           STATUS:   ER
ATTEND DR: Zagari Ctuppiello,Giselle  MD    DD:    UNIT NO:  E002961401
REPORT STATUS: FINAL
```

Order Date: 08/08/20 ──────────Service──────────
| Category | Procedure Name | | Order Number | Date | Time | Pri | Qty | Ord | Source | Status | Ordered By |
|---|---|---|---|---|---|---|---|---|---|---|---|
| LAB | AMYLASE | | 20200808-2779 | 08/08/20 | 1706 | S | | P | | CMP | BLASC |

Other Provider :                    Sig Lvl Provider :
   Comment:
   :

   Order's Audit Trail of Events
   1    08/08/20 1706 ENUR.CAB13 Order ENTER in EDM/OK
   2    08/08/20 1706 ENUR.CAB13 Order from set: EMTC Trauma Male
   3    08/08/20 1706 ENUR.CAB13 Ordering Doctor: Blair,Scott DO
   4    08/08/20 1706 ENUR.CAB13 Order Source: Protocol         Y
   5    08/08/20 1706 interface   cc'd doctors edited in LAB
   6    08/08/20 1706 interface   Order's status changed from TRANS to LOGGED by LAB
   7    08/08/20 1716 DR.BLASC    Signed by Blair,Scott DO
   8    08/08/20 1724 interface   order's status changed from LOGGED to IN PRO by LAB
   9    08/08/20 1759 interface   order's status changed from IN PRO to COMP by LAE

              Electronically signed by Blair,Scott DO on 08/08/20 at 1716


Order Date: 08/08/20 ──────────Service──────────
| Category | Procedure Name | | Order Number | Date | Time | Pri | Qty | Ord | Source | Status | Ordered By |
|---|---|---|---|---|---|---|---|---|---|---|---|
| LAB | URINALYSIS / CULT IF INDICATED | 20200808-2780 | 08/08/20 | 1706 | S | | P | | CMP | BLASC |

Other Provider :                    Sig Lvl Provider :
   If patient is less than 2 years old, order....UAP

   Order's Audit Trail of Events
   1    08/08/20 1706 ENUR.CAB13 Order ENTER in EDM/OM
   2    08/08/20 1706 ENUR.CAB13 Order from set: EMTC Trauma Male
   3    08/08/20 1706 ENUR.CAB13 Ordering Doctor: Blair,Scott DO
   4    08/08/20 1706 ENUR.CAB13 Order Source: Protocol         Y
   5    08/08/20 1706 interface   cc'd doctors edited in LAB
   6    08/08/20 1706 interface   order's status changed from TRANS to LOGGED by LAB
   7    08/08/20 1716 DR.BLASC    Signed by Blair,Scott DO
   8    08/08/20 1758 interface   order's status changed from LOGGED to IN PRO by LAB
   9    08/08/20 1811 interface   order's status changed from IN PRO to COMP by LAE

              Electronically signed by Blair,Scott DO on 08/08/20 at 1716


Order Date: 08/08/20 ──────────Service──────────
| Category | Procedure Name | | Order Number | Date | Time | Pri | Qty | Ord | Source | Status | Ordered By |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BBK | TYPE AND SCREEN | | 20200808-0096 | 08/08/20 | 1706 | S | | P | | CMP | BLASC |

Other Provider :                    Sig Lvl Provider :
   ***  This is for TYPE & SCREEN only!  ***

   Do NOT order with PC (Packed Cells)!!!

   Type and Screen specimens are held in Blood Bank for 72 hrs.
```

**PERMANENT MEDICAL RECORD COPY**

```
RUN DATE: 08/10/20              MEDITECH FACILITY: COCPN                        PAGE 4
RUN TIME: 0100                  IDEV - Discharge Report
RUN USER: HPF.FEED
```

```
PATIENT:  TRAUMA2020,PT2909           A/S:  ▮▮▮▮       ADMIT:     08/08/20
ACCOUNT NO: E99900563616              LOC: E.ERT      DISCH/DEP: 08/08/20
                                      RM:             STATUS:    ER
ATTEND DR: Zegari Stuppiello,Giselle  MD  DD:         UNIT NO:   E00296:401
REPORT STATUS: FINAL
```

### Order's Audit Trail of Events

```
1   08/08/20 1706 ENUR.CAB13 Order ENTER in EDM/OM
2   08/08/20 1706 ENUR.CAB13 Order from set: EMTC Trauma Male
3   08/08/20 1706 ENUR.CAB13 Ordering Doctor: Blair,Scott  DO
4   08/08/20 1706 ENUR.CAB13 Order Source: Protocol        Y
5   08/08/20 1706 interface  cc'd doctors edited in LAB
6   08/08/20 1706 interface  order's status changed from TRANS to LOGGED by LJB
7   08/08/20 1716 DR.BLASC   Signed by Blair,Scott  DO
8   08/08/20 1721 interface  order's status changed from LOGGED to IN PRO by LAB
9   08/08/20 1803 interface  order's status changed from IN PRO to COMP by LAE
```

Electronically signed by Blair,Scott  DO on 08/08/20 at 1716

---

```
Order Date: 08/08/20                     ──Service──
Category   Procedure Name             Order Number  Date      Time Pri Qty Ord Source Status   Ordered By
RAD        RAD CHEST 1 VIEW AP/PA     20200808-0398 08/08/20  1724 S        P        CMP      BLASC
Other Provider :          Sig Lvl Provider :
    Location:                         D (In Imaging Department)
    Campus?                           PB
    Reason for exam:                  MVC
    Comment:
```

### Order's Audit Trail of Events

```
1   08/08/20 1706 ENUR.CAB13 Order ENTER in EDM/OM
2   08/08/20 1706 ENUR.CAB13 Order from set: EMTC Trauma Male
3   08/08/20 1706 ENUR.CAB13 Ordering Doctor: Blair,Scott  DO
4   08/08/20 1706 ENUR.CAB13 Order Source: Protocol        Y
5   08/08/20 1706 interface  order's status changed from TRANS to LOGGED by RAD
6   08/08/20 1716 DR.BLASC   Signed by Blair,Scott  DO
7   08/08/20 1729 interface  order's status changed from LOGGED to IN PRO by RAD
8   08/08/20 1743 interface  order service time edited: old value - 1706
9   08/08/20 2112 interface  order's status changed from IN PRO to COMP by RAD
```

Electronically signed by Blair,Scott  DO on 08/08/20 at 1716

---

```
Order Date: 08/08/20                     ──Service──
Category   Procedure Name             Order Number  Date      Time Pri Qty Ord Source Status   Ordered By
RAD        RAD PELVIS 1 VIEW          20200808-0399 08/08/20  1724 S        P        CMP      BLASC
Other Provider :          Sig Lvl Provider :
    Location:                         D (In Imaging Department)
    Campus?                           PB
    Reason for exam:                  MVC
    Comment:
    :
```

### Order's Audit Trail of Events

```
1   08/08/20 1706 ENUR.CAB13 Order ENTER in EDM/OM
2   08/08/20 1706 ENUR.CAB13 Order from set: EMTC Trauma Male
3   08/08/20 1706 ENUR.CAB13 Ordering Doctor: Blair,Scott  DO
4   08/08/20 1706 ENUR.CAB13 Order Source: Protocol        Y
5   08/08/20 1706 interface  order's status changed from TRANS to LOGGED by RAD
6   08/08/20 1716 DR.BLASC   Signed by Blair,Scott  DO
```

**PERMANENT MEDICAL RECORD COPY**

FARMERS MUTUAL_0508

```
RUN DATE: 08/10/20              MEDITECH FACILITY: COCPN                      PAGE 5
RUN TIME: 0100                  IDEV - Discharge Report
RUN USER: HPF.FEED
```

```
PATIENT:  TRAUMA2020,PT2909           A/S: ▓▓▓▓      ADMIT:    08/08/20
ACCOUNT NO: E99900563616              LOC: E.ERT     DISCH/DEP: 08/08/20
                                      RM:            STATUS:   ER
ATTEND DR: Zagari Stuppiello,Giselle  MD  DD:        UNIT NO:  E002961401
REPORT STATUS: FINAL
```

```
7   08/08/20 1729 interface  order's status changed from LOGGED to IN PRO by RAD
8   08/08/20 1743 interface  order service time edited: old value - 1706
9   08/08/20 2112 interface  order's status changed from IN PRO to COMP by RAE
```

Electronically signed by Blair,Scott  DO on 08/08/20 at 1716

Order Date: 08/08/20                    ──Service──
```
Category  Procedure Name           Order Number  Date      Time Pri Qty Ord Source Status  Ordered By
MIC       SARS-CoV-2 PCR           20200808-0189 08/08/20  1706 R    1 P         CMP     BLASC
Other Provider :            Sig Lvl Provider :
  Pre-procedure?                       Y
  Procedure Date:                      08/08/20
  Inpatient/admission?                 N
  Suspected COVID infection?           N
  DOC, LTAC, or Nursing Home resident?
                                       N
```

Order's Audit Trail of Events
```
1   08/08/20 1706 ENUR.CAB13 Order ENTER in BDM/OM
2   08/08/20 1706 ENUR.CAB13 Ordering Doctor: Blair,Scott  DO
3   08/08/20 1706 ENUR.CAB13 Order Source: Protocol          Y
4   08/08/20 1706 interface  cc'd doctors edited in LAB
5   08/08/20 1706 interface  order's status changed from TRANS to LOGGED by LAB
6   08/08/20 1716 DR.BLASC   Signed by Blair,Scott  DO
7   08/08/20 1728 interface  order's status changed from LOGGED to IN PRO by LAB
8   08/08/20 1949 interface  order's status changed from IN PRO to COMP by LAE
```

Electronically signed by Blair,Scott  DO on 08/08/20 at 1716

Order Date: 08/08/20                    ──Service──
```
Category  Procedure Name           Order Number  Date      Time Pri Qty Ord Source Status  Ordered By
CT        CT BRAIN WO CONTRAST     20200808-0138 08/08/20  1730 S         S         CMP     F.JALAD
Other Provider :            Sig Lvl Provider :
  Campus?                              PE
  Reason for exam:                     s/p trauma
  Comment:
```

Order's Audit Trail of Events
```
1   08/08/20 1719 RES.ANJ1  Order ENTER in POM
2   08/08/20 1719 RES.ANJ1  Order from set: TRAUMA SCANS/Neck Angio
3   08/08/20 1719 RES.ANJ1  Ordering Doctor: Jalla,Aditi N  MD
4   08/08/20 1719 RES.ANJ1  Order Source: ePOM
5   08/08/20 1719 RES.ANJ1  Signed by Jalla,Aditi N  MD
6   08/08/20 1719 interface  order's status changed from TRANS to LOGGED by RAD
7   08/08/20 1751 interface  order's status changed from LOGGED to IN PRO by RAD
8   08/08/20 1822 interface  order service time edited: old value - 1719
9   08/08/20 2004 interface  order's status changed from IN PRO to COMP by RAE
```

Electronically signed by Jalla,Aditi N  MD on 08/08/20 at 1719

**PERMANENT MEDICAL RECORD COPY**

FARMERS MUTUAL_0509

```
RUN DATE: 08/10/20              MEDITECH FACILITY: COCPN                      PAGE 6
RUN TIME: 0100                  IDEV - Discharge Report
RUN USER: HPF.FEED

PATIENT:  TRAUMA2020,PT2909         A/S: [  ]      ADMIT:    08/08/20
ACCOUNT NO: E99900563616            LOC: E.ERT     DISCH/DEF: 08/08/20
                                    RM:            STATUS:   ER
ATTEND DR: Sagawi Stuppiello,Giselle  MD   DD:     UNIT NO:  E002961401
REPORT STATUS: FINAL
```

Order Date: 08/08/20                          ─────Service─────
Category    Procedure Name            Order Number   Date      Time Pri Qty Ord Source Status   Ordered By
CT          CT C SPINE WO CONTRAST    20200808-0139 08/08/20 1730 S      E          CMP       r.JALAD
Other Provider :                 Sig Lvl Provider :
  Campus?                              PS
  Reason for exam:                     s/p trauma
  Comment:
    :

Order's Audit Trail of Events
1    08/08/20 1719 RES.ANJ1    Order ENTER in POM
2    08/08/20 1719 RES.ANJ1    Order from set: TRAUMA SCANS/Neck Angio
3    08/08/20 1719 RES.ANJ1    Ordering Doctor: Jalla,Aditi N MD
4    08/08/20 1719 RES.ANJ1    Order Source: ePOM
5    08/08/20 1719 RES.ANJ1    Signed by Jalla,Aditi N MD
6    08/08/20 1719 interface   order's status changed from TRANS to LOGGED by RJD
7    08/08/20 1751 interface   order's status changed from LOGGED to IN PRO by RAD
8    08/08/20 1822 interface   order service time edited: old value - 1719
9    08/08/20 2004 interface   order's status changed from IN PRO to COMP by RAE

              Electronically signed by Jalla,Aditi N MD on 08/08/20 at 1719


Order Date: 08/08/20                          ─────Service─────
Category    Procedure Name            Order Number   Date      Time Pri Qty Ord Source Status   Ordered By
CT          CT ABD AND PELVIS W CONTRAST 20200808-0140 08/08/20 1730 S   E          CMP       r.JALAD
Other Provider :                 Sig Lvl Provider :
  Campus?                              PS
  Reason for exam:                     s/p trauma
  Comments:                            T and L recons
    :
  PLEASE CHECK BOX CABINET FOR CT PREP INFORMATION.

Order's Audit Trail of Events
1    08/08/20 1719 RES.ANJ1    Order ENTER in POM
2    08/08/20 1719 RES.ANJ1    Order from set: TRAUMA SCANS/Neck Angio
3    08/08/20 1719 RES.ANJ1    Ordering Doctor: Jalla,Aditi N MD
4    08/08/20 1719 RES.ANJ1    Order Source: ePOM
5    08/08/20 1719 RES.ANJ1    Signed by Jalla,Aditi N MD
6    08/08/20 1719 interface   order's status changed from TRANS to LOGGED by RJD
7    08/08/20 1751 interface   order's status changed from LOGGED to IN PRO by RAD
8    08/08/20 1822 interface   order service time edited: old value - 1719
9    08/08/20 2012 interface   order's status changed from IN PRO to COMP by RAE

              Electronically signed by Jalla,Aditi N MD on 08/08/20 at 1719


Order Date: 08/08/20                          ─────Service─────
Category    Procedure Name            Order Number   Date      Time Pri Qty Ord Source Status   Ordered By
CT          CT NECK ANGIOGRAM         20200808-0141 08/08/20 1730 S      E          CMP       r.JALAD
Other Provider :                 Sig Lvl Provider :
  Campus?                              PS

              **PERMANENT  MEDICAL  RECORD  COPY**

FARMERS MUTUAL_0510

```
RUN DATE: 08/10/20                    MEDITECH FACILITY: COCPN                      PAGE 7
RUN TIME: 0100                        IDEV - Discharge Report
RUN USER: HPF.FEED
```

```
PATIENT:  TRAUMA2020,PT2909               A/S: ███        ADMIT:   08/08/20
ACCOUNT NO: E99900563616                  LOC: E.ERT      DISCH/DEF: 08/08/20
                                          RM:             STATUS:  ER
ATTEND DR: Zagawi Stuppiello,Giselle  MD  DD:            UNIT NO:  E00296:401
REPORT STATUS: FINAL
```

Reason for exam:            s/p trauma, left neck puncture wound
Comment:
    :

**Order's Audit Trail of Events**
```
1   08/08/20 1719 RES.ANJ1   Order ENTER in POM
2   08/08/20 1719 RES.ANJ1   Order from set: TRAUMA SCANS/Neck Angio
3   08/08/20 1719 RES.ANJ1   Ordering Doctor: Jalla,Aditi N  MD
4   08/08/20 1719 RES.ANJ1   Order Source: ePOM
5   08/08/20 1719 RES.ANJ1   Signed by Jalla,Aditi N  MD
6   08/08/20 1719 interface  order's status changed from TRANS to LOGGED by RAD
7   08/08/20 1751 interface  order's status changed from LOGGED to IN PRO by RAD
8   08/08/20 1822 interface  order service time edited: old value - 1719
9   08/08/20 2004 interface  order's status changed from IN PRO to COMP by RAE
```

