# EXHIBIT 6

# FARMERS MUTUAL FIRE INSURANCE COMPANY
217 West Oklahoma, Okarche, OK 73762

| DECLARATIONS FOR POLICY TYPE(S) 5 | ☒ Home-Guard 3 Special   HG3<br>☐ Home-Guard 2 Broad<br>☐ Home-Guard 2<br>405-204-0942 | POLICY NUMBER: V 20200056<br>Location of residence/insured premises:<br>.16 ACRES 3716 CATAMARAN DRIVE YUKON,<br>County: CANADIAN |
|---|---|---|

Agent Name and Address:

JAMES ANDERSON
10325 GREENBRIAR, #A
OKLAHOMA CITY, OK  73159

Policy Period:
From 12/20/20 to 12/20/21
12:01 A.M. S.T. at the address of the Named Insured
Mortgagee:
   MORTGAGEE BILLED
#9902338349
U.S. BANK, NA
P.O. BOX 961045
FORT WORTH, TX  76161-0045

Named Insured, Address and Telephone No:

EARLENE CARR
3716 CATAMARAN DRIVE
YUKON, OK  73099

Subject to Forms: FM 318 01-20

FM192, HG282
PL 7205 01-19, HG 351 01-20

YUKON
Deductible: $ 1000.00

### Additional Insured(s)

| Name | Address | Interest of Add. Ins. | Prop. | Liab. | Limited Form |
|---|---|---|---|---|---|
|  |  |  |  |  | Yes ☐ No ☐ |
|  |  |  |  |  | Yes ☐ No ☐ |

| Section I-Property Coverages | Dimensions | Town Class | Year Built | Type of Const. | Roof Kind / Year | Amount of Coverage | Premium |
|---|---|---|---|---|---|---|---|
| A. Dwelling | 1542 | 2 | 2009 | BRICK | C / 2018 | 192000 | 1929.00 ✓ |
| B. Other Structures |  |  |  |  |  | 19200 |  |
|  |  |  |  |  |  | 0 | .00 |
| C. Personal Property |  |  |  |  |  | 96000 | .00 |
| D. Additional Living Expense |  |  |  |  |  | 57600 | .00 |
| Fire Department Service Charge |  |  |  |  |  | 500 | .00 |

| Section II-Liability Coverages |  | Limit of Liability | Premium |
|---|---|---|---|
| E. Liability to Public Coverage | Each Occurrence | 300000 | $ 5.00 |
| F. Medical Payments to Public | Each Person | 1000 | .00 |
| Additional Liability Coverage - Damage to Property of Others | Each Occurrence | 250 | .00 |

| Optional Coverage(s) | Description |  | Premium |
|---|---|---|---|
| Incidental Business Activity | Gross Receipts: $ |  | .00 |
| Incidental Agricultural Activity | Acres:        Livestock: Yes ☐ No ☐ |  | .00 |
| ☐ Additional  ☐ Rental Premise |  |  | .00 |
|  |  |  | .00 |

GMRC 2255 1-01, RCIL 4618 OK 01-18, FM 800 01-18    Total Premium  1934.00
GMIL 4709 3-03, FM 463 01-20, GMIL 4722 7-09    DUE/-CREDIT    .00
GMIL 4693 OK 01-20, HB 1447, HG 661145 01-20
GMIL 4643 7-15

This policy will be continued to the expiration date above if you pay the required premium for each successive year or premium payment period. Required premiums will be based on our rates then in effect.

*Terry Schwarz*

☐ New   ☒ Renewal   ☐ Change of Coverage    DATE    AUTHORIZED REPRESENTATIVE

FM 81 01-18                                                                 Page 1 of 1