# EXHIBIT 7

LOSS REPORT FOR POLICY #20200056

EARLENE          CARR

| DOL | DATEPAID | CAUSE | ITEM | AMOUNT |
|---|---|---|---|---|
| 08/08/20 | 08/12/20 | COLL | L.O.U. | 3000.00 |
| 08/08/20 | 10/21/20 | COLL | CONTENTS | 16446.17 |
| 08/08/20 | 11/06/20 | COLL | O.S. | 1688.27 |
| 08/08/20 | 11/06/20 | COLL | L.O.U. | 15012.00 |
| 08/08/20 | 11/06/20 | COLL | DWELLING | 29132.56 |
| 08/08/20 | 11/17/20 | COLL | L.O.U. | 2000.00 |
| 08/08/20 | 12/08/20 | COLL | L.O.U. | 12190.02 |
| 08/08/20 | 12/17/20 | COLL | L.O.U. | 4642.68 |
| 08/08/20 | 02/25/21 | COLL | L.O.U. | 11804.00 |
| 08/08/20 | 06/16/21 | COLL | L.O.U. | 8951.30 |
| 08/08/20 | 06/29/21 | COLL | CONTENTS | 1000.00 |
| 08/08/20 | 06/29/21 | COLL | DWELLING | 3725.00 |
| 08/08/20 | 04/07/22 | COLL | O.S. | 642.62 |
| 08/08/20 | 04/07/22 | COLL | DWELLING | 27238.21 |
| Total | | | | 137472.83 |

*Handwritten note:*
- Dwelling — 60,095.77
- Contents — 17,446.17
- OS — 2,330.89
- LOU — 57,600