# EXHIBIT 8

## Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

RANDY LUNDY,                  )
                              )
        Plaintiff,            )
                              )
vs.                           ) NO. CIV-22-699-F
                              )
HL MOTOR GROUP, INC.,         )
HIGHLIGHT MOTOR FREIGHT USA,  )
INC., OLD REPUBLIC INSURANCE  )
COMPANY, AND                  )
OGNJEN MILANOVIC,             )
                              )
        Defendants.           )
_____)
                              )
FARMERS MUTUAL FIRE           )
INSURANCE COMPANY OF OKARCHE, )
                              )
        Plaintiff,            )
                              )
vs.                           ) NO. CIV-22-752-F
                              )
HL MOTOR GROUP, INC., AND     )
OGNJEN MILANOVIC,             )
                              )
        Defendants.           )
_____)

VIDEOTAPED VIDEOCONFERENCE DEPOSITION OF
OGNJEN MILANOVIC
LOCATED IN BELGRADE, SERBIA
TAKEN ON BEHALF OF THE PLAINTIFFS
ON MARCH 15, 2023
REPORTED BY: JANA C. HAZELBAKER, CSR

## Page 2

APPEARANCES

(All parties are appearing via videoconference.)

For the Plaintiff,        Gerard F. Pignato
Farmers Mutual Fire       Ryan Whaley
Insurance Company         400 North Walnut
of Okarche:               Oklahoma City, OK  73104
                          (405)239-6040
                          jerry@ryanwhaley.com

For the Defendants,       Michael T. Franz
HL Motor Group,           Lewis Brisbois
Ognjen Milanovic,         Bisgaard & Smith
and Old Republic          550 West Adams Street
Insurance Company:        Suite 300
                          Chicago, IL  60661
                          (312)463-3329
                          michael.franz@
                            lewisbrisbois.com

For the Plaintiff,        Rodney Stewart
Randy Lundy:              Stewart Law Firm
                          801 N.W. 63rd Street
                          Suite 100
                          Oklahoma City, OK  73116
                          (405)601-6060
                          rstewart@rstewartlaw.com

Videographer:     Bruce Rodgers

Also Present:     Joanne Butterworth
                  Legal assistant
                  Gerald Knecht

## Page 3

                C O N T E N T S
                                            Page
Index of Exhibits ..........................   4
Stipulations ...............................   5
Direct Examination by Mr. Pignato ..........   6
Direct Examination by Mr. Stewart ..........  75
Reporter's Certificate .....................  127

                * * * * * *

## Page 4

                INDEX OF EXHIBITS
                                                        Page
Exhibit Number 1  (Driver logs) .............            38
Exhibit Number 2  (Photo, Farmers Mutual 0377)           56
Exhibit Number 3  (Photo, Farmers Mutual 0374)           57
Exhibit Number 4  (Photo, Farmers Mutual 0378)           58
Exhibit Number 5  (Photo, Farmers Mutual 0375)           58
Exhibit Number 6  (Photo, Farmers Mutual 0376)           59
Exhibit Number 7  (Photo, Farmers Mutual 0379)           59
Exhibit Number 8  (Photo, Farmers Mutual 0380)           60
Exhibit Number 9  (Photo, Farmers Mutual 0382)           60
Exhibit Number 10 (Photo, Farmers Mutual 0383)           61
Exhibit Number 11 (Photo, Farmers Mutual 0384)           61
Exhibit Number 12 (Photo, Farmers Mutual 0385)           61
Exhibit Number 13 (Google Maps aerial photo)             62
Exhibit Number 14 (Accident Report, Farmers
                   Mutual 0333 through 0339) ...............  64

