# EXHIBIT 1

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

RANDY LUNDY,              )
                          )
         Plaintiff,       )
                          )
vs.                       ) NO. CIV-22-699-F
                          )
HL MOTOR GROUP, INC.,     )
HIGHLIGHT MOTOR FREIGHT USA, )
INC., OLD REPUBLIC INSURANCE )
COMPANY, AND              )
OGNJEN MILANOVIC,         )
                          )
         Defendants.      )
_____)
                          )
FARMERS MUTUAL FIRE       )
INSURANCE COMPANY OF OKARCHE,)
                          )
         Plaintiff,       )
                          )
vs.                       ) NO. CIV-22-752-F
                          )
HL MOTOR GROUP, INC., AND )
OGNJEN MILANOVIC,         )
                          )
         Defendants.      )
_____)

VIDEOTAPED VIDEOCONFERENCE DEPOSITION OF
OGNJEN MILANOVIC
LOCATED IN BELGRADE, SERBIA
TAKEN ON BEHALF OF THE PLAINTIFFS
ON MARCH 15, 2023
REPORTED BY:  JANA C. HAZELBAKER, CSR

Page 2

       A P P E A R A N C E S

(All parties are appearing via videoconference.)

For the Plaintiff,       Gerard F. Pignato
Farmers Mutual Fire      Ryan Whaley
Insurance Company        400 North Walnut
of Okarche:              Oklahoma City, OK  73104
                         (405)239-6040
                         jerry@ryanwhaley.com


For the Defendants,      Michael T. Franz
HL Motor Group,          Lewis Brisbois
Ognjen Milanovic,        Bisgaard & Smith
and Old Republic         550 West Adams Street
Insurance Company:       Suite 300
                         Chicago, IL  60661
                         (312)463-3329
                         michael.franz@
                           lewisbrisbois.com


For the Plaintiff,       Rodney Stewart
Randy Lundy:             Stewart Law Firm
                         801 N.W. 63rd Street
                         Suite 100
                         Oklahoma City, OK  73116
                         (405)601-6060
                         rstewart@rstewartlaw.com


Videographer:            Bruce Rodgers


Also Present:            Joanne Butterworth
                         Legal assistant
                         Gerald Knecht

Page 3

                    C O N T E N T S
                                              Page
Index of Exhibits ..........................    4
Stipulations ...............................    5
Direct Examination by Mr. Pignato ..........    6
Direct Examination by Mr. Stewart ..........   75
Reporter's Certificate .....................  127

                    * * * * * *

Page 4

              INDEX OF EXHIBITS
                                                    Page
Exhibit Number 1 (Driver logs) .............         38
Exhibit Number 2 (Photo, Farmers Mutual 0377)        56
Exhibit Number 3 (Photo, Farmers Mutual 0374)        57
Exhibit Number 4 (Photo, Farmers Mutual 0378)        58
Exhibit Number 5 (Photo, Farmers Mutual 0375)        58
Exhibit Number 6 (Photo, Farmers Mutual 0376)        59
Exhibit Number 7 (Photo, Farmers Mutual 0379)        59
Exhibit Number 8 (Photo, Farmers Mutual 0380)        60
Exhibit Number 9 (Photo, Farmers Mutual 0382)        60
Exhibit Number 10 (Photo, Farmers Mutual 0383)       61
Exhibit Number 11 (Photo, Farmers Mutual 0384)       61
Exhibit Number 12 (Photo, Farmers Mutual 0385)       61
Exhibit Number 13 (Google Maps aerial photo)         62
Exhibit Number 14 (Accident Report, Farmers
     Mutual 0333 through 0339) ...............       64