        Electronically signed by Jalla,Aditi N  MD on 08/08/20 at 1719

---

Order Date: 08/08/20                        ——Service——
```
Category   Procedure Name            Order Number  Date      Time Pri Qty Ord Source Status  Ordered By
CT         CT CHEST W. CONTRAST      20200808-0142 08/08/20  1730 S      E          CMP     r.JALAD
```
Other Provider :            Sig Lvl Provider :
  Campus?                          PE
  Reason for exam:                 TRAUMA
  Comment:
      :

**Order's Audit Trail of Events**
```
1   08/08/20 1719 RES.ANJ1   Order ENTER in POM
2   08/08/20 1719 RES.ANJ1   Order from set: TRAUMA SCANS/Neck Angio
3   08/08/20 1719 RES.ANJ1   Ordering Doctor: Jalla,Aditi N  MD
4   08/08/20 1719 RES.ANJ1   Order Source: ePOM
5   08/08/20 1719 RES.ANJ1   Signed by Jalla,Aditi N  MD
6   08/08/20 1719 interface  order's status changed from TRANS to LOGGED by RAD
7   08/08/20 1751 interface  order's status changed from LOGGED to IN PRO by RAD
8   08/08/20 1822 interface  order service time edited: old value - 1719
9   08/08/20 2012 interface  order's status changed from IN PRO to COMP by RAE
```

        Electronically signed by Jalla,Aditi N  MD on 08/08/20 at 1719

---

Order Date: 08/08/20                        ——Service——
```
Category   Procedure Name            Order Number  Date      Time Pri Qty Ord Source Status  Ordered By
RAD        RAD ANKLE MIN 3 VIEWS RT  20200808-0405 08/08/20  1805 S      E          CMP     r.JALAD
```
Other Provider :            Sig Lvl Provider :
  Location:                        P (Portable)
  Campus?                          PR
  Reason for exam:                 trauma
  Comment:
      :

**Order's Audit Trail of Events**
```
1   08/08/20 1719 RES.ANJ1   Order ENTER in POM
2   08/08/20 1719 RES.ANJ1   Ordering Doctor: Jalla,Aditi N  MD
3   08/08/20 1719 RES.ANJ1   Order Source: ePOM
```

### PERMANENT MEDICAL RECORD COPY

FARMERS MUTUAL_0511

```
RUN DATE: 08/10/20              MEDITECH FACILITY: COCPN                        PAGE 8
RUN TIME: 0100                  IDEV - Discharge Report
RUN USER: HPF.FEED
```

```
PATIENT:  TRAUMA2020,PT2909         A/S: ▓▓▓      ADMIT:     08/08/20
ACCOUNT NO: E99900563616            LOC: 2.ERT    DISCH/DEF: 08/08/20
                                    RM:           STATUS:    ER
ATTEND DR: 2agawi Ctuppielle,Giselle  MD   DD:    UNIT NO:  D0029C1401
REPORT STATUS: FINAL
```

```
4    08/08/20 1719 RES.ANJ1    Signed by Jalla,Aditi N  MD
5    08/08/20 1720 interface   order's status changed from TRANS to LOGGED by RAD
6    08/08/20 1806 interface   order's status changed from LOGGED to IN PRO by RAD
7    08/08/20 1814 interface   order service time edited: old value - 1719
8    08/08/20 2119 interface   order's status changed from IN PRO to COMP by RAD
```

Electronically signed by Jalla,Aditi N  MD on 08/08/20 at 1719

```
Order Date: 08/08/20                  ─────Service─────
Category   Procedure Name              Order Number  Date      Time Pri Qty Ord Source Status   Ordered By
RAD        RAD FOOT MIN 3 VIEWS RT      20200808-0418 08/08/20  1806 S        B           CMP    J.JALAD
Other Provider :                       Sig Lvl Provider :
   Location:                              P (Portable)
   Campus?                                PE
   Reason for exam:                       trauma
   Comment:
   :
```

```
Order's Audit Trail of Events
1    08/08/20 1719 RES.ANJ1    Order ENTER in POM
2    08/08/20 1719 RES.ANJ1    Ordering Doctor: Jalla,Aditi N  MD
3    08/08/20 1719 RES.ANJ1    Order Source: ePOM
4    08/08/20 1719 RES.ANJ1    Signed by Jalla,Aditi N  MD
5    08/08/20 1720 interface   order's status changed from TRANS to LOGGED by RAD
6    08/08/20 1806 ERAD.AT     order service time edited: old value - 1719
7    08/08/20 1806 ERAD.AT     order procedure edited:
8    08/08/20 1806 ERAD.AT     old value - FOOTIR - RAD FOOT 2 VIEWS RT
9    08/08/20 1806 interface   order's status changed from LOGGED to IN PRO by RAD
10   08/08/20 2119 interface   order's status changed from IN PRO to COMP by RAD
```

Electronically signed by Jalla,Aditi N  MD on 08/08/20 at 1719

** IDEV END OF REPORT **

**PERMANENT  MEDICAL  RECORD  COPY**

FARMERS MUTUAL_0512

8/8/2020 6:05 PM  FROM: ePCR Fax from EMSA   TO: +1 (405) 271-9163   PAGE: 001 OF 009

# EMSA ePCR Faxing System

## FACSIMILE COVER PAGE

**To:**       OU MEDICAL CENTER

**Fax #:**    +1 (405) 271-9163

**Subject:**  Patient Care Report for patient MILANOVIC, OGNJEN, Run Number 20135451

**Sent:**     8/8/2020 6:05:56 PM              **Pages:**    9

**Note:**     Patient care report being faxed to OU MEDICAL CENTER from ZOLLs Field Data Fax Server

The information contained in this facsimile transmission is or may be protected or confidential. It is to be used by the intended recipient(s) only. If you have received this transmission by mistake, please notify the sender by Email to emsacompliance@emsa.net and then destroy this facsimile. Any unauthorized use or dissemination of this message in whole or in part is strictly prohibited and may be punishable by law.

FARMERS MUTUAL_0513

8/8/2020 6:05 PM  FROM: ePCR Fax from EMSA   TO: +1 (405) 271-9163   PAGE: 002 OF 009

**FINAL**



**EMSA-Western Division**

1111 CLASSEN DRIVE
OKLAHOMA CITY, Oklahoma, OK, 73103-2616
(405) 297-7100 Ext.

**Patient Care Report**

CAD Response Number: 20177007
CAD Master Incident Number: 20-W-156077
Billing Run Number: 20135451
Date of Service: 08/08/2020

Patient Name: Milanovic, Ognjen
Sex: ▮
DOB: ▮

## NARRATIVE

C- MVA

H- EMSA was dispatched for reports of a semi vs house. Arrived on scene to find a semi facing northeast in the ditch of the John Kilpatrick Turnpike Duplex is noted to be destroyed, tracks in the ground show to be coming from the southbound lanes of the turnpike, through the duplex, and around to where the semi is resting. Semi is noted to have severe front end damage w/ large amounts of debris in the vehicle. Pt is noted to be a ▮ sitting in the driver seat of the semi who appears to be unrestrained. Pt is noted to be A&Ox2. Pt is noted to have a 1in laceration to his left neck w/ controlled bleeding. Abrasions noted to R ankle w/ possible closed fx. Pt is unaware that he has been in an accident. C-collar was applied to the Pt. Pt was placed on a LSB. LSB taken to stretcher, stretcher taken to ambulance. 18G IV established in the L AC w/ saline lock. Pt became slightly combative and attempted to refuse transport to the ER. Due to AMS Pt was being transported under implied consent. OCFD assisted EMSA during transport. Began emergent transport to OU Medical Center. Arrived at OU Medical Center. Pt condition and vitals monitored throughout transport w/ no change in condition. Trauma alert was issued to OU Medical Center. Arrived at OU Medical Center. Pt taken to Trauma 3, transferred to hospital bed via LSB. Report given to Trauma team.

A- GCS 14, A&Ox2, skin pink warm and dry, pupils PERRL, unknown LOC, retrograde amnesia, no JVD, no tracheal deviation, 1in laceration noted to L neck, chest wall stable w/ equal rise and fall, lung sounds clear and equal bilaterally, abdomen soft non-tender, pelvis stable, upper and lower extremities symmetrical w/ good range of motion, abrasions and possible closed fx to R ankle. No other trauma noted.

R- C-collar, LSB, 18G IV established in the L AC w/ saline lock, trauma alert.

T- Emergent transport to OU Medical Center. Pt condition and vitals monitored throughout transport w/ no change in condition. Arrived at OU Medical Center. Pt taken to Trauma 3, transferred to hospital bed via sheet method, report given to Trauma team. RN signed in place of Pt due to AMS and critical injuries.

## IMPRESSIONS

**Primary Impression:**  Injury

**Secondary Impressions:**  Intracranial Injury

## ASSESSMENT

**ETOH/Drug use:**
None Reported

08/08/2020  16:31:00   By: Meadows, Dakota

| Body Area | Assessments and Comments | Body Area | Assessments and Comments |
|---|---|---|---|
| Airway | Patent | Breathing | Normal Respirations |
| Circulation | Pulses - Radial - Weak (1+) | Blood/Fluid Loss | 1 - 50 ML |
| Neck | Bleeding Controlled Laceration | External/Skin | Normal |
| Mental Status | Confused Oriented-Person Oriented-Time | Neurological | Cerebellar Function-Abnormal Gait-Normal Speech Normal Strength-Normal Strength-Symmetric |
| Right Ankle | Bleeding Controlled Fracture-Closed | | |

08/08/2020  17:02:00   By: Meadows, Dakota

| Body Area | Assessments and Comments | Body Area | Assessments and Comments |
|---|---|---|---|
| Airway | Patent | Breathing | Normal Respirations |
| Circulation | Pulses - Radial - Weak (1+) | Blood/Fluid Loss | 1 - 50 ML |
| Neck | Bleeding Controlled Laceration | External/Skin | Normal |
| Mental Status | Confused Oriented-Person Oriented-Time | Neurological | Cerebellar Function-Abnormal Gait-Normal Speech Normal Strength-Normal Strength-Symmetric |
| Right Ankle | Bleeding Controlled Fracture-Closed | | |

## PATIENT COMPLAINTS

**Chief Complaint**
Trauma - MVA (Primary)
   10 Minutes
**Anatomic Location**

PCRID  1678884

Page 1 of 8

FARMERS MUTUAL_0514

8/8/2020 6:05 PM  FROM: ePCR Fax from EMSA   TO: +1 (405) 271-9163   PAGE: 003 OF 009

# FINAL

# Patient Care Report



**EMSA-Western Division**

1111 CLASSEN DRIVE
OKLAHOMA CITY, Oklahoma, OK, 73103-2616
(405) 297-7100 Ext.

CAD Response Number: 20177007
CAD Master Incident Number: 20-W-156077
Billing Run Number: 20135451
Date of Service: 08/08/2020

Patient Name: Milanovic, Ognjen
Sex :
DOB :

General/Global

Organ System
Global/General

Primary Symptom
Amnesia

Other Associated Symptoms
Hemorrhage (1); or Bleeding (2)          Altered mental status

Last Oral Intake

Medical Hx Obtained From

## HISTORY

Past Medical History
None Reported

Allergies
No Known Drug Allergy          No Known Environmental/Food
Allergies

Medications
None Reported

## TREATMENT SUMMARY

| Time | PTA | Treatment | Who performed | Authorized by | Comments |
|------|-----|-----------|---------------|---------------|----------|
| 2020-08-08 16:34:00 | No | Extrication | Fire Department | Protocol (Standing Order) | |

| Complication | | Complication Narrative | |
|---|---|---|---|

Agency=Fire Department          Time (Minutes)=3

| Time | PTA | Treatment | Who performed | Authorized by | Comments |
|------|-----|-----------|---------------|---------------|----------|
| 2020-08-08 16:36:00 | No | Spinal Immobilization | Meadows, Dakota | Protocol (Standing Order) | |

Complication          Complication Narrative

Complication=None          Monitored and Evaluated by          Number of Attempts=1
                           Dur=EMSA Paramedic

Response=Unchanged          Size of Procedure Equipment=Adult          Successful=Yes

Type=CCollar-Adult

| Time | PTA | Treatment | Who performed | Authorized by | Comments |
|------|-----|-----------|---------------|---------------|----------|
| 2020-08-08 16:39:00 | No | Patient position | Patient | Protocol (Standing Order) | |

Complication          Complication Narrative

# of Attempts=1          Complication=None          Patient Position=Supine

Patient Transported On:=EMS Cot          Response=Unchanged          Safety Restraint/Belts Utilize=5 Point
                                         Harness (EMS Cot)

Successful=Yes

Page 2 of 8

FARMERS MUTUAL_0515

8/3/2020 6:05 PM  FROM: ePCR Fax from EMSA   TO: +1 (405) 271-9163   PAGE: 004 OF 009

# FINAL



**EMSA-Western Division**

1111 CLASSEN DRIVE
OKLAHOMA CITY, Oklahoma, OK, 73103-2616
(405) 297-7100 Ext.

## Patient Care Report

CAD Response Number: 20177007
CAD Master Incident Number: 20-W-156077
Billing Run Number: 20135451
Date of Service: 08/08/2020

Patient Name: Milanovic, Ognjen

Sex :

DOB :

### TREATMENT SUMMARY CONTINUED

| Time | PTA | Treatment | Who performed | Authorized by | Comments |
|------|-----|-----------|---------------|---------------|----------|
| 2020-08-08 16:38:00 | No | Spinal Immobilization | Meadows, Dakota | Protocol (Standing Order) | |
| | | **Complication** | | **Complication Narrative** | |
| | | Complication=None | Monitored and Evaluated by Dur=EMSA Paramedic | | Number of Attempts=1 |
| | | Response=Unchanged | Size of Procedure Equipment=Adult | | Successful=Yes |
| | | Type=Long Spine Board | | | |

| Time | PTA | Treatment | Who performed | Authorized by | Comments |
|------|-----|-----------|---------------|---------------|----------|
| 2020-08-08 16:45:00 | No | Attach Cardiac Monitor | Meadows, Dakota | Protocol (Standing Order) | |
| | | **Complication** | | **Complication Narrative** | |
| | | # of Attempts=1 | Cardiac Rhythm=Sinus Tachycardia | | Complication=None |
| | | ECG Type=4 Lead | Method of Interpretation=Manual Interpretation | | Monitored and Evaluated by Dur=EMSA Paramedic |
| | | Procedure Successful=Successful | | | |

| Time | PTA | Treatment | Who performed | Authorized by | Comments |
|------|-----|-----------|---------------|---------------|----------|
| 2020-08-08 16:48:00 | No | IV/IO | EMSA Field Operations Supervisor | Protocol (Standing Order) | |
| | | **Complication** | | **Complication Narrative** | |
| | | Complication=None | IV/IO Site=Antecubital-Left | | Monitored and Evaluated by Dur=EMSA Paramedic |
| | | Number of Attempts=1 | Procedure Successful=Successful | | Response=Unchanged |
| | | Size=18 G | Solution=Saline Lock | | |

| Time | PTA | Treatment | Who performed | Authorized by | Comments |
|------|-----|-----------|---------------|---------------|----------|
| 2020-08-08 16:59:00 | No | Hospital Activation | Meadows, Dakota | Protocol (Standing Order) | |
| | | **Complication** | | **Complication Narrative** | |
| | | Activation Type=Trauma (General) | | | |

8/8/2020 6:05 PM  FROM: ePCR Fax from EMSA  TO: +1 (405) 271-9163  PAGE: 005 OF 009

**FINAL**

**Patient Care Report**

CAD Response Number: 20177007
CAD Master Incident Number: 20-W-156077
Billing Run Number: 20130401
Date of Service: 08/08/2020

**EMSA-Western Division**

1111 CLASSEN DRIVE
OKLAHOMA CITY, Oklahoma, OK, 73103-2616
(405) 297-7100 Ext

Patient Name: Milanovic, Ognjen
Sex:
DOB:

## VITAL SIGNS

| Time | PTA | BP | Pulse | Monitor Rate | Respiratory | SPO2 | EtCO2 | Glucose | GCS |
|---|---|---|---|---|---|---|---|---|---|
| 08/08/2020 16:44:24 | No | 155/111 Automated Cuff | 161, <None> | | <None> | | | | E4 + V4 + M6 = 14 |
| Level of Consciousness: Alert; | | | | | | | | | |
| Taken by: Meadows, Dakota | | | | | | | | | |
| 08/08/2020 16:45:00 | No | 0 | <None> | | <None> | | | | |
| Cardiac Rhythm=Sinus Tachycardia | | | | | | | | | |
| Taken by: Meadows, Dakota | | | | | | | | | |
| 08/08/2020 16:52:00 | No | 186/120 Automated Cuff | 174, <None> | | <None> | 97% | | | |
| Taken by: | | | | | | | | | |
| 08/08/2020 16:53:21 | No | 176/110 Automated Cuff | 165, <None> | | <None> | 95% | | | |
| Taken by: | | | | | | | | | |
| 08/08/2020 17:02:23 | No | 171/114 Automated Cuff | 148, <None> | | <None> | 95% | | | E4 + V4 + M6 = 14 |
| Level of Consciousness: Alert; | | | | | | | | | |
| Taken by: Meadows, Dakota | | | | | | | | | |

| CREW INFO | RESPONSE INFO | DISPOSITION | TIMES |
|---|---|---|---|
| Vehicle: 399 | Med/Trauma: | Type of Service: 911 Response (Scene) | Recvd: 16:30:33 08-08-20 |
| Primary Role: Ground Transport | Resp Priority: 1-Emer Life Threat | Outcome: Transported | Dispatch: 16:30:55 08-08-20 |
| Crew#1 ID: Meadows, Dakota | Nature Of Call: Tra/No/Trans. Acc.FR | Destination: OU MEDICAL CENTER 700 NE 13TH ST OKLAHOMA City, Oklahoma, OK 73104 | En Route: 16:30:55 08-08-20 |
| | EMD Performed: Yes, With Pre-Arrival Instructions | | At Scene: 16:30:10 08-08-20 |
| Crew #1 Role: Primary Patient Caregiver-At Scene | MPDS Determinant: Traf/o/Trans. Acc.FR | | At Patient: 16:31:00 08-08-20 |
| Crew #1 Level: EMT-Paramedic | Location: | Dest. Reason: Protocol | Transport: 16:50:05 08-08-20 |
| Crew#2 ID: Queen, Austin | | Dest. Type: | At Dest: 17:10:44 08-08-20 |
| Crew #2 Role: Driver/Pilot-Response | | | In Service: 17:40:34 08-08-20 |
| Crew #2 Level: EMT-Basic | | Transport Miles: 0.0 | |
| Crew#3 ID: | Pt. Found: Vehicle | Cond at Dest.: | |
| Crew #3 Role: | No. of Patients: 0 | Barriers to Care: Altered Mental Status | |
| Crew #3 Level: | Possible Injury: Yes | | |
| Assisted By: OCFD | Scene Delay: None/No Delay | Pt. Transported: Supine - Stretcher, Starcher | |
| | | Trans. Delay: None | |
| | Sending Fac Med Rec No: | | |
| | Protocol Used: 10A H1&ONH/GN/Spine INJUR - Adult and Pediatric 10G - Extremity/Amputation Injury - Adult and Pediatric | Dest Delay: None/No Delay | |
| | | Dest Fac Med Rec No: E002961401 | |
| | | Recv Doctor: | |

Page 4 of 8

0/9/2020  6:05 PM  FROM: ePCR Fax from EMSA   TO: +1 (405) 271-9103   PAGE: 006 OF 009

# FINAL



**EMSA-Western Division**

**1111 CLASSEN DRIVE**
**OKLAHOMA CITY, Oklahoma, OK, 73103-2616**
**(405) 297-7100 Ext.**

## Patient Care Report

CAD Response Number: 20177007
CAD Master Incident Number: 20-W-156077
Billing Run Number: 20135451
Date of Service: 08/08/2020

Patient Name: Milanovic, Ognjen
Sex :
DOB :

### PATIENT INFORMATION

Name : Milanovic, Ognjen

Phone :

Home Country : United States
Home Adx : 33 FOUR WINDS DR

SSN: 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
Sex: Male
Race : White

DOB : 07/30/1984 (36 yrs)
Weight : 170 lbs (77.11 kgs)
Height : 5'10

Ethnicity :

Emergency Info Form :

Braille/
Large Color:

DL FAX :
Advanced Directives :   None

Mailing Adx :

Doctor :

### PATIENT BELONGINGS TRANSPORTED

Personal Belongings Transported :     Wallet/purse

Other Personal Belongings Transported :
Personal Belongings Left With :     Medical Staff

### NEXT OF KIN

Name :
SSN:
Sex :

Phone :
DOB :
Home Addx :

Relationship :

### INSURANCE

no insurance information entered

### TRAUMA

MVA Details :          from Location :

Position :   Front Seat-Left Side (or motorcycle driver)          Height of Fall :

**Trauma**
MVA - Damage - Main Area of
Impact - Rear Passenger Quarter
Panel
**Cause of Injury**
MVC-Heavy Duty Vehicle Injury
(Occupant)
**Mechanism of Injury**
Blunt

### TRAUMA SCORES

17:27   **Revised Trauma Score**        **Overall Score: 12**

Glasgow Coma Score: 13 - 15 [4], Score = 4          Respiratory Rate: 10 - 29 per minute [4], Score = 4

Systolic Blood Pressure: >89 mm Hg [4], Score = 4

Comments

### MISCELLANEOUS

Trauma Registry ID:
PD Case Number:

PatID Band/Tag #:
Fire Inc Report #:

### Medical Necessity

PT Moved to Cot Via: Spine Board
Stretcher Necessity: AMS
PT Bed Confinement: No

### SIGNATURES

| Time | Type | Who signed | Reason Pt. Unable To Sign Consent |
|---|---|---|---|
| 08/08/2020 17:16:05 | Facility Acceptance | Nurse (RN) - RN, Melissa | Not Signed - Critically Ill or Injured Patient |

Page 5 of 8

3/8/2020 6:05 PM  FROM: ePCR Fax from EMSA   TO: +1 (405) 271-9163   PAGE: 007 OF 009

# FINAL                                          Patient Care Report



**EMSA-Western Division**

1111 CLASSEN DRIVE
OKLAHOMA CITY, Oklahoma, OK, 73103-2616
(405) 297-7100 Ext.

CAD Response Number: 2017007
CAD Master Incident Number: 20-W-156077
Billing Run Number: 20135451
Date of Service: 08/08/2020

Patient Name: Milanovic, Ognjen
Sex :
DOB :

I am a representative of the institution named below. I certify that our institution has
furnished or will furnish care or other services to the above-named patient. In the event the
patient or another authorized representative cannot sign this report, I hereby sign on the
patient's behalf to permit EMSA to submit a claim for its services to Medicare. My signature
is not an acceptance of financial responsibility for the patient. Further, I am signing this to
acknowledge that the patient and pertinent information about the patient was received by
our institution pursuant to Oklahoma State Department of Health Regulations 310:641-3-63
1.B

X _____

**Witness 1:**
Dakota Meadows

X _____

08/08/2020 17:27:54   Crew Member Certification     Crew Member #1 – Meadows, Dakota     Not Signed - Critically Ill or Injured Patient

I, Dakota Meadows, attest that the patient, was unable to sign consent for treatment and
transport due to the reason listed above.

X _____

## CREW INFORMATION

Start Date/Time:   08/08/2020 06:15

| Crew # | Name | Crew # | Name |
|--------|------|--------|------|
| 7208 | Meadows, Dakota | 7081 | Green, Austin |
| License: | EMT P-74725 | License: | EMT - 77346 |
| Level: | EMT-Paramedic | Level: | EMT-Basic |

X _____     X _____

### ECG FULL DISCLOSURE REPORT

## Physio-Control LIFEPAK 12/15 Defibrillator Full Disclosure Report

Page 6 of 8

8/8/2020 6:05 PM  FROM: ePCR Fax from EMSA   TO: +1 (405) 271-9163   PAGE: 008 OF 009

**FINAL**                                                    **Patient Care Report**

EMSA

CAD Response Number: 20177007

CAD Master Incident Number: 2D-W-156077

Billing Run Number: 20135451

Date of Service: 08/08/2020

**EMSA-Western Division**

1111 CLASSEN DRIVE
OKLAHOMA CITY, Oklahoma, OK, 73103-2616
(405) 297-7100 Ext.

Patient Name: Milanovic, Ognjen

Sex :

DOB :

8/8/2020  4:42:14PM

16:42:14 Power On

8/8/2020  4:42:14PM



16:42:50 Initial Rhythm

8/8/2020  4:42:14PM

16:44:25 NIBP
16:47:13 Vital Signs
16:49:31 NIBP
16:51:38 NIBP
16:52:31 NIBP
16:52:40 NIBP
16:53:21 NIBP
16:53:31 Vital Signs
16:58:31 Vital Signs
17:02:23 NIBP
17:03:31 Vital Signs

8/8/2020  4:42:14PM

17:08:31 Vital Signs

CARDIAC ARREST

**Cardiac Arrest**

No

**Arrest Etiology**

**Resuscitation Attempted**

**Initial CPR**

Page 7 of 8

FARMERS MUTUAL_0520

8/8/2020 6:05 PM  FROM: ePCR Fax from EMSA   TO: +1 (405) 271-9163   PAGE: 009 OF 009

**FINAL**                                                      **Patient Care Report**



**EMSA-Western Division**

**1111 CLASSEN DRIVE**
**OKLAHOMA CITY, Oklahoma, OK, 73103-2616**
**(405) 297-7100 Ext.**

CAD Response Number: 20177007

CAD Master Incident Number: 20-W-156077

Billing Run Number: 20135451

Date of Service: 08/08/2020

Patient Name: Milanovic, Ognjen

Sex : ▮

DOB : ▮▮▮▮▮

Arrest Witnessed by

First Monitored Rhythm

Spontaneous Circulation

Discontinued Reason

Rhythm at Destination

Therapeutic Hypothermia

Time of Cardiac Arrest

CPR Provided Prior to EM

AED Used Prior to EMS Ca

END OF CARDIAC ARREST EV

AED Used By

CPR Provided By

ePCR Software Version 6.4.0.0     ZOLL Rescuenet-ePCR     Rpt Ver TABLETPCR_Fax_2017.025FG                    Page 8 of 8

FARMERS MUTUAL_0521

## Radiology Contrast Administration/Imaging Procedure Assessment

Date: *8·8·2020*   Procedure: *CAP c̄   Neck Angio*

History/Reason for Procedure: *Trauma*

**IV Contrast**
*GFR to be calculated. Use policy for guidance.*

Creatinine: _____ mg/dL
GFR: _____ mL/min/1.73m²

Contrast Injection: ☐ Power Port  ☑ IV Line  ☐ PICC  ☐ Central Line
IV Status: ☑ Existing  ☐ Started in Radiology
Type contrast agent: *ISO 370*

Hand injection – Volume used: _____ ml   → *Trauma CAP*
Power Injector – Volume *00* cc  Rate/sec: *2 mL*   PSI: *300*
Injection time: *1732*   Injection Site/Side: *LAC*
*CT Neck Angio*
*100mL 4mL/sec*
*300 psi*
*@1744*

**Oral Contrast**
Type: ☐ Water  ☐ Gastrografin  ☐ Other
Administered: ☐ P.O.  ☐ NGT  ☐ Other: _____
Volume Used: _____ ml

**Rectal Contrast (Gastrografin)**
Volume Used: _____ ml

**Cystogram (Isovue)**
Type/Volume Used: _____ ml

Reaction: ☑ None  ☐ Yes (Please complete QM in Meditech)
Extravasation: ☑ None  ☐ Yes (Please complete QM in Meditech)

Technologist Signature: *Harris*   Date: *8·8·2020*   Time: *1745*

### Radiologist/Physician Contrast Risk Reduction Plan/Additional Testing

| Risk Reduction Plan | |
|---|---|
| ☐ Perform test without contrast | ☐ Defer test |
| ☐ I.V. Hydration: _____ | ☐ Mucomyst: |
| | ☐ Minimize contrast dose – Amount: _____ ml |

Perform additional testing:

*Physician signature/date/time only required for any modifications of orders or standard protocol and any additional testing performed not on the original order.*

Physician Signature: _____   Date: _____   Time: _____

EDEMF5525 PINER146F35 08/08/2020 17:23 BU6688

**TREAT**
RADIOLOGY CONTRAST ADMINISTRATION IMAGING PROCEDURE ASSESSMENT
*Page 1 of 1*
EDEMF5525 / Rev. Date 7/25/2017
TRAUMA2020,PT2909
Acct # E99900563616   MR# E002961401
Loc:   DOB:
Does Not Know

FARMERS MUTUAL_0522

```
RUN DATE: 08/14/20              OU Medical Center Laboratory              Page: 1
RUN TIME: 0202          1200 Everett Drive, Oklahoma City, OK 73104 * 405-271-6161
                            EPF LAB Discharge Summary Report w/o Pathology
-------------------------------------------------------------------------------
PATIENT: MILANOVIC,OGNJEN         ACCT #: E99900563616 LOC:  E.ERFT      U #: E002961401
                                  AGE/SX: ██████       ROOM:             REG: 08/08/20
REG DR:  Zagari Stuppiello,Gisel  STATUS: DEP ER       BED:              DIS:
-------------------------------------------------------------------------------
                                *** HEMATOLOGY ***
*** COMPLETE BLOOD COUNT ***
-------------------------------------------------------------------------------
Date                08/08/20
Time                1715                        Reference       Units
-------------------------------------------------------------------------------
WBC                 7.69                        (4.00-11.00)    K/mm3
RBC                 4.73                        (4.50-5.90)     M/mm3
HGB                 16.1                        (13.0-18.0)     g/dL
HCT                 45.7                        (39.0-52.0)     %
MCV                 96.6                        (80.0-99.0)     fL
MCH                 34.0                        (27.0-34.0)     pg
MCHC                35.2                        (32.0-36.0)     g/dL
RDW                 12.2                        (11-15)         %
PLT                 175                         (140-440)       K/mm3
MPV                 10.3                        (9.3-12.2)      fL
GRAN %              68.6                        (39.0-78.0)     %
LYMPH %             20.8                        (15.0-46.0)     %
MONO %              9.6                         (2.0-14.0)      %
EOS %               0.0                         (0-5.0)         %
BASO %              0.7                         (0-2.0)         %
IG%                 0.3                         (0-0.6)         %
GRAN #              5.28                        (1.6-8.6)       K/mm3
LYMPH #             1.60                        (0.6-5.1)       K/mm3
MONO #              0.74                        (0.1-1.5)       K/mm3
EOS #               0.00                        (0-0.7)         K/mm3
BASO #              0.05                        (0-0.2)         K/mm3

                                *** COAGULATION ***
-------------------------------------------------------------------------------
Date                08/08/20
Time                1715                        Reference       Units
-------------------------------------------------------------------------------
PT PATIENT          11.4(A)                     (10.0-13.0)     seconds

     (A)  Please note new reference range.

INR                 1.0(B)                      (0.9-1.2)       Ratio

         (B)        Indication                  INR
                    -----------------------------------------------
                    Prophylaxis/treatment of:
                     Venous Thrombosis, Pulmonary Embolism.....2.0-3.0

                    Prevention of systemic embolism from:
                     Tissue heart valves .....................2.0-3.0
                     Acute myocardial infarction (to prevent
                     systemic embolism).......................2.0-3.0
                     Valvular heart disease...................2.0-3.0
                     Atrial fibrillation......................2.0-3.0

                    Mechanical prosthetic valves (high risk).....2.5-3.5


                            ** CONTINUED ON NEXT PAGE **
```