                * * * * * *

Page 109

1  A  It's -- Woodbridge would be by the border,
2  so I guess heading down south.
3      Q  So you think this was part of that same
4  journey from Ontario to your des- -- ultimate
5  destination?
6      A  Yeah, could have been.  Sounds like it.
7      Q  And then the day before the accident,
8  August 7th, it shows you beginning your journey that
9  day at Brights Grove, Ontario, and traveling all the
10 way to Fancy Creek, Illinois, a total of nine hours
11 and 55 minutes of drive time and 509 miles.
12         Does that sound right?
13 A  Sounds like a typical day, yes.
14     Q  Okay.  All right.
15 A  Yep.  Yeah, it sounds like a typical day.
16     Q  So I'm not sure what's going on with the
17 screen.  It looks like maybe the shared screen is
18 off, but there's a big black spot in the middle.  Or
19 is that Mr. Milanovic's phone?  Is it -- has it gone
20 dark?
21         There we go.  All right.  Thank you.
22         Okay.  If I were to ask you, sir, what you
23 had to drink in the 48 hours before the collision, do
24 you have any recollection of that?
25     A  Water or juice, something like that.

Page 110

1      Q  And I -- I detect in your answer that
2  you're -- you're guessing at that kind of based on
3  your norms?
4      A  Yeah.
5      Q  Yeah.  So would you be able, for example,
6  to tell us how much water, how much juice, how much
7  Gatorade?
8      A  No.
9      Q  Regarding your practices, would -- would it
10 be your practice -- if you -- if you pulled over to
11 get something to drink, would -- would it be your
12 practice to buy, like, I don't know, a case of water,
13 a case of Gatorade, a --
14 A  Yeah.  Yeah.  Always.  Always.  There's
15 some on the side, so, yeah, always.  How many depends
16 on the day, you know.  I remember that day was pretty
17 hot, so --
18     Q  Okay.  What -- and I predict you are not
19 wrong.  August in Oklahoma, August in Joplin,
20 Missouri, I -- I predict it was really hot.  But
21 what -- what causes you to remember that it was a
22 really hot day?
23 A  It's down south and coming back from up
24 north, I would say that -- that it was pretty hot.
25     Q  Is this the first time -- is this the first

Page 111

1  time in a long while that you had --
2      A  No.
3      Q  -- ventured so far south?
4      A  No.  No.
5      Q  Well, you previously drove for this other
6  company a year or so before you started for the --
7  the HL Motor Group.
8      A  Uh-huh.
9      Q  So had you driven down in this part of
10 the -- part of the world in the summer heat?
11 A  Yeah, I have, but -- I have, but, you know,
12 you -- being from -- driving, I would say, from
13 Canada, you -- you always notice a difference,
14 obviously.  And, you know, older equipment, it -- the
15 air conditioning is never as good as it should be,
16 so, you know, you notice the heat obviously.
17     Q  Yeah.  Do you remember thinking -- and this
18 was your first trip for HL Motor Group.  Do you
19 remember thinking that the -- that the air
20 conditioning is not as good as it should be or you
21 would like it to be?
22 A  Yes, but it's -- with any older equipment,
23 never is that -- what you want it to be.
24     Q  Right.  So -- so you -- would you consider
25 yourself a professional truck driver?

Page 112

1  A  Yeah.
2      Q  And you understand that you're operating a
3  multi-ton piece of equipment that can cause serious
4  injury, damages and --
5      A  Yes.
6      Q  -- you know, death and mayhem, right?
7      A  Obviously.
8      Q  And so to the extent that it's hot, you're
9  in older equipment, maybe there's some air
10 conditioning issues, maybe you're not drinking as
11 much as you're supposed to, you understand that it's
12 your job to stay hydrated while you drive?
13 A  Yes.
14     Q  And that if it's not safe to drive because
15 you're dehydrated or because your equipment lacks
16 sufficient air conditioning, it's your job to pull
17 over until those situations can be remedied, right?
18 A  I would agree with you there.
19     Q  All right.  You can't just keep driving if
20 you're dehydrated or hot and tired.  You understand
21 that?
22 A  Yes.
23     Q  Because if you do, accidents like this can
24 happen.  Agree?
25 A  Agree.