                    * * * * * *

Page 53

1   I guess a few days back I could, but
2   something as far along as a few months before, no, I
3   could not remember at all.
4       Q   Isn't that why you're required to maintain
5   logs, so that you can refer back to the logs to
6   refresh your memory?
7       A   I suppose so, yes.
8       Q   And that's why I'm asking you to take me
9   through this, so I will better understand what you
10  were doing on that day, when you were doing it, and
11  where you were prior to the accident.
12      A   I can tell you as much as you can see.  It
13  says, "Joplin, Joplin, Joplin, Joplin."  Then
14  whatever -- however you pronounce this, "Chole-paw."
15      Q   Choctaw.
16      A   Whatever.  And then "You" --
17      Q   Yukon.
18      A   Yukon.  Yu- -- yeah.  I can just read it to
19  you as -- as you can read it.  Other than that, I
20  have -- I don't remember it at all.
21      Q   And you can't help me better understand
22  what "off duty" means versus "driving" on that day?
23  I'm sorry, I said "off duty."  I meant on duty.  I
24  meant to say "on duty," so I'm going to ask the
25  question again.

Page 54

1       Can you help me better understand the
2   difference between "on duty" versus "driving" on
3   August 8th, 2020?
4       A   If it's -- if -- if the vehicle is moving,
5   then it would be driving.
6           If it is not, it can be on duty or off
7   duty.
8       Q   Do you recall driving down the Turner
9   Turnpike?
10      A   I do not.
11      Q   I want to show you some photographs and ask
12  you some questions that relate to the accident,
13  Mr. Milanovic.
14      A   Go ahead.
15      Q   What do you recall of this accident?  It's
16  a broad question and I'm intentionally asking it
17  broad and then I'll narrow it down.
18      A   Nothing.
19      Q   Do you recall being taken to the hospital?
20      A   No.
21      Q   Do you recall anything that was said to you
22  by any of the medical personnel in the ambulance?
23      A   No.
24      Q   Do you recall anything that was said to you
25  by the medical personnel in the hospital?

Page 55

1       A   Yes.  After, yes.
2       Q   After what?
3       A   Hours after, I recall.
4       Q   After you were discharged from the hospital
5   or while you were in the hospital?
6       A   While I was still there.
7       Q   Now, do you know how long you were in the
8   hospital?
9       A   No.
10      Q   Do you know if you were in the hospital,
11  say, more than four hours?
12      A   I do not recall.
13      Q   Did you spend a night in the hospital?
14      A   No.
15      Q   When you were discharged from the hospital,
16  where did you go?
17      A   A hotel.
18      Q   In Oklahoma City?
19      A   In that area.  I don't remember where.
20      Q   How did you get to the hotel?
21      A   Taxi, I think.
22      Q   Did you make the arrangements and
23  reservations for the hotel?
24      A   I do not recall.  I was pretty shaken up at
25  that point.  I don't recall who did.

Page 56

1       Q   How long did you stay at the hotel?
2       A   Until the next morning.
3       Q   Have you seen any doctor, physician or
4   healthcare provider since the accident in connection
5   with -- well, strike that, let me rephrase the
6   question.
7           (Whereupon, Exhibit Number 2 was marked for
8   identification purposes and made a part of the
9   record.)
10      Q   (By Mr. Pignato) I don't want to get ahead
11  of myself.  I want to show you a couple of pictures,
12  sir.
13          I'm going to show you some photographs that
14  were taken by the investigating police officers at
15  the scene of the accident.  And if you don't know
16  anything about these photographs, you don't recognize
17  them, just tell me so and I'll move on to the next
18  picture.  Okay?
19          (Document is displayed).
20      A   No recollection.
21      Q   All right.  So let me ask the question.
22          Do you recall this area of the fencing that
23  your vehicle drove through as it left the highway?
24      A   No.
25      Q   Are you aware that your semi took out this

Page 65

1    three lines from the bottom in the far right where it
2    says "Unit 1." Let me know when you're -- I can't
3    see because his face is --
4        A    I'm there.
5        Q    You're there. You see where it says
6    "Unit 1 driver states." Do you see that?
7             "Unit driver states that he did not recall
8    events prior to the collision and that he has no
9    medical condition that should have caused
10   unconsciousness."
11            Did I -- did I read that correctly?
12       A    Sorry, a few -- a few places here.
13       Q    Take your time.
14       A    Yeah.
15       Q    So here -- here's my question, then.
16       A    Go ahead.
17       Q    You just didn't recall any of the events
18   prior to the collision?
19       A    No.
20       Q    Do you know why you left the roadway?
21       A    No.
22       Q    Did you fall asleep?
23       A    I -- no, I don't think so, as it was still
24   day. So what they told me is that I had lost
25   consciousness.