FARMERS MUTUAL_0523

```
RUN DATE: 08/14/20                 OU Medical Center Laboratory              Page: 2
RUN TIME: 0202          1200 Everett Drive, Oklahoma City, OK 73104 * 405-271-6161
                               HPF LAB Discharge Summary Report w/o Pathology
---------------------------------------------------------------------------------
Patient: MILANOVIC,OGNJEN              #E99900563616     (Continued)
---------------------------------------------------------------------------------
                            *** COAGULATION *** (continued)
---------------------------------------------------------------------------------
Date             08/08/20
Time               1715                           Reference    Units
---------------------------------------------------------------------------------
PTT              24.1(C)  L                       (26.0-37.0)  seconds

       (C)  See (D), (E)
       (D)  Heparin Therapeutic Range = 70.0 - 100.0 Seconds.
            Argatroban Therapeutic Range= 1.5 - 3 x baseline aPTT
            Please note new therapeutic range.
       (E)  Please note new reference range.


                               *** URINALYSIS ***
---------------------------------------------------------------------------------
Date             08/08/20
Time               1752                           Reference    Units
---------------------------------------------------------------------------------
UA COLOR              YELLOW                        (YELLOW)
UA CLARITY           CLEAR                          (CLEAR)
UA SPEC GRAVITY     1.040(F)  H                    (1.007-1.030)

       (F)  Tested by refractometer, some methodological differences
            have been noted in specific gravity measurements by chemical
            reaction compared to refractometer.

UA pH                 6.0                          (5.0-8.0)
UA GLUCOSE          NEGATIVE                        (NEGATIVE)
UA BILIRUBIN        NEGATIVE                        (NEGATIVE)
UA KETONE             1+                            (NEGATIVE)
UA BLOOD            NEGATIVE                        (NEGATIVE)
UA PROTEIN            1+                            (NEGATIVE)
UA UROBILINOGEN       2.0                          (< 2=NORMAL)   mg/dL
UA NITRITE          NEGATIVE                        (NEGATIVE)
UA LK ESTERASE      NEGATIVE                        (NEGATIVE)
UA RBC               0-2                               (0-2)      /hpf
UA WBC               0-2                               (0-5)      /hpf
CULTURE Y/N ?         (G)                          (NO CULT.IND)

       (G)  CULT. NOT INDICATED

UA SQUAM CELLS       0-2                           (VARIABLE)     /hpf
UA MUCUS            LIGHT                                         /hpf
```

                        ** CONTINUED ON NEXT PAGE **

FARMERS MUTUAL_0524

```
RUN DATE: 08/14/20              OU Medical Center Laboratory              Page: 3
RUN TIME: 0202            1200 Everett Drive, Oklahoma City, OK 73104 * 405-271-6161
                              HPF LAB Discharge Summary Report w/o Pathology
--------------------------------------------------------------------------------
Patient: MILANOVIC,OGNJEN            #E99900563616    (Continued)
--------------------------------------------------------------------------------
                              *** CHEMISTRY ***
--------------------------------------------------------------------------------
Date        08/08/20
Time        1715                              Reference    Units
--------------------------------------------------------------------------------
SODIUM (NA)        138                        (136-145)    mEq/L
K                  3.4  L                      (3.5-5.1)   mEq/L
CHLORIDE           96   L                     (97-109)     mEq/l
CO2                18   L                     (23-32)      mEq/l
ANION GAP          24   H                     (4-14)
BUN                10                          (7-17)      mg/dL
CREATININE         0.96                       (0.7-1.1)    mg/dL
GFR NON AFRICAN    >59                        (>59)
GFR AFRICAN AME    >59(H)                     (>59)

        (H)  * Estimated GFR Units = mL/min/1.73 square meters *
             Calculation performed using the MDRD Study equation.

GLUCOSE            156  H                     (66-111)     mg/dL
TOTAL PROTEIN      7.2                        (6.1-7.7)    g/dl
ALBUMIN            4.8                        (3.8-5.1)    g/dl
A/G RATIO          2.0                        (1.0-2.2)
CALCIUM            9.7                        (8.7-10.1)   mg/dL
BILIRUBIN TOTAL    1.7  H                     (0.3-1.2)    mg/dL
SGOT/AST           63   H                     (8-41)       Units/L
ALT                52   H                     (12-48)      Units/L
ALK PHOS TOTAL     98                         (63-157)     Units/L
AMYLASE            64                         (25-109)     Units/L
LIPASE             42                         (9-65)       Units/L


--------------------------------------------------------------------------------
Test        Date    Time        Result    Reference    Units
--------------------------------------------------------------------------------
IG#         08/08/20 1715         0.02     (0-0.06)     K/mm3

                              *** VIROLOGY ***

Source: Nasopharyngeal Swab

20:PN:V0051286R   COMP, Coll: 08/08/20-1722 Recd: 08/08/20-1728 (R#25538212) Blair,Scott  DO
    Source:  Nasopharyn   Spec Desc: NOT SPECIF
    Ordered: SARS-CoV-2 PCR
    Comment: Pre-procedure? Y
            Procedure Date: 08/08/20
            Inpatient/admission? N
            Suspected COVID infection? N
            DOC, LTAC, or Nursing Home resident? N
    SARS-CoV-2 PCR                    Final 08/08/20
                            Not Detected (Negative)

    METHOD PCR:                       Final 08/08/20
                            Method Comment and Disclaimer:
                            The Xpert Xpress SARS-CoV-2 test is designed for the


                        ** CONTINUED ON NEXT PAGE **
```

```
RUN DATE: 08/14/20                    OU Medical Center Laboratory              Page: 4
RUN TIME: 0202          1200 Everett Drive, Oklahoma City, OK 73104 * 405-271-6161
                          HPF LAB Discharge Summary Report w/o Pathology
--------------------------------------------------------------------------------
Patient: MILANOVIC,OGNJEN          #E99900563616     (Continued)
--------------------------------------------------------------------------------
```

                            *** VIROLOGY *** (continued)

Source: Nasopharyngeal Swab (continued)

```
20:PN:V0051286R   COMP, Coll: 08/08/20-1722 Recd: 08/08/20-1728 (R#25538212) Blair,Scott DO
    Source: Nasopharyn   Spec Desc: NOT SPECIF
    Ordered: SARS-CoV-2 PCR
    Comment: Pre-procedure? Y
             Procedure Date: 08/08/20
             Inpatient/admission? N
             Suspected COVID infection? N
             DOC, LTAC, or Nursing Home resident? N
   METHOD PCR:                                              (continued)
```

                    qualitative detection of the N2 gene and E gene of
                    SARS-CoV-2 using real-time RT-PCR to aid in diagnosis of
                    SARS-CoV-2 virus infection.

                    A result of "Presumptive Positive" indicates the specimen
                    tested positive for the E gene only. This result could also
                    be compatible with infection with SARS-CoV-1 (the original
                    SARS virus identified in 2003) or other Sarbecoviruses not
                    known to currently infect humans. "Presumptive Positive"
                    results in the current epidemiological environment should be
                    interpreted as positive for SARS-CoV-2/COVID-19 infection.

                    A Negative/Not Detected result does not preclude the
                    possibility of SARS-CoV-2 infection since the adequacy of
                    sample collection and/or low viral burden may result in the
                    presence of viral nucleic acid levels below the analytical
                    sensitivity of this test method. Test results should be used
                    along with other clinical and laboratory data in making a
                    diagnosis of SARS-CoV-2 infection.

                    This test has received FDA Emergency Use Authorization and
                    has been verified by the OUM Virology Laboratory. This test
                    is only authorized for the duration of the declaration and
                    the circumstances that exist to justify the authorization of
                    the emergency use of in vitro diagnostic tests for the
                    detection of SARS-CoV-2 virus and/or diagnosis of COVID-19
                    infection under section 564(b)(1) of the Act, 21
                    U.S.C.360bbb-3(b)(1), unless the authorization is terminated
                    or revoked sooner. The OUM Virology Laboratory is certified
                    under CLIA-88 as qualified to perform high complexity
                    testing.

                    For more information on SARS-CoV-2 and the Cepheid Xpert
                    Xpress SARS-CoV-2 assay, please refer to the following fact
                    sheets:
                    Fact Sheet for Healthcare Providers:
                    https://www.fda.gov/media/136313/download
                    Fact Sheet for Patients:
                    https://www.fda.gov/media/136312/download


                    ** CONTINUED ON NEXT PAGE **

FARMERS MUTUAL_0526

```
RUN DATE: 08/14/20              OU Medical Center Laboratory              Page: 5
RUN TIME: 0202         1200 Everett Drive, Oklahoma City, OK 73104 * 405-271-6161
                             HPF LAB Discharge Summary Report w/o Pathology
--------------------------------------------------------------------------------
Patient: MILANOVIC,OGNJEN              #E99900563616    (Continued)
--------------------------------------------------------------------------------
                                 *** BLOOD BANK ***
--------------------------------------------------------------------------------
                           COLLECTED: Aug 8, 2020  5:15pm

> BLOOD TYPE              A POS
> ANTIBODY SCREEN         NEGATIVE

--------------------------------------------------------------------------------
                           COLLECTED: Aug 8, 2020  5:55pm

> 2ND MAN CONFIRM         A POS
```

** END OF REPORT **

FARMERS MUTUAL_0527

```
                              OU MEDICAL CENTER
700 N.E. 13th                    CT SCAN                 PHONE: (405) 271-4723
Oklahoma City, OK 73104      CONSULTATION REPORT         FAX:   (405) 271-7460
------------------------------------------------------------------------------
LOC/RM: E.ERT/              PACS ID: E2296550            MRN:       E002961401
PT. TYPE: REG ER           CAMPUS: PE    PT:            TRAUMA2020,PT2909
ACCT#: E99900563616             DOB:           AGE:          SEX:
------------------------------------------------------------------------------
ORD PROV: 1700908068 Zagari Stuppiello,Giselle    EXAM START: 08/08/20 1730
ATT PROV: 1700908068 Zagari Stuppiello,Giselle    EXAM ENDED: 08/08/20 1750
ADMISSION CLINICAL DATA: TRAUMA2020,PT2909  S/P MVC
```

```
    EXAMS:                                          CPT:
006497588 CT ABD AND PELVIS W CONTRAST              74177
006497590 CT CHEST W CONTRAST                       71260
006497595 CT RECONS LUMBAR SPINE                    76140
006497596 CT RECONS THORACIC SPINE                  76140
```

- CT CHEST W CONTRAST, - CT RECONS THORACIC SPINE, - CT RECONS LUMBAR SPINE, - CT ABD AND PELVIS W CONTRAST

History: MVC. Trauma #2909

Comparison: None.

Technique: After the intravenous infusion of 100 mL of Isovue 370, serial helical tomographic images of the chest, abdomen and pelvis were obtained. Multiple thin slice reconstructed axial images of the thoracic and lumbar spine were then obtained from the raw data acquisition. Additionally, sagittal and coronal reformatted images of the chest, abdomen, pelvis, thoracic and lumbar spine were provided for review.

FINDINGS:

Partially visualized soft tissue hematoma in the left neck, please refer to separately dictated same-day CT neck for further findings.

The lungs are essentially clear without focal consolidation, pneumothorax, pleural effusion or pulmonary masses. The heart, great vessels and pulmonary vasculature are within normal limits. There is no significant thoracic lymphadenopathy.

Remote deformity of left lateral rib 6 otherwise, the osseous structures and overlying soft tissues of the chest wall are intact. Specifically, the thoracic spine demonstrates no acute osseous injury.

Within the abdomen, the liver, gallbladder, biliary tract, pancreas, spleen, bilateral kidneys and bilateral adrenal glands demonstrate no acute process. Low-attenuation within the liver along the falciform ligament is suggestive of focal fat. The visualized gastrointestinal tract demonstrates no acute process.

Within the pelvis, the urinary bladder, prostate gland and seminal

vesicles are within normal limits. There is no evidence of intra-abdominal or pelvic lymphadenopathy, free fluid or free air. The abdominal and pelvic vasculature is within normal limits.

The visualized osseous structures and overlying soft tissues of the

PAGE  1                      Signed Report                    (CONTINUED)

FARMERS MUTUAL_0528

```
                           OU MEDICAL CENTER
700 N.E. 13th                 CT SCAN              PHONE: (405) 271-4723
Oklahoma City, OK 73104    CONSULTATION REPORT     FAX:   (405) 271-7460
-------------------------------------------------------------------------
LOC/RM: E.ERT/              PACS ID: E2296550       MRN:      E002961401
PT. TYPE: REG ER           CAMPUS: PE      PT:         TRAUMA2020,PT2909
ACCT#: E99900563616             DOB: ▮        AGE: ▮      SEX: ▮
-------------------------------------------------------------------------
ORD PROV: 1700908068 Zagari Stuppiello,Giselle   EXAM START: 08/08/20 1730
ATT PROV: 1700908068 Zagari Stuppiello,Giselle   EXAM ENDED: 08/08/20 1750
ADMISSION CLINICAL DATA: TRAUMA2020,PT2909  S/P MVC
```

```
     EXAMS:                                    CPT:
006497588 CT ABD AND PELVIS W CONTRAST          74177
006497590 CT CHEST W CONTRAST                   71260
006497595 CT RECONS LUMBAR SPINE                76140
006497596 CT RECONS THORACIC SPINE              76140
     <Continued>
```

abdomen and pelvis are intact. Specifically, the lumbar spine
demonstrates no acute osseous injury.

IMPRESSION:

No evidence of acute intrathoracic, intra-abdominal or intrapelvic
injury.

No evidence of acute injury in the osseous thoracic and lumbar spine.

Partially visualized left neck soft tissue hematoma, please see
separately dictated same day CTA neck for further findings.

These findings were discussed with Dr. Farnell  of the Trauma Service
at 1844 on 8/8/2020.

I have personally viewed the images and/or data and approve the
report.


     ** Electronically Signed by 314 KRISTIN L REBIK DO **
     **            on 08/08/2020 at 2010                  **
              RESIDENT: PAIGE MONFORE, MD
              Reported and signed by: KRISTIN L REBIK, DO       314
```

```
-------------------------------------------------------------------------
DICTATED: 08/08/2020 @ 1830          TRANSCRIBED: 08/08/20 @ 1845
TYPIST: RAD.VR                       PRINTED: 08/08/2020 @ 2012
E-SIGNATURE DATE/TIME: 08/08/2020 @ 2010  DR.REBKR      BATCH:   N/A

PAGE  2                    Signed Report
```

FARMERS MUTUAL_0529

```
                              OU MEDICAL CENTER
700 N.E. 13th                    CT SCAN                 PHONE: (405) 271-4723
Oklahoma City, OK 73104      CONSULTATION REPORT          FAX: (405) 271-7460
-----------------------------------------------------------------------------
LOC/RM: E.ERT/            PACS ID: E2296550        MRN:      E002961401
PT. TYPE: REG ER         CAMPUS: PE     PT:         TRAUMA2020,PT2909
ACCT#: E99900563616           DOB:          AGE:         SEX:
-----------------------------------------------------------------------------
ORD PROV: 1326577156 Jalla,Aditi N  MD       EXAM START: 08/08/20 1730
ATT PROV: 1700908068 Zagari Stuppiello,Giselle  EXAM ENDED: 08/08/20 1750
ADMISSION CLINICAL DATA: TRAUMA2020,PT2909  S/P MVC
```

| EXAMS: | | CPT: |
|---|---|---|
| 006497586 CT BRAIN WO CONTRAST | | 70450 |
| 006497587 CT C SPINE WO CONTRAST | | 72125 |
| 006497589 CT NECK ANGIOGRAM | | 70498 |

CT brain and cervical spine without contrast; CTA Neck

History: MVC. Trauma #2909.

Comparison: None.

Technique: Serial axial tomographic images of the brain and the
cervical spine were obtained without the use of intravenous contrast.
Additionally, multiplanar reformatted images of the cervical spine
were also provided for review. Subsequently, after the intravenous
infusion of 100 mL Isovue-370, imaging of the neck was obtained using
angiogram protocol. Multiplanar CTA reformations and shaded surface
3-D MIP reconstructions were provided.

Findings:

No hydrocephalus. No mass effect. No midline shift. No acute
intracranial hemorrhage. Basal cisterns are maintained. No focal
osseous defects of the calvarium.

The included orbits and their contents appear intact. The visualized
paranasal sinuses, mastoid air cells and middle ear cavities are
clear.

Within the cervical spine, there is no evidence of a fracture or
subluxation. The atlantooccipital and atlantoaxial articulations are
intact. Likewise, the dens is unremarkable. Vertebral body height and
alignment are well maintained. The disc spaces are preserved. The
spinal canal and neural foramina are widely patent. There is no
evidence of facet lock or perch. The posterior elements including the
spinous processes are intact. The prevertebral soft tissues are
unremarkable.

Left-sided arch with three-vessel branching. The left vertebral artery
is dominant. The bilateral common carotid, internal carotid and
vertebral arteries are well opacified and demonstrate normal courses.

There is no evidence to suggest arterial injury.

The soft tissues of the left neck, at the level of C5 there is a soft
tissue laceration/hematoma. No evidence of acute bleeding. There is a
hyperdense, 0.4 cm focus in the superficial soft tissues in this

PAGE  1                      Signed Report                  (CONTINUED)

FARMERS MUTUAL_0530