Page 113

1    Q    All right. So since this accident occurred
2  in August of 2020, other than whatever medical
3  providers you saw at the hospital immediately
4  afterwards, has any physician identified to you what
5  caused you to run off the roadway?
6    A    No.
7    Q    And I want to stop and talk about that now.
8  So -- so in responding to some of Mr. Pignato's
9  questions I heard you say different things, and we
10 need to pin you down because this is an important
11 issue in the case. Okay?
12   A    Nothing to tell me 100 percent, so --
13   Q    I -- I understand, but let's do what we can
14 here. Okay?
15   A    Okay.
16   Q    So you mentioned in -- in one of your
17 answers to Mr. Pignato earlier that -- that someone
18 at -- I think you said "at the hospital," but I want
19 to clarify. I want to be fair to you.
20   A    Yeah, to the best of my recollection.
21   Q    Yeah, somebody at the hospital said that
22 you could have been fatigued or dehydrated.
23   A    Yes.
24   Q    Do you recall saying that?
25   A    Yes.

Page 114

1    Q    And -- and was that a physician there at
2  the OU Medical Center where you were taken?
3    A    I don't recall who it was. I talked to
4  many people and I was groggy, so, yeah, I don't
5  remember.
6    Q    And then you also said, in response to one
7  of Mr. Pignato's questions, that -- that someone at
8  the hospital may have said you had a sudden loss of
9  consciousness, right?
10        Now, you would agree with me those are --
11 those are two different -- I suppose they could be
12 two different things, right?
13   A    Yes.
14   Q    If you're fatigued and dehydrated, I
15 suppose you could pass out and lose consciousness,
16 right?
17   A    Yes.
18   Q    But fatigue and dehydration would be
19 something within your control. You agree with that?
20   A    Sure.
21   Q    All right. If you're feeling dehydrated,
22 if you're feeling fatigued, it's time to pull over
23 and stop driving. Agree?
24   A    Uh-huh.
25   Q    Yes?

Page 115

1    A    Yes.
2    Q    You shouldn't keep driving if you're
3  fatigued and dehydrated to the point that you lose
4  consciousness and run off the roadway, right?
5    A    Correct.
6    Q    And if that's what occurred here, you would
7  agree the accident would be your fault, and by
8  extension, the fault of HL Motor Group. Agree?
9    A    I wouldn't -- I didn't feel that way so I
10 don't know how I can agree with that.
11   Q    Well, when you say you didn't feel that
12 way, you've kind of said some different things here
13 today. You've -- you've indicated you don't remember
14 that day at all. Okay? You've said that many times
15 throughout the deposition.
16        You've also said that -- that -- that you
17 remember needing to take your break, that you felt
18 like you were looking for your next break stop,
19 right?
20   A    Yes, that is -- I remember the -- wanting
21 to pick the break.
22        Other than that, meaning the day,
23 significant parts of it, meaning what happened there,
24 that, I do not remember.
25   Q    Right. So --

Page 116

1    A    The only thing I remember is I was planning
2  on stopping at some point.
3    Q    All right. But --
4    A    That's the only thing I remember. I don't
5  remember being fatigued or thirsty or anything like
6  that. I really do not.
7    Q    Okay. But you also don't remember the
8  reverse of that. You don't remember feeling, "Hey,
9  I'm not fatigued. I feel great. Life is good, I
10 could keep going for another 500 miles." You don't
11 remember feeling that, either, right?
12   A    I have never felt that in my life, no.
13   Q    Okay. Well, I'm just trying to figure out,
14 are -- are you saying you were not feeling fatigued
15 or you were not dehydrated, or are you simply saying
16 you don't recall feeling either of those things?
17   A    I don't -- if I had felt that, which I have
18 in the past, I would have done something about it,
19 but I don't remember feeling that.
20   Q    And the something you would have done about
21 it would be look for a place to pull over and take a
22 break, right?
23   A    Yeah, there's always somewhere close by.
24   Q    Okay. And, in fact, that's the last thing
25 you remember is looking for a place to pull over and