Page 66

1        Q    Well, you lost consciousness after the
2    impact with the homes, didn't you?
3        A    How would I remember when that would have
4    happened?
5        Q    You don't know when you lost consciousness,
6    do you?
7        A    No.
8        Q    You could have lost consciousness after you
9    made impact with the houses, couldn't you?
10       A    Again, I -- I -- I have no idea when that
11   was. All I know is I have no recollection of any of
12   that.
13       Q    You could have gone to sleep at the wheel.
14   True statement?
15       A    Say that again, please.
16       Q    It is possible you --
17            MR. FRANZ: Objection; calls for
18   speculation.
19            MR. PIGNATO: There's another objection.
20            MR. FRANZ: I'll let him answer.
21            MR. PIGNATO: No, no, no, no. That's not a
22   form objection.
23            MR. FRANZ: Calls for speculation. I'm
24   instructing the witness to answer.
25            MR. PIGNATO: You're instructing him to

Page 67

1    answer after you've just told him how to answer?
2             MR. FRANZ: I have not told him how to
3    answer. Counsel, just proceed with your deposition.
4             MR. PIGNATO: You're running a tab,
5    Counsel.
6        Q    (By Mr. Pignato) Mr. Milanovic --
7        A    Yes.
8        Q    -- is it possible you fell asleep?
9        A    I do not think so as there's strips that if
10   you fall asleep they -- they wake you.
11            In my opinion, no, I do not think so.
12       Q    If you fall asleep, who wakes you?
13       A    The strips on the road. They make a very
14   loud sound.
15       Q    How heavy was your vehicle at the time of
16   this accident?
17       A    I couldn't tell you. I don't recall.
18       Q    Do you recall what you were hauling?
19       A    No.
20       Q    You don't recall the weight of the cargo?
21       A    No. Every day it's different, so I would
22   not know, sir.
23       Q    You told the officer that you were not
24   aware of any medical condition that have -- could
25   have caused or should have caused your

Page 68

1    unconsciousness.
2             Do you recall saying that?
3        A    That's correct. I don't recall anything
4    at -- at the scene. All I remember is at the
5    hospital. When he came up to me, that's what I
6    remember towards me leaving, but other than that, I
7    don't remember any conversation I had with him.
8        Q    You're not aware of any medical condition
9    that you had that would have caused you to become
10   unconscious while driving, are you?
11       A    No.
12       Q    Prior to this accident, you had not
13   previously ever suffered any unconsciousness, have
14   you?
15       A    No.
16       Q    You weren't previously involved in any
17   vehicular accidents, including trucks and autos,
18   where you lost consciousness, were you?
19       A    No. No.
20       Q    And you didn't have any medical conditions
21   prior to this accident that caused you to lose
22   consciousness, correct?
23       A    No.
24       Q    Now let's talk about since this accident.
25            Have you seen any doctors or healthcare

Page 69

1  professionals to try to find out why you may have
2  lost consciousness on the day of this accident?
3      A   Well, there at the hospital they told me
4  that it wasn't uncommon.  They told me that they've
5  dealt with it before.  And I guess the scans didn't
6  show anything serious, so, yeah, like that.
7      Q   Well, when they say --
8      A   They took --
9      Q   When they said to you they've "dealt with
10 it before," how did you interpret that to mean?
11     A   As they've dealt with it before.  They told
12 me that a loss of consciousness wasn't entirely
13 uncommon.
14     Q   You were injured in that accident, weren't
15 you?
16     A   Yes.
17     Q   You suffered an injury to your head, didn't
18 you?
19     A   Yes.
20     Q   And you lost consciousness as a result of
21 this accident, didn't you?
22     A   I -- what they told me is that I was
23 unconscious before it happened, so --
24     Q   Now, who told you that?
25     A   The doctors and somebody -- maybe the