```
                              OU MEDICAL CENTER
700 N.E. 13th                      CT SCAN              PHONE: (405) 271-4723
Oklahoma City, OK 73104        CONSULTATION REPORT      FAX:   (405) 271-7460
-----------------------------------------------------------------------------
LOC/RM: E.ERT/                 PACS ID: E2296550        MRN:       E002961401
PT. TYPE: REG ER               CAMPUS: PE        PT:        TRAUMA2020,PT2909
ACCT#: E99900563616                       DOB:           AGE:       SEX:
-----------------------------------------------------------------------------
ORD PROV: 1326577156 Jalla,Aditi N  MD          EXAM START: 08/08/20 1730
ATT PROV: 1700908068 Zagari Stuppiello,Giselle  EXAM ENDED: 08/08/20 1750
ADMISSION CLINICAL DATA: TRAUMA2020,PT2909  S/P MVC
```

```
    EXAMS:                                      CPT:
006497586 CT BRAIN WO CONTRAST                  70450
006497587 CT C SPINE WO CONTRAST                72125
006497589 CT NECK ANGIOGRAM                     70498
    <Continued>
```

region (4/46) concerning for foreign body.

Included portions of the lung apices reveal no acute abnormality.

Impression:

No acute intracranial process.

No evidence of acute injury in the osseous cervical spine.

No evidence of arterial injury in the neck.

Left neck soft tissue laceration/hematoma without evidence of active bleeding. There is a hyperdense focus measuring approximately 0.4 cm concerning for foreign body.

These findings were discussed with Dr. Jalla of the Trauma Service at 1829 on 8/8/2020.


ATTENDING NOTE:
Punctate hyperdensity along the lateral aspect of the left globe (CT head: 401, 13), may represent a foreign body. Correlate clinically.

Otherwise agree with the above report.

I have personally viewed the images and/or data and approve the report.


** Electronically Signed by 384 ANJALI LAL MD on 08/08/2020 at 2002 **
              RESIDENT: PAIGE MONFORE, MD
              Reported and signed by: ANJALI LAL, MD              384


-----------------------------------------------------------------------------
DICTATED: 08/08/2020 @ 1808          TRANSCRIBED: 08/08/20 @ 1829
TYPIST: RAD.VR                       PRINTED: 08/08/2020 @ 2004
E-SIGNATURE DATE/TIME: 08/08/2020 @ 2002  DR.LALAN       BATCH:    N/A

PAGE  2                      Signed Report
```

FARMERS MUTUAL_0531

```
                         OU MEDICAL CENTER
700 N.E. 13th                 RADIOLOGY           PHONE: (405) 271-4723
Oklahoma City, OK 73104   CONSULTATION REPORT      FAX: (405) 271-7464
----------------------------------------------------------------------
LOC/RM: E.ERT/           PACS ID: E2296550    MRN:        E002961401
PT. TYPE: REG ER          CAMPUS: PE    PT:          TRAUMA2020,PT2909
ACCT#: E99900563616          DOB:         AGE:         SEX:
----------------------------------------------------------------------
ORD PROV: 1326577156 Jalla,Aditi N  MD     EXAM START: 08/08/20 1805
ATT PROV: 1700908068 Zagari Stuppiello,Giselle  EXAM ENDED: 08/08/20 1805
ADMISSION CLINICAL DATA: TRAUMA2020,PT2909  S/P MVC
```

```
   EXAMS:                                    CPT:
006497591 RAD ANKLE MIN 3 VIEWS RT            73610
006497592 RAD FOOT MIN 3 VIEWS RT             73630
```

        - RAD ANKLE MIN 3 VIEWS RT,  - RAD FOOT MIN 3 VIEWS RT

   History: trauma.

   Comparison: None.

   Findings:

   Frontal, lateral and oblique views of the right ankle and right foot
   are provided without comparison.

   In the right ankle, no acute fractures or dislocations are
   demonstrated. The overlying soft tissues appear intact.

   In the right foot, there is a small hyperdensity in the soft tissues
   along the lateral base of the fifth metatarsal measuring up to 0.5 cm.
   No dislocation or discrete osseous donor site is identified. No soft
   tissue gas. The remaining surrounding soft tissues are intact.

   Impression:

   1.  No radiographic evidence of an acute injury in the left ankle.
   2.  In the right foot, there is a small hyperdensity projecting in the
   soft tissues lateral to the base of the fifth metatarsal, which is of
   uncertain etiology. Recommend correlation for tenderness at this site.


      ** Electronically Signed by 314 KRISTIN L REBIK DO **
      **            on 08/08/2020 at 2117                **
               Reported and signed by: KRISTIN L REBIK, DO        314


```
----------------------------------------------------------------------
DICTATED: 08/08/2020 @ 2111          TRANSCRIBED: 08/08/20 @ 2111
TYPIST: RAD.VR                          PRINTED: 08/08/2020 @ 2119
E-SIGNATURE DATE/TIME: 08/08/2020 @ 2117  DR.REBKR       BATCH:   N/A

PAGE  1                  Signed Report
```

FARMERS MUTUAL_0532

```
700 N.E. 13th                    OU MEDICAL CENTER          PHONE: (405) 271-4723
Oklahoma City, OK 73104          RADIOLOGY                  FAX:   (405) 271-7464
                                 CONSULTATION REPORT
-------------------------------------------------------------------------------
LOC/RM: E.ERT/                   PACS ID: E2296550          MRN:      E002961401
PT. TYPE: REG ER                 CAMPUS: PE     PT:         TRAUMA2020,PT2909
ACCT#: E99900563616              DOB:          AGE:    SEX:
-------------------------------------------------------------------------------
ORD PROV: 1851688923 Blair,Scott  DO              EXAM START: 08/08/20 1724
ATT PROV: 1700908068 Zagari Stuppiello,Giselle    EXAM ENDED: 08/08/20 1726
ADMISSION CLINICAL DATA: TRAUMA2020,PT2909  S/P MVC
```

```
        EXAMS:                                        CPT:
006497580 RAD CHEST 1 VIEW                            71045

        - RAD CHEST 1 VIEW
```

History: MVC.

Comparison: None.

Findings:

An AP supine view of the chest is provided without comparison.

The inferior aspect of the right costophrenic angle is excluded from the field-of-view. The lungs are clear and well expanded. Heart size and pulmonary vasculature are within normal limits.

The visualized osseous structures demonstrate no acute abnormality.

Impression:

No radiographic evidence of an acute cardiopulmonary process.

```
        ** Electronically Signed by 314 KRISTIN L REBIK DO **
        **              on 08/08/2020 at 2109               **
                Reported and signed by: KRISTIN L REBIK, DO        314
```

```
-------------------------------------------------------------------------------
DICTATED: 08/08/2020 @ 2109              TRANSCRIBED: 08/08/20 @ 2109
TYPIST: RAD.VR                           PRINTED: 08/08/2020 @ 2112
E-SIGNATURE DATE/TIME: 08/08/2020 @ 2109  DR.REBKR      BATCH:     N/A

PAGE  1                         Signed Report
```

```
                              OU MEDICAL CENTER
700 N.E. 13th                    RADIOLOGY               PHONE: (405) 271-4723
Oklahoma City, OK 73104       CONSULTATION REPORT        FAX:   (405) 271-7464
-------------------------------------------------------------------------------
LOC/RM: E.ERT/              PACS ID: E2296550      MRN:        E002961401
PT. TYPE: REG ER             CAMPUS: PE    PT:         TRAUMA2020,PT2909
ACCT#: E99900563616          DOB:           AGE:       SEX:
-------------------------------------------------------------------------------
ORD PROV: 1851688923 Blair,Scott  DO       EXAM START: 08/08/20 1724
ATT PROV: 1700908068 Zagari Stuppiello,Giselle  EXAM ENDED: 08/08/20 1726
ADMISSION CLINICAL DATA: TRAUMA2020,PT2909  S/P MVC
```

    EXAMS:                                     CPT:
006497581 RAD PELVIS 1 VIEW                    72170

        - RAD PELVIS 1 VIEW

    History: MVC.

    Comparison: None.

    Findings:

    A single AP view of the pelvis is provided without comparison.

    There is no evidence of acute fracture or dislocation. The visualized
    soft tissues are intact.

    Impression:

    No radiographic evidence of an acute injury in the pelvis.


    ** Electronically Signed by 314 KRISTIN L REBIK DO **
    **             on 08/08/2020 at 2110                **
            Reported and signed by: KRISTIN L REBIK, DO        314

```
-------------------------------------------------------------------------------
DICTATED: 08/08/2020 @ 2110              TRANSCRIBED: 08/08/20 @ 2110
TYPIST: RAD.VR                           PRINTED: 08/08/2020 @ 2112
E-SIGNATURE DATE/TIME: 08/08/2020 @ 2110  DR.REBKR      BATCH:   N/A

PAGE  1                       Signed Report
```

FARMERS MUTUAL_0534

Patient:MILANOVIC,OGNJEN

MRN:E002961401   Encounter:E99900563616

Page 1 of 1
FARMERS MUTUAL_0535

Age/Sex:  ███          Attending: Zagari Stuppiello,Giselle  MD
Unit #: F002961401       Account #: E99900563616
Admitted:                Location: E.ERFT
  Status: DEP ER         Room/Bed:

| MILANOVIC,OGNJEN |

OU Medical Center NBR **Live**
EVOLUTION PLAN OF CARE HPF

| Diagnosis/Goal/Intervention Description | | | | | | Sts | Directions | | From |
|---|---|---|---|---|---|---|---|---|---|
| Activity | Occurred | | | Recorded | | | | Documented | |
| Type | Date | Time | by | Date | Time | by | Comment | Units | Change |

**Activity Date: 08/08/20          Time: 1846**

Diagnosis: Altered Respiratory Function                                A
  Altered respiratory function/status
  related to disease process, physical
  limitations, surgical procedure and/or
  trauma.
  Create     08/08/20 1846  .JM  08/08/20 1846  .JM
Goal: Adequate air exchange with Oxygen sats                          A
  >92%, clear and equal breath sounds,
  pink mucous membranes and nailbeds,
  respirations regular and unlabored prior
  to discharge.
  Create     08/08/20 1846  .JM  08/08/20 1846  .JM

**Activity Date: 08/13/20          Time: 1038**

Diagnosis: Altered Respiratory Function                                D
  Altered respiratory function/status
  related to disease process, physical
  limitations, surgical procedure and/or
  trauma.
  Ed Status  08/13/20 1038 his  08/13/20 1038 his                             A => D
Goal: Adequate air exchange with Oxygen sats                          D
  >92%, clear and equal breath sounds,
  pink mucous membranes and nailbeds,
  respirations regular and unlabored prior
  to discharge.
  Ed Status  08/13/20 1038 his  08/13/20 1038 his                             A => D

| Monogram Initials | Name | Nurse Type |
|---|---|---|
| .JM his | ERT .JM | MCLAIN,JESSICA automatic by program | RT |

Patient:MILANOVIC, OGNJEN          MRN:E002961401          Encounter:E99900563616          Page 1 of 1     FARMERS MUTUAL_0536

Age/Sex: ▮▮▮          Attending: Zagari Stuppiello,Giselle  MD
Unit #: E002961401          Account #: E99900563616
Admitted:          Location: E.ERFT                 | MILANOVIC,OGNJEN |
Status: DEP ER          Room/Bed:

OU Medical Center NBR **Live**
PLAN OF CARE RPT

| Diagnosis/Goal/Intervention Description | | | | | | Sts. Directions | | From |
|---|---|---|---|---|---|---|---|---|
| Activity Type | Occurred Date | Time | by | Recorded Date | Time | by | Comment | Documented Units | Change |

| Activity Date: 08/08/20 | | | | Time: 1846 | | | | |

Diagnosis: Altered Respiratory Function ... A
  Altered respiratory function/status
  related to disease process, physical
  limitations, surgical procedure and/or
  trauma.
· Create    08/08/20 1846  JM  08/08/20 1846  JM
Goal: Adequate air exchange with Oxygen sats ... A
  >92%, clear and equal breath sounds,
  pink mucous membranes and nailbeds,
  respirations regular and unlabored prior
  to discharge.
  Create    08/08/20 1846  JM  08/08/20 1846  JM

| Activity Date: 08/13/20 | | | | Time: 1038 | | | | |

Diagnosis: Altered Respiratory Function ... D ... A => D
  Altered respiratory function/status
  related to disease process, physical
  limitations, surgical procedure and/or
  trauma.
· Ed Status   08/13/20 1038  JM  08/13/20 1038 his
Goal: Adequate air exchange with Oxygen sats ... D ... A => D
  >92%, clear and equal breath sounds,
  pink mucous membranes and nailbeds,
  respirations regular and unlabored prior
  to discharge.
  Ed Status   08/13/20 1038 his  08/13/20 1038 his

| Monogram Initials | Name | | Nurse Type |
|---|---|---|---|
| JM his | ERT JM | MCLAIN,JESSICA  automatic by program | RT |

Patient:MILANOVIC, OGNJEN    MRN:E002961401    Encounter:E99900563616    Page 1 of 1    FARMERS MUTUAL_0537

Age/Sex: ▌▌    Attending: Zajari Stuppiello,Giselle  MD
Unit #: F002961401    Account #: E99900563616
Admitted:    Location: E.ERFT
Status: DEP ER    Room/Bed:

| MILANOVIC,OGNJEN |
| --- |

0U Medical Center NUR **Live**
CLINICAL DOCUMENTATION RECORD HPF

Page: 1

Printed 08/14/20 at 0228

**Diagnosis/Goal/Intervention Description**

| Activity Type | Occurred Date | Time by | Recorded Date | Time by Comment | Sts Directions Documented Units | From Change |
| --- | --- | --- | --- | --- | --- | --- |

**Activity Date: 08/08/20        Time: 1715**

2110550        RT: Assist for 15 minutes +                A                            CP
  Document    08/08/20 1715  JM  03/08/20 1859 .JM
Was this a transport of an intubated patient? N
Comment: TRAUMA 2909 MVC

**Activity Date: 08/08/20        Time: 1846**

2110550        RT: Assist for 15 minutes +                A                            CP
  Create    08/08/20 1846  JM  03/08/20 1846 .JM
Diagnosis: Altered Respiratory Function                A
    Altered respiratory function/status
    related to disease process, physical
    limitations, surgical procedure and/or
    trauma.
  Create    08/08/20 1846  JM  03/08/20 1846 .JM
Goal: Adequate air exchange with Oxygen sats
    >92%, clear and equal breath sounds,
    pink mucous membranes and nailbeds,
    respirations regular and unlabored prior
    to discharge.
  Create    08/08/20 1846  JM  03/08/20 1846 .JM
1900700        Evaluate: Respiratory +                A  .As needed                    CP
  Create    08/08/20 1846  JM  03/08/20 1846 .JM

**Activity Date: 08/08/20        Time: 1914**

Patient Notes: PASTORAL CARE NOTES
  Create    08/08/20 1914 DLB  03/08/20 1915 DLB

  Ognjen Milanovic, ▌▌▌ TJ2909, Rm03, level 1 - MVC, no family contact info
  available, belongings in pt custody
      Note Type    Description
      No Type        None

**Activity Date: 08/13/20        Time: 1938**

2110550        RT: Assist for 15 minutes +                D                            CP
  Ed Status    08/13/20 1038 his  03/13/20 1038 his                            A => D
Diagnosis: Altered Respiratory Function                D
    Altered respiratory function/status
    related to disease process, physical
    limitations, surgical procedure and/or
    trauma.
  Ed Status    08/13/20 1038 his  03/13/20 1038 his                            A => D
Goal: Adequate air exchange with Oxygen sats      D
    >92%, clear and equal breath sounds,
    pink mucous membranes and nailbeds,
    respirations regular and unlabored prior

**Diagnosis/Goal/Intervention Description**

| Activity Type | Occurred Date | Time by | Recorded Date | Time by Comment | Sts Directions Documented Units | From Change |
| --- | --- | --- | --- | --- | --- | --- |

Goal: Adequate air exchange with Oxygen sats (continued)
    to discharge.
  Ed Status    08/13/20 1038 his  08/13/20 1038 his                            A => D
1900700        Evaluate: Respiratory +                D  .As needed                    CP
  Ed Status    08/13/20 1038 his  08/13/20 1038 his                            A => D