Page 70

1  paramedics.  They told me that they saw me
2  unconscious before it happened.
3      Q   Now, how is it possible that the
4  paramedics --
5      A   I --
6      Q   -- saw you unconscious --
7      A   I -- I'm not -- no, no, no.  Sorry.  There
8  was the paramedics.  There was -- I don't remember,
9  but maybe the police.  When we were talking -- maybe
10 it was with the police -- that they told me that
11 before the incident happened, that I was stooped over
12 the wheel.  Somebody did.  I don't recall whoever.
13 It's still hazy.
14     Q   I just want to make sure that I'm clear and
15 that this record is clear.  Is it your testimony,
16 sir, that you believe somebody told you that you were
17 stooped over the wheel before you left the roadway?
18     A   Yes.  Somebody at some point told me that.
19 I -- I don't remember who.
20     Q   Do you know how anybody could have seen you
21 before you left the roadway?
22     A   I think they said that somebody saw.  I
23 don't know who.  I don't remember exactly.  Somebody
24 that was there.  I don't know.  I don't remember.  It
25 was obviously a traumatic event, so I don't recall

Page 71

1  everything.
2      Q   But you would expect a trauma team at a
3  trauma center to have the opportunity to see and
4  treat patients who have been involved in auto
5  accidents and rendered unconscious as a result of the
6  accident, wouldn't you?
7      A   I don't -- can you repeat the question
8  again?
9      Q   Yeah.  Don't trauma centers typically or
10 often treat patients who have been involved in auto
11 accidents?
12     A   I suppose they do.
13     Q   And would you -- do you think it's logical
14 that a large number of those auto accident victims
15 that go to trauma centers lose consciousness for a
16 period of time after the accident?
17     A   I'm not a medical professional.  I don't
18 know who loses consciousness for what reason.
19     Q   Have you read any of your medical records
20 from this accident?
21     A   No.
22     Q   Aside from your attorney, has anyone told
23 you what those records say?
24     A   No.
25     Q   Do you know if any of those records

Page 72

1  indicate that you lost consciousness before you left
2  the roadway?
3      A   I have no idea.
4      Q   Do you agree with me, sir, that the CAT
5  scans taken of your head and the rest of your body
6  were normal?
7      A   I have no idea what they showed.  You'd
8  have to talk to the people that took those scans.
9      Q   Well, they're in the records, but you
10 haven't seen those records, have you?
11     A   I -- I am not qualified to read CAT scan.
12     Q   Do you recall --
13     A   But the test was -- I recall vaguely
14 talking to the doctor and -- yeah, vaguely, that it
15 wasn't, I don't know, a brain tumor or something.
16 So, yeah, vaguely.
17     Q   And four hours after you were taken to the
18 hospital, you left the hospital, didn't you?
19     A   I don't remember how many hours it took.
20     Q   You felt well enough to leave, though, when
21 they said you could leave, didn't you?
22     A   I vaguely remember that day whatsoever.  I
23 don't think that I was -- in my opinion, I don't
24 think I was ready to leave, but they told me and --
25 what to do.  I left.

Page 73

1   Q   So you believe it was the hospital doctors
2   and staff who told you you had to leave?
3   A   It was -- they did everything that they did
4   and they gave me some new clothes and that was it.
5   Q   Have you had -- experienced --
6   A   I --
7   Q   Go ahead.  I'm sorry.
8   A   No, that's it.
9   Q   Have you experienced a similar medical
10  event or episode since the day of this accident?
11  A   No.
12  Q   Is it accurate, then, to say the one and
13  only time in your life that you may have lost
14  consciousness was on August 8, 2020, when you left
15  the roadway?
16  A   Yeah.
17  Q   And you recognize, don't you, that it's
18  possible that you drifted off to sleep prior to
19  leaving the roadway, don't you?
20  A   I don't think that was the case, no.
21  Q   Have you seen any medical physician or
22  professional since August 8, 2020, who has indicated
23  to you that you suffered a medical event or episode
24  causing you to leave the roadway?
25  A   Say that again, please.