**Monogram Initials        Name                Nurse Type**

DLB    EPC.DLB2    BARBEE,DAVID L    PC
.JM    ERT.JM    MCLAIN,JESSICA    RT
his            automatic by program

TRAUMA2020.PT2909
MR# E002961401    AGE: 36        E.ERT
DOB: 01/01/84              SEX: M/
                          ER    ACCT# E99906563616
PCP: Does Not Know                08/08/20
URN: E2296550
OU MEDICAL CENTER

**TIME OF REPORT** ___1700___ / MoH

**EMS CREW:** EMSA  MWC  REACT  MF  AE  EM

**AGE:** ___█___  **SEX:** ___█___  **LEVEL PER EMS:** ___1___

**GCS:** ___14___  **LOC:** + −   **ETOH:** + −

**MECHANISM:** MVC  MCC  AUTOPED  ATV  FALL

ASSAULT  GSW  STAB  BULL/COW  OIL FIELD

**EXTRICATION TIME:** _____

**INJURIES:** ___① ANKLE FX___
___THE NECK LAC___
___SEMI WRECK___

**VITALS:** BP ___171/114___ HR ___147___ RR ___ O2SAT ___96___

**ETA:** ___5-10___

TRAUMA2020.PT2909
MR# E002961401    AGE:  █        E.ERT
DOB: █                    SEX: █
                          ER    ACCT# E99900563616
PCP: Does Not Know                08/08/20
URN: E2296550
OU MEDICAL CENTER

FARMERS MUTUAL_0538

```
                        OU MEDICAL CENTER
                         1200 Everett Drive
                       Oklahoma City, OK  73104
           Name: TRAUMA2020,PT2909
 Account Number: E99900563616
    Unit Number: E002961401
           Room:
  Date Of Birth: ██████
Attending Doctor: Zagari Stuppiello,Giselle  MD
           Date: 08/08/20
```

Current patient of record information for this document is:
PT2909 TRAUMA2020
PatID: E002961401  Age: ██
Acct#: E99900563616  DOB: ████████

Report including patient information as it appeared at the time this document
was generated and provided to the patient is as follows below.
------------------------------------------------------------------------

REPORT NUMBER:  0808-0151

PATIENT NAME:  TRAUMA2020,PT2909            ACCOUNT #:  E99900563616

FARMERS MUTUAL_0539

**OU Medical Center**
**1200 Everett Dr**
**Oklahoma City, OK 73104**

Patient: PT2909 TRAUMA2020
Date of Birth: ▮▮▮▮▮▮
Physician: Chason Farnell, MD
MR #: E002961401
Account #: E99900563616

## General Emergency Department Discharge Instructions

The exam and treatment you received in the Emergency Department were for an urgent problem and are not intended as complete care. It is important that you follow up with a doctor, nurse practitioner, or physician's assistant for ongoing care. If your symptoms become worse or you do not improve as expected and you are unable to reach your usual health care provider, you should return to the Emergency Department. We are available 24 hours a day.

You were treated in the Emergency Department by:
Primary Provider: Chason Farnell, MD

### Follow Up Information:

**Follow up with your physician as needed. Please call trauma clinic at 405-271-9440 if any concerns.**

### The Following Instructions Were Selected for You Today: MVA/MVC

MVA/MVC

You were seen today after being in a motor vehicle collision.

After examining you and your medical history, the doctor decided you do not need more testing (like blood tests or x-rays).

After examining you, your medical history and your test results, your doctor decided you do not need to check into the hospital.

You may have more soreness tomorrow, especially in the neck and shoulders. Your body will probably take 2-3 days to adjust to the initial injuries. This is very common after an accident.

Put ice to the area 15 minutes out of every hour to help with swelling and pain. Put some ice cubes in a re-sealable (Ziploc®) bag and add some water. Put a thin washcloth between the bag and the skin. Apply the ice bag to the area for at least 20 minutes. Do this at least 4 times per day. Longer times and more often are OK. NEVER APPLY ICE DIRECTLY TO THE SKIN. If the injury is on your hand, arm, foot or leg, lift it above the level of your heart. This will help with swelling. When lying down, try propping your arm or leg using pillows.

YOU SHOULD SEEK MEDICAL ATTENTION IMMEDIATELY, EITHER HERE OR AT THE NEAREST EMERGENCY DEPARTMENT,


PINS

8/8/2020 7:52 PM
Page: 1 of 3

FARMERS MUTUAL_0540

**Today's Date: 8/8/2020**

**Patient: PT2909 TRAUMA2020**
**Date of Birth:** ▮▮▮▮▮▮
**Account #: E99900563616**

IF ANY OF THE FOLLOWING OCCURS:
- Increased neck or back pain together with tingling, loss of feeling, or pain that goes into your arms or legs develops.
- Losing bowel or bladder control (you soil or wet yourself).
- You get short of breath.
- Any fainting (passing out) spells.
- Blood in your urine or stool (poop).
- Pain despite medication.

You had a neck laceration. You have absorbable sutures that do not need to be removed. They will fall out over the next several weeks. You may shower the incision with soap and water. Pat dry. Do not submerge for 2 weeks.

**What To Do:**

- Take this sheet with you when you go to your follow-up visit.
- If you have any problem arranging the follow-up visit, contact the Emergency Department immediately.
- Take all medications as directed.

**Additional Information:**

- There are occasions where additional lab tests return - such as a culture result or an X-ray or EKG - is further reviewed after you are discharged. If a change in your diagnosis or treatment is indicated, we will attempt to contact you. It is critical that we have a current phone number for you.

- If you had X-rays done, we can provide you a CD with those X-rays for your review and follow-up.

- Culture results may take 2-3 days. We review many culture results and will attempt to contact you if the results are significant or may change your treatment.

*If side effects develop, such as a rash, difficulty breathing, or a severe upset stomach,*
*stop the medication and call your doctor or the Emergency Department.*

**Preventative Health Instructions:**

The care you received in the emergency department has been done on an emergency basis only and is not intended to be a substitute for regular medical care. If your condition or symptoms persist or get worse at any time, you should return to the emergency department if you're unable to contact your own physician. Please understand that although we may not have determined a specific cause of your symptoms today, further evaluation may be necessary. It is important to get a primary care provider (doctor, PA, or nurse practitioner) for follow up as well as ongoing healthcare needs.

The following information is provided for you as education regarding preventative health care and follow up from your

PINS

Today's Date: 8/8/2020

Patient: PT2909 TRAUMA2020
Date of Birth: ▮▮▮▮▮
Account #: E99900563616

emergency department visit:

Regular exercise, good diet and adequate fluid intake are very important for general health maintenance. Please discuss these with your primary care doctor to develop a plan specific to your needs.

Tobacco use is a risk factor for multiple serious illnesses. If you use tobacco, please contact the QuitLine at 1-800-QUITNOW (1-800-784-8669) or www.coquitline.org to assist in your efforts to stop using tobacco products.

During your visit today your blood pressure may have been higher than normal. If it was high you should have this rechecked. Follow up with your physician or the referral provider for a recheck within 4 weeks.

Hypertension is a common but serious illness that should be monitored closely.

If thoughts of increased anxiety and sadness prevent you from completing your day to day activities at home or work, please call our 24/7 assessment line at 1-844-556-2012 to speak with an Assessment Specialist. You can also call the Colorado Crisis Hotline at 1-844-493-TALK (8255).

During ER visits many patients receive sedation or medications which may impair your judgement and or make driving, working or operating machinery or even walking hazardous. Some of these medications include diphenhydramine (Benadryl) and medications for anxiety, nausea and pain. Ask your nurse if you have received any sedating medications. If you received any potentially sedating medications, please rest today and do not drive.

I, PT2909 TRAUMA2020, understand the instructions and will arrange for follow-up care.

_____                    _____
PATIENT/REPRESENTATIVE SIGNATURE                            DATE/TIME

_____                    _____
STAFF SIGNATURE                                            DATE/TIME


PINS

8/8/2020 7:52 PM
Page: 3 of 3

FARMERS MUTUAL_0542

```
PATIENT NO:      99900563616    OU MEDICAL CENTER      BILLING DATE    PAGE   1    18600
MED REC NO:         2961401     1200 EVERETT DRIVE     08/25/20
GUARANTOR NO:
PATIENT:                        OKLAHOMA CITY          OK 731045047    ADMITTED    DISCHARGED
MILANOVIC OGNJEN                                                       08/08/20    08/08/20


PAY TO ADDRESS:      OU MEDICAL CENTER
                     P O BOX 277362
                     ATLANTA
                     GA 303847362

BILL TO:

     MILANOVIC OGNJEN                    EMERGENCY                     FC=99
                                         ADMIT THRU DISCHARGE CLAIM
```

| DATE OF SERVICE | BATCH REF | F DEPT S | PROC | NDC/CPT-4/ HCPCS | QTY | SERVICE DESCRIPTION | CHARGES |
|---|---|---|---|---|---|---|---|
| **301-LAB/CHEM** | | | | | | | |
| 080820 | 08B157 | 0736 | 251230 | 80053 | 1 | COMP METABOLIC PANEL | 827.25 |
| 080820 | 08B157 | 0736 | 360026 | 82150 | 1 | AMYLASE | 63.75 |
| 080820 | 08B157 | 0736 | 360088 | 83690 | 1 | LIPASE | 88.75 |
| | | | | | | SUBTOTAL: | 979.75 |
| **302-LAB/IMMUNOLOGY** | | | | | | | |
| 080820 | 08B157 | 0758 | 252079 | 86900 | 1 | ABO TYPE | 245.75 |
| 080820 | 08B157 | 0758 | 270138 | 86850 | 1 | ANTIBODY SCREEN EA | 350.50 |
| 080820 | 08B157 | 0758 | 270051 | 86901 | 1 | RH TYPE | 223.50 |
| | | | | | | SUBTOTAL: | 819.75 |
| **305-LAB/HEMATOLOGY** | | | | | | | |
| 080820 | 08B157 | 0736 | 241745 | 85027 | 1 | CBC | 299.00 |
| 080820 | 08B157 | 0736 | 310057 | 85610 | 1 | PROTIME | 228.00 |
| 080820 | 08B157 | 0736 | 310071 | 85730 | 1 | PTT | 285.50 |
| | | | | | | SUBTOTAL: | 812.50 |
| **306-LAB/BACT-MICRO** | | | | | | | |
| 080820 | 08B157 | 0736 | 326800 | U0002QW | 1 | SARS-COV-2 COVID-19 AM | 195.00 |
| | | | | | | SUBTOTAL: | 195.00 |
| **307-LAB/UROLOGY** | | | | | | | |
| 080820 | 08B175 | 0736 | 251902 | 81001 | 1 | UA W MICRO AUTO | 322.25 |

```
PATIENT PORTAL AT WWW.OUMEDICINE.COM/PATIENT-PORTAL
BENEFITS ASSIGNED -TAX ID# 82-1883948
```

```
PATIENT NO:      99900563616   OU MEDICAL CENTER     BILLING DATE   PAGE   2   18600
MED REC NO:         2961401    1200 EVERETT DRIVE    08/25/20
GUARANTOR NO:
PATIENT:                       OKLAHOMA CITY         OK 731045047    ADMITTED    DISCHARGED
MILANOVIC OGNJEN                                                     08/08/20    08/08/20
```

| DATE OF SERVICE | BATCH REF | DEPT | F S | PROC | NDC/CPT-4/ HCPCS | QTY | SERVICE DESCRIPTION | CHARGES |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | SUBTOTAL: | 322.25 |
| **320-DX X-RAY** | | | | | | | | |
| 080820 | 08B163 | 0728 | | 976140 | | 1 | XR CONSULT OUTSIDE FIL | .00 |
| 080820 | 08B163 | 0728 | | 976140 | | 1 | XR CONSULT OUTSIDE FIL | .00 |
| 080820 | 08B180 | 0728 | | 516054 | 73610RT | 1 | XR ANKLE 3 + V RT | 669.50 |
| 080820 | 08B180 | 0728 | | 516057 | 73630RT | 1 | XR FOOT 3 + V RT | 857.75 |
| 080820 | 08B163 | 0728 | | 972170 | 72170 | 1 | XR PELVIS 1/2 VIEWS | 665.25 |
| | | | | | | | SUBTOTAL: | 2192.50 |
| **324-DX X-RAY/CHEST** | | | | | | | | |
| 080820 | 08B163 | 0728 | | 320303 | 71045 | 1 | CHEST X-RAY 1V | 474.25 |
| | | | | | | | SUBTOTAL: | 474.25 |
| **350-CT SCAN** | | | | | | | | |
| 080820 | 08B163 | 0726 | | 514846 | 70498 | 1 | CTA NECK | 3936.25 |
| | | | | | | | SUBTOTAL: | 3936.25 |
| **351-CT HEAD** | | | | | | | | |
| 080820 | 08B163 | 0726 | | 970450 | 70450 | 1 | CT HEAD/BRAIN W/O CONT | 4039.00 |
| | | | | | | | SUBTOTAL: | 4039.00 |
| **352-CT BODY** | | | | | | | | |
| 080820 | 08B163 | 0726 | | 972125 | 72125 | 1 | CT C-SPINE W/O CONTRAS | 4135.25 |
| 080820 | 08B163 | 0726 | | 726002 | 74177 | 1 | CT ABD&PELVIS W/CONT | 6879.75 |
| 080820 | 08B163 | 0726 | | 971260 | 71260 | 1 | CT CHEST W/CONTRAST | 4495.50 |
| | | | | | | | SUBTOTAL: | 15510.50 |
| **450-EMERG ROOM** | | | | | | | | |
| 080820 | 11B907 | 0780 | | 750061 | 99284 | 1 | EMER DEPT LEVEL 4 | 2851.25 |
| | | | | | | | SUBTOTAL: | 2851.25 |
| **681-TRAUMA RESPONSE L1** | | | | | | | | |
| 080820 | 11B907 | 0780 | | 750088 | | 1 | TRAUMA L1 ACTIVATION | 37318.50 |

```
PATIENT PORTAL AT WWW.OUMEDICINE.COM/PATIENT-PORTAL
BENEFITS ASSIGNED -TAX ID# 82-1883948
```

FARMERS MUTUAL_0544

```
PATIENT NO:        99900563616   OU MEDICAL CENTER     BILLING DATE    PAGE   3    18600
MED REC NO:           2961401    1200 EVERETT DRIVE    08/25/20
GUARANTOR NO:
PATIENT:                         OKLAHOMA CITY             OK 731045047   ADMITTED    DISCHARGED
MILANOVIC OGNJEN                                                         08/08/20    08/08/20
```

```
DATE OF    BATCH      F       NDC/CPT-4/
SERVICE    REF   DEPT S PROC   HCPCS          QTY SERVICE DESCRIPTION      CHARGES

                                              SUBTOTAL:        37318.50

                                     TOTAL ANCILLARY CHARGES   69451.50

                                        TOTAL CHARGES          69451.50
                                             PAYMENTS               .00
                                          ADJUSTMENTS               .00
                                             BALANCE          69451.50
```

PATIENT PORTAL AT WWW.OUMEDICINE.COM/PATIENT-PORTAL
BENEFITS ASSIGNED -TAX ID# 82-1883948

FARMERS MUTUAL_0545

```
PATIENT NO:      99900563616   OU MEDICAL CENTER      BILLING DATE   PAGE   4   18600
MED REC NO:        2961401     1200 EVERETT DRIVE     08/25/20
GUARANTOR NO:
PATIENT:                       OKLAHOMA CITY          OK 731045047   ADMITTED     DISCHARGED
MILANOVIC OGNJEN                                                     08/08/20     08/08/20
```

### DEPARTMENTAL CHARGE SUMMARY

| DEPT | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 0726 | CAT SCANNING | 23,485.75 |
| 0728 | DIAGNOSTIC RADIOLOGY | 2,666.75 |
| 0736 | CLINICAL/MICRO LAB | 2,309.50 |
| 0758 | BLOOD BANK | 819.75 |
| 0780 | EMERGENCY DEPT PT | 40,169.75 |