Page 74

1   Q   Has any doctor told you, after August 8,
2   2020, that you suffered some medical episode that
3   caused you to lose consciousness?
4   A   I think -- I think that I -- the last one
5   told me that it -- it could have been due to fatigue
6   and to dehydration or something; that it -- that
7   there was too many variables for them to pinpoint why
8   it happened.
9   Q   Who told you that?
10  A   But they told -- some doctor.  I can't
11  recall.
12  Q   Is it a doctor that you saw after August 8,
13  2020?
14  A   I don't recall.  I think the one at the
15  hospital told me it was sudden loss of consciousness.
16  Q   Have you seen any doctors since August 2020
17  for the purpose of trying to find out why you lost
18  consciousness on August 8, 2020?
19  A   I don't think so.
20  Q   In other words, in my effort to get all
21  your medical records I have obtained medical records
22  for August 8, 2020, the date of this accident.
23  You're not aware of any other medical records?
24  A   No, I don't think so.
25  Q   And that's because you haven't seen any

Page 75

1   other doctors or healthcare providers about the
2   possibility that you may have suffered or gone
3   unconscious for a period of time on August 8, 2020.
4   Is that a true statement?
5   A   Say that again, please.
6   Q   The reason you haven't -- hold on.
7       MR. PIGNATO:  Tell you what, I'm ready to
8   pass the witness.
9       Rodney, go ahead.
10      MR. FRANZ:  Hold on.  Mr. Milanovic, do you
11  need a break at all?
12      THE WITNESS:  Can I have a five-minute one?
13      MR. PIGNATO:  Sure.
14      MR. FRANZ:  Yeah, sure.  Of course.
15      MR. STEWART:  Certainly.
16      THE WITNESS:  Okay.  Thank you.
17      (Recess taken from 3:14 p.m. to 3:19 p.m.)
18          DIRECT EXAMINATION
19  BY MR. STEWART:
20  Q   Mr. Milanovic, my name is Rodney Stewart.
21  I represent a fellow by the name of Randy Lundy.
22  Mr. Pignato showed you some pictures earlier of some
23  damaged homes, and I'll tell you that Mr. Lundy owned
24  one of those homes there.
25  A   Okay.

Page 76

1   Q   So I'm going second here, so that's good
2   and bad.  There's a lot of questions that I might
3   have that Mr. Pignato has already asked.  At the same
4   time, I might repeat some of his questions and I
5   apologize for that.  Okay?
6   A   That's fine.  Just go ahead.
7   Q   All right.  Let me start with your height
8   and weight.
9   A   5'10", 5'9".  Let's say 160, 170 pounds.
10  Q   Earlier you were talking about the things
11  you do to kind of stay in shape and stay active.  You
12  mentioned swimming and -- and tennis when -- when
13  weather permits on the tennis and soccer.
14      What else do you do?  Do you -- do you go
15  to a gym?  Do you work out?
16  A   No.  I don't go to a gym, but I try to stay
17  active.  A bit of hiking, you know.  I would say I'm
18  fit.
19  Q   And you look fit.  In staying fit and any
20  exercise that you've done over the years, have you
21  ever experienced any difficulty with exercise, such
22  as being lightheaded or dizzy?
23  A   No.  No.
24  Q   Have -- have you ever, while exercising,
25  seen spots or stars while you were exercising?