### REVENUE CHARGE SUMMARY

| REV CD | DESCRIPTION | BILLABLE | NON-BILLABLE | TOTAL |
|--------|-------------|----------|--------------|-------|
| 0301 | LAB/CHEM | 979.75 | .00 | 979.75 |
| 0302 | LAB/IMMUNOLOGY | 819.75 | .00 | 819.75 |
| 0305 | LAB/HEMATOLOGY | 812.50 | .00 | 812.50 |
| 0306 | LAB/BACT-MICRO | 195.00 | .00 | 195.00 |
| 0307 | LAB/UROLOGY | 322.25 | .00 | 322.25 |
| 0320 | DX X-RAY | 2,192.50 | .00 | 2,192.50 |
| 0324 | DX X-RAY/CHEST | 474.25 | .00 | 474.25 |
| 0350 | CT SCAN | 3,936.25 | .00 | 3,936.25 |
| 0351 | CT HEAD | 4,039.00 | .00 | 4,039.00 |
| 0352 | CT BODY | 15,510.50 | .00 | 15,510.50 |
| 0450 | EMERG ROOM | 2,851.25 | .00 | 2,851.25 |
| 0681 | TRAUMA RESPONSE L1 | 37,318.50 | .00 | 37,318.50 |

```
      TOTAL CHARGES:    69,451.50
      TOTAL PAYMENTS:         .00
       TOTAL ADJUST:         .00
```

FARMERS MUTUAL_0546

## FINAL                                         Billing Summary PCR

**Company:** EMSA-Western Division          **Outcome:** Transported
**Billing Run Number:** 20135451    **CAD Response Number:** 20177007     **Master Inc. Num:** 20-W-156077
**Date of Service:** 08/08/2020          **Patient Name:** MILANOVIC, OGNJEN

# Billing Summary
### DEMOGRAPHICS

| | | | |
|---|---|---|---|
| **Date:** 8/8/2020 | **Name:** MILANOVIC, OGNJEN | **Pt Phone:** (000) 000-0000 Ext. | **DOB:** ███████ |
| | **Next of Kin:** | **NOK Phone:** | **Sex:** ██ |
| | **Relationship:** | **Weight:** 170 lbs (77.11 kgs) | **SSN:** 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 |
| | | | **Ethnicity:** |
| | | **Height:** 5.10 | |

| **Home Address** | **Mailing Address** | **Pick-up Location** | **Destination** |
|---|---|---|---|
| ███████ | | ███████ | OU MEDICAL CENTER 700 NE 13TH ST OKLAHOMA CITY, Oklahoma, OK 73104 |

### PAYORS

### DISPATCH DATA

| | | |
|---|---|---|
| **Call Type:** ALS | **Resp Priority:** 1-Emer Life Threat | **Scene Odom:** |
| **No of Patients:** 0 | | **Dest Odom:** |
| **Outcome:** Transported | | **Billing Miles:** 12.9 |
| **Nature:** Traffic/Trans. Acc. FR | | |
| **Determinant:** 29D03U | **Response Zone:** Oklahoma City 2 | |
| **Vehicle:** 390 | | |

### Dispatch Times

| | | |
|---|---|---|
| **Dispatch:** 16:20:50 08-08-20 | **En route:** 16:20:55 08-08-20 | **At scene:** 16:30:10 08-08-20 |
| **At patient:** 16:31:00 08-08-20 | **Transport:** 16:50:05 08-08-20 | **At dest:** 17:10:44 08-08-20 |

### Medical Necessity

**PT Moved to Cot Via:** Spine Board
**Stretcher Necessity:** AMS
**Status at destination:**
**PT Bed Confinement:** No

### MEDICAL / CLINICAL

# FINAL

# Patient Care Report



**EMSA-Western Division**

**1417 N LANSING AVE**
**TULSA, Oklahoma, OK, 74106-5906**
**(405) 297-7100 Ext.**

**CAD Response Number:** 20177007
**CAD Master Incident Number:** 20-W-156077
**Billing Run Number:** 20135451
**Date of Service:** 08/08/2020

**Patient Name: MILANOVIC, OGNJEN**
**Sex :** ▮
**DOB :** ▮

**Narrative:** C- MVA

H- EMSA was dispatched for reports of a semi vs house. Arrived on scene to find a semi facing northeast in the ditch of the John Kilpatrick Turnpike. Duplex is noted to be destroyed, tracks in the ground show to be coming from the southbound lanes of the turnpike, through the duplex, and around to where the semi is resting. Semi is noted to have severe front end damage w/ large amounts of debris in the vehicle. Pt is noted to be a ▮ sitting in the driver seat of the semi who appears to be unrestrained. Pt is noted to be A&Ox2. Pt is noted to have a 1in laceration to his left neck w/ controlled bleeding. Abraisions noted to R ankle w/ possible closed fx. Pt is unaware that he has been in an accident. C-collar was applied to the Pt. Pt was placed on a LSB. LSB taken to stretcher, stretcher taken to ambulance. 18G IV established in the L AC w/ saline lock. Pt became slightly combative and attempted to refuse transport to the ER. Due to AMS Pt was being transported under implied consent. OCFD assisted EMSA during transport. Began emergent transport to OU Medical Center. Pt condition and vitals monitored throughout transport w/ no change in condition. Trauma alert was issued to OU Medical Center. Arrived at OU Medical Center. Pt taken to Trauma 3, transferred to hospital bed via LSB. Report given to Trauma team.

A- GCS 14, A&Ox2, skin pink warm and dry, pupils PERRL, unknown LOC, retrograde amnesia, no JVD, no tracheal deviation, 1in laceration noted to L neck, chest wall stable w/ equal rise and fall, lung sounds clear and equal bilaterally, abdomen soft non-tender, pelvis stable, upper and lower extremities symmetrical w/ good range of motion, abraisions and possible closed fx to R ankle. No other trauma noted.

R- C-collar, LSB, 18G IV established in the L AC w/ saline lock, trauma alert.

T- Emergent transport to OU Medical Center. Pt condition and vitals monitored throughout transport w/ no change in condition. Arrived at OU Medical Center. Pt taken to Trauma 3, transferred to hospital bed via sheet method, report given to Trauma team.
RN signed in place of Pt due to AMS and critical injuries.

## PATIENT COMPLAINTS

**Chief Complaint**

Trauma - MVA (Primary)
    10 Minutes

**Anatomic Location**

General/Global

**Organ System**

Global/General

**Primary Symptom**

Amnesia

**Other Associated Symptoms**

Hemorrhage (1); or Bleeding (2)          Altered mental status

**Last Oral Intake**


**Medical Hx Obtained From**

## IMPRESSIONS

**Primary Impression:**   Injury
**Secondary Impression:** Intracranial Injury

FARMERS MUTUAL_0548

# FINAL

# Patient Care Report



**EMSA-Western Division**

1417 N LANSING AVE
TULSA, Oklahoma, OK, 74106-5906
(405) 297-7100 Ext.

CAD Response Number: 20177007
CAD Master Incident Number: 20-W-156077
Billing Run Number: 20135451
Date of Service: 08/08/2020

Patient Name: **MILANOVIC, OGNJEN**
Sex :
DOB :

## VITAL SIGNS

| Time | PTA | BP | Pulse | Monitor Rate | Respiratory | SPO2 | EtCO2 | Glucose | GCS |
|---|---|---|---|---|---|---|---|---|---|
| 08/08/2020 16:44:24 | No | 155/111 Automated Cuff | 161, <None> | | <None> | | | | E4 + V4 + M6 = 14 |
| Level of Consciousness: Alert; | | | | | | | | | |
| **Taken by** | Meadows, Dakota | | | | | | | | |
| 08/08/2020 16:45:00 | No | 0 | <None> | | <None> | | | | |
| Cardiac Rhythm=Sinus Tachycardia | | | | | | | | | |
| **Taken by** | Meadows, Dakota | | | | | | | | |
| 08/08/2020 16:52:00 | No | 186/120 Automated Cuff | 174, <None> | | <None> | 97% | | | |
| **Taken by** | | | | | | | | | |
| 08/08/2020 16:53:21 | No | 178/110 Automated Cuff | 165, <None> | | <None> | 96% | | | |
| **Taken by** | | | | | | | | | |
| 08/08/2020 17:02:23 | No | 171/114 Automated Cuff | 148, <None> | | <None> | 95% | | | E4 + V4 + M6 = 14 |
| Level of Consciousness: Alert; | | | | | | | | | |
| **Taken by** | Meadows, Dakota | | | | | | | | |

**Transported On: Supine - Stretcher, Stairchair**

## Interventions

| | | |
|---|---|---|
| 2020-08-08 16:34:00 | Extrication | Time (Minutes)=3, Agency=Fire Department |
| 2020-08-08 16:36:00 | Spinal Immobilization | Monitored and Evaluated by During Patient Care=EMSA Paramedic, Response=Unchanged, Complication=None, Size of Procedure Equipment=Adult, Number of Attempts=1, Successful=Yes, Type=CCollar-Adult |
| 2020-08-08 16:39:00 | Patient position | Size of Procedure Equipment=Adult, Complication=None, Response=Unchanged, Monitored and Evaluated by During Patient Care=EMSA Paramedic, Number of Attempts=1, Successful=Yes, Type=Long Spine Board, Response=Unchanged, Successful=Yes, # of Attempts=1, Safety Restraint/Belts Utilized:=5 Point Harness (EMS Cot), Patient Transported On:=EMS Cot, Patient Position=Supine |
| 2020-08-08 16:45:00 | Attach Cardiac Monitor | Procedure Successful=Successful, Monitored and Evaluated by During Patient Care=EMSA Paramedic, Complication=None, Cardiac Rhythm=Sinus Tachycardia, ECG Type=4 Lead, Method of Interpretation=Manual Interpretation, # of Attempts=1 |
| 2020-08-08 16:48:00 | IV/IO | IV/IO Site=Antecubital-Left, Solution=Saline Lock, Size=18 G, Response=Unchanged, Procedure Successful=Successful, Number of Attempts=1, Monitored and Evaluated by During Patient Care=EMSA Paramedic, Complication=None |
| 2020-08-08 16:59:00 | Hospital Activation | Activation Type=Trauma (General) |

FARMERS MUTUAL_0549

# FINAL

# Patient Care Report



**EMSA-Western Division**

1417 N LANSING AVE
TULSA, Oklahoma, OK, 74106-5906
(405) 297-7100 Ext.

CAD Response Number: 20177007
CAD Master Incident Number: 20-W-156077
Billing Run Number: 20135451
Date of Service: 08/08/2020

Patient Name: **MILANOVIC, OGNJEN**
Sex :
DOB :

## SIGNATURES

| Time | Type | Who signed | Why patient did not sign |
|------|------|------------|--------------------------|
| 08/08/2020 17:15:05 | Facility Acceptance | Nurse (RN) - RN, Melissa | Not Signed - Critically Ill or Injured Patient |

I am a representative of the institution named below. I certify that our institution has furnished or will furnish care or other services to the above-named patient. In the event the patient or another authorized representative cannot sign this report, I hereby sign on the patient's behalf to permit EMSA to submit a claim for its services to Medicare. My signature is not an acceptance of financial responsibility for the patient. Further, I am signing this to acknowledge that the patient and pertinent information about the patient was received by our institution pursuant to Oklahoma State Department of Health Regulations 310:641-3-63 1.B

X _____

**Witness 1:**
Dakota Meadows

X _____

| 08/08/2020 17:27:54 | Crew Member Certification | Crew Member #1 - Meadows, Dakota | Not Signed - Critically Ill or Injured Patient |

I, Dakota Meadows, attest that the patient, was unable to sign consent for treatment and transport due to the reason listed above.

X _____

## PCR begins on next page...

FARMERS MUTUAL_0550

# FINAL

# Patient Care Report



**EMSA-Western Division**

1417 N LANSING AVE
TULSA, OKLAHOMA, OK, 74106-5906
(405) 297-7100 Ext.

CAD Response Number: 20177007
CAD Master Incident Number: 20-W-156077
Billing Run Number: 20135451
Date of Service: 08/08/2020

Patient Name: MILANOVIC, OGNJEN
Sex : █████
DOB : ████████████

## NARRATIVE

C- MVA

H- EMSA was dispatched for reports of a semi vs house. Arrived on scene to find a semi facing northeast in the ditch of the John Kilpatrick Turnpike. Duplex is noted to be destroyed, tracks in the ground show to be coming from the southbound lanes of the turnpike, through the duplex, and around to where the semi is resting. Semi is noted to have severe front end damage w/ large amounts of debris in the vehicle. Pt is noted to be a ████████ sitting in the driver seat of the semi who appears to be unrestrained. Pt is noted to be A&Ox2. Pt is noted to have a 1in laceration to his left neck w/ controlled bleeding. Abraisions noted to R ankle w/ poss ble closed fx. Pt is unaware that he has been in an accident. C-collar was applied to the Pt. Pt was placed on a LSB. LSB taken to stretcher, stretcher taken to ambulance. 18G IV established in the L AC w/ saline lock. Pt became slightly combative and attempted to refuse transport to the ER. Due to AMS Pt was being transported under implied consent. OCFD assisted EMSA during transport. Began emergent transport to OU Medical Center. Pt condition and vitals monitored throughout transport w/ no change in condition. Trauma alert was issued to OU Medical Center. Arrived at OU Medical Center. Pt taken to Trauma 3, transferred to hospital bed via LSB. Report given to Trauma team.

A- GCS 14, A&Ox2, skin pink warm and dry, pupils PERRL, unknown LOC, retrograde amnesia, no JVD, no tracheal deviation, 1in laceration noted to L neck, chest wall stable w/ equal rise and fall, lung sounds clear and equal bilaterally, abdomen soft non-tender, pelvis stable, upper and lower extremities symmetrical w/ good range of motion, abraisions and possible closed fx to R ankle. No other trauma noted.

R- C-collar, LSB, 18G IV established in the L AC w/ saline lock, trauma alert.

T- Emergent transport to OU Medical Center. Pt condition and vitals monitored throughout transport w/ no change in condition. Arrived at OU Medical Center. Pt taken to Trauma 3, transferred to hospital bed via sheet method, report given to Trauma team. RN signed in place of Pt due to AMS and critical injuries.

## IMPRESSIONS

**Primary Impression:**     Injury

**Secondary Impressions:**    Intracranial Injury

## ASSESSMENT

**ETOH/Drug use:**
None Reported

| 08/08/2020  16:31:00 | By: Meadows, Dakota | | |
|---|---|---|---|
| **Body Area** | **Assessments and Comments** | **Body Area** | **Assessments and Comments** |
| Airway | Patent | Breathing | Normal Respirations |
| Circulation | Pulses - Radial - Weak (1+) | Blood/Fluid Loss | 1 - 50 ML |
| Neck | Bleeding Controlled : Laceration | External/Skin | Normal |
| Mental Status | Confused : Oriented-Person : Oriented-Time | Neurological | Cerebellar Function-Abnormal : Gait-Normal : Speech Normal : Strength-Normal : Strength-Symmetric |
| Right Ankle | Bleeding Controlled : Fracture-Closed | | |

| 08/08/2020  17:02:00 | By: Meadows, Dakota | | |
|---|---|---|---|
| **Body Area** | **Assessments and Comments** | **Body Area** | **Assessments and Comments** |
| Airway | Patent | Breathing | Normal Respirations |
| Circulation | Pulses - Radial - Weak (1+) | Blood/Fluid Loss | 1 - 50 ML |
| Neck | Bleeding Controlled : Laceration | External/Skin | Normal |
| Mental Status | Confused : Oriented-Person : Oriented-Time | Neurological | Cerebellar Function-Abnormal : Gait-Normal : Speech Normal : Strength-Normal : Strength-Symmetric |
| Right Ankle | Bleeding Controlled : Fracture-Closed | | |

## PATIENT COMPLAINTS

**Chief Complaint**

Trauma - MVA (Primary)
    10 Minutes

**Anatomic Location**

FARMERS MUTUAL_0551

# FINAL

# Patient Care Report



**EMSA-Western Division**

**1417 N LANSING AVE**
**TULSA, Oklahoma, OK, 74106-5906**
**(405) 297-7100 Ext.**

CAD Response Number: 20177007
CAD Master Incident Number: 20-W-156077
Billing Run Number: 20135451
Date of Service: 08/08/2020