Page 93

1  A  Yes.
2  Q  -- sometime between then and now you may
3  have spoken with her?
4  A  Yeah.
5  Q  All right.  And you're saying that in one
6  of your conversations with her you may have mentioned
7  the accident?
8  A  Yeah.
9  Q  From a medical standpoint, did you have any
10 questions for her or concerns, or were you just
11 telling her generally that you had an accident?
12 A  No, I just generally told her and just --
13 because, obviously, I was worried.  And, yeah, it was
14 something along the lines of, if the CAT scan or
15 whatever, MRI are good, it's -- it's nothing too
16 serious.  So something along those lines.
17 Q  All right.  And the reason I think you're
18 telling us that you were worried or concerned is that
19 you don't know why you left the roadway and --
20 A  No.
21 Q  -- to the extent you may have a medical
22 problem, it might be worth asking a doctor about?
23 A  Yeah.  You know, all sorts of things go
24 through your head.
25 Q  All right.  So you don't -- if I were --

Page 94

1  I've got here on my list of questions to ask you the
2  last thing you remember before leaving the roadway.
3  A  It would be I was calculating where to take
4  a break.
5  Q  How do you go about that calculation?
6  A  By following the signs.
7  Q  What do you mean by "calculating"?  Are
8  you -- are you saying you're just looking for a good
9  place to pull over?
10 A  Yeah.
11 Q  Did you feel like you needed a break?
12 A  I believe I had to take one.  It was -- I
13 was running out of time legally.
14 Q  Can you -- can you tell -- Ms. Butterworth
15 can put the log back up.
16    Can -- can you tell us what you mean by you
17 were "running out of time legally"?
18 A  That's the best I can tell you.  What I
19 believe was that at some point I had to stop.
20 Q  So you -- you just remember there being --
21 you having some sense of urgency that your -- that
22 you needed to -- that you needed to take your break
23 soon?
24 A  Well, I wouldn't say a sense of urgency,
25 like you always do that every day.  Where am I going

Page 95

1  to stop next?
2    MR. STEWART:  Yeah.  Ms. Butterworth, if
3  you could, could you zoom in on this document and
4  move it down slightly so we see the first entries of
5  Yukon, Oklahoma?
6    (Document is displayed).
7  Q  (By Mr. Stewart) Okay.  So if I'm
8  interpreting this document correctly, you -- well,
9  how do you interpret this?
10    So I see driving for three hours and 16
11 minutes and 15 seconds.
12 A  Uh-huh.
13 Q  Kind of in the middle here where it says
14 "Five miles east/southeast of Joplin, Missouri."
15 A  Uh-huh.
16 Q  And then the next entry says you were on
17 duty.  And I think we've established that means the
18 truck is not in motion, right?
19 A  Uh-huh.
20 Q  And so it -- so it appears that you were on
21 duty, meaning not driving for three minutes and 11
22 seconds near Choctaw.
23 A  Uh-huh.
24 Q  Yes?
25 A  Yes.  That's what it says.

Page 96

1  Q  Yes.  And then you drove another 27 minutes
2  and 14 seconds?
3  A  Uh-huh.
4  Q  Same general location, nine miles north,
5  northwest of Choctaw?
6  A  Uh-huh.
7  Q  And then you were on duty -- so -- so do
8  you remember what was happening in Choctaw, Oklahoma?
9  A  No, I -- I would not remember.
10 Q  Okay.  So -- so being a truck driver, what
11 do you -- three minutes and 11 seconds you stop
12 driving.  So you were -- you had been driving for
13 three hours and 16 minutes, according to this.
14 A  Yes.  It could be a variety of things, such
15 as a stop or -- I mean, it could be many different
16 things.  But that goes automatic.  If it's -- if it
17 stops, it automatically switches if it's not moving
18 after a few minutes.
19 Q  So -- so --
20 A  So it could be --
21 Q  So if you pulled over on the side of the
22 road for some reason, stretch your legs, go to the
23 restroom on the -- I'm not suggesting you use the
24 shoulder of the road.  Okay?
25 A  Yep.  Yeah.