Patient Name: **MILANOVIC, OGNJEN**
Sex : ▮
DOB : ▮

General/Global

**Organ System**
Global/General

**Primary Symptom**
Amnesia

**Other Associated Symptoms**
Hemorrhage (1); or Bleeding (2)          Altered mental status

**Last Oral Intake**

**Medical Hx Obtained From**

## HISTORY

**Past Medical History**
None Reported

**Allergies**
No Known Drug Allergy          No Known Environmental/Food
                              Allergies

**Medications**
None Reported

## TREATMENT SUMMARY

| Time | PTA | Treatment | Who performed | Authorized by | Comments |
|------|-----|-----------|---------------|---------------|----------|
| 2020-08-08 16:34:00 | No | Extrication | Fire Department | Protocol (Standing Order) | |

**Complication**                          **Complication Narrative**

Agency=Fire Department                    Time (Minutes)=3

| Time | PTA | Treatment | Who performed | Authorized by | Comments |
|------|-----|-----------|---------------|---------------|----------|
| 2020-08-08 16:36:00 | No | Spinal Immobilization | Meadows, Dakota | Protocol (Standing Order) | |

**Complication**                          **Complication Narrative**

Complication=None                Monitored and Evaluated by            Number of Attempts=1
                                 Dur=EMSA Paramedic

Response=Unchanged               Size of Procedure Equipment=Adult     Successful=Yes

Type=CCollar-Adult

| Time | PTA | Treatment | Who performed | Authorized by | Comments |
|------|-----|-----------|---------------|---------------|----------|
| 2020-08-08 16:39:00 | No | Patient position | Patient | Protocol (Standing Order) | |

**Complication**                          **Complication Narrative**

# of Attempts=1                  Complication=None                     Patient Position=Supine

Patient Transported On:=EMS Cot  Response=Unchanged                    Safety Restraint/Belts Utilize=5 Point
                                                                       Harness (EMS Cot)

Successful=Yes

# FINAL

# Patient Care Report



**EMSA-Western Division**

**1417 N LANSING AVE**
**TULSA, Oklahoma, OK, 74106-5906**
**(405) 297-7100 Ext.**

**CAD Response Number:** 20177007
**CAD Master Incident Number:** 20-W-156077
**Billing Run Number:** 20135451
**Date of Service:** 08/08/2020

**Patient Name: MILANOVIC, OGNJEN**
**Sex :** ▮
**DOB :** ▮▮▮▮▮▮▮

## TREATMENT SUMMARY CONTINUED

| Time | PTA | Treatment | Who performed | Authorized by | Comments |
|------|-----|-----------|---------------|---------------|----------|
| 2020-08-08 16:39:00 | No | Spinal Immobilization | Meadows, Dakota | Protocol (Standing Order) | |
| | | **Complication** | **Complication Narrative** | | |
| | | Complication=None | Monitored and Evaluated by Dur=EMSA Paramedic | | Number of Attempts=1 |
| | | Response=Unchanged | Size of Procedure Equipment=Adult | | Successful=Yes |
| | | Type=Long Spine Board | | | |

| Time | PTA | Treatment | Who performed | Authorized by | Comments |
|------|-----|-----------|---------------|---------------|----------|
| 2020-08-08 16:45:00 | No | Attach Cardiac Monitor | Meadows, Dakota | Protocol (Standing Order) | |
| | | **Complication** | **Complication Narrative** | | |
| | | # of Attempts=1 | Cardiac Rhythm=Sinus Tachycardia | | Complication=None |
| | | ECG Type=4 Lead | Method of Interpretation=Manual Interpretation | | Monitored and Evaluated by Dur=EMSA Paramedic |
| | | Procedure Successful=Successful | | | |

| Time | PTA | Treatment | Who performed | Authorized by | Comments |
|------|-----|-----------|---------------|---------------|----------|
| 2020-08-08 16:48:00 | No | IV/IO | EMSA Field Operations Supervisor | Protocol (Standing Order) | |
| | | **Complication** | **Complication Narrative** | | |
| | | Complication=None | IV/IO Site=Antecubital-Left | | Monitored and Evaluated by Dur=EMSA Paramedic |
| | | Number of Attempts=1 | Procedure Successful=Successful | | Response=Unchanged |
| | | Size=18 G | Solution=Saline Lock | | |

| Time | PTA | Treatment | Who performed | Authorized by | Comments |
|------|-----|-----------|---------------|---------------|----------|
| 2020-08-08 16:59:00 | No | Hospital Activation | Meadows, Dakota | Protocol (Standing Order) | |
| | | **Complication** | **Complication Narrative** | | |
| | | Activation Type=Trauma (General) | | | |

FARMERS MUTUAL_0553

# FINAL

# Patient Care Report



**EMSA-Western Division**

**1417 N LANSING AVE**
**TULSA, Oklahoma, OK, 74106-5906**
**(405) 297-7100 Ext.**

CAD Response Number: 20177007
CAD Master Incident Number: 20-W-156077
Billing Run Number: 20135451
Date of Service: 08/08/2020
Patient Name: **MILANOVIC, OGNJEN**
Sex :
DOB :

## VITAL SIGNS

| Time | PTA | BP | Pulse | Monitor Rate | Respiratory | SPO2 | EtCO2 | Glucose | GCS |
|------|-----|----|----|----|----|----|----|----|----|
| 08/08/2020 16:44:24 | No | 155/111 Automated Cuff | 161, <None> | | <None> | | | | E4 + V4 + M6 = 14 |
| | | Level of Consciousness: Alert; | | | | | | | |
| Taken by | | Meadows, Dakota | | | | | | | |
| 08/08/2020 16:45:00 | No | 0 | <None> | | <None> | | | | |
| | | Cardiac Rhythm=Sinus Tachycardia | | | | | | | |
| Taken by | | Meadows, Dakota | | | | | | | |
| 08/08/2020 16:52:00 | No | 186/120 Automated Cuff | 174, <None> | | <None> | 97% | | | |
| Taken by | | | | | | | | | |
| 08/08/2020 16:53:21 | No | 178/110 Automated Cuff | 165, <None> | | <None> | 96% | | | |
| Taken by | | | | | | | | | |
| 08/08/2020 17:02:23 | No | 171/114 Automated Cuff | 148, <None> | | <None> | 95% | | | E4 + V4 + M6 = 14 |
| | | Level of Consciousness: Alert; | | | | | | | |
| Taken by | | Meadows, Dakota | | | | | | | |

| CREW INFO | | RESPONSE INFO | | DISPOSITION | | TIMES | |
|---|---|---|---|---|---|---|---|
| Vehicle | 390 | Med/Trauma | | Type of Service: | 911 Response (Scene) | Recvd: | 16:20:30 08-08-20 |
| Primary Role | Ground Transport | | | Outcome: | Transported | Dispatch: | 16:20:50 08-08-20 |
| Crew #1 ID | Meadows, Dakota | Resp Priority | 1-Emer Life Threat | Destination: | OU MEDICAL CENTER 700 NE 13TH ST OKLAHOMA CITY, Oklahoma, OK 73104 | En Route: | 16:20:55 08-08-20 |
| Crew #1 Role | Primary Patient Caregiver-At Scene | Nature Of Call | Traffic/Trans. Acc. FR | | | At Scene: | 16:30:10 08-08-20 |
| | | EMD Performed | Yes, With Pre-Arrival Instructions | | | At Patient: | 16:31:00 08-08-20 |
| Crew #1 Level | EMT-Paramedic | | | | | Transport: | 16:50:05 08-08-20 |
| Crew #2 ID | Green, Austin | MPDS Determinant | 29D03U | Dest. Reason: | Protocol | At Dest: | 17:10:44 08-08-20 |
| Crew #2 Role | Driver/Pilot-Response | Location | | Dest. Type: | | In Service: | 17:40:34 08-08-20 |
| Crew #2 Level | EMT-Basic | | | Transport Miles: | 12.9 | | |
| Crew #3 ID | | Pt. Found | Vehicle | Cond at Dest.: | | | |
| Crew #3 Role | | No of Patients | 0 | | | | |
| Crew #3 Level | | Possible Injury | Yes | Barriers to Care: | Altered Mental Status | | |
| Assisted By | OCFD | Scene Delay | None/No Delay | Pt. Transported: | Supine - Stretcher, Stairchair | | |
| | | Sending Fac Med Rec No | | Trans. Delay: | None | | |
| | | Protocols Used | 10A Head/Neck/Spine Injury - Adult and Pediatric 10G - Extremity/Amputation Injury - Adult and Pediatric | Dest Delay: | None/No Delay | | |
| | | | | Dest Fac Med Rec No: | E002961401 | | |
| | | | | Recv Doctor: | | | |

# FINAL

# Patient Care Report



**EMSA-Western Division**

1417 N LANSING AVE
TULSA, Oklahoma, OK, 74106-5906
(405) 297-7100 Ext.

CAD Response Number: 20177007
CAD Master Incident Number: 20-W-156077
Billing Run Number: 20135451
Date of Service: 08/08/2020

Patient Name: **MILANOVIC, OGNJEN**
Sex :
DOB :

## PATIENT INFORMATION

| | | | | | |
|---|---|---|---|---|---|
| Name | MILANOVIC, OGNJEN | Phone | (000) 000-0000 Ext. | Home Country | United States |
| SSN | 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 | DOB | | Home Addr. | |
| Sex | | Weight | 170 lbs (77.11 kgs) | | |
| Race | White | Height | 5.10 | | |
| Ethnicity | | Emergency Info Form | | Mailing Addr. | |
| Broselow/ Luten Color | | DL Info Advanced Directives | None | | |
| | | | | Doctor: | |

## PATIENT BELONGINGS TRANSPORTED

Personal Belongings Transported    Wallet/purse

Other Personal Belongings Transported
Personal Belongings Left With    Medical Staff

## NEXT OF KIN

| | | | |
|---|---|---|---|
| Name | | Phone | Relationship |
| SSN | | DOB | |
| Sex | | Home Addr. | |

## INSURANCE

no insurance information entered

## TRAUMA

**MVA Details :**    Row Location :    1    Position :    Front Seat-Left Side (or motorcycle driver    Height of Fall:

**Trauma**
MVA - Damage - Main Area of
Impact - Rear Passenger Quarter
Panel
**Cause of Injury**
MVC-Heavy Duty Vehicle Injury
(Occupant)
**Mechanism of injury**
Blunt

## TRAUMA SCORES

17:27    **Revised Trauma Score**        **Overall Score: 12**

Glasgow Coma Score: 13 - 15 [4], Score = 4        Respiratory Rate: 10 - 29 per minute [4], Score = 4
Systolic Blood Pressure: >89 mm Hg [4], Score = 4
Comments:

## MISCELLANEOUS

| | |
|---|---|
| Trauma Registry ID: | Pat ID Band/Tag #: |
| PD Case Number: | Fire Inc Report #: |

## Medical Necessity

PT Moved to Cot Via: Spine Board
Stretcher Necessity: AMS
PT Bed Confinement: No

## SIGNATURES

| Time | Type | Who signed | Reason Pt. Unable To Sign Consent |
|---|---|---|---|
| 08/08/2020 17:15:05 | Facility Acceptance | Nurse (RN) - RN, Melissa | Not Signed - Critically Ill or Injured Patient |

# FINAL

# Patient Care Report



**EMSA-Western Division**

1417 N LANSING AVE
TULSA, Oklahoma, OK,  74106-5906
(405) 297-7100 Ext.

CAD Response Number: 20177007
CAD Master Incident Number: 20-W-156077
Billing Run  Number: 20135451
Date of Service: 08/08/2020

Patient Name: MILANOVIC, OGNJEN
Sex : ████
DOB : ████████

I am a representative of the institution named below. I certify that our institution has furnished or will furnish care or other services to the above-named patient. In the event the patient or another authorized representative cannot sign this report, I hereby sign on the patient's behalf to permit EMSA to submit a claim for its services to Medicare. My signature is not an acceptance of financial responsibility for the patient. Further, I am signing this to acknowledge that the patient and pertinent information about the patient was received by our institution pursuant to Oklahoma State Department of Health Regulations 310:641-3-63 1.B

X_____

**Witness 1:**

Dakota Meadows

X_____

08/08/2020 17:27:54    Crew Member Certification        Crew Member #1 - Meadows, Dakota        Not Signed - Critically Ill or Injured Patient

I, Dakota Meadows, attest that the patient, was unable to sign consent for treatment and transport due to the reason listed above.

X_____

## CREW INFORMATION

**Start Date/Time :**   08/08/2020 06:15

| Crew # | Name |
|---|---|
| 7208 | Meadows, Dakota |

**License:**  EMT P-74725
**Level:**    EMT-Paramedic

| Crew # | Name |
|---|---|
| 7061 | Green, Austin |

**License:**  EMT - 77346
**Level:**    EMT-Basic

X_____        X_____

## CARDIAC ARREST

**Cardiac Arrest**

No

**Arrest Etiology**

**Resuscitation Attempted**

**Initial CPR**

**Arrest Witnessed by**

**First Monitored Rhythm**

**Spontaneous Circulation**

**FINAL**

# Patient Care Report



**EMSA-Western Division**

**1417 N LANSING AVE**
**TULSA, Oklahoma, OK, 74106-5906**
**(405) 297-7100 Ext.**

CAD Response Number: 20177007
CAD Master Incident Number: 20-W-156077
Billing Run Number: 20135451
Date of Service: 08/08/2020

Patient Name: MILANOVIC, OGNJEN
Sex : ███
DOB : ███████████

<u>**Discontinued Reason**</u>
<u>**Rhythm at Destination**</u>
<u>**Therapeutic Hypothermia**</u>
<u>**Time of Cardiac Arrest**</u>
<u>**CPR Provided Prior to EM**</u>
<u>**AED Used Prior to EMS Ca**</u>
<u>**END OF CARDIAC ARREST EV**</u>
<u>**AED Used By**</u>
<u>**CPR Provided By**</u>
<u>**Who First Initiated CPR**</u>
<u>**Who First Applied the AE**</u>
<u>**Who First Defibrillated**</u>

FARMERS MUTUAL_0557

*Times have been adjusted by the system.

# Initial Rhythm

Incident ID:
Patient ID:
Patient Name: 2020080816421400-LP1539598374
Power On: 8/8/2020 16:42:14
Speed/Size: 25mm/sec / x1.0

Device Type: LP15
Device ID: LP158374
Device Serial Number: LP1539598374
Device Configuration: 2LJ55RO402BPOV
Software Version: 3306808-007

Name:
ID: 080820164214
Patient ID:
Incident ID:
Location:
Age: 8/8/2020
Sex:

Initial Rhythm                    4:42:50 PM

▼ Initial Rhythm

II x1.0

III Lead Off x1.0

III

20

CO2 Filter Line Off
CO2 (mmHg)

0

Physio-Control, Inc.

25mm/sec
ECG .05-150Hz   Paddles 2.5-30Hz

LP158374 EMSA W - 139 3306808-007 LP1539598374

© 1996 - 2012 Physio-Control, Inc. All rights reserved.

1/26/2023 08:52:39

Your Organization Name

FARMERS MUTUAL_0558

# EMSA
## PO Box 803895

Kansas City, Missouri 64180–3895
(405) 297-7110

| | |
|---|---|
| Patient name:   MILANOVIC, OGNJEN | Run Number:  20-20135451 |
| | Incident number:  20177007 |
| | Date of call:  8/8/2020 |
| | Time of call:  16:30 |

OGNJEN MILANOVIC

| | |
|---|---|
| From: | ██████████ |
| To: | OU MEDICAL CENTER |

Primary payer:  Bill Patient

Secondary payer:

| Description | Payer | Check # | Quantity | Unit Price | Payment Date | Amount |
|---|---|---|---|---|---|---|
| Emergency Base Rate | | | 1 | $1,300.00 | | $1,300.00 |
| Mileage | | | 13 | $19.00 | | $247.00 |
| Write-off Bad Debt | Bill Patient | 08/31/22 W 2ND PLA | | | 10/20/2022 | $1,300.00 |
| Write-off Bad Debt | Bill Patient | 08/31/22 W 2ND PLA | | | 10/20/2022 | $247.00 |

|  |
|---|
| **$0.00** |

---

DETACH ALONG LINE AND RETURN STUB WITH YOUR PAYMENT  THANK YOU

| | | |
|---|---|---|
| Patient name:   MILANOVIC, OGNJEN | Run Number:   20-20135451 | AMOUNT ENCLOSED: |
| | Current date:   1/26/2023 | $ |
| | | |
| REMIT TO:   EMSA | | Due on:   02/05/2023 |
| PO Box 803895 | | |
| Kansas City, Missouri 64180–3895 | | |

FARMERS MUTUAL_0559