Page 109

1    A   It's -- Woodbridge would be by the border,
2  so I guess heading down south.
3    Q   So you think this was part of that same
4  journey from Ontario to your des- -- ultimate
5  destination?
6    A   Yeah, could have been.  Sounds like it.
7    Q   And then the day before the accident,
8  August 7th, it shows you beginning your journey that
9  day at Brights Grove, Ontario, and traveling all the
10 way to Fancy Creek, Illinois, a total of nine hours
11 and 55 minutes of drive time and 509 miles.
12       Does that sound right?
13   A   Sounds like a typical day, yes.
14   Q   Okay.  All right.
15   A   Yep.  Yeah, it sounds like a typical day.
16   Q   So I'm not sure what's going on with the
17 screen.  It looks like maybe the shared screen is
18 off, but there's a big black spot in the middle.  Or
19 is that Mr. Milanovic's phone?  Is it -- has it gone
20 dark?
21       There we go.  All right.  Thank you.
22       Okay.  If I were to ask you, sir, what you
23 had to drink in the 48 hours before the collision, do
24 you have any recollection of that?
25   A   Water or juice, something like that.

Page 110

1    Q   And I -- I detect in your answer that
2  you're -- you're guessing at that kind of based on
3  your norms?
4    A   Yeah.
5    Q   Yeah.  So would you be able, for example,
6  to tell us how much water, how much juice, how much
7  Gatorade?
8    A   No.
9    Q   Regarding your practices, would -- would it
10 be your practice -- if you -- if you pulled over to
11 get something to drink, would -- would it be your
12 practice to buy, like, I don't know, a case of water,
13 a case of Gatorade, a --
14   A   Yeah.  Yeah.  Always.  Always.  There's
15 some on the side, so, yeah, always.  How many depends
16 on the day, you know.  I remember that day was pretty
17 hot, so --
18   Q   Okay.  What -- and I predict you are not
19 wrong.  August in Oklahoma, August in Joplin,
20 Missouri, I -- I predict it was really hot.  But
21 what -- what causes you to remember that it was a
22 really hot day?
23   A   It's down south and coming back from up
24 north, I would say that -- that it was pretty hot.
25   Q   Is this the first time -- is this the first

Page 111

1  time in a long while that you had --
2    A   No.
3    Q   -- ventured so far south?
4    A   No.  No.
5    Q   Well, you previously drove for this other
6  company a year or so before you started for the --
7  the HL Motor Group.
8    A   Uh-huh.
9    Q   So had you driven down in this part of
10 the -- part of the world in the summer heat?
11   A   Yeah, I have, but -- I have, but, you know,
12 you -- being from -- driving, I would say, from
13 Canada, you -- you always notice a difference,
14 obviously.  And, you know, older equipment, it -- the
15 air conditioning is never as good as it should be,
16 so, you know, you notice the heat obviously.
17   Q   Yeah.  Do you remember thinking -- and this
18 was your first trip for HL Motor Group.  Do you
19 remember thinking that the -- that the air
20 conditioning is not as good as it should be or you
21 would like it to be?
22   A   Yes, but it's -- with any older equipment,
23 never is that -- what you want it to be.
24   Q   Right.  So -- so you -- would you consider
25 yourself a professional truck driver?

Page 112

1    A   Yeah.
2    Q   And you understand that you're operating a
3  multi-ton piece of equipment that can cause serious
4  injury, damages and --
5    A   Yes.
6    Q   -- you know, death and mayhem, right?
7    A   Obviously.
8    Q   And so to the extent that it's hot, you're
9  in older equipment, maybe there's some air
10 conditioning issues, maybe you're not drinking as
11 much as you're supposed to, you understand that it's
12 your job to stay hydrated while you drive?
13   A   Yes.
14   Q   And that if it's not safe to drive because
15 you're dehydrated or because your equipment lacks
16 sufficient air conditioning, it's your job to pull
17 over until those situations can be remedied, right?
18   A   I would agree with you there.
19   Q   All right.  You can't just keep driving if
20 you're dehydrated or hot and tired.  You understand
21 that?
22   A   Yes.
23   Q   Because if you do, accidents like this can
24 happen.  Agree?
25   A   Agree.

Page 113

1    Q  All right. So since this accident occurred
2  in August of 2020, other than whatever medical
3  providers you saw at the hospital immediately
4  afterwards, has any physician identified to you what
5  caused you to run off the roadway?
6    A  No.
7    Q  And I want to stop and talk about that now.
8  So -- so in responding to some of Mr. Pignato's
9  questions I heard you say different things, and we
10 need to pin you down because this is an important
11 issue in the case. Okay?
12   A  Nothing to tell me 100 percent, so --
13   Q  I -- I understand, but let's do what we can
14 here. Okay?
15   A  Okay.
16   Q  So you mentioned in -- in one of your
17 answers to Mr. Pignato earlier that -- that someone
18 at -- I think you said "at the hospital," but I want
19 to clarify. I want to be fair to you.
20   A  Yeah, to the best of my recollection.
21   Q  Yeah, somebody at the hospital said that
22 you could have been fatigued or dehydrated.
23   A  Yes.
24   Q  Do you recall saying that?
25   A  Yes.

Page 114

1    Q  And -- and was that a physician there at
2  the OU Medical Center where you were taken?
3    A  I don't recall who it was. I talked to
4  many people and I was groggy, so, yeah, I don't
5  remember.
6    Q  And then you also said, in response to one
7  of Mr. Pignato's questions, that -- that someone at
8  the hospital may have said you had a sudden loss of
9  consciousness, right?
10       Now, you would agree with me those are --
11 those are two different -- I suppose they could be
12 two different things, right?
13   A  Yes.
14   Q  If you're fatigued and dehydrated, I
15 suppose you could pass out and lose consciousness,
16 right?
17   A  Yes.
18   Q  But fatigue and dehydration would be
19 something within your control. You agree with that?
20   A  Sure.
21   Q  All right. If you're feeling dehydrated,
22 if you're feeling fatigued, it's time to pull over
23 and stop driving. Agree?
24   A  Uh-huh.
25   Q  Yes?

Page 115

1    A  Yes.
2    Q  You shouldn't keep driving if you're
3  fatigued and dehydrated to the point that you lose
4  consciousness and run off the roadway, right?
5    A  Correct.
6    Q  And if that's what occurred here, you would
7  agree the accident would be your fault, and by
8  extension, the fault of HL Motor Group. Agree?
9    A  I wouldn't -- I didn't feel that way so I
10 don't know how I can agree with that.
11   Q  Well, when you say you didn't feel that
12 way, you've kind of said some different things here
13 today. You've -- you've indicated you don't remember
14 that day at all. Okay? You've said that many times
15 throughout the deposition.
16      You've also said that -- that -- that you
17 remember needing to take your break, that you felt
18 like you were looking for your next break stop,
19 right?
20   A  Yes, that is -- I remember the -- wanting
21 to pick the break.
22      Other than that, meaning the day,
23 significant parts of it, meaning what happened there,
24 that, I do not remember.
25   Q  Right. So --

Page 116

1    A  The only thing I remember is I was planning
2  on stopping at some point.
3    Q  All right. But --
4    A  That's the only thing I remember. I don't
5  remember being fatigued or thirsty or anything like
6  that. I really do not.
7    Q  Okay. But you also don't remember the
8  reverse of that. You don't remember feeling, "Hey,
9  I'm not fatigued. I feel great. Life is good, I
10 could keep going for another 500 miles." You don't
11 remember feeling that, either, right?
12   A  I have never felt that in my life, no.
13   Q  Okay. Well, I'm just trying to figure out,
14 are -- are you saying you were not feeling fatigued
15 or you were not dehydrated, or are you simply saying
16 you don't recall feeling either of those things?
17   A  I don't -- if I had felt that, which I have
18 in the past, I would have done something about it,
19 but I don't remember feeling that.
20   Q  And the something you would have done about
21 it would be look for a place to pull over and take a
22 break, right?
23   A  Yeah, there's always somewhere close by.
24   Q  Okay. And, in fact, that's the last thing
25 you remember is looking for a place to pull over and