# EXHIBIT 2

```
RUN DATE: 08/26/20                    OU Medical Center ABS **LIVE**                              PAGE 1
RUN TIME: 0430                              CODING SUMMARY
RUN USER: BPF.FEED

NAME: MILANOVIC,OGNJEN                  ACCT#:        E99900563616
                                        FORM:

    ADM DATE: 08/08/20  1711
 ATTEND PHYS: Zagari Stuppiello,Giselle MD     UNIT#:     E002961401
    DIS DT/TM: 08/08/20  2145                   SEX:
    DIS DISP: Routine Home/Self Care            AGE:
        LOS:  :         1                       DOB:
    PT CLASS: ER.OTH                            FIN CLASS:  99
                                                ABS STATUS:  FINAL


 DIAGNOSES                                                      POA INDICATOR  CODESET


 REASON FOR VISIT DX
        M54.2        CERVICALGIA                                              ICD10


 PRIMARY CODESET
 PRINC DX     S11.93XA    PUNCTURE WOUND W/O FOREIGN BODY OF UNSP PART OF NECK, INIT    ICD10
 OTHER DX     R00.0       TACHYCARDIA, UNSPECIFIED                                      ICD10
              V89.9XXA    PERSON INJURED IN UNSPECIFIED VEHICLE ACCIDENT, INIT ENCNTR   ICD10
              R40.2142    COMA SCALE, EYES OPEN, SPONTANEOUS, EMR                       ICD10
              R40.2242    COMA SCALE, BEST VERBAL RESPONSE, CONFUSED CONVERSATION, EMR  ICD10
              R40.2362    COMA SCALE, BEST MOTOR RESPONSE, OBEYS COMMANDS, EMR          ICD10


 OTHER CODESET
 PRINC DX
 OTHER DX


 PROCEDURE
 PRIMARY CODESET
 DATE       PROC CODE & NAME                    SURGEON       ANESTHESIOLOGIST
 OTHER CODESET


 PRIMARY CODESET
 DRG I-10
  OTHER CODESET
 DRG I-9


 STATUS       $REIMB   MIN-LOS   STD-LOS    COST WT     GRP VERS    GRP FC
                                                           37          99


 DRG STATUS DATE:                         ABS STATUS DATE: 08/25/20
 CODER: EMR.GA                            ABSTRACTOR: EMR.GA



    **This form will be maintained as a permanent part of the medical record**
```

FARMERS MUTUAL_0477

# OU MEDICAL CENTER

OU Medical Center (Adult)   Oklahoma City, Oklahoma        URN: E2296550

| | | |
|---|---|---|
| Account No. **E99900563616** | Adm Date 08/08/20 | Med Rec No. E002961401 |
| Room/Bed   03T | Adm Time 1711 | Fin Class   99 |
| Type       REG ER | Loc/Serv E.ERT - ER TRAUMA / | |

**PATIENT**   TRAUMA2020,PT2909
| | |
|---|---|
| Address   : ▮ | SS#: ▮ |
| Address2   : ▮ | DOB: ▮   Age: ▮   Sex: ▮ |
| City/St/Zip: ▮ | **COUNTY**   Mar St: ▮   Race: ▮ |
| Phone      : ▮ | UNKNOWN   Language: English |
| Other Phone: | Religion: NONE |
| | Legal Status: |

**PT EMPLOYER**   HIGHTLIGHT MOTOR GROUP       EMAIL: NONE
| | |
|---|---|
| Address   : ONTARIO | Preferred Name: |
| City/St/Zip: ONTARIO,CA 77777 | Gender Identity: |
| Phone      : 999-999-9999 | Occupation : DRIVER |

| **NEXT OF KIN**   NONE,NONE | **NOTIFY**   NONE,NONE |
|---|---|
| Address   : UNK | Address   : UNK |
| City/St/Zip: ▮ | City/St/Zip: ▮ |
| Home Phone : 999-999-9999 | Home Phone : 999-999-9999 |
| Work Phone : 999-999-9999 | Work Phone : 999-999-9999 |
| Relation  : OTHER | Relation  : OTHER |

| **GUARANTOR**   MILANOVICH,OGNJEN | **GUAR EMPLOYER**   HIGHTLIGHT MOTOR GROUP |
|---|---|
| Birthdate  : ▮        Sex: ▮ | Address   : ONTARIO |
| Soc Sec #  : ▮ | City/St/Zip: ONTARIO,CA 77777 |
| Address   : ▮ | Phone      : 999-999-9999 |
| City/St/Zip: ▮ | |
| Phone      : ▮ | Occupation : DRIVER |
| Relation  : PATIENT | |

| **INSURANCE** | **POLICY NUMBER** | **GROUP NO:** | **SUBSCRIBER** |
|---|---|---|---|
| 1 MCAID PENDING | 777777777 | 999999 | MILANOVICH,OGNJEN |
|   PO BOX 18430 | | | OKLAHOMA CITY  OK  73154 |
| 2 CHARITY PENDING | 7777777 | 999999 | MILANOVICH,OGNJEN |
|   10030 N MACARTHUR BLVD | | | IRVING  TX  75063 |
| 3 UNINSURED | 777777777 | 999999 | MILANOVICH,OGNJEN |
|   PO BOX 639400 | | | IRVING  TX  75063 |

Insured Subscriber (If other than Patient)   DOB:                SS#:

| **ADM PHYS** | **ATTEND PHYS** |
|---|---|
| **PCP**   Does Not Know | **FAMILY PHYS** |
| **REF PHYS**   Self Referred | **ER PHYS**   Zagari Stuppiello,Giselle  MD |

Reason for Visit: TRAUMA2020,PT2909   S/P MVC
   Comment: TRAUMA2929,PT2909   MILANOVICH,OGNJEN

| Occurrence   Date     Time | Condition Code | Last Hospitalization |
|---|---|---|
| 1   01   08/08/20   1500 | 1 | Hospital : |
| 2 | 2 | From Date: |
| 3 | 3 | Thru Date: |
| 4 | 4 | |

| ACCOUNT # E99900563616 | PRE ER : EADM.AM | Reg by : EADM.AM |
|---|---|---|

*EDF*                Page 1 of 1

OU MEDICAL CENTER
FACESHEET           Printed on 08/08/20 at 1840

TRAUMA2020,PT2909
Acct# E99900563616   MR# E002961401
Loc: E.ERT        DOB: ▮        08/08/20
Zagari Stuppiello,Giselle  MD

FARMERS MUTUAL_0478

```
OU MEDICAL CENTER   (COCPN)
ED Provider Report
REPORT#:0808-0301
DATE:08/08/20    Time: 1727

PATIENT: MILANOVIC,OGNJEN           UNIT No: E002961401
ACCOUNT#: E99900563616                 ROOM: E.ERT
REPORT AUTHOR: Zagari Stuppiello,Giselle  MD
```

## HPI-Trauma Multiple

### General
**Suspected COVID-19 patient?** No
**Confirmed Patient** Yes
**Patient Type** New patient
**Initial Greet Date/Time** 08/08/20 1718

### Presentation
**Chief Complaint** Neck pain/injury
**Hx Obtained From** Paramedic
**Unable to Obtain Hx** Patient condition
**Onset Occurred** Today
**Symptom Duration** Since onset
**Progression since Onset** Unchanged

### Free Text HPI Notes
**Free Text HPI Notes**
███ ███ presents to the ED via EMS s/p MVC. EMS reports that the Pt was driving down the Kilpatrick Turnpike and drove off of the road. Upon EMS arrival the Pt was confused, had a wound to his left neck, and did not know where he was. Pt denies any drinking, drug use, or any medications.

Portions of this section were scribed by Demaio,Christian V on 08/08/20 at 1733

## Risk-Trauma Multiple

### Risk Stratification
**Glasgow Coma Score > Age 5**

| Glasgow Coma Score > Age 5 | Response | | Value |
|---|---|---|---|
| Eye Opening | Open spontaneously | (4) | 4 |
| Verbal Response | Confused | (4) | 4 |
| Motor Response | Obeys commands | (6) | 6 |
| Total | | | 14 |

Portions of this section were scribed by Demaio,Christian V on 08/08/20 at 1733

## Review of Systems

FARMERS MUTUAL_0479

```
Patient:  MILANOVIC,OGNJEN          Unit#:  E002961401
Date:  08/08/20                     Acct#:  E99900563616
```

## ROS Statements
**Unable to Obtain ROS** Patient condition

Portions of this section were scribed by Demaio,Christian V on 08/08/20 at 1733

## Past Medical History - Adult
**Stated Complaint** TRAUMA2020,PT2909  S/P MVC
**Allergies**
**Coded Allergies:**
No Known Allergies (08/08/20)

**Review of Nursing Notes** Rev avail, and agree
**Unobtainable due to:** Patient condition

Portions of this section were scribed by Demaio,Christian V on 08/08/20 at 1733

## Physical Exam

## Vital Signs
**Vital Signs**
First Documented:

|         | Result | Date Time   |
|---------|--------|-------------|
| Pulse Ox | 95    | 08/08 1809 |
| B/P     | 152/94 | 08/08 1809 |
| Temp    | 36.1   | 08/08 1809 |
| Pulse   | 138    | 08/08 1809 |
| Resp    | 16     | 08/08 1809 |

Last Documented:

|         | Result | Date Time   |
|---------|--------|-------------|
| Pulse Ox | 95    | 08/08 1809 |
| B/P     | 152/94 | 08/08 1809 |
| Temp    | 36.1   | 08/08 1809 |
| Pulse   | 138    | 08/08 1809 |
| Resp    | 16     | 08/08 1809 |

**Review of Vital Signs** Reviewed

## Focused PE
**General/Const    \*\***
  **General/Const** Awake, Alert, No acute distress
  **Text/Dict Notes**
GCS 14 for confusion
**MS Head**
  **Head** Atraumatic, Normocephalic
**Eyes**

FARMERS MUTUAL_0480

```
Patient:  MILANOVIC,OGNJEN                Unit#:  E002961401
Date:  08/08/20                           Acct#:  E99900563616
```

**Eyes** Atraumatic, PERRL, EOMI, No nystagmus
 **Text/Dict Notes**
pupils 5mm and reactive
**Ears/Nose/Throat**
 **Ears/Nose/Throat** Atraumatic, Airway patent, Mucous membranes moist
**MS Neck**      **
 **Neck** Supple, No midline vertebral tend
 **Text/Dict Notes**
zone 2 puncture wound to left anterior neck with oozing red blood
**Resp/Chest**      **
 **Respiratory/Chest** Atraumatic, Breath sounds NL, Breath sounds = bilat
**Cardiovascular**  **
 **Cardiovascular** Regular rhythm, Heart sounds NL, Pulses = bilaterally
 **Text/Dict Notes**
tachycardic
**Abdomen/GI**      **
 **Abdomen/GI** Atraumatic, Soft, Non-tender, No guarding, No rebound
**MS Back**       **
 **Back** Atraumatic, Inspection NL, No midline vertebral tend
**MS Upper Extrem**
 **Upper Extremity/MS** Atraumatic, Inspection NL, Neurologic intact, Vascular intact
 **Text/Dict Notes**
tremulous
**MS Lower Extrem**
 **Lower Ext/Pelvis/MS** Atraumatic, Inspection NL, Neurologic intact, Vascular intact
 **Text/Dict Notes**
tremulous
**Skin**
 **Skin** Color NL, No rash, Warm
**Neurologic**      **
 **Neurologic** Speech NL
 **Text/Dict Notes**
A&Ox2
**Psychiatric**
 **Psychiatric** Affect NL, Mood NL

Portions of this section were scribed by Demaio,Christian V on 08/08/20 at 1733

## Interpretation & Diagnostics

### Lab Results Interpretation
**Considerations** Independ review imaging, Reviewed prior records
**Results**
Laboratory Tests


**08/08/20 1715:**

FARMERS MUTUAL_0481

Patient:  MILANOVIC,OGNJEN          Unit#:   E002961401
Date:  08/08/20                     Acct#:   E99900563616



Glucose 156  H

**Laboratory Tests:**

| | 08/08 1715 | 08/08 1752 |
|---|---|---|
| Chemistry | | |
| Sodium (136 - 145 mEq/L) | 138 | |
| Potassium (3.5 - 5.1 mEq/L) | 3.4  L | |
| Chloride (97 - 109 mEq/l) | 96  L | |
| Carbon Dioxide (23 - 32 mEq/l) | 18  L | |
| Anion Gap (4 - 14) | 24  H | |
| BUN (7 - 17 mg/dL) | 10 | |
| Creatinine (0.7 - 1.1 mg/dL) | 0.96 | |
| Est GFR (African Amer) (>59) | >59 | |
| Est GFR (Non-Af Amer) (>59) | >59 | |
| Glucose (66 - 111 mg/dL) | 156  H | |
| Calcium (8.7 - 10.1 mg/dL) | 9.7 | |
| Total Bilirubin (0.3 - 1.2 mg/dL) | 1.7  H | |
| AST (8 - 41 Units/L) | 63  H | |
| ALT (12 - 48 Units/L) | 52  H | |
| Total Alk Phosphatase (63 - 157 Units/L) | 98 | |
| Total Protein (6.1 - 7.7 g/dl) | 7.2 | |
| Albumin (3.8 - 5.1 g/dL) | 4.8 | |
| Albumin/Globulin Ratio (1.0 - 2.2) | 2.0 | |
| Amylase (25 - 109 Units/L) | 64 | |
| Lipase (9 - 65 Units/L) | 42 | |
| Coagulation | | |
| PT (10.0 - 13.0 seconds) | 11.4 | |
| INR (Anticoag Therapy) (0.9 - 1.2 Ratio) | 1.0 | |
| APTT (26.0 - 37.0 seconds) | 24.1  L | |
| Hematology | | |
| WBC (4.00 - 11.00 K/mm3) | 7.69 | |
| RBC (4.50 - 5.90 M/mm3) | 4.73 | |
| Hgb (13.0 - 18.0 g/dL) | 16.1 | |
| Hct (39.0 - 52.0 %) | 45.7 | |
| MCV (80.0 - 99.0 fL) | 96.6 | |
| MCH (27.0 - 34.0 pg) | 34.0 | |
| MCHC (32.0 - 36.0 g/dL) | 35.2 | |
| RDW (11 - 15 %) | 12.2 | |
| Plt Count (140 - 440 K/mm3) | 175 | |
| MPV (9.3 - 12.2 fL) | 10.3 | |
| Gran % (39.0 - 78.0 %) | 68.6 | |
| Immature Gran % (Auto) (0 - 0.6 %) | 0.3 | |
| Lymph % (Auto) (15.0 - 46.0 %) | 20.8 | |
| Mono % (Auto) (2.0 - 14.0 %) | 9.6 | |

Patient:  MILANOVIC,OGNJEN                    Unit#:  E002961401
Date:  08/08/20                               Acct#:  E99900563616

| | | |
|---|---|---|
| Eos % (Auto) (0 - 6.0 %) | 0.0 | |
| Baso % (Auto) (0 - 2.0 %) | 0.7 | |
| Gran # (1.6 - 8.6 K/mm3) | 5.28 | |
| Lymph # (Auto) (0.6 - 5.1 K/mm3) | 1.60 | |
| Mono # (Auto) (0.1 - 1.5 K/mm3) | 0.74 | |
| Eos # (Auto) (0 - 0.7 K/mm3) | 0.00 | |
| Baso # (Auto) (0 - 0.2 K/mm3) | 0.05 | |
| Immature Gran # (Auto) (0 - 0.06 K/mm3) | 0.02 | |
| Urines | | |
| Urine Color (YELLOW) | | YELLOW |
| Urine Appearance (CLEAR) | | CLEAR |
| Urine pH (5.0 - 8.0) | | 6.0 |
| Ur Specific Gravity (1.007 - 1.030) | | 1.040  H |
| Urine Protein (NEGATIVE) | | 1+   * |
| Urine Glucose (UA) (NEGATIVE) | | NEGATIVE |
| Urine Ketones (NEGATIVE) | | 1+   * |
| Urine Blood (NEGATIVE) | | NEGATIVE |
| Urine Nitrate (NEGATIVE) | | NEGATIVE |
| Urine Bilirubin (NEGATIVE) | | NEGATIVE |
| Urobilinogen Dipstick (< 2 = NORMAL mg/dL) | | 2.0   * |
| Ur Leukocyte Esterase (NEGATIVE) | | NEGATIVE |
| Urine RBC (0 - 2 /hpf) | | 0-2 |
| Urine WBC (0 - 5 /hpf) | | 0-2 |
| Ur Squamous Epith Cells (VARIABLE /hpf) | | 0-2 |
| Urine Mucus (/hpf) | | LIGHT |
| Ur Culture Indicated? (NO CULT.IND) | | CULT. NOT INDICATED |

Microbiology:

| Date/Time<br>Source | Procedure - Status<br>Growth |
|---|---|
| 08/08 1722<br>Nasopharyn | Coronavirus COVID-19 PCR - COMP |

Recent Impressions:
**RADIOLOGY - RAD PELVIS 1 VIEW 08/08 1724**
*** Report Impression - Status: SIGNED  Entered: 08/08/2020 2112

Impression:

No radiographic evidence of an acute injury in the pelvis.
Impression By: DR.REBKR - KRISTIN L REBIK, DO      314
**RADIOLOGY - RAD CHEST 1 VIEW 08/08 1724**
*** Report Impression - Status: SIGNED  Entered: 08/08/2020 2112

Impression:

No radiographic evidence of an acute cardiopulmonary process.
Impression By: DR.REBKR - KRISTIN L REBIK, DO      314

FARMERS MUTUAL_0483

Patient:  MILANOVIC,OGNJEN                    Unit#:  E002961401
Date:  08/08/20                                Acct#:  E99900563616

**CT SCAN - CT RECONS THORACIC SPINE 08/08 1730**
\*\*\* Report Impression - Status: SIGNED  Entered: 08/08/2020 2012

IMPRESSION:

No evidence of acute intrathoracic, intra-abdominal or intrapelvic injury.

No evidence of acute injury in the osseous thoracic and lumbar spine.

Partially visualized left neck soft tissue hematoma, please see separately dictated same day CTA neck for further findings.

These findings were discussed with Dr. Farnell  of the Trauma Service at 1844 on 8/8/2020.

I have personally viewed the images and/or data and approve the report.
Impression By: DR.REBKR - KRISTIN L REBIK, DO      314
**CT SCAN - CT RECONS LUMBAR SPINE 08/08 1730**
\*\*\* Report Impression - Status: SIGNED  Entered: 08/08/2020 2012

IMPRESSION:

No evidence of acute intrathoracic, intra-abdominal or intrapelvic injury.

No evidence of acute injury in the osseous thoracic and lumbar spine.

Partially visualized left neck soft tissue hematoma, please see separately dictated same day CTA neck for further findings.

These findings were discussed with Dr. Farnell  of the Trauma Service at 1844 on 8/8/2020.

I have personally viewed the images and/or data and approve the report.
Impression By: DR.REBKR - KRISTIN L REBIK, DO      314
**CT SCAN - CT CHEST W CONTRAST 08/08 1730**
\*\*\* Report Impression - Status: SIGNED  Entered: 08/08/2020 2012

IMPRESSION:

No evidence of acute intrathoracic, intra-abdominal or intrapelvic injury.

No evidence of acute injury in the osseous thoracic and lumbar spine.

Page 6 of 11

Patient:  MILANOVIC,OGNJEN          Unit#:  E002961401
Date:  08/08/20                     Acct#:  E99900563616

Partially visualized left neck soft tissue hematoma, please see separately dictated same day CTA neck for further findings.

These findings were discussed with Dr. Farnell  of the Trauma Service at 1844 on 8/8/2020.

I have personally viewed the images and/or data and approve the report.
Impression By: DR.REBKR - KRISTIN L REBIK, DO       314
**CT SCAN - CT NECK ANGIOGRAM 08/08 1730**
*** Report Impression - Status: SIGNED  Entered: 08/08/2020 2004

Impression:

No acute intracranial process.

No evidence of acute injury in the osseous cervical spine.

No evidence of arterial injury in the neck.

Left neck soft tissue laceration/hematoma without evidence of active bleeding. There is a hyperdense focus measuring approximately 0.4 cm concerning for foreign body.

These findings were discussed with Dr. Jalla of the Trauma Service at 1829 on 8/8/2020.


ATTENDING NOTE:
Punctate hyperdensity along the lateral aspect of the left globe (CT head: 401, 13), may represent a foreign body. Correlate clinically.

Otherwise agree with the above report.

I have personally viewed the images and/or data and approve the report.
Impression By: DR.LALAN - ANJALI LAL, MD       384
**CT SCAN - CT ABD AND PELVIS W CONTRAST 08/08 1730**
*** Report Impression - Status: SIGNED  Entered: 08/08/2020 2012

IMPRESSION:

No evidence of acute intrathoracic, intra-abdominal or intrapelvic injury.

No evidence of acute injury in the osseous thoracic and lumbar spine.

Partially visualized left neck soft tissue hematoma, please see

FARMERS MUTUAL_0485

Patient:  MILANOVIC,OGNJEN             Unit#:  E002961401
Date:  08/08/20                        Acct#:  E99900563616

separately dictated same day CTA neck for further findings.

These findings were discussed with Dr. Farnell of the Trauma Service at 1844 on 8/8/2020.

I have personally viewed the images and/or data and approve the report.
Impression By: DR.REBKR – KRISTIN L REBIK, DO      314
**CT SCAN - CT C SPINE WO CONTRAST 08/08 1730**
*** Report Impression - Status: SIGNED  Entered: 08/08/2020 2004

Impression:

No acute intracranial process.

No evidence of acute injury in the osseous cervical spine.

No evidence of arterial injury in the neck.

Left neck soft tissue laceration/hematoma without evidence of active bleeding. There is a hyperdense focus measuring approximately 0.4 cm concerning for foreign body.

These findings were discussed with Dr. Jalla of the Trauma Service at 1829 on 8/8/2020.

ATTENDING NOTE:
Punctate hyperdensity along the lateral aspect of the left globe (CT head: 401, 13), may represent a foreign body. Correlate clinically.

Otherwise agree with the above report.

I have personally viewed the images and/or data and approve the report.
Impression By: DR.LALAN – ANJALI LAL, MD      384
**CT SCAN - CT BRAIN WO CONTRAST 08/08 1730**
*** Report Impression - Status: SIGNED  Entered: 08/08/2020 2004

Impression:

No acute intracranial process.

No evidence of acute injury in the osseous cervical spine.

No evidence of arterial injury in the neck.

Left neck soft tissue laceration/hematoma without evidence of active

FARMERS MUTUAL_0486

Patient:  MILANOVIC,OGNJEN          Unit#:  E002961401
Date:  08/08/20                     Acct#:  E99900563616

bleeding. There is a hyperdense focus measuring approximately 0.4 cm
concerning for foreign body.

These findings were discussed with Dr. Jalla of the Trauma Service at
1829 on 8/8/2020.


ATTENDING NOTE:
Punctate hyperdensity along the lateral aspect of the left globe (CT
head: 401, 13), may represent a foreign body. Correlate clinically.

Otherwise agree with the above report.

I have personally viewed the images and/or data and approve the
report.
Impression By: DR.LALAN - ANJALI LAL, MD        384
**RADIOLOGY - RAD ANKLE MIN 3 VIEWS RT 08/08 1805**
*** Report Impression - Status: SIGNED  Entered: 08/08/2020 2119

Impression:

1.  No radiographic evidence of an acute injury in the left ankle.
2.  In the right foot, there is a small hyperdensity projecting in the
soft tissues lateral to the base of the fifth metatarsal, which is of
uncertain etiology. Recommend correlation for tenderness at this site.


Impression By: DR.REBKR - KRISTIN L REBIK, DO        314
**RADIOLOGY - RAD FOOT MIN 3 VIEWS RT 08/08 1806**
*** Report Impression - Status: SIGNED  Entered: 08/08/2020 2119

Impression:

1.  No radiographic evidence of an acute injury in the left ankle.
2.  In the right foot, there is a small hyperdensity projecting in the
soft tissues lateral to the base of the fifth metatarsal, which is of
uncertain etiology. Recommend correlation for tenderness at this site.


Impression By: DR.REBKR - KRISTIN L REBIK, DO        314


**Lab & Imaging Statement**
Laboratory & radiographic studies reviewed and considered in the medical decision-making.

FARMERS MUTUAL_0487

```
Patient:  MILANOVIC,OGNJEN              Unit#:  E002961401
Date:  08/08/20                         Acct#:  E99900563616
```

Portions of this section were scribed by Demaio,Christian V on 08/08/20 at 1733

## Re-Evaluation & MDM

### Free Text MDM Notes
**Additional Text**
■■  ■■ presents to the ED via EMS s/p MVC. Labs and imaging ordered. Trauma services at bedside and will reside over pt care. Advised are my services as needed.

### ED Course
**Time** 1734
**Patient Course** Stable
**Safety Concerns** Patient is safe

Portions of this section were scribed by Demaio,Christian V on 08/08/20 at 1733

## Patient Discharge & Departure

### Vital Signs/Condition
**Vital Signs**
First Documented:

|          | Result | Date Time     |
|----------|--------|---------------|
| Pulse Ox | 95     | 08/08 1809    |
| B/P      | 152/94 | 08/08 1809    |
| Temp     | 36.1   | 08/08 1809    |
| Pulse    | 138    | 08/08 1809    |
| Resp     | 16     | 08/08 1809    |

Last Documented:

|          | Result | Date Time     |
|----------|--------|---------------|
| Pulse Ox | 95     | 08/08 1809    |
| B/P      | 152/94 | 08/08 1809    |
| Temp     | 36.1   | 08/08 1809    |
| Pulse    | 138    | 08/08 1809    |
| Resp     | 16     | 08/08 1809    |

All vital signs available at the time of this entry have been reviewed.

**Condition** Stable

### Clinical Impression
**Clinical Impression**
**Primary Impression:** MVC (motor vehicle collision)
**Secondary Impressions:** Open neck wound, Tachycardia

## Disposition Decision

FARMERS MUTUAL_0488

Patient:  MILANOVIC,OGNJEN                Unit#:  E002961401
Date:  08/08/20                           Acct#:  E99900563616

**Admit**
   **Admit Physician** Trauma Surgeon
   **Request Time** 1734
   **Request Date** 08/08/20
   **)( Admission Accepts** Yes
   **)( Accepted Time** 1735
   **)( Accepted Date** 08/08/20
   **Call Information** will see patient, agrees with eval, agrees with plan

## Discharge/Care Plan
**Counseled Regarding** Diagnosis, Lab results, Imaging studies, Need for admission
 **Admit Note**
I have spoken with the patient and/or caregivers. I have explained the patient's condition,
diagnoses and treatment plan based on the information available to me at this time. I have
answered the patient's and/or caregiver's questions and addressed any concerns. The patient
and/or caregivers have as good an understanding of the patient's diagnosis, condition and
treatment plan as can be expected at this point. The patient has been stabilized within the
capability of the emergency department. The patient will be transported for further care and
management or will be moved to an observation or inpatient service. I have communicated with
the staff or medical practitioner taking over this patient's care.


## Quality Measures
**BP & F/U for HTN** Patient admitted

## Supervising Physician Note
 **Scribe Statement**
Demaio,Christian V, 08/08/20 1735, scribing for and in the presence of Dr. Zagari.
Signed By: Demaio,Christian V, 08/08/20 1735

   **Provider Scribed Statement**
I personally performed the services described in this documentation and reviewed the
documentation that was dictated to the scribe(s) in my presence, and it accurately records
my words and actions.


Portions of this section were scribed by Demaio,Christian V on 08/08/20 at 1733

Electronically Signed by Zagari Stuppiello,Giselle  MD on 08/12/20 at 0637


RPT #:  0808-0301
***END OF REPORT***

FARMERS MUTUAL_0489

# ADULT TRAUMA ACTIVATION CRITERIA

## LEVEL 1

- BP: Systolic <90 (resolved or ongoing)
- HR: >120
- RR: Less than 10 or greater than 29 with distress
- GCS: Less than or equal to 8 (attributed to trauma)
- Patients in need of an emergent airway and ALL intubated patients from the scene
- Penetrating trauma (GSW, SW) proximal to knees and elbows (including head, neck, trunk, flank, groin, buttocks or back)
- Evidence of spinal cord injury with neurological deficit (paralysis & paresthesia)
- Unstable pelvis fracture associated with hemodynamic instability
- Amputated, crushed, degloved, mangled or pulseless extremity (above the wrist or ankle)
- Burns >20% TBSA and/or all inhalation injuries associated with trauma
- Receiving blood products prior to arrival
- Emergency physician discretion

## LEVEL 2

- Neurologic changes (GCS 9-14)
- Chest wall instability or deformity (flail chest)
- Burn involving airway, face, feet, genitalia or circumferential burns to an extremity (excluding isolated hands)
- Two or more obvious proximal long bone fractures (femur, humerus)
- Open or suspected depressed skull fracture
- Rigid, tender and/or distended abdomen
- Tender spine with palpation
- High-voltage electrical injury
- Auto vs. pedestrian or auto vs. bicycle (greater than 20 mph)
- MCC with significant impact force and/or run over (greater than 20 mph)
- Fall >20 feet
- Any open fracture (excluding isolated hand)
- Any hip or knee dislocation
- Any tib/fib and/or femur fx
- Positive seat belt sign or handlebar mark
- Skin wounds with extensive tissue damage, large flaps, avulsion
- Pregnant patients with trauma mechanism (≥ 20 weeks gestation)
- Age ≥ 65
- Medical comorbidities: IDDM, end stage renal disease, cardiac hx, current anticoagulant use
- Emergency physician discretion

## LEVEL 3

- High energy event (including ATV)
- Rollover mechanism
- MVC with ejection
- MVC/MCC > 45 mph
- Prolonged extrication >20 minutes with heavy tools
- Death at the scene
- Age >55
- Isolated fracture (closed) or dislocation
- Patient report of abdominal pain without bruising
- Patient report of back pain
- Pregnant patients with trauma mechanism (≤ 19 weeks gestation)
- Suspected hip fracture
- Evidence of facial trauma (fx)
- Emergency physician discretion

MVC
TRAUMA

# TRANSFER CRITERIA CONSIDERATIONS

## LEVEL 1

- Transfers requiring blood transfusions
- Intubated transfer patients with ongoing or current respiratory compromise
- Unstable VS
- Deterioration of GCS

## LEVEL 2

- Intubated patients who are otherwise stable
- Identified spine fracture without neurologic deficit
- Stable solid organ injury
- Incomplete work-up at outside facility and meets additional criteria for activation

## LEVEL 3

- Stable interfacility transfers (ED to ED) of traumatically injured patients meeting activation criteria

TRAUMA2020,PT2909
E99900563616

05/2019

# OU Medicine | TRAUMA ONE

Leading Health Care | www.oumedicine.com

NAME: _____ HT: 5'10" WT: 170 AGE: ▮ SEX: ▮ RACE: _____

ARRIVAL DATE: 8·8·20   TIME: 1712   TIME OF INJURY: ~1630   BROSLOW: _____

EMS ENCODE TIME: 1703 ACTIVATION TIME: 1704   ACTIVATION LEVEL: X ☐ II ☐ III   UPGRADE? YES / NO   TIME: _____ LEVEL: _____

**CONSULT SERVICES**

| SERVICE | NAME | TIME CALLED | TIME ARRIVED |
|---|---|---|---|
| EMTC Attending | Zupari | 1704 | 1712 |
| Trauma Attending | Busby | | |
| Sr. Resident | Villa | | |
| Jr. Resident | Diell | | |
| PA / NP | Haas | | |
| Anesthesia | Pham | | 1712 |
| Ortho | | | |
| Neurosurgery | | | |
| Face Trauma | | | |
| Ped Surgery | | | |

**GLASGOW COMA SCORE**

| EYE OPENING | SPONTANEOUSLY | 4 |
|---|---|---|
| | TO SPEECH | 3 |
| | TO PAIN | 2 |
| | NONE | 1 |
| | ADULT    NONE    INFANT | |

| VERBAL | ORIENTED | COOS & BABBLES | 5 |
|---|---|---|---|
| | CONFUSED | IRRITABLE CRY | 4 |
| | INAPPROPRIATE | CRIES TO PAIN | 3 |
| | INCOMPREHENSIBLE | MOANS TO PAIN | 2 |
| | NONE | NONE | 1 |

| MOTOR | OBEYS COMMANDS | SPONT MOVEMENTS | 6 |
|---|---|---|---|
| | LOCALIZES | WITHDRAWS TO TOUCH | 5 |
| | WITHDRAWS | WITHDRAWS TO PAIN | 4 |
| | FLEXION | FLEXION | 3 |
| | EXTENSION | EXTENSION | 2 |
| | NONE | NONE | 1 |

**TRANSPORT**

X AMBULANCE CO.: emsa   AIR / GROUND

REFERRING FACILITY: _____

SCENE LOCATION: Kilpatrick

RESTRAINED: (M K) LOC: WNL HELMET: +/−   CAR SEAT: YES / NO

☐ O2 ☐ X KING AIRWAY ☐ ETT #___ ATTEMPTS ___ ☐ VENT

☐ CPR ☐ BVM ☐ LIPLINE ___ cm   NEEDLE DECOMPRESSION: R ⁄ L

LCPR   TOURNIQUET TIME ___ ☐ PRESSURE DRESSING   MEDS _____

X COLLAR ☐ BACKBOARD ☐ SPLINT _____

X IV's INITIATED X   IO RIGHT / LEFT   INTAKE PTA _____

| A. RESP | | B. SYSTOLIC BP | | C. CONVERT GCS | | REVISED TRAUMA SCORE A + B + C = |
|---|---|---|---|---|---|---|
| 10 - 24 | 4 | > 90 | 4 | 13 - 15 | 4 | |
| 25 - 35 | 3 | 07 - 89 | 3 | 9 - 12 | 3 | |
| > 35 | 2 | 50 - 69 | 2 | 6 - 8 | 2 | |
| < 10 | 1 | < 50 | 1 | 4 - 5 | 1 | |
| | | | | 3 - 0 | 0 | |

**Pediatric Trauma Score**

| PTS | +2 | +1 | -1 |
|---|---|---|---|
| Weight | >44 lbs (>20 Kg) | 22-44 lbs (10-20 Kg) | <22 lbs (<10 Kg) |
| Airway | Normal | Maintainable O2 | Int. Tracheostomy Inv. |
| Blood Pressure | >90mmHg | 50-90mmHg | 50mmHg |
| Level of Consciousness | Completely Awake | Obtunded or any loc | Comatose |
| Open Wound | None | Minor | Major or Penetrating |
| Fractures | None | Closed Fx | Open or Multiple Fx |

**PRIMARY SURVEY**

AIRWAY: X Clear ☐ Obstructed   BREATHING: X NL ☐ Labored ☐ Apneic ☐ Bagging

CIRCUL: X Pulse Present ☐ Cardiac Rhythm ST   ☐ PEA ☐ WIDE ☐ NARROW

HEMORRHAGE: X None ☐ Present: all controlled

NEURO: X Alert ☐ Responds to verbal ☐ Responds to pain ☐ Unresponsive

**SECONDARY SURVEY**

HEAD: X WNL ☐ Lacerations ☐ Abrasions ☐ Contusions ☐ Penetrating
Tympanic Membrane: ☐ Obscured ☐ Hemotympanum ☐ Erythema ☐ NL

EYES OPEN: X Spontaneously ☐ To verbal ☐ To pain ☐ Do not open ☐ Contacts Removed

PUPILS: X Equal (R) X Reactive ☐ Dilated ☐ Constricted (L) X Reactive ☐ Dilated ☐ Constricted

NECK: X WNL ☐ Laceration ☐ Abrasion ☐ Contusion ☐ Trach. Deviation ☐ Tender

SKIN: X Warm ☐ Cool ☐ Clammy ☐ Diaphoretic ☐ Pale ☐ Flushed ☐ Cyanotic ☐ Mottled

CHEST: X WNL ☐ Laceration ☐ Abrasions ☐ Contusions ☐ Penetrating
☐ Paradoxical mvts ☐ Retracting ☐ Seatbelt Mark ☐ Wounds Tenderness

BREATH SOUNDS: X NL ☐ Decreased ☐ (R) ☐ (L) ☐ Absent ☐ (R) ☐ (L)

ABD/PELVIS: X WNL ☐ Lacerations ☐ Abrasions ☐ Contusions ☐ Distended ☐ Rigid
☐ Tender ☐ Seatbelt Mark ___ # Penetrating Wounds   BOWEL SOUNDS: ☐ Absent

BACK: X WNL ☐ Lacerations ☐ Abrasions ☐ Contusions   Tenderness: ☐ C ☐ T ☐ L
Step off: X None ☐ C ☐ T ☐ L ☐ Penetrating Wounds ☐ Pre Stage Pressure Ulcer

EXTREMITIES: MAE X N   RUE Y/N   LUE Y/N   RLE Y/N   LLE Y/N



| | |
|---|---|
| 0-3+ - Pulse | Fx - Fracture |
| A - Abrasion | G - Gunshot |
| Amp - Amputation | H - Hematoma |
| AV - Avulsion | L - Laceration |
| B - Burn | OFx - Open Fracture |
| C - Contusion | P - Puncture |
| Cr - Crush | S - Stab |
| D - Deformity | ST - Skin Tear |
| E - Ecchymosis | |

**OU MEDICAL CENTER, Oklahoma City, OK**
**Emergency Department**
**Trauma Nursing Assessment Sheet (1/2)**

TRAUMA2020, PT2909
E99900563616

*TRAS* OUMC 100103 rev 01/2020

W063243

**GREEN**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **AMPLE** | | | | | | | | |

**ALLERGIES:** Nka

**MEDICATIONS:** Ø

**PAST MEDICAL HISTORY:** Ø

**LAST MEAL:**

**MECHANISM OF INJURY:**

**TETANUS DATE:** unk    etoh

**PROCEDURES, TREATMENT, REMARKS**

(1712) Arrives alert to Bay 3. Ⓝ active bleeding noted from wounds. Airway patent ⊖ spasm. Clear ⓑ. Warm, dry. CU placed. IV patent by ems.

(1750) Back from CT. Awaits results. dispo. Glass flakes brushed from pt.

(1825) Pt denies Ⓝ at this time.

(1835) Report to Amelia Rn

(1900) Trauma Res @ bedside — nurse

(1930) Pt. moved to hall bed waiting for DC instructions.

(2130) Pt DC by Jal PU DC ⊂ tip intact pressure applied Ⓝ active bleeding. Provided ⊂ clothes pt self amb. to BR ⊂ dressed. — nurse

(2145) Pt DC self ambulatory to wb for transportation. DC instructions ⊂ ⊗ for follow up reviewed. Pt. left ⊂ DC instructions ⊂ all personal belongings. — nurse

| TIME | T | P | R | B/P | GCS | PAIN | O2 SAT | PUPILS R/L |
|---|---|---|---|---|---|---|---|---|
| 1800 | 36° | 91 | 18 | 138/85 | 15 | | 99 | |
| 1815 | | 99 | 16 | 149/93 | 15 | | 98 | |
| 1830 | | 87 | 20 | 141/89 | 15 | | 98 | |
| 1845 | | 76 | 20 | 148/84 | 15 | | 96 | |
| 1900 | | 71 | 20 | 158/89 | 15 | | 96 | |
| 1930 | | 80 | 18 | 132/77 | 15 | | 96 | |
| 2030 | | 79 | 18 | 132/68 | 15 | | 98 | |
| 2130 | | 80 | 18 | 142/65 | 15 | | 98 | |

**NURSING SIGNATURES:**

**OU MEDICAL CENTER, Oklahoma City, OK Nursing Care Record**

**Page** _____

TRAUMA2020,PT2909
E99900563616

GREEN

*TRAS* OUMC 100278   rev 01/2020

W063243

FARMERS MUTUAL_0492

| Time | 1715 | 1720 | 1725 | 1730 | 1735 | 1740 | 1745 |
|------|------|------|------|------|------|------|------|
| BP | 152/44 | 143/89 | 144/89 | 143/90 | 150/80 | 143/93 | 154/83 |
| Pulse | 136 | 134 | 119 | 102 | 104 | 98 | 95 |
| Resp. | 16 | 20 | 20 | 21 | 25 | 22 | 20 |
| Temp. | 36 | | | | | | |
| O2 Mode | RA | | | | | | |
| Sat | 95 | 96 | 98 | 98 | 98 | 98 | 99 |
| GLASGOW — Eye | 4 | 4 | 4 | 4 | 4 | 4 | 4 |
| GLASGOW — Verbal | 4 | 4 | 5 | 5 | 5 | 5 | 5 |
| GLASGOW — Motor | 6 | 6 | 6 | 6 | 6 | 6 | 6 |
| Score | 14 | 14 | 15 | 15 | 15 | 15 | 15 |
| TRAUMA SCORE | 12 | 12 | 12 | 12 | 12 | 12 | 12 |
| Pupil Size   R/L | 5 5 | | | | | | |
| Pupil Reaction   R/L | R R | | | | | | |

BLOOD: DRAW TIME: 1715   SENT TIME: 1718   BAND LOCATION: _____
FAST: TIME: 1714   BY: Jalla _____ PA/M.D.
CARD + / (-) / Equivocal / Unable to visualize   RUQ   + / (-) / Equivocal / Unable to visualize
LUQ + / (-) / Equivocal / Unable to visualize   PELVIS + / (-) / Equivocal / Unable to visualize
LOGROLLED: TIME: _____ BACKBOARD REMOVED: TIME: _____
RECTAL TONE: + / - / DECREASED   GROSS BLOOD: YES  NO   VBG: YES  NO
IV #1: 142   GU TIME: 1714   LOCATION: R AC   ATTEMPTS: _____
IV #2: 14   GU TIME: 1719   LOCATION: L AC   ATTEMPTS: _____
IV #3: _____ GU TIME: _____ LOCATION: _____ ATTEMPTS: _____
IV #4: _____ GU TIME: _____ LOCATION: _____ ATTEMPTS: _____
FOLEY: TIME: _____ FR: _____ TEMP: YES / NO BY: _____
FOLEY ATTEMPTS: _____ BLOODY / CLEAR   HCG: TIME: _____ + / -   CONTROL: + / -
TO X-RAYS: TIME: 1750 BY 1719   SLIDE BOARD REMOVED: TIME: _____ PA/M.D.
FIELD COLLAR REPLACED: YES / NO   BY: _____ PA/M.D.
C-SPINE CLEARED: YES / NO   BY: _____ PA/M.D.
TO CT SCAN: TIME: 1723   BACK FROM CT: TIME: 1749
OGT: TIME: _____ FR: _____ INITIAL OUTPUT: _____ cc LIWS / CONT. SUCTION
INTUBATION: TIME: _____ SIZE: _____ LIP LINE: _____ cm  o BBS? BY: _____
VENT SETTINGS: MODE: _____ FIO2 _____ % TV _____ RT _____ P _____ PS _____
CENTRAL LINE: TIME: _____ TYPE: _____ BY: _____ PA/M.D.
   SITE: _____ SIZE: _____ ATTEMPTS: _____
A-LINE: TIME: _____ SITE: _____ BY: _____ PA/M.D.
R. CHEST TUBE: TIME: _____ FR: _____ INITIAL OUTPUT: _____ BY: _____ M.D.
L CHEST TUBE: TIME: _____ FR: _____ INITIAL OUTPUT: _____ BY: _____ M.D.
BAIR HUGGER PLACED: TIME: _____ MTP INITIATION: _____
SPLINT LOCATION: _____ TIME: _____ PMS INTACT YES / NO
SPLINT LOCATION: _____ TIME: _____ PMS INTACT YES / NO
SPLINT LOCATION: _____ TIME: _____ PMS INTACT YES / NO
TRACTION PIN PLACEMENT LOCATION: _____ TIME: _____ LBS: _____
EVD / BOLT: TIME: _____ INITIAL ICP: _____ (1-15 mm HG)
DISPOSITION: ADMISSION TIME: _____ DEPARTURE TIME: 2145
TO: o ED  o OBS  o OR  o ICU  o STEP DOWN  o FLOOR
REPORT CALLED TO: _____ TIME: _____
☑ HOME  o AMA  o EXPIRED   o MEDICAL EXAMINER  o LAW ENFORCEMENT
(PLEASE PRINT)
PRIMARY / RECORDING RN _____ INITIALS: AAA
RN  A. Webster _____ INITIALS: CW
RN _____ INITIALS: _____

**OU MEDICAL CENTER, Oklahoma City, OK Emergency Department**
**Trauma Nursing Assessment Sheet (2/2)**

*TRAS* OUMC 100103 rev 01/2020

W063243

---

**MEDICATIONS: PAIN RESPONSE SCALE (IF APPLICABLE):**
1. COMPLETE RELIEF   2. MODERATE RELIEF
3. MINIMAL RELIEF      4. NO RELIEF

Medication Sticker

| TIME | MED | DOSE | RTE | SITE | RESP-ONSE | INIT |
|------|-----|------|-----|------|-----------|------|
| PTA | | | | | | |
| | d T (TETANUS) | 0.5ml | IM | | | |

**OUTPUT RECORD**

| TIME | URINE | CHEST TUBES RT. | CHEST TUBES LT. | NG | OTHER |
|------|-------|-----------------|-----------------|-----|-------|
| 1752 | 175 | to urinal | | | |

**INTAKE RECORDS: BLOOD / IV FLUIDS**

| TIME | IV SITE | Solution | VOLUME | VOLUME TOTAL |
|------|---------|----------|--------|--------------|
| PTA | | | | |
| 1720 | R AC | NS | 1000 | 1000 |
| 1810 | R AC | NS | 1000 | 2000 |

| TOTALS | | |
|--------|--|--|
| INTAKE TOTAL: 2000 cc | OUTPUT TOTAL: 175 cc |
| TIME: 2145 | INITIALS: |

TRAUMA2020, PT2909
E99900563616

---

**GREEN**

③

Chaplain's Name: _David Barbee_ Pt. Arrival Date: _3/3/20_ Arrival Time: _1711_

Level: ☑ I ☐ II ☐ III   Patient Presented For: ☑ MVC ☐ GSW ☐ Other: _____
Transported by ☐ Air: ☑ Ground: _EMSA_ ☐ Other: _____
Work Related Injuries? ☐ Y ☑ N ☐ Unknown  Scene: _Kirkpatrick + Hwy 66_

## Patient Information
Patient Name or Medical Record #: _Ognjen Milanovic_ ███████
DOE ████████  Patient's Sex: ████  ID Card / Driver's License? ☐ Y ☑ N  Type: _____
Street Address: ██████████
City, State, Zip Code: ████████
Patient's Phone # (_____) _____
Patient Info Obtained From: ☐ Patient ☐ Family ☑ EMT ☐ Police ☐ Transfer Sheet ☐ Registration ☐ Chaplain Search

## Emergency Contact Information
Emergency Contact Information: _____
Relationship/DOC/Nursing Home: _____
Phone Number: _____ ☐ Home  ☐ Cell  ☐ Work
Family Contacted? ☐ Y ☑ N  Attempts: _0_  Comments: _NO info_
Any Patient Care Information Obtained from family and shared with Nurse or Physician? ☐ Y ☑ N
Anticipated Family Arrival Time? _Unknown_  Special Needs? _Unknown_
Approximate Time of Family Arrival until meeting with Chaplain or Nursing Staff? ☐ 0 to 15 min ☐ 15 to 30 min ☑ 30 min+
Approximate Time of Family Arrival until meeting with Physician/s? ☐ 0 to 15 min ☐ 15 to 30 min ☑ 30 min+

## Belongings
Patient had belongings: ☑ Y ☐ N  Phone ☐ Y ☑ N  Wallet ☑ Y ☐ N  Money ☑ Y ☐ N  Jewelry ☐ Y ☑ N
Pt Items are in: ☐ Safe ☐ Closet ☐ Police Custody ☐ Family Custody ☑ Patient Custody
Law Enforcement Agency: ☐ OKC PD ☑ OHP ☐ OSBI ☐ OUPD ☐ Other _____
Officer: _____  Badge # _____

## Additional Comments

_OHP officer to come with family_
_contact info_

_Truck Driver_

Signature _David Barbee_  Date _3/3/20_  Time _1822_

**OU MEDICAL CENTER, Oklahoma City, OK**
**Chaplain's Trauma/Critical Care Note**

Information / Label

TRAUMA2020,PT2909
E99900563616

‖‖‖‖‖‖‖‖‖‖‖‖‖

'TRAS' OUMC 101361  rev 01/2020

Page 1 of 1

Alert:   ☒ Level I   ☐ Level II   ☐ Level III   ☐ Consult – From _____

Date of Assessment __8/8/2020__   *Consulting attending physicians name and service*

**TRAUMA**

Time Called: __5:05__   Time Arrived: __17:02__   Attending On-Call __Blair__

Admission Vitals: Pulse: __143__   BP: __152/94__   RR: __20__   Temp: _____

**Mechanism:** (circle all that apply):

Date: __8/8/2020__ Time: __17:20__

Blunt: (MVC) / Pedestrian / Assault / _____

    Restrained?  YES / NO   Air Bag?  YES / NO

    Motorcycle / ATV / OffRoadVehicle  Helmet?  YES / NO

Penetrating:

    Gun Shot Wound - Caliber _____

    Stab Wound / location of laceration _____

    Other _____

Burn: Thermal / Chemical / Electrical

Fall: Mechanical / From Standing  Height_____

Other: _____

**DETAILS OF EVENT and PATIENT COMPLAINT:**

36 yo M s/p MVC w/ laceration to L neck and ankle pain

Loss of Consciousness / Amnesia (event, retrograde) Negative

Work related:  YES / (NO)

| | | | |
|---|---|---|---|
| Allergies: __NKDA__ . | | Tetanus (up to date)  YES / NO | |

Current Medications / Doses:

PAST MEDICAL HISTORY (PMHx)

    None _____ / _____   _____ / _____   _____ / _____

    _____ / _____   _____ / _____   _____ / _____

    _____ / _____   _____ / _____   _____ / _____

    _____ / _____   _____ / _____   _____ / _____

    _____ / _____   _____ / _____   _____ / _____

PMHx: __None__

PSx: __None__

Other: _____

**REVIEW OF SYSTEMS** (check all that apply)

Check if WNL, abnormals describe in box

☐ Constitutional (weight loss, etc)
☐ Musculo
☐ Eyes
☐ Neurology
☐ Psychiatric

☐ Gastroenteric
☐ Genital Urinary
☐ Hematology/Lymph
☐ Cardiac/Vascular
☐ Respiratory

☐ Endocrine
☐ Ears, nose, mouth, throat
☐ Integumentary (skin, breast)
☒ "All other negative"

UNATTAINABLE DUE TO_____

**Abnormals on review of systems:**

FAMILY HISTORY: __Non contributory__

SOCIAL HISTORY:

Tobacco Use: YES /(NO)  ETOH: YES /(NO)  DRUG: YES /(NO)

Signature: _(signature)_

Date: __8/8/2020__  Time: __17:19__

*Patient Information / Label*

**OU MEDICAL CENTER, Oklahoma City, OK**

**Trauma Initial History & Physical Evaluation**

☒ OUMC   ☐ TCH

TRAUMA2020,PT2909

E99900563616

*Page 1 of 6*

*TRAS*  OUMC 100973  rev 01/2020

**GREEN**

| Adult Trauma Score | | |
|---|---|---|
| 1) RR | 10-29 | 4 |
| | >29 | 3 |
| | 6-9 | 2 |
| | 1-5 | 1 |
| | 0 | 0 |
| 2) SBP | >89 | 4 |
| | 76-89 | 3 |
| | 50-75 | 2 |
| | 1-49 | 1 |
| | 0 | 0 |
| 3) GCS | 13-15 | 4 |
| | 9-12 | 3 |
| | 6-8 | 2 |
| | 4-5 | 1 |
| | 3 | 0 |
| Total = | 12/12 | |

| Adult GCS | | | |
|---|---|---|---|
| Eye | spont | = | 4 |
| Opening | to voice | = | 3 |
| | to pain | = | 2 |
| | none | = | 1 |
| Best | oriented | = | 5 |
| Verbal | confused | = | 4 |
| | inapp word | = | 3 |
| | incomp sound | = | 2 |
| | none | = | 1 |
| Best | command | = | 6 |
| Motor | localizes | = | 5 |
| | withdraws | = | 4 |
| | flexion | = | 3 |
| | extension | = | 2 |
| | none | = | 1 |
| Total = | 14 | /15 | |

| Pediatric GCS | | | |
|---|---|---|---|
| Eye | spont | = | 4 |
| Opening | to voice | = | 3 |
| | to pain | = | 2 |
| | none | = | 1 |
| Best | coos/babbles | = | 5 |
| Verbal | irritable cry | = | 4 |
| | cry to pain | = | 3 |
| | moans to pain | = | 2 |
| | none | = | 1 |
| Best | spontaneous | = | 6 |
| Motor | w/d to touch | = | 5 |
| | w/d to pain | = | 4 |
| | flexion | = | 3 |
| | extension | = | 2 |
| | none | = | 1 |
| Total = | /15 | | |

| Pediatric Trauma Score | | | |
|---|---|---|---|
| Weight | >20kg | = | +2 |
| | 10-20 kg | = | +1 |
| | <10 kg | = | -1 |
| Airway | Normal | = | +2 |
| | Maintainable | = | +1 |
| | Intubated | | |
| | TrachInvasive | = | -1 |
| Blood | > 90mmHg | = | +2 |
| Pressure | 50-90mmHg | = | +1 |
| | 50mmHg | = | -1 |
| Level | Completely Awake | = | +2 |
| Of Cons. | Obtunded/LOC | = | +1 |
| | Comatose | = | -1 |
| Open | None | = | +2 |
| Wound | Minor | = | +1 |
| | Major/Penetrating | = | -1 |
| Fractures | None | = | +2 |
| | Closed Fx | = | +1 |
| | Open to Multiple | = | -1 |
| | Total = | | |

**PRIMARY SURVEY (circle all that apply or complete blank)**
Airway: (Intact) / Needs assistance Intubation: Oral / Nasal / Cricothyroidotomy / Tracheostomy
Breathing: (Spontaneous) / Needs assistance   Chest tube: Right size ____ Left size ____   Mechanical vent
Circulation: (IV Access - Adequate) / Needs Peripheral IV / Cutdown / Central line-location: _____
SBP 152 / Pulse 137   Needs Fluid Bolus: amount give/type: NS 1000 cc
Pupils: Right 3 mm   Left 3 mm  (Reactive)  Non reactive
Other: Resuscitative Thoracotomy  YES / (NO)   REBOA: YES / (NO)

**SECONDARY SURVEY (circle all that apply or complete blank: UTA=unable to assess due to GCS/meds)**
HEENT: Describe _____
Skull/Scalp:  (WNL) / laceration / abrasion / hematoma / contusion / fracture: open / closed / depressed
Orbit:  (WNL) / ecchymosis: Right / Left
Occular:  Pupils: Right 3 mm  (Reactive)  Non reactive
  Left 3 mm  (Reactive)  Non reactive
  Gaze (WNL) / disconjugate / diplopia
  Sclerae (WNL) laceration: Right / Left  hyphema: Right / Left Abrasion
Ears:  (WNL) / hematoma / laceration / otorhea: clear   bloody
  Tympanic Membranes (WNL) hemotympanum:  Right / Left
Nose:  (WNL) / rhinorrhea:  clear / bloody / deformity / laceration / abrasion
Maxilla:  (stable) / unstable
Mandible:  (stable) / unstable   Occlusion:  WNL / Abnormal
Zygoma:  (stable) / unstable   Right / Left
Oropharynx: (WNL) / laceration / foreign body / erythema / missing teeth
Neck:  Trachea: (midline) / deviated / crepitus
  Jugular Venous Distention:  present (absent)
  WNL / (laceration) / abrasion / contusion / hematoma: Right (Left)
  describe: 1 cm length
  C-spine: Tender / (Non-tender) / UTA   C-Collar on arrival: (YES) / NO   Changed to semi rigid cervical orthosis

Signature: Gilhm
Date 8/8/2020  Time 17 26

**OU MEDICAL CENTER, Oklahoma City, OK**
**Trauma Initial History & Physical Evaluation**
☒ OUMC  ☐ TCH

Patient Information / Label

TRAUMA2020,PT2909
E99900563616

Page 2 of 6

*TRAS* OUMC 100974  rev 01/2020

GREEN

**SECONDARY SURVEY** (circle all that apply or complete blank; UTA=unable to assess due to: GCS, heavy sedation, noncooperation, neuromuscular blocker)

CHEST: Describe: _____

Inspection: (WNL) / abrasion / contusion / crepitis / seat belt marks or contusions/
laceration—Location _____
Palpation: (WNL) / deformities / compression tenderness /
UTA: Sternal / Right / Left / Flail segment
Auscultation: Breath Sounds: Right present / diminished / absent
(Left present) / diminished / absent

ABDOMEN: Describe: _____

Inspection: (WNL) / abrasion / contusion / seat belt mark or contusions /
laceration - Location _____
Palpation: (WNL) / distended / rigid / tenderness /
UTA - Location _____
Auscultation: Bowel Sounds (present) / absent

RECTAL: Describe: _____

Tone: (WNL) / absent / voluntary sphincter contraction
Blood: gross positive / (gross negative)

PELVIS: Describe: _____

(stable) / unstable   Foley placed : Yes / (No)   Urine character / color ____
Compression tenderness: present / (absent) / UTA
Pubic Symphisis (intact) / separated

GENITAL URINARY: Describe: _____

(WNL) / abrasion / laceration / hematoma / blood at urethral meatus / blood in vagina

BACK: Describe: _____

Inspection: (WNL) / abrasion / contusion / laceration
Tenderness: present / (absent) / UTA-Location _____
Decubitus Pressure Sore: present / (absent) / UTA-Location _____

EXTREMITIES: Describe: _____

RUE (WNL) / FX: open/closed/abrasion/laceration/degloving     LUE: (WNL) / FX: open/closed/abrasion/laceration/degloving
RLE (WNL) / FX: open/closed/abrasion/laceration/degloving     LLE: (WNL) / FX: open/closed/abrasion/laceration/degloving

VASCULAR: (P=palpable / NP=not palpable / D=dopplerable / UTA)
Brachial R___ L___  Radial R (P) L (P)  Femoral R___ L___  Popliteal R___ L___   Dorsalis pedis R (P) L (P)   Post. Tibial R___ L___
SBP RUE___  LUE___  RLE___  LLE___  Index____

NEUROLOGIC: (M=moves / DM=doesn't move / R=moves to resistance / UTA              Speech: (clear) / slurred / UTA

| Motor: | Deltoid | Biceps | Triceps | Hip flexors | Plantar | Dorsi flex |
|---|---|---|---|---|---|---|
| R | M / 5 | M / 5 | M / 5 | M / 5 | M / 5 | M / 5 |
| L | M / 5 | M / 5 | M / 5 | M / 5 | M / 5 | M / 5 |

Cranial nerves: (intact) / cranial nerve deficit
Pronator drift: (absent) / present / UTA
Describe deficit: _____

Sensory: (intact to light touch)   RUE   LUE   RLE   LLE   Describe deficit: _____

REFLEX: Babinski____

Signature: _Gu...____
Date 8/8/2020  Time 17:28

FRONT          BACK

INJURY DIAGRAM KEY:
► Penetrating Injury
•••••• Abrasions
▨▨▨ Ecchymosis
〰〰 Partial Thickness Burn
# Full Thickness Burn
x Fracture

OU MEDICAL CENTER, Oklahoma City, OK
Trauma Initial History & Physical Evaluation
☒OUMC    ☐TCH

TRAUMA2020,PT2909
E99900563616

Page 3 of 6

*TRAS*  OUMC 100975  rev 01/2020

**GREEN**

| LABS & TESTS | | | |
|---|---|---|---|
| T.PROT 7.2 | PT / INR / PTT 11.4 / 1 / 24.1 | | BMP 138 \| 96 \| 18 ⟩ 156 |
| ALB 4.8 | Peritoneal Lavage _____ | | 3.7 \| 18 \| 0.96 |
| Calcium 9.7 | Type & Screen _____ Type & Cross _____ | | 16.1 ⟩ 175 |
| Bilirubin 1.7 | ABG: pH _____ PCO2 _____ O2 _____ | | 7.69 45.7 |
| AST/ALT 63/52 | Base Deficit _____ Lactate _____ | | |
| ALKP 98 | EKG _____ | | |
| Amylase 64 | Troponin _____ Creatinine Kinase _____ | | |
| LIP 42 | Urinalysis: Dipstick PH ___ Blood ___ Protein ___ Nitrate ___ LKEsterase ___ | | |
| | Microscopic: RBC ___ WBC ___ SQUAM Cells ___ | | |
| | Drug Screen _____ | Urine HCG _____ | |

| FILMS / IMAGES | |
|---|---|
| **XRAY / IMAGES**          FINDINGS / DIAGNOSIS (list): | |
| Chest Xray  WNL / Result: | |
| Pelvis Xray  WNL / Result: | |
| CT Brain     WNL / Result: | |
| CT Face      WNL / Result: | |
| CT C-Spine  WNL / Result: | |
| CT T-Spine  WNL / Result: | |
| CT L-Spine  WNL / Result: | |
| CT Chest / Angio WNL / Result: | |
| CT Abdomen/Pelvis WNL / Result:   CT Neck Angio : | |
| Skeletal     WNL / Result:   - Soft tissue irregularity of R foot | |
| CT Neck Angio WNL / Result:   - Neck laceration / hematoma +/- foreign body | |
| Additional Images / Xrays: | |
| Outside Xray / Image Results: | |

| DIAGNOSIS and PLAN |
|---|
| (Must include all imaging, physical exam, and laboratory diagnosis) _____ |
| 36 yo M s/P MVC w/ laceration to L neck. |
| - CT Angio without any signs of vascular involvement |

| CONSULTS | |
|---|---|
| SERVICE _____ Time Called _____ PHYSICIAN Contacted _____ | Time Discussed _____ |
| SERVICE _____ Time Called _____ PHYSICIAN Contacted _____ | Time Discussed _____ |
| SERVICE _____ Time Called _____ PHYSICIAN Contacted _____ | Time Discussed _____ |

**DISPOSITION:** Admit-ICU / Floor / Telemetry     Signature: (signed)
Discharged / Transferred     Date 8/8/2020   Time 17:29

**OU MEDICAL CENTER, Oklahoma City, OK**
**Trauma Initial History & Physical**
**Evaluation** ☒ OUMC     ☐ TCH

*TRAS*  OUMC 100976  rev 01/2020

TRAUMA2020,PT2909
E99900563616

Page 4 of 6

**GREEN**

FARMERS MUTUAL_0498

**PROCEDURES AND TREATMENT PERFORMED BY THE TRAUMA TEAM ONLY:**

\* **CHEST TUBE** Indication: HTX / PTX / Other _____ Local anesthesia of Lidocaine (**With/Without**) Epinephrine ____ cc

**Right / Left** Chest Tube Size: _____ Fr. placed in _____ Intercostal space (Mid / Ant) axillary line Initial Output:_____

Post Procedure CRX revealed:_____ Performed by:_____ ☐ Emergent

**Right / Left** Chest Tube Size: _____ Fr. placed in _____ Intercostal space (Mid / Ant) axillary line Initial Output:_____

Post Procedure CRX revealed:_____ Performed by:_____ ☐ Emergent

Notes:

---

\* **ARTERIAL LINE** Indication: Hypovolemia / Shock / Spinal Cord Injury / TBI / Other

Catheter Type: _____ Size: _____ Location: _____

Performed by: _____ Time: _____ ☐ Emergent

Notes:

---

\* **CENTRAL LINE** Indication: Hypovolemia / Shock / Spinal Cord Injury / TBI / Other

Catheter (size/lumens): _____ Location: _____ Post Procedure CXR revealed:

Performed by: _____ Time: _____ ☐ Emergent

Notes:

---

\* **LACERATION REPAIR** Location: _____ Size / Length:

Anesthesia: _____ Type of repair:

Notes:

\***LACERATION REPAIR** Location: _____ Size / Length:

Anesthesia: _____ Type of repair:

Notes:

\***LACERATION REPAIR** Location: _____ Size / Length:

Anesthesia: _____ Type of repair:

Notes:

---

• **SPLINTING** Indication: _____ Type of splint: _____ **Long / Short**

Extremity: _____ Pre / Post Pulses:

Notes:

\* **SPLINTING** Indication: _____ Type of splint: _____ **Long / Short**

Extremity: _____ Pre / Post Pulses:

Notes:

---

\* **PHYSICIAN PLACED FOLEY / OG / NG** Indication:

Notes:

\* **OTHER**

Notes:

---

**Attending Statement of Procedure(s) Participation and Signature:**

☐ I was personally present for the entire / key portions of the procedure performed by resident, PA-C or APRN

---

Resident: Maria Urdaneta Perez   Signature: _____   Date: 8/8/2020 Time: 17:28

**OU MEDICAL CENTER, Oklahoma City, OK**
**Trauma Initial History & Physical Evaluation**

☒ OUMC  ☐ TCH

\*TRAS\*  OUMC 100977  rev 01/2020

Patient Information / Label

TRAUMA2020,PT2909
E99900563616

_e 5 of 6

**GREEN**

FARMERS MUTUAL_0499

**Attending Physicians**
**Trauma/Critical Care Note**

Arrival Time: _PTA_

☐ I performed the entire service/procedure personally

☑ I evaluated the patient, reviewed prior pages 1-5, discussed the case with the resident / PA-C / APRN, and I agree with the findings and plans or amend the following below:

_s/p MVC c/o neck + ankle_
_pain, exam: s/p non-tender, constant_
_neck i palpation, better i rest, neck alloc_
_& laceration!!_

_Imaging: I personally reviewed the CXR no PTX_
_✓ no effusion_

_Tachy 120's but hemodynamically stable. No_
_s/o acute distress. CT for imaging. Dispo_
_pending_

**Ultrasound:**      ☐ Not Done

A focused ultrasound exam of the peritoneal space (including the following areas: sub-phrenic, Morrison's pouch, splenorenal, superior colic gutters, and retro-vesicular), pericardial space, and pleural spaces was performed to evaluate for free fluid.

The ultrasound was performed with the following indications, as noted in the H&P:

☒ Blunt abdominal trauma   ☐ Penetrating abdominal trauma   ☐ Blunt thoracic trauma   ☐ Penetrating thoracic trauma   ☐ Shock

**Findings:**

Exam of the above structures revealed the following findings in the peritoneal, pericardial, and pleural spaces:

**Evaluation for free fluid in:**

| | | |
|---|---|---|
| Morrison's Pouch | ☒ Absent | ☐ Present |
| Splenorenal fossa | ☒ Absent | ☐ Present |
| Retro-vesicular space | ☒ Absent | ☐ Present |
| Pericardial space | ☒ Absent | ☐ Present |
| Evidence of pericardial tamponade | ☒ Absent | ☐ Present |
| Pleural space | ☒ Absent | ☐ Present   ☐ Left   ☐ Right |

CPT: 76705-26 (abdomen) + 93308-26 (cardiac) + 76604-26 (chest)

**Impression:** ☒ No pathologic free fluid      ☐ Cardiac Tamponade
☐ Hemoperitoneum      ☐ Hemothorax
☐ Hemopericardium      ☐ Other: _____

Total Attending Physician Critical Care time not including procedures: _____

Attending: _____   _BZAM_   Date: _8/9/20_ Time: _1730_
    (Signature)      (Printed Name)
    **(ATTENDING PHYSICIAN SIGNATURE REQUIRED)**

**OU MEDICAL CENTER, Oklahoma City, OK**
**Trauma Initial History & Physical Evaluation**
☒ OUMC   ☐ TCH

Pat' _____

TRAUMA2020, PT2909
E99900563616

*TRAS*  OUMC 100978  rev 01/2020

Page 6 of 6

**GREEN**

FARMERS MUTUAL_0500

ED Arrival Date: 8/8/2020    Time: 17:32    Activation Level  ☒ I  ☐ II  ☐ III

| Injury Summary: | Date Diagnosis | Consultations / Date | F/U Instructions |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| Musculoskeletal Injuries | D/C WB Status | Complications | Date |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| Date 8/8/2020    Operation / Attending | Date    Operation / Attending |
|---|---|
| FAST ⊖ / Blair | |
| | |
| | |
| | |

**Spine Clearance**
Date 8/8/2020

| | Preliminary Results | | Final Results | | Final Disposition Cleared / Brace / OR |
|---|---|---|---|---|---|
| C Spine 4 View | Imaging | Exam | Imaging | Tertiary Exam | |
| CT | | — | | | |
| T Spine 2 View | ⊖ | | | | |
| CT | ⊖ | | | | |
| L Spine 2 View | | | | | |
| CT | ⊖ | | | | |

| Date | Radiology Studies | + / - (List + results above) | Date | Radiology Studies | + / - (List + results above) |
|---|---|---|---|---|---|
| 8/8/2020 | CT Neck angio ⊖ | | | | |
| | | | | | |

Disposition:   ICU   OR  (Floor)  Home from ED   Home < 24°

| EMS Service Name: |
|---|
| Complete Run Sheet Available:  YES  NO |

When complete FAX to 1-3513 Trauma Office

**OU MEDICAL CENTER, Oklahoma City, OK**
**Trauma Team Tertiary Assessment**

# *TRAS*

*TRAS*  OUMC 101312   rev 01/2020

TRAUMA2020,PT2909
E99900563616

Page 1 of 1

**GREEN**

FARMERS MUTUAL_0501

Patient:MILANOVIC, OGNJEN

MRN:E002981401   Encounter:E9990056861B

FARMERS MUTUAL_0502

```
RUN DATE: 08/10/20                              OU Medical Center EDM **LIVE**                                    PAGE 1
RUN TIME: 3316                                   EMERGENCY PATIENT RECORD
RUN USER: #FF.FEED
Patient: TRAUMA2020,PT2909                                          Age/Sex:▓▓▓▓           Acct No: E99900563616
EDM Provider: Zagari Stuppiello,Giselle MD, 2hcaActiv                                      Unit No: E002981401
```

```
═══════════ ED DATA ═══════════                 Fever greater than 100.4 F or 38.0 C: Not in the last 7 days
                                                Cough not related to allergy or COPD: Not in the last 7 days
ED Physician: Zagari Stuppiello,Giselle MD, 2hcaActive Arrival Date/Time: 08/08/20 - 1711   Sore throat: Not in the last 7 days
Practitioner:                                   Night sweats: Not in the last 7 days
Nurse:                    Triage Date/Time: 08/08/20 - 1711    Unexplained weight loss: Not in the last 7 days
                          Date of Birth: ▓▓▓▓▓   Fatigue: Not in the last 7 days
Stated Complaint: TRAUMA2020,PT2909  S/P MVC                    Body aches: Not in the last 7 days
Chief Complaint: Trauma/MVC                 Priority: 1         Rash: Not in the last 7 days
Status Event History:                                          Nasal congestion unrelated to allergies/sinus infections: Not in the last 7 days
   08/08/20  1705 Reception *                                  Point of entry screening status:
              1706 Room Placement *                            Negative TB Risk
                                                               Negative Respiratory Risk
MODE OF ARRIVAL                                                Negative C difficile Risk
                                                               Shortness of breath: No
AMBULANCE                                                      Have you tested positive for Covid-19 in the last 14 days? No
                                                               Temp (C): 36.1
                                                               Pulse: 138
                  ═══════════ ALLERGIES ═══════════           Respirations: 16
Allergy/Adverse Reaction           Type/Category  Severity Date  Ver   Blood Pressure: 152/94
No Known Allergies                     Allergy/Drug       08/08/20 N   MAP: 113
                                                               Pulse Ox %: 95
                  ═══════════ ASSESSMENT ═══════════          On: 175.00
                                                               Wt-Lb: 170
Rapid Initial Assessment +                                     Wt-Kg: 77.111
                                                               BMI: 25.2
Occurred                          Recorded                     : High
Date      Time User               Date      Time User          ==SEVERE SEPSIS SCREENING==
08/08/20 1809 MELTON,MELISSA, RN  08/08/20 1811 MELTON,MELISSA, RN   Temperature: No
                                                               WBC results:
  First Point of Contact: Yes                                  08/08/20 07.69 1715
  Enter/Edit Allergies? Yes                                    Heart rate: Yes
  Allergy Band On: Y                                           Band results:
  Arrived By: AMB                                              No results past 24 hrs
  EMS service: EMSA                                            Respirations: No
  Subjective Assessment:                                       WBC/Bands: No
HVC                                                            If yes to 2 or more of above, proceed to next section: 1
  See next page                                                ==INFECTION==
  Do you have thoughts of hurting yourself? No                 ==NEW ORGAN DYSFUNCTION within past 48 hours==
  Have you had thoughts of hurting yourself in the past 7 days? No
  See next page                                                Disposition-DC,TX,ADM,LPT +                  ** UNDONE **
  OB/GYN History:  (if noted below)                            Undone Reason: WRONG PT
  See next page
  Smoking status for patients 13 years old or older: Never Smoker   Occurred                          Recorded
  Discharged from any medical facility in the last 30 days? No   Date      Time User               Date      Time User
  See next page                                                08/05/20 1211 BORZA,JOSEPH, RN    08/09/20 1212 BORZA,JOSEPH, RN
  Flowsheet: Yes
  Chief Complaint: Trauma/MVC                                  Patient Disposition: Discharge
  Priority: ESI1/Resuscitation                                 Disposition Category: Discharged
  ESP? N                                                       ED plan of care
  Facility ESP status:                                         Chief Complaint: Trauma/MVC
  ESP Enabled                                                  Expected outcome of chief complaint: Stabilized/Maintained
  Last page                                                    Actual outcome of chief complaint: Stabilized/Maintained
           - - FIRST POINT OF CONTACT - -                      Enter dispo YS now: N
  Is patient present and able to complete the screening for infection: Yes   Pain
  Have you or a close contact traveled outside the US in the last 2 weeks: No   Question below will only be answered if patient is LPMSE:
  Close contact w/person under investigation for 2019-nCoV while person ill: No   Last page
  Have you ever had TB or a positive TB skin test: No          For lookup by name, enter M/name then press <Lookup>
  Recent close contact with a person who has TB or influenza like illness: No   Patient left
```

Patient:MILANOVIC, OGNJEN

MRN:E002961401   Encounter:E99900563616

PARMERS MUTUAL_0503

```
RUN DATE: 06/10/20                            OU Medical Center EDM **LIVE**                                    PAGE 2
RUN TIME: 0316                                EMERGENCY PATIENT RECORD
RUN USER: BF.FELD
```

| | | |
|---|---|---|
| Patient: TRAUM2020,PT2909 | Age/Sex: ▇ | Acct No: E99900563616 |
| EDM Provider: Zagari,Stappiello,Giselle MD, 2ncaActiv | | Unit No: E002961401 |

Discharge information provided: Instructions
Discharge instructions given to and verbalized understanding by:
PATIENT
To: Home
With: Unaccompanied
Mode: Ambulatory
Plan of Care Goal met? Yes
Via: Private Vehicle
Driver: Patient
See next page
See next page
See next page

**\*\*UNDONE\*\***

| Occurred | | | Recorded | | |
|---|---|---|---|---|---|
| Date | Time | User | Date | Time | User |
| 06/09/20 | 1260 | BORZA,JOSEPH, RN | 06/09/20 | 1208 | BORZA,JOSEPH, RN |

Undone Reason: WRONG PT
TRACYE, PA AT THE CURBSIDE.

**\*\*UNDONE\*\***

| Occurred | | | Recorded | | |
|---|---|---|---|---|---|
| Date | Time | User | Date | Time | User |
| 06/09/20 | 1142 | BORZA,JOSEPH, RN | 06/09/20 | 1210 | BORZA,JOSEPH, RN |

Undone Reason: WRONG PT
Discharge instructions provided and reviewed with the patient. Reviewed
medication. Reviewed referrals. Patient verbalized understanding. Written
instructions provided in English. The patient was discharged by the physician.
PT AMBULATES TO ED EXIT WITHOUT DIFFICULTY AND IN STABLE CONDITION. PT IS
DRIVING HIMSELF HOME.

| Occurred | | | Recorded | | |
|---|---|---|---|---|---|
| Date | Time | User | Date | Time | User |
| 06/08/20 | 1914 | BARBEE,DAVID L | 06/08/20 | 1915 | BARBEE,DAVID L |

Ognjen Milanovic, ▇ I#2909, Rm#3, level 1 - MVC, no family contact info
available, belongings in pt custody

Primary Impression: MVC (motor vehicle collision)
Secondary Impressions:
Open neck wound
Tachycardia
Disposition: Routine Home/Self Care              Departure Date/Time: -
Comment:
Condition: Stable

Referrals:

PT Instructions:

Departure Forms:

## ~~~ ASSESSMENT PARAMETERS ~~~

These are the definitions of Within Defined Parameters by Body System

**NEUROLOGICAL**
- Alert & Oriented X 4
- Pupils equal
- Speech clear and appropriate for age
- Moves all extremities
- No paralysis
- Steady gait
- Ambulates independently

**RESPIRATORY**
- No respiratory distress
- No cough
- No O2 or assistive devices
- No nasal flaring or pursed lip
  breathing
- Respirations even & unlabored
- Skin pink & warm to touch

**CIRCULATORY**
- Oral mucosa pink and moist
- Skin color appropriate to ethnic color
- Denies sensory complaints
- No edema noted

**GASTROINTESTINAL**
- Denies GI complaints

**INTEGUMENTARY**
- Skin warm, dry & intact
- No complaints of lesions, rash, wounds,
  bruises, petechiae or abrasions

**EENT**
- Eyes - Clear, no tearing or redness
- Ears - No complaint of hearing difficulty,
  loss of hearing, or change in
  hearing, pain free, no drainage
- Nasal - Breathes freely through both nares
- Throat - No hoarseness or stated soreness,
  no cough

**CARDIAC**
- No stated calf tenderness
- No history of pacemaker or implanted
  defibrillator
- Denies current cardiac complaint
- Skin pink & warm to touch - no cyanosis,
  mottling, diaphoresis or flushing of skin

**MUSCULOSKELETAL**
- Moves all extremities
- Ambulates independently

**GENITO URINARY**
- Denies GU complaints

**PSYCHOSOCIAL**
- With regards to cultural influences:
  mood/affect is appropriate
- Patient demonstrates effective coping
  skills/patterns for situation

These are the definitions of Within Defined Parameters for the Nutritional and Functional
Screenings:

**NUTRITIONAL**
- No swallowing/chewing impairments
- No nausea and/or vomiting and/or
  diarrhea for 3 or more days
- No reported unintentional weight loss
  > 10 lbs in last 3 months
- No reported decrease in intake > 50%
  of usual in last two weeks

**FUNCTIONAL**
- No unexplained alteration in
  movement/mobility in last four weeks
- No recent limitation performance of ADLs
- No recent alteration in ADLs that require
  assistance

This is the definition for the evidence of Physical and/or Psychological Abuse question:

Patient:MILANOVIC, OGNJEN     MRN:E002981401     Encounter:E999005363616     PARMERS MUTUAL_0504

RUN DATE: 36/10/20
RUN TIME: 3316
RUN USER: RT.FEED

OU Medical Center EDM **LIVE**
EMERGENCY PATIENT RECORD

PAGE 3

Patient: TRAUMA2020,PT2909                                  Age/Sex:          Acct No: E999005363616
EDM Provider: Zagari Stuppiello,Giselle  MD, 2NcaActiv                       Unit No: E002961401

                    ABUSE HISTORY TO INCLUDE, BUT NOT LIMITED TO:
PT DOES NOT REPORT/NO EVIDENCE OF ANY OF THE FOLLOWING: abuse/neglect, Hx. of abuse/neglect,
withdrawn/fearful behavior, Unexplained or suspicious bruises/wounds, Patient/Caregiver
story changes, Defensive about injuries, Undernourished despite good appetite,
Recurrent/Suspicious injuries, Fear of return to previous arrangements, Injuries do not
match event history.

         *** PATIENT SAFETY PARAMETERS ***
** Allergy and Patient Identification Bands in Place and Validated
** If in a Bed, Side Rails Up and Bed in Low Position With Wheels Locked
** If in a Wheelchair, Wheels Locked
** Call Light Function Explained and Within Reach
** Standard Precautions Observed

```
RUN DATE: 08/10/20          MEDITECH FACILITY: COCPN                    PAGE 1
RUN TIME: 0100              IDEV - Discharge Report
RUN USER: HPF.FEED

PATIENT:  TRAUMA2020,PT2909          A/S:  ▮▮▮      ADMIT:    08/08/20
ACCOUNT NO: E99900563616             LOC: E.ERT     DISCH/DEP: 08/08/20
                                     RM:            STATUS:   ER
ATTEND DR: Zagari Stuppiello,Giselle  MD   DD:      UNIT NO:  E002961401
REPORT STATUS: FINAL
```

Order Date: 08/08/20
──────────────────── Service ────────────────────

| Category | Procedure Name | Order Number | Date | Time | Pri | Qty | Ord | Source | Status | Ordered By |
|----------|----------------|--------------|------|------|-----|-----|-----|--------|--------|------------|
| LAB | COMPLETE BLOOD COUNT W/DIFF | 20200808-2774 | 08/08/20 | 1706 | S | | P | | CMP | BLASC |

Other Provider :                 Sig Lvl Provider :
  Comment:
    :

  Order's Audit Trail of Events
  1   08/08/20 1706 ENUR.CAB13 Order ENTER in EDM/OM
  2   08/08/20 1706 ENUR.CAB13 Order from set: EMTC Trauma Male
  3   08/08/20 1706 ENUR.CAB13 Ordering Doctor: Blair,Scott  DO
  4   08/08/20 1706 ENUR.CAB13 Order Source: Protocol          Y
  5   08/08/20 1706 interface   cc'd doctors edited in LAB
  6   08/08/20 1706 interface   order's status changed from TRANS to LOGGED by LAB
  7   08/08/20 1716 DR.BLASC   Signed by Blair,Scott  DO
  8   08/08/20 1724 interface   order's status changed from LOGGED to IN PRO by LAB
  9   08/08/20 1729 interface   order's status changed from IN PRO to COMP by LAE

              Electronically signed by Blair,Scott  DO on 08/08/20 at 1716

Order Date: 08/08/20
──────────────────── Service ────────────────────

| Category | Procedure Name | Order Number | Date | Time | Pri | Qty | Ord | Source | Status | Ordered By |
|----------|----------------|--------------|------|------|-----|-----|-----|--------|--------|------------|
| LAB | COMPREHENSIVE METABOLIC PANEL | 20200808-2775 | 08/08/20 | 1706 | S | | P | | CMP | BLASC |

Other Provider :                 Sig Lvl Provider :
  Comment:
    :

  Order's Audit Trail of Events
  1   08/08/20 1706 ENUR.CAB13 Order ENTER in EDM/OM
  2   08/08/20 1706 ENUR.CAB13 Order from set: EMTC Trauma Male
  3   08/08/20 1706 ENUR.CAB13 Ordering Doctor: Blair,Scott  DO
  4   08/08/20 1706 ENUR.CAB13 Order Source: Protocol          Y
  5   08/08/20 1706 interface   cc'd doctors edited in LAB
  6   08/08/20 1706 interface   order's status changed from TRANS to LOGGED by LAB
  7   08/08/20 1716 DR.BLASC   Signed by Blair,Scott  DO
  8   08/08/20 1724 interface   order's status changed from LOGGED to IN PRO by LAB
  9   08/08/20 1759 interface   order's status changed from IN PRO to COMP by LAE

              Electronically signed by Blair,Scott  DO on 08/08/20 at 1716

Order Date: 08/08/20
──────────────────── Service ────────────────────

| Category | Procedure Name | Order Number | Date | Time | Pri | Qty | Ord | Source | Status | Ordered By |
|----------|----------------|--------------|------|------|-----|-----|-----|--------|--------|------------|
| LAB | PROTHROMBIN TIME | 20200808-2776 | 08/08/20 | 1706 | S | | P | | CMP | BLASC |

Other Provider :                 Sig Lvl Provider :
  Is patient on anticoagulants?       N
  Which ones?                         (Free Text Response)
  Comment:

  Order's Audit Trail of Events
  1   08/08/20 1706 ENUR.CAB13 Order ENTER in EDM/OM
  2   08/08/20 1706 ENUR.CAB13 Order from set: EMTC Trauma Male

              **PERMANENT MEDICAL RECORD COPY**

FARMERS MUTUAL_0505
```

```
RUN DATE: 08/10/20                MEDITECH FACILITY: COCPN                          PAGE 2
RUN TIME: 0100                    IDEV - Discharge Report
RUN USER: HPF.FEED
```

```
PATIENT:  TRAUMA2020,FT2909          A/S: ■ ■        ADMIT:    08/08/20
ACCOUNT NO: E99900563616             LOC: E.ERT      DISCH/DEF: 08/08/20
                                     RM:             STATUS:   ER
ATTEND DR: Zagari Stuppiello,Giselle  MD    DD:      UNIT NO.:  E002961401
REPORT STATUS: FINAL
```

```
3   08/08/20 1706 ENUR.CAB13 Ordering Doctor: Blair,Scott  DO
4   08/08/20 1706 ENUR.CAB13 Order Source: Protocol              Y
5   08/08/20 1706 interface  cc'd doctors edited in LAB
6   08/08/20 1706 interface  order's status changed from TRANS to LOGGED by LAB
7   08/08/20 1716 DR.BLASC   Signed by Blair,Scott  DO
8   08/08/20 1724 interface  order's status changed from LOGGED to IN PRO by LAB
9   08/08/20 1740 interface  order's status changed from IN PRO to COMP by LAE

             Electronically signed by Blair,Scott  DO on 08/08/20 at 1716
```

```
Order Date: 08/08/20                        ────Service────
Category   Procedure Name           Order Number  Date     Time Pri Qty Ord Source Status  Ordered By
LAB        PARTIAL THROMBOPLASTIN TIME  20200808-2777 08/08/20 1706 S      P          CMP    BLASC
Other Provider :              Sig Lvl Provider :
   Comment:
     :

   Order's Audit Trail of Events
1   08/08/20 1706 ENUR.CAB13 Order ENTER in EDM/OM
2   08/08/20 1706 ENUR.CAB13 Order from set: EMTC Trauma Male
3   08/08/20 1706 ENUR.CAB13 Ordering Doctor: Blair,Scott  DO
4   08/08/20 1706 ENUR.CAB13 Order Source: Protocol              Y
5   08/08/20 1706 interface  cc'd doctors edited in LAB
6   08/08/20 1706 interface  order's status changed from TRANS to LOGGED by LAB
7   08/08/20 1716 DR.BLASC   Signed by Blair,Scott  DO
8   08/08/20 1724 interface  order's status changed from LOGGED to IN PRO by LAB
9   08/08/20 1740 interface  order's status changed from IN PRO to COMP by LAE

             Electronically signed by Blair,Scott  DO on 08/08/20 at 1716
```

```
Order Date: 08/08/20                        ────Service────
Category   Procedure Name           Order Number  Date     Time Pri Qty Ord Source Status  Ordered By
LAB        LIPASE                   20200808-2778 08/08/20 1706 S      P          CMP    BLASC
Other Provider :              Sig Lvl Provider :
   Comment:
     :

   Order's Audit Trail of Events
1   08/08/20 1706 ENUR.CAB13 Order ENTER in EDM/OM
2   08/08/20 1706 ENUR.CAB13 Order from set: EMTC Trauma Male
3   08/08/20 1706 ENUR.CAB13 Ordering Doctor: Blair,Scott  DO
4   08/08/20 1706 ENUR.CAB13 Order Source: Protocol              Y
5   08/08/20 1706 interface  cc'd doctors edited in LAB
6   08/08/20 1706 interface  order's status changed from TRANS to LOGGED by LAB
7   08/08/20 1716 DR.BLASC   Signed by Blair,Scott  DO
8   08/08/20 1724 interface  order's status changed from LOGGED to IN PRO by LAB
9   08/08/20 1759 interface  order's status changed from IN PRO to COMP by LAE

             Electronically signed by Blair,Scott  DO on 08/08/20 at 1716
```

**PERMANENT  MEDICAL  RECORD  COPY**

FARMERS MUTUAL_0506

```
RUN DATE: 08/10/20            MEDITECH FACILITY: COCPN                          PAGE 3
RUN TIME: 0100                IDEV - Discharge Report
RUN USER: HPF.FEED
```

```
PATIENT:  TRAUMA2020,PT2909          A/S: ▮▮▮        ADMIT:    08/08/20
ACCOUNT NO: E99900563616             LOC: E.ERT      DISCH/DEP: 08/08/20
                                     RM:             STATUS:   ER
ATTEND DR: Zagari Ctuppiello,Giselle  MD   DD:       UNIT NO:  E002961401
REPORT STATUS: FINAL
```

**Order Date: 08/08/20** ─────Service─────
Category    Procedure Name              Order Number  Date      Time Pri Qty Ord Source Status  Ordered By
LAB    AMYLASE                          20200808-2779 08/08/20  1706 S       P           CMP     BLASC
Other Provider :                Sig Lvl Provider :
  Comment:
  :

  **Order's Audit Trail of Events**
  1   08/08/20 1706 ENUR.CAB13 Order ENTER in EDM/OM
  2   08/08/20 1706 ENUR.CAB13 Order from set: EMTC Trauma Male
  3   08/08/20 1706 ENUR.CAB13 Ordering Doctor: Blair,Scott  DO
  4   08/08/20 1706 ENUR.CAB13 Order Source: Protocol            Y
  5   08/08/20 1706 interface   cc'd doctors edited in LAB
  6   08/08/20 1706 interface   Order's status changed from TRANS to LOGGED by LAB
  7   08/08/20 1716 DR.BLASC    Signed by Blair,Scott  DO
  8   08/08/20 1724 interface   order's status changed from LOGGED to IN PRO by LAB
  9   08/08/20 1759 interface   order's status changed from IN PRO to COMP by LAB

              Electronically signed by Blair,Scott  DO on 08/08/20 at 1716

**Order Date: 08/08/20** ─────Service─────
Category    Procedure Name              Order Number  Date      Time Pri Qty Ord Source Status  Ordered By
LAB    URINALYSIS / CULT IF INDICATED   20200808-2780 08/08/20  1706 S       P           CMP     BLASC
Other Provider :                Sig Lvl Provider :
  If patient is less than 2 years old, order....UAP

  **Order's Audit Trail of Events**
  1   08/08/20 1706 ENUR.CAB13 Order ENTER in EDM/OM
  2   08/08/20 1706 ENUR.CAB13 Order from set: EMTC Trauma Male
  3   08/08/20 1706 ENUR.CAB13 Ordering Doctor: Blair,Scott  DO
  4   08/08/20 1706 ENUR.CAB13 Order Source: Protocol            Y
  5   08/08/20 1706 interface   cc'd doctors edited in LAB
  6   08/08/20 1706 interface   order's status changed from TRANS to LOGGED by LAB
  7   08/08/20 1716 DR.BLASC    Signed by Blair,Scott  DO
  8   08/08/20 1758 interface   order's status changed from LOGGED to IN PRO by LAB
  9   08/08/20 1811 interface   order's status changed from IN PRO to COMP by LAB

              Electronically signed by Blair,Scott  DO on 08/08/20 at 1716

**Order Date: 08/08/20** ─────Service─────
Category    Procedure Name              Order Number  Date      Time Pri Qty Ord Source Status  Ordered By
BBK    TYPE AND SCREEN                  20200808-0096 08/08/20  1706 S       P           CMP     BLASC
Other Provider :                Sig Lvl Provider :
  *** This is for TYPE & SCREEN only! ***

  Do NOT order with PC (Packed Cells)!!!

  Type and Screen specimens are held in Blood Bank for 72 hrs.
```

**PERMANENT  MEDICAL  RECORD  COPY**

```
RUN DATE: 08/10/20                    MEDITECH FACILITY: COCPN                          PAGE 4
RUN TIME: 0100                        IDEV - Discharge Report
RUN USER: HPF.FEED
```

```
PATIENT:  TRAUMA2020,PT2909           A/S:   ▓▓▓        ADMIT:    08/08/20
ACCOUNT NO: E99900563616              LOC: E.ERT        DISCH/DEP: 08/08/20
                                      RM:              STATUS:   ER
ATTEND DR: Zagari Stuppiello,Giselle  MD   DD:         UNIT NO:  D00296:401
REPORT STATUS: FINAL
```

#### Order's Audit Trail of Events
```
1    08/08/20 1706 ENUR.CAB13 Order ENTER in EDM/OM
2    08/08/20 1706 ENUR.CAB13 Order from set: EMTC Trauma Male
3    08/08/20 1706 ENUR.CAB13 Ordering Doctor: Blair,Scott  DO
4    08/08/20 1706 ENUR.CAB13 Order Source: Protocol           Y
5    08/08/20 1706 interface   cc'd doctors edited in LAB
6    08/08/20 1706 interface   order's status changed from TRANS to LOGGED by LJB
7    08/08/20 1716 DR.BLASC    Signed by Blair,Scott  DO
8    08/08/20 1721 interface   order's status changed from LOGGED to IN PRO by LAB
9    08/08/20 1803 interface   order's status changed from IN PRO to COMP by LAE
```

            Electronically signed by Blair,Scott  DO on 08/08/20 at 1716

---

```
Order Date: 08/08/20                           ──────Service──────
Category   Procedure Name              Order Number  Date      Time Pri Qty Ord Source Status   Ordered By
RAD        RAD CHEST 1 VIEW AP/PA      20200808-0398 08/08/20 1724 S       P       CMP      BLASC
Other Provider :             Sig Lvl Provider :
   Location:                        D (In Imaging Department)
   Campus?                          PB
   Reason for exam:                 MVC
   Comment:
```

#### Order's Audit Trail of Events
```
1    08/08/20 1706 ENUR.CAB13 Order ENTER in EDM/OM
2    08/08/20 1706 ENUR.CAB13 Order from set: EMTC Trauma Male
3    08/08/20 1706 ENUR.CAB13 Ordering Doctor: Blair,Scott  DO
4    08/08/20 1706 ENUR.CAB13 Order Source: Protocol           Y
5    08/08/20 1706 interface   order's status changed from TRANS to LOGGED by RAD
6    08/08/20 1716 DR.BLASC    Signed by Blair,Scott  DO
7    08/08/20 1729 interface   order's status changed from LOGGED to IN PRO by RAD
8    08/08/20 1743 interface   order service time edited: old value - 1706
9    08/08/20 2112 interface   order's status changed from IN PRO to COMP by RAD
```

            Electronically signed by Blair,Scott  DO on 08/08/20 at 1716

---

```
Order Date: 08/08/20                           ──────Service──────
Category   Procedure Name              Order Number  Date      Time Pri Qty Ord Source Status   Ordered By
RAD        RAD PELVIS 1 VIEW           20200808-0399 08/08/20 1724 S       P       CMP      BLASC
Other Provider :             Sig Lvl Provider :
   Location:                        D (In Imaging Department)
   Campus?                          PB
   Reason for exam:                 MVC
   Comment:
```

#### Order's Audit Trail of Events
```
1    08/08/20 1706 ENUR.CAB13 Order ENTER in EDM/OM
2    08/08/20 1706 ENUR.CAB13 Order from set: EMTC Trauma Male
3    08/08/20 1706 ENUR.CAB13 Ordering Doctor: Blair,Scott  DO
4    08/08/20 1706 ENUR.CAB13 Order Source: Protocol           Y
5    08/08/20 1706 interface   order's status changed from TRANS to LOGGED by RAD
6    08/08/20 1716 DR.BLASC    Signed by Blair,Scott  DO
```

### PERMANENT MEDICAL RECORD COPY

FARMERS MUTUAL_0508

```
RUN DATE: 08/10/20              MEDITECH FACILITY: COCPN                       PAGE 5
RUN TIME: 0100                  IDEV - Discharge Report
RUN USER: HPF.FEED
```

```
PATIENT:  TRAUMA2020,PT2909          A/S: ▓▓      ADMIT:    08/08/20
ACCOUNT NO: E99900563616             LOC: E.ERT   DISCH/DEF: 08/08/20
                                     RM:          STATUS:   ER
ATTEND DR: Zagari Stuppiello,Giselle  MD   DD:    UNIT NO:  E002961401
REPORT STATUS: FINAL
```

```
7   08/08/20 1729 interface  order's status changed from LOGGED to IN PRO by RAD
8   08/08/20 1743 interface  order service time edited: old value - 1706
9   08/08/20 2112 interface  order's status changed from IN PRO to COMP by RAE
```

            Electronically signed by Blair,Scott  DO on 08/08/20 at 1716

```
Order Date: 08/08/20              ──Service──
Category  Procedure Name            Order Number  Date      Time Pri Qty Ord Source Status  Ordered By
MIC       SARS-CoV-2 PCR            20200808-0189 08/08/20  1706 R    1 P        CMP     BLASC
Other Provider :                 Sig Lvl Provider :
  Pre-procedure?                      Y
  Procedure Date:                     08/08/20
  Inpatient/admission?                N
  Suspected COVID infection?          N
  DOC, LTAC, or Nursing Home resident?
                                      N
```

```
  Order's Audit Trail of Events
1   08/08/20 1706 ENUR.CAB13 Order ENTER in BDM/OM
2   08/08/20 1706 ENUR.CAB13 Ordering Doctor: Blair,Scott  DO
3   08/08/20 1706 ENUR.CAB13 Order Source: Protocol            Y
4   08/08/20 1706 interface  cc'd doctors edited in LAB
5   08/08/20 1706 interface  order's status changed from TRANS to LOGGED by LAB
6   08/08/20 1716 DR.BLASC   Signed by Blair,Scott  DO
7   08/08/20 1728 interface  order's status changed from LOGGED to IN PRO by LAB
8   08/08/20 1949 interface  order's status changed from IN PRO to COMP by LAE
```

            Electronically signed by Blair,Scott  DO on 08/08/20 at 1716

```
Order Date: 08/08/20              ──Service──
Category  Procedure Name            Order Number  Date      Time Pri Qty Ord Source Status  Ordered By
CT        CT BRAIN WO CONTRAST      20200808-0138 08/08/20  1730 S    S        CMP     F.JALAD
Other Provider :                 Sig Lvl Provider :
  Campus?                             PE
  Reason for exam:                    s/p trauma
  Comment:
```

```
  Order's Audit Trail of Events
1   08/08/20 1719 RES.ANJ1  Order ENTER in POM
2   08/08/20 1719 RES.ANJ1  Order from set: TRAUMA SCANS/Neck Angio
3   08/08/20 1719 RES.ANJ1  Ordering Doctor: Jalla,Aditi N  MD
4   08/08/20 1719 RES.ANJ1  Order Source: ePOM
5   08/08/20 1719 RES.ANJ1  Signed by Jalla,Aditi N  MD
6   08/08/20 1719 interface  order's status changed from TRANS to LOGGED by RAD
7   08/08/20 1751 interface  order's status changed from LOGGED to IN PRO by RAD
8   08/08/20 1822 interface  order service time edited: old value - 1719
9   08/08/20 2004 interface  order's status changed from IN PRO to COMP by RAL
```

            Electronically signed by Jalla,Aditi N  MD on 08/08/20 at 1719

## PERMANENT  MEDICAL  RECORD  COPY

FARMERS MUTUAL_0509

```
RUN DATE: 08/10/20                    MEDITECH FACILITY: COCPN                      PAGE 6
RUN TIME: 0100                        IDEV - Discharge Report
RUN USER: HPF.FEED
```

```
PATIENT:  TRAUMA2020,PT2909           A/S: ███        ADMIT:    08/08/20
ACCOUNT NO: E99900563616              LOC: E.ERT      DISCH/DEF: 08/08/20
                                      RM:             STATUS:   ER
ATTEND DR: Sagawi Stuppiello,Giselle  MD    DD:       UNIT NO:  E002961401
REPORT STATUS: FINAL
```

**Order Date: 08/08/20**

| Category | Procedure Name | Order Number | Date | Time | Pri | Qty | Ord | Source | Status | Ordered By |
|---|---|---|---|---|---|---|---|---|---|---|
| CT | CT C SPINE WO CONTRAST | 20200808-0139 | 08/08/20 | 1730 | S | | E | | CMP | r.JALAD |

Other Provider :            Sig Lvl Provider :
  Campus?                      PB
  Reason for exam:            s/p trauma
  Comment:
    :

**Order's Audit Trail of Events**

```
1   08/08/20 1719 RES.ANJ1   Order ENTER in POM
2   08/08/20 1719 RES.ANJ1   Order from set: TRAUMA SCANS/Neck Angio
3   08/08/20 1719 RES.ANJ1   Ordering Doctor: Jalla,Aditi N  MD
4   08/08/20 1719 RES.ANJ1   Order Source: ePOM
5   08/08/20 1719 RES.ANJ1   Signed by Jalla,Aditi N  MD
6   08/08/20 1719 interface  order's status changed from TRANS to LOGGED by RJD
7   08/08/20 1751 interface  order's status changed from LOGGED to IN PRO by RAD
8   08/08/20 1822 interface  order service time edited: old value - 1719
9   08/08/20 2004 interface  order's status changed from IN PRO to COMP by RAD
```

              Electronically signed by Jalla,Aditi N  MD on 08/08/20 at 1719

**Order Date: 08/08/20**

| Category | Procedure Name | Order Number | Date | Time | Pri | Qty | Ord | Source | Status | Ordered By |
|---|---|---|---|---|---|---|---|---|---|---|
| CT | CT ABD AND PELVIS W CONTRAST | 20200808-0140 | 08/08/20 | 1730 | S | | E | | CMP | r.JALAD |

Other Provider :            Sig Lvl Provider :
  Campus?                      PB
  Reason for exam:            s/p trauma
  Comments:                   T and L recons
    :
  PLEASE CHECK HOX CABINET FOR CT PREP INFORMATION.

**Order's Audit Trail of Events**

```
1   08/08/20 1719 RES.ANJ1   Order ENTER in POM
2   08/08/20 1719 RES.ANJ1   Order from set: TRAUMA SCANS/Neck Angio
3   08/08/20 1719 RES.ANJ1   Ordering Doctor: Jalla,Aditi N  MD
4   08/08/20 1719 RES.ANJ1   Order Source: ePOM
5   08/08/20 1719 RES.ANJ1   Signed by Jalla,Aditi N  MD
6   08/08/20 1719 interface  order's status changed from TRANS to LOGGED by RJD
7   08/08/20 1751 interface  order's status changed from LOGGED to IN PRO by RAD
8   08/08/20 1822 interface  order service time edited: old value - 1719
9   08/08/20 2012 interface  order's status changed from IN PRO to COMP by RAD
```

              Electronically signed by Jalla,Aditi N  MD on 08/08/20 at 1719

**Order Date: 08/08/20**

| Category | Procedure Name | Order Number | Date | Time | Pri | Qty | Ord | Source | Status | Ordered By |
|---|---|---|---|---|---|---|---|---|---|---|
| CT | CT NECK ANGIOGRAM | 20200808-0141 | 08/08/20 | 1730 | S | | E | | CMP | r.JALAD |

Other Provider :            Sig Lvl Provider :
  Campus?                      PB

**PERMANENT  MEDICAL  RECORD  COPY**

FARMERS MUTUAL_0510

```
RUN DATE: 08/10/20                 MEDITECH FACILITY: COCPN                    PAGE 7
RUN TIME: 0100                     IDEV - Discharge Report
RUN USER: HPF.FEED
```

```
PATIENT:  TRAUMA2020,PT2909           A/S: ▮          ADMIT:    08/08/20
ACCOUNT NO: E99900563616              LOC: E.ERT      DISCH/DEF: 08/08/20
                                      RM:             STATUS:   ER
ATTEND DR: Zagawi Stuppiello,Giselle  MD   DD:        UNIT NO:  E00296:401
REPORT STATUS: FINAL
```

Reason for exam:            s/p trauma, left neck puncture wound
Comment:
:

**Order's Audit Trail of Events**
```
1   08/08/20 1719 RES.ANJ1   Order ENTER in POM
2   08/08/20 1719 RES.ANJ1   Order from set: TRAUMA SCANS/Neck Angio
3   08/08/20 1719 RES.ANJ1   Ordering Doctor: Jalla,Aditi N  MD
4   08/08/20 1719 RES.ANJ1   Order Source: ePOM
5   08/08/20 1719 RES.ANJ1   Signed by Jalla,Aditi N  MD
6   08/08/20 1719 interface  order's status changed from TRANS to LOGGED by RAD
7   08/08/20 1751 interface  order's status changed from LOGGED to IN PRO by RAD
8   08/08/20 1822 interface  order service time edited: old value - 1719
9   08/08/20 2004 interface  order's status changed from IN PRO to COMP by RAE
```

Electronically signed by Jalla,Aditi N  MD on 08/08/20 at 1719

---

Order Date: 08/08/20                          ──Service──
```
Category   Procedure Name            Order Number  Date      Time Pri Qty Ord Source Status  Ordered By
CT         CT CHEST W. CONTRAST      20200808-0142 08/08/20  1730 S       E           CMP     r.JALAD
Other Provider :              Sig Lvl Provider :
  Campus?                             PE
  Reason for exam:                    TRAUMA
  Comment:
  :
```

**Order's Audit Trail of Events**
```
1   08/08/20 1719 RES.ANJ1   Order ENTER in POM
2   08/08/20 1719 RES.ANJ1   Order from set: TRAUMA SCANS/Neck Angio
3   08/08/20 1719 RES.ANJ1   Ordering Doctor: Jalla,Aditi N  MD
4   08/08/20 1719 RES.ANJ1   Order Source: ePOM
5   08/08/20 1719 RES.ANJ1   Signed by Jalla,Aditi N  MD
6   08/08/20 1719 interface  order's status changed from TRANS to LOGGED by RAD
7   08/08/20 1751 interface  order's status changed from LOGGED to IN PRO by RAD
8   08/08/20 1822 interface  order service time edited: old value - 1719
9   08/08/20 2012 interface  order's status changed from IN PRO to COMP by RAE
```

Electronically signed by Jalla,Aditi N  MD on 08/08/20 at 1719

---

Order Date: 08/08/20                          ──Service──
```
Category   Procedure Name            Order Number  Date      Time Pri Qty Ord Source Status  Ordered By
RAD        RAD ANKLE MIN 3 VIEWS RT  20200808-0405 08/08/20  1805 S       E           CMP     r.JALAD
Other Provider :              Sig Lvl Provider :
  Location:                           P (Portable)
  Campus?                             DR
  Reason for exam:                    trauma
  Comment:
  :
```

**Order's Audit Trail of Events**
```
1   08/08/20 1719 RES.ANJ1   Order ENTER in POM
2   08/08/20 1719 RES.ANJ1   Ordering Doctor: Jalla,Aditi N  MD
3   08/08/20 1719 RES.ANJ1   Order Source: ePOM
```

**PERMANENT MEDICAL RECORD COPY**

FARMERS MUTUAL_0511

```
RUN DATE: 08/10/20              MEDITECH FACILITY: COCPN                    PAGE 8
RUN TIME: 0100                  IDEV - Discharge Report
RUN USER: HPF.FEED
```

```
PATIENT:  TRAUMA2020,PT2909          A/S:            ADMIT:    08/08/20
ACCOUNT NO: E99900563616             LOC:  2.ERT     DISCH/DEP: 08/08/20
                                     RM:             STATUS:   ER
ATTEND DR: Zagawi Otuppiello,Giselle  MD   DD:       UNIT NO:  D0029C1401
REPORT STATUS: FINAL
```

```
4   08/08/20 1719 RES.ANJ1   Signed by Jalla,Aditi N  MD
5   08/08/20 1720 interface  order's status changed from TRANS to LOGGED by RAD
6   08/08/20 1806 interface  order's status changed from LOGGED to IN PRO by RAD
7   08/08/20 1814 interface  order service time edited: old value - 1719
8   08/08/20 2119 interface  order's status changed from IN PRO to COMP by RAD
```

Electronically signed by Jalla,Aditi N  MD on 08/08/20 at 1719

```
Order Date: 08/08/20                    ──────Service──────
Category   Procedure Name           Order Number  Date      Time Pri Qty Ord Source Status  Ordered By
RAD        RAD FOOT MIN 3 VIEWS RT   20200808-0418 08/06/20  1806 S        B          CMP    J.JALAD
Other Provider :                     Sig Lvl Provider :
   Location:                              P (Portable)
   Campus?                                PE
   Reason for exam:                       trauma
   Comment:
   :
```

```
Order's Audit Trail of Events
1   08/08/20 1719 RES.ANJ1   Order ENTER in POM
2   08/08/20 1719 RES.ANJ1   Ordering Doctor: Jalla,Aditi N  MD
3   08/08/20 1719 RES.ANJ1   Order Source: ePOM
4   08/08/20 1719 RES.ANJ1   Signed by Jalla,Aditi N  MD
5   08/08/20 1720 interface  order's status changed from TRANS to LOGGED by RAD
6   08/08/20 1806 ERAD.AT    order service time edited: old value - 1719
7   08/08/20 1806 ERAD.AT    order procedure edited:
8   08/08/20 1806 ERAD.AT    old value - FOOTIR - RAD FOOT 2 VIEWS RT
9   08/08/20 1806 interface  order's status changed from LOGGED to IN PRO by RAD
10  08/08/20 2119 interface  order's status changed from IN PRO to COMP by RAD
```

Electronically signed by Jalla,Aditi N  MD on 08/08/20 at 1719

```
-- IDEV END OF REPORT --
```

**PERMANENT  MEDICAL  RECORD  COPY**

FARMERS MUTUAL_0512

# EMSA ePCR Faxing System

### FACSIMILE COVER PAGE

**To:** OU MEDICAL CENTER

**Fax #:** +1 (405) 271-9163

**Subject:** Patient Care Report for patient MILANOVIC, OGNJEN, Run Number 20135451

**Sent:** 8/8/2020 6:05:56 PM          **Pages:** 9

**Note:** Patient care report being faxed to OU MEDICAL CENTER from ZOLLs Field Data Fax Server

The information contained in this facsimile transmission is or may be protected or confidential. It is to be used by the intended recipient(s) only. If you have received this transmission by mistake, please notify the sender by Email to emsacompliance@emsa.net and then destroy this facsimile. Any unauthorized use or dissemination of this message in whole or in part is strictly prohibited and may be punishable by law.

FARMERS MUTUAL_0513

8/8/2020 6:05 PM  FROM: ePCR Fax from EMSA   TO: +1 (405) 271-9163   PAGE: 002 OF 009

# FINAL



**EMSA-Western Division**

1111 CLASSEN DRIVE
OKLAHOMA CITY, Oklahoma, OK, 73103-2616
(405) 297-7100 Ext.

## Patient Care Report

CAD Response Number: 20177007
CAD Master Incident Number: 20-W-156077
Billing Run Number: 20135451
Date of Service: 08/08/2020

Patient Name: Milanovic, Ognjen
Sex: ▮
DOB: ▮

## NARRATIVE

C- MVA

H- EMSA was dispatched for reports of a semi vs house. Arrived on scene to find a semi facing northeast in the ditch of the John Kilpatrick Turnpike. Duplex is noted to be destroyed, tracks in the ground show to be coming from the southbound lanes of the turnpike, through the duplex, and around to where the semi is resting. Semi is noted to have severe front end damage w/ large amounts of debris in the vehicle. Pt is noted to be a ▮ sitting in the driver seat of the semi who appears to be unrestrained. Pt is noted to be A&Ox2. Pt is noted to have a 1in laceration to his left neck w/ controlled bleeding. Abrasions noted to R ankle w/ possible closed fx. Pt is unaware that he has been in an accident. C-collar was applied to the Pt. Pt was placed on a LSB. LSB taken to stretcher, stretcher taken to ambulance. 18G IV established in the L AC w/ saline lock. Pt became slightly combative and attempted to refuse transport to the ER. Due to AMS Pt was being transported under implied consent. OCFD assisted EMSA during transport. Began emergent transport to OU Medical Center. Pt condition and vitals monitored throughout transport w/ no change in condition. Trauma alert was issued to OU Medical Center. Arrived at OU Medical Center. Pt taken to Trauma 3, transferred to hospital bed via LSB. Report given to Trauma team.

A- GCS 14, A&Ox2, skin pink warm and dry, pupils PERRL, unknown LOC, retrograde amnesia, no JVD, no tracheal deviation, 1in laceration noted to L neck, chest wall stable w/ equal rise and fall, lung sounds clear and equal bilaterally, abdomen soft non-tender, pelvis stable, upper and lower extremities symmetrical w/ good range of motion, abrasions and possible closed fx to R ankle. No other trauma noted.

R- C-collar, LSB, 18G IV established in the L AC w/ saline lock, trauma alert.

T- Emergent transport to OU Medical Center. Pt condition and vitals monitored throughout transport w/ no change in condition. Arrived at OU Medical Center. Pt taken to Trauma 3, transferred to hospital bed via sheet method, report given to Trauma team. RN signed in place of Pt due to AMS and critical injuries.

## IMPRESSIONS

**Primary Impression:**      Injury

**Secondary Impressions:**   Intracranial injury

## ASSESSMENT

**ETOH/Drug use:**
None Reported

**08/08/2020  16:31:00  By: Meadows, Dakota**

| Body Area | Assessments and Comments | Body Area | Assessments and Comments |
|---|---|---|---|
| Airway | Patent | Breathing | Normal Respirations |
| Circulation | Pulses - Radial - Weak (1+) | Blood/Fluid Loss | 1 - 50 ML |
| Neck | Bleeding Controlled Laceration | External/Skin | Normal |
| Mental Status | Confused Oriented-Person Oriented-Time | Neurological | Cerebellar Function-Abnormal Gait-Normal Speech Normal Strength-Normal Strength-Symmetric |
| Right Ankle | Bleeding Controlled Fracture-Closed | | |

**08/08/2020  17:02:00  By: Meadows, Dakota**

| Body Area | Assessments and Comments | Body Area | Assessments and Comments |
|---|---|---|---|
| Airway | Patent | Breathing | Normal Respirations |
| Circulation | Pulses - Radial - Weak (1+) | Blood/Fluid Loss | 1 - 50 ML |
| Neck | Bleeding Controlled Laceration | External/Skin | Normal |
| Mental Status | Confused Oriented-Person Oriented-Time | Neurological | Cerebellar Function-Abnormal Gait-Normal Speech Normal Strength-Normal Strength-Symmetric |
| Right Ankle | Bleeding Controlled Fracture-Closed | | |

## PATIENT COMPLAINTS

**Chief Complaint**
Trauma - MVA (Primary)
   10 Minutes
**Anatomic Location**

PCRID 1672884

Page 1 of 8

FARMERS MUTUAL_0514

8/8/2020 6:05 PM  FROM: ePCR Fax from EMSA   TO: +1 (405) 271-9163   PAGE: 003 OF 009

# FINAL



**EMSA-Western Division**

1111 CLASSEN DRIVE
OKLAHOMA CITY, Oklahoma, OK, 73103-2616
(405) 297-7100 Ext.

# Patient Care Report

CAD Response Number: 20177007
CAD Master Incident Number: 20-W-156077
Billing Run Number: 20135451
Date of Service: 08/08/2020

Patient Name: Milanovic, Ognjen
Sex : ███
DOB : ██████████

General/Global

Organ System
 Global/General

Primary Symptom
 Amnesia

Other Associated Symptoms
 Hemorrhage (1); or Bleeding (2)          Altered mental status

Last Oral Intake

Medical Hx Obtained From

## HISTORY

Past Medical History
 None Reported

Allergies
 No Known Drug Allergy            No Known Environmental/Food
                                  Allergies

Medications
 None Reported

## TREATMENT SUMMARY

| Time | PTA | Treatment | Who performed | Authorized by | Comments |
|------|-----|-----------|---------------|---------------|----------|
| 2020-08-08 16:34:00 | No | Extrication | Fire Department | Protocol (Standing Order) | |
| | | **Complication** | | **Complication Narrative** | |
| | | Agency=Fire Department | | Time (Minutes)=3 | |

| Time | PTA | Treatment | Who performed | Authorized by | Comments |
|------|-----|-----------|---------------|---------------|----------|
| 2020-08-08 16:36:00 | No | Spinal Immobilization | Meadows, Dakota | Protocol (Standing Order) | |
| | | **Complication** | | **Complication Narrative** | |
| | | Complication=None | Monitored and Evaluated by Dur=EMSA Paramedic | | Number of Attempts=1 |
| | | Response=Unchanged | Size of Procedure Equipment=Adult | | Successful=Yes |
| | | Type=CCollar-Adult | | | |

| Time | PTA | Treatment | Who performed | Authorized by | Comments |
|------|-----|-----------|---------------|---------------|----------|
| 2020-08-08 16:39:00 | No | Patient position | Patient | Protocol (Standing Order) | |
| | | **Complication** | | **Complication Narrative** | |
| | | # of Attempts=1 | Complication=None | | Patient Position=Supine |
| | | Patient Transported On:=EMS Cot | Response=Unchanged | | Safety Restraint/Belts Utilize=5 Point Harness (EMS Cot) |
| | | Successful=Yes | | | |

Page 2 of 8

FARMERS MUTUAL_0515

9/3/2020 6:05 PH  FROM: ePCR Fax from EMSA  TO: +1 (405) 271-9163  PAGE: 004 OF 009

# FINAL

**Patient Care Report**



**EMSA-Western Division**

**1111 CLASSEN DRIVE**
OKLAHOMA CITY, Oklahoma, OK, 73103-2616
(405) 297-7100 Ext.

CAD Response Number: 20177007
CAD Master Incident Number: 20-W-156077
Billing Run Number: 20135451
Date of Service: 08/08/2020

Patient Name: Milanovic, Ognjen
Sex :
DOB :

## TREATMENT SUMMARY CONTINUED

| Time | PTA | Treatment | Who performed | Authorized by | Comments |
|------|-----|-----------|---------------|---------------|----------|
| 2020-08-08 16:38:00 | No | Spinal Immobilization | Meadows, Dakota | Protocol (Standing Order) | |

| Complication | | Complication Narrative | | |
|---|---|---|---|---|
| Complication=None | | Monitored and Evaluated by Dur=EMSA Paramedic | | Number of Attempts=1 |
| Response=Unchanged | | Size of Procedure Equipment=Adult | | Successful=Yes |
| Type=Long Spine Board | | | | |

| Time | PTA | Treatment | Who performed | Authorized by | Comments |
|------|-----|-----------|---------------|---------------|----------|
| 2020-08-08 16:45:00 | No | Attach Cardiac Monitor | Meadows, Dakota | Protocol (Standing Order) | |

| Complication | | Complication Narrative | | |
|---|---|---|---|---|
| # of Attempts=1 | | Cardiac Rhythm=Sinus Tachycardia | | Complication=None |
| ECG Type=4 Lead | | Method of Interpretation=Manual Interpretation | | Monitored and Evaluated by Dur=EMSA Paramedic |
| Procedure Successful=Successful | | | | |

| Time | PTA | Treatment | Who performed | Authorized by | Comments |
|------|-----|-----------|---------------|---------------|----------|
| 2020-08-08 16:48:00 | No | IV/IO | EMSA Field Operations Supervisor | Protocol (Standing Order) | |

| Complication | | Complication Narrative | | |
|---|---|---|---|---|
| Complication=None | | IV/IO Site=Antecubital-Left | | Monitored and Evaluated by Dur=EMSA Paramedic |
| Number of Attempts=1 | | Procedure Successful=Successful | | Response=Unchanged |
| Size=18 G | | Solution=Saline Lock | | |

| Time | PTA | Treatment | Who performed | Authorized by | Comments |
|------|-----|-----------|---------------|---------------|----------|
| 2020-08-08 16:59:00 | No | Hospital Activation | Meadows, Dakota | Protocol (Standing Order) | |

| Complication | | Complication Narrative | | |
|---|---|---|---|---|
| Activation Type=Trauma (General) | | | | |

FARMERS MUTUAL_0516

8/8/2020 6:05 PM  FROM: ePCR Fax from EMSA   TO: +1 (405) 271-9163   PAGE: 005 OF 009

**FINAL**

# Patient Care Report

## EMSA-Western Division

1111 CLASSEN DRIVE
OKLAHOMA CITY, Oklahoma, OK, 73103-2616
(405) 297-7100 Ext

CAD Response Number: 2017007
CAD Master Incident Number: 20-W-156077
Billing Run Number: 20130401
Date of Service: 08/08/2020

Patient Name: Milanovic, Ognjen
Sex:
DOB:

### VITAL SIGNS

| Time | PTA | BP | Pulse | Monitor Rate | Respiratory | SPO2 | EtCO2 | Glucose | GCS |
|------|-----|----|----|----|----|----|----|----|----|
| 08/08/2020 16:44:24 | No | 155/111 Automated Cuff | 161, <None> | | <None> | | | | E4 + V4 + M6 = 14 |
| Level of Consciousness: Alert, | | | | | | | | | |
| Taken by: Meadows, Dakota | | | | | | | | | |
| 08/08/2020 16:45:00 | No | 0 | <None> | | <None> | | | | |
| Cardiac Rhythm=Sinus Tachycardia | | | | | | | | | |
| Taken by: Meadows, Dakota | | | | | | | | | |
| 08/08/2020 16:52:00 | No | 186/120 Automated Cuff | 174, <None> | | <None> | 97% | | | |
| Taken by: | | | | | | | | | |
| 08/08/2020 16:53:21 | No | 176/110 Automated Cuff | 185, <None> | | <None> | 95% | | | |
| Taken by: | | | | | | | | | |
| 08/08/2020 17:02:23 | No | 171/114 Automated Cuff | 148, <None> | | <None> | 95% | | | E4 + V4 + M6 = 14 |
| Level of Consciousness: Alert: | | | | | | | | | |
| Taken by: Meadows, Dakota | | | | | | | | | |

### CREW INFO

Vehicle: 399
Primary Role: Ground Transport
Crew#1 ID: Meadows, Dakota

Crew #1 Role: Primary Patient Caregiver-At Scene

Crew #1 Level: EMT-Paramedic

Crew#2 ID: Queen, Austin

Crew #2 Role: Driver/Pilot-Response

Crew #2 Level: EMT-Basic
Crew#3 ID:

Crew #3 Role:

Crew #3 Level:

Assisted By: OCFD

### RESPONSE INFO

Med/Trauma:

Resp Priority: 1-Emer Life Threat

Nature Of Call: Tra/No/Trans. Acc FR
EMD Performed: Yes, With Pre-Arrival Instructions
MPDS Determinant: Traffic/Trans. Acc. FR

Location:

Pt. Found: Vehicle

No of Patients: 0

Possible Injury: Yes

Scene Delay: None/No Delay

Sending Fac Med Rec No:

Protocol Used: 10A Head/Neck/Spine Injury - Adult and Pediatric
10G - Extremity/Amputation Injury - Adult and Pediatric

### DISPOSITION

Type of Service: 911 Response (Scene)

Outcome: Transported

Destination: OU MEDICAL CENTER
700 NE 13TH ST
Oklahoma City, Oklahoma,
OK 73104

Dest. Reason: Protocol

Dest. Type:

Transport Miles: 0.0

Cond at Dest.:

Barriers to Care: Altered Mental Status

Pt. Transported: Supine - Stretcher, Stretcher

Trans. Delay: None

Dest Delay: None/No Delay

Dest Fac Med Rec No: E002961401

Recv Doctor:

### TIMES

Recvd: 16:30:33 08-08-20
Dispatch: 16:30:55 08-08-20
En Route: 16:30:55 08-08-20
At Scene: 16:30:19 08-08-20
At Patient: 16:31:00 08-08-20
Transport: 16:50:05 08-08-20
At Dest: 17:10:44 08-08-20
In Service: 17:40:34 08-08-20

Page 4 of 8

FARMERS MUTUAL_0517

3/9/2020 6:05 PM  FROM: ePCR Fax from EMSA  TO: +1 (405) 271-9163  PAGE: 006 OF 009

# FINAL



**EMSA-Western Division**

1111 CLASSEN DRIVE
OKLAHOMA CITY, Oklahoma, OK, 73103-2616
(405) 297-7100 Ext.

## Patient Care Report

CAD Response Number: 20177007
CAD Master Incident Number: 20-W-156077
Billing Run Number: 20135451
Date of Service: 08/08/2020

Patient Name: Milanovic, Ognjen
Sex:
DOB:

### PATIENT INFORMATION

Name: Milanovic, Ognjen

Phone:

Home Country: United States

SSN: 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
Sex: Male
Race: White
Ethnicity:
Eye/Hair/
Lense Color:

DOB: 07/03/1984 (36 yrs)
Weight: 170 lbs (77.11 kgs)
Height: 5'10
Emergency Info Form:
DL/ID#:
Advanced Directives: None

Home Adcr.: 33 FOUR WINDS DR

Mailing Adcr.:

Doctor:

### PATIENT BELONGINGS TRANSPORTED

Personal Belongings Transported: Wallet/purse

Other Personal Belongings Transported:
Personal Belongings Left With: Medical Staff

### NEXT OF KIN

Name:
SSN:
Sex:

Phone:
DOB:
Home Adcr.:

Relationship:

### INSURANCE

no insurance information entered

### TRAUMA

MVA Details:

from Location

Position

Front Seat-Left Side (or motorcycle cover)

Height of Fall:

**Trauma**
MVA - Damage - Main Area of
Impact - Rear Passenger Quarter
Panel
**Cause of Injury**
MVC-Heavy Duty Vehicle Injury
(Occupant)
**Mechanism of Injury**
Blunt

### TRAUMA SCORES

17:27  **Revised Trauma Score**  **Overall Score: 12**

Glasgow Coma Score: 13 - 15 [4], Score = 4

Respiratory Rate: 10 - 29 per minute [4], Score = 4

Systolic Blood Pressure: >89 mm Hg [4], Score = 4

Comments

### MISCELLANEOUS

Trauma Registry ID:
PD Case Number:

Pat ID Band/Tag #:
Fire Inc Report #:

### Medical Necessity

PT Moved to Cot Via: Spine Board
Stretcher Necessity: AMS
PT Bed Confinement: No

### SIGNATURES

| Time | Type | Who signed | Reason Pt. Unable To Sign Consent |
|---|---|---|---|
| 08/08/2020 17:16:05 | Facility Acceptance | Nurse (RN) - RN, Melissa | Not Signed - Critically ill or Injured Patient |

Page 5 of 8

FARMERS MUTUAL_0518

3/8/2020 6:05 PM   FROM: ePCR Fax from EMSA   TO: +1 (405) 271-9363   PAGE: 007 OF 009

**FINAL**                                                                 **Patient Care Report**



CAD Response Number: 2017007

CAD Master Incident Number: 20-W-156077

Billing Run Number: 20135451

Date of Service: 08/08/2020

**EMSA-Western Division**

1111 CLASSEN DRIVE
OKLAHOMA CITY, Oklahoma, OK, 73103-2616
(405) 297-7100 Ext.

Patient Name: Milanovic, Ognjen

Sex : ▮▮▮

DOB : ▮▮▮▮▮▮▮▮

X _____

I am a representative of the institution named below. I certify that our institution has furnished or will furnish care or other services to the above-named patient. In the event the patient or another authorized representative cannot sign this report, I hereby sign on the patient's behalf to permit EMSA to submit a claim for its services to Medicare. My signature is not an acceptance of financial responsibility for the patient. Further, I am signing this to acknowledge that the patient and pertinent information about the patient was received by our institution pursuant to Oklahoma State Department of Health Regulations 310:641-3-63 1.B

**Witness 1:**
Dakota Meadows

X _____

08/08/2020 17:27:54     Crew Member Certification          Crew Member #1 – Meadows, Dakota          Not Signed - Critically Ill or Injured Patient

I, Dakota Meadows, attest that the patient, was unable to sign consent for treatment and transport due to the reason listed above.

X _____

---

**CREW INFORMATION**

Start Date/Time:   08/08/2020 06:15

| Crew # | Name | Crew # | Name |
|---|---|---|---|
| 7208 | Meadows, Dakota | 7081 | Green, Austin |
| License: | EMT P-74725 | License: | EMT-77346 |
| Level: | EMT-Paramedic | Level: | EMT-Basic |

X _____          X _____

---

**ECG FULL DISCLOSURE REPORT**

**Physio-Control LIFEPAK 12/15 Defibrillator Full Disclosure Report**

Page 6 of 8

FARMERS MUTUAL_0519

8/8/2020 6:05 PM  FROM: ePCR Fax from EMSA   TO: +1 (405) 271-9163   PAGE: 008 OF 009

**FINAL**

**Patient Care Report**

CAD Response Number: 20177007

CAD Master Incident Number: 20-W-156077

Billing Run Number: 20135451

Date of Service: 08/08/2020

**EMSA-Western Division**

1111 CLASSEN DRIVE
OKLAHOMA CITY, Oklahoma, OK, 73103-2616
(405) 297-7100 Ext.

Patient Name: Milanovic, Ognjen

Sex :

DOB :

8/8/2020  4:42:14PM

16:42:14 Power On

8/8/2020  4:42:14PM



16:42:50 Initial Rhythm

8/8/2020  4:42:14PM

16:44:25 NIBP
16:47:13 Vital Signs
16:49:31 NIBP
16:51:38 NIBP
16:52:31 NIBP
16:52:40 NIBP
16:53:21 NIBP
16:53:31 Vital Signs
16:58:31 Vital Signs
17:02:23 NIBP
17:03:31 Vital Signs

8/8/2020  4:42:14PM

17:08:31 Vital Signs

CARDIAC ARREST

**Cardiac Arrest**

No

**Arrest Etiology**

**Resuscitation Attempted**

**Initial CPR**

Page 7 of 8

FARMERS MUTUAL_0520

8/8/2020 6:05 PM   FROM: ePCR Fax from EMSA   TO: +1 (405) 271-9163   PAGE: 009 OF 009

**FINAL**



**EMSA-Western Division**

**1111 CLASSEN DRIVE**
**OKLAHOMA CITY, Oklahoma, OK, 73103-2616**
**(405) 297-7100 Ext.**

**Patient Care Report**

CAD Response Number: 20177007

CAD Master Incident Number: 20-W-156077

Billing Run Number: 20135451

Date of Service: 08/08/2020

Patient Name: Milanovic, Ognjen

Sex :

DOB :

Arrest Witnessed by

First Monitored Rhythm

Spontaneous Circulation

Discontinued Reason

Rhythm at Destination

Therapeutic Hypothermia

Time of Cardiac Arrest

CPR Provided Prior to EM

AED Used Prior to EMS Ca

END OF CARDIAC ARREST EV

AED Used By

CPR Provided By

FARMERS MUTUAL_0521

## Radiology Contrast Administration/Imaging Procedure Assessment

Date: *8.8.2020*    Procedure: *CAP c̄    Neck Angio*

History/Reason for Procedure: *Trauma*

**IV Contrast**
*GFR to be calculated. Use policy for guidance.*

Creatinine: _____ mg/dL
GFR: _____ mL/min/1.73m²

Contrast Injection: ☐ Power Port    ☑ IV Line    ☐ PICC    ☐ Central Line
IV Status: ☑ Existing    ☐ Started in Radiology
Type contrast agent: *ISO 370*

Hand injection – Volume used: _____ ml → *Trauma CAP*
Power Injector – Volume *100* cc    Rate/sec: *2 mL*    PSI: *300*
Injection time: *1732*    Injection Site/Side: *LAC*

*CT Neck Angio*
*100mL 4mL/sec*
*300 psi*
*@1744*

**Oral Contrast**
Type: ☐ Water    ☐ Gastrografin    ☐ Other
Administered: ☐ P.O.    ☐ NGT    ☐ Other: _____
Volume Used: _____ ml

**Rectal Contrast (Gastrografin)**
Volume Used: _____ ml

**Cystogram (Isovue)**
Type/Volume Used: _____ ml

Reaction:    ☒ None    ☐ Yes (Please complete QM in Meditech)
Extravasation: ☒ None    ☐ Yes (Please complete QM in Meditech)

*8.8.2020 1745*

Technologist Signature: *Harris*    Date: *8.8.2020*    Time: *1745*

### Radiologist/Physician Contrast Risk Reduction Plan/Additional Testing

| Risk Reduction Plan | |
|---|---|
| ☐ Perform test without contrast | ☐ Defer test |
| ☐ I.V. Hydration: _____ | ☐ Mucomyst: |
| | ☐ Minimize contrast dose – Amount: _____ ml |

**Perform additional testing:**

*Physician signature/date/time only required for any modifications of orders or standard protocol and any additional testing performed not on the original order.*

Physician Signature: _____    Date: _____    Time: _____

EDEMF5525 PNER146F35 08/08/2020 17:23 BL16688

*Page 1 of 1*
EDEMF5525 / Rev. Date 7/25/2017

**TREAT**
RADIOLOGY CONTRAST ADMINISTRATION IMAGING PROCEDURE ASSESSMENT

TRAUMA2020,PT2909
Acct # E99900563616  MR# E002961401
Loc:    DOB:
Does Not Know

Patient: MILANOVIC, OGNJEN    MRN: E002961401    Encounter: E99900563616    Page 1 of 1

FARMERS MUTUAL_0522

```
RUN DATE: 08/14/20              OU Medical Center Laboratory                Page: 1
RUN TIME: 0202           1200 Everett Drive, Oklahoma City, OK 73104 * 405-271-6161
                             EPF LAB Discharge Summary Report w/o Pathology
------------------------------------------------------------------------------------
PATIENT: MILANOVIC,OGNJEN          ACCT #: E99900563616 LOC: E.ERFT      U #: E002961401
                                   AGE/SX: ▓▓▓▓     ROOM:                REG: 08/08/20
REG DR: Zagari Stuppiello,Gisel    STATUS: DEP ER   BED:                 DIS:
------------------------------------------------------------------------------------
                                   *** HEMATOLOGY ***
*** COMPLETE BLOOD COUNT ***
------------------------------------------------------------------------------------
Date              08/08/20
Time              1715                        Reference     Units
------------------------------------------------------------------------------------
WBC                 7.69                       (4.00-11.00)  K/mm3
RBC                 4.73                       (4.50-5.90)   M/mm3
HGB                16.1                        (13.0-18.0)   g/dL
HCT                45.7                        (39.0-52.0)   %
MCV                96.6                        (80.0-99.0)   fL
MCH                34.0                        (27.0-34.0)   pg
MCHC               35.2                        (32.0-36.0)   g/dL
RDW                12.2                        (11-15)       %
PLT               175                          (140-440)     K/mm3
MPV                10.3                        (9.3-12.2)    fL
GRAN %             68.6                        (39.0-78.0)   %
LYMPH %            20.8                        (15.0-46.0)   %
MONO %              9.6                        (2.0-14.0)    %
EOS %               0.0                        (0-6.0)       %
BASO %              0.7                        (0-2.0)       %
IG%                 0.3                        (0-0.6)       %
GRAN #              5.28                       (1.6-8.6)     K/mm3
LYMPH #             1.60                       (0.6-5.1)     K/mm3
MONO #              0.74                       (0.1-1.5)     K/mm3
EOS #               0.00                       (0-0.7)       K/mm3
BASO #              0.05                       (0-0.2)       K/mm3

                                   *** COAGULATION ***
------------------------------------------------------------------------------------
Date              08/08/20
Time              1715                        Reference     Units
------------------------------------------------------------------------------------
PT PATIENT         11.4(A)                     (10.0-13.0)   seconds

     (A)  Please note new reference range.

INR                 1.0(B)                     (0.9-1.2)     Ratio

         (B)       Indication                  INR
                   ---------------------------------------------
                   Prophylaxis/treatment of:
                     Venous Thrombosis, Pulmonary Embolism.....2.0-3.0

                   Prevention of systemic embolism from:
                     Tissue heart valves ....................2.0-3.0
                     Acute myocardial infarction (to prevent
                     systemic embolism)......................2.0-3.0
                     Valvular heart disease..................2.0-3.0
                     Atrial fibrillation.....................2.0-3.0

                   Mechanical prosthetic valves (high risk)....2.5-3.5


                            ** CONTINUED ON NEXT PAGE **
```

FARMERS MUTUAL_0523

```
RUN DATE: 08/14/20                    OU Medical Center Laboratory                Page: 2
RUN TIME: 0202              1200 Everett Drive, Oklahoma City, OK 73104 * 405-271-6161
                                HPF LAB Discharge Summary Report w/o Pathology
--------------------------------------------------------------------------------------
Patient: MILANOVIC,OGNJEN              #E99900563616    (Continued)
--------------------------------------------------------------------------------------
                              *** COAGULATION *** (continued)
--------------------------------------------------------------------------------------
Date           08/08/20
Time             1715                            Reference    Units
--------------------------------------------------------------------------------------
PTT             24.1(C)  L                      (26.0-37.0)   seconds

        (C)  See (D), (E)
        (D)  Heparin Therapeutic Range = 70.0 - 100.0 Seconds.
             Argatroban Therapeutic Range= 1.5 - 3 x baseline aPTT
             Please note new therapeutic range.
        (E)  Please note new reference range.


                                  *** URINALYSIS ***
--------------------------------------------------------------------------------------
Date           08/08/20
Time             1752                            Reference    Units
--------------------------------------------------------------------------------------
UA COLOR            YELLOW                         (YELLOW)
UA CLARITY          CLEAR                          (CLEAR)
UA SPEC GRAVITY     1.040(F)  H                  (1.007-1.030)

        (F)  Tested by refractometer, some methodological differences
             have been noted in specific gravity measurements by chemical
             reaction compared to refractometer.

UA pH               6.0                          (5.0-8.0)
UA GLUCOSE          NEGATIVE                     (NEGATIVE)
UA BILIRUBIN        NEGATIVE                     (NEGATIVE)
UA KETONE           1+                           (NEGATIVE)
UA BLOOD            NEGATIVE                     (NEGATIVE)
UA PROTEIN          1+                           (NEGATIVE)
UA UROBILINOGEN     2.0                          (< 2=NORMAL)   mg/dL
UA NITRITE          NEGATIVE                     (NEGATIVE)
UA LK ESTERASE      NEGATIVE                     (NEGATIVE)
UA RBC              0-2                           (0-2)         /hpf
UA WBC              0-2                           (0-5)         /hpf
CULTURE Y/N ?       (G)                          (NO CULT.IND)

        (G)  CULT. NOT INDICATED

UA SQUAM CELLS      0-2                          (VARIABLE)     /hpf
UA MUCUS            LIGHT                                       /hpf




                            ** CONTINUED ON NEXT PAGE **
```

FARMERS MUTUAL_0524

```
RUN DATE: 08/14/20              OU Medical Center Laboratory           Page: 3
RUN TIME: 0202            1200 Everett Drive, Oklahoma City, OK 73104 * 405-271-6161
                            HPF LAB Discharge Summary Report w/o Pathology
-------------------------------------------------------------------------------
Patient: MILANOVIC,OGNJEN            #E99900563616    (Continued)
-------------------------------------------------------------------------------
                              *** CHEMISTRY ***
-------------------------------------------------------------------------------
Date          08/08/20
Time          1715                              Reference       Units
-------------------------------------------------------------------------------
SODIUM (NA)         138                          (136-145)      mEq/L
K                   3.4   L                      (3.5-5.1)      mEq/L
CHLORIDE            96    L                      (97-109)       mEq/l
CO2                18    L                       (23-32)        mEq/l
ANION GAP          24    H                       (4-14)
BUN                10                             (7-17)        mg/dL
CREATININE         0.96                          (0.7-1.1)      mg/dL
GFR NON AFRICAN    >59                           (>59)
GFR AFRICAN AME    >59(H)                        (>59)

        (H)  * Estimated GFR Units = mL/min/1.73 square meters *
               Calculation performed using the MDRD Study equation.

GLUCOSE            156    H                       (66-111)      mg/dL
TOTAL PROTEIN      7.2                            (6.1-7.7)     g/dl
ALBUMIN            4.8                            (3.8-5.1)     g/dl
A/G RATIO          2.0                            (1.0-2.2)
CALCIUM            9.7                            (8.7-10.1)    mg/dL
BILIRUBIN TOTAL    1.7    H                       (0.3-1.2)     mg/dL
SGOT/AST           63    H                        (0-41)        Units/L
ALT                52    H                        (12-48)       Units/L
ALK PHOS TOTAL     98                             (63-157)      Units/L
AMYLASE            64                             (25-109)      Units/L
LIPASE             42                             (9-65)        Units/L


-------------------------------------------------------------------------------
Test            Date     Time        Result    Reference    Units
-------------------------------------------------------------------------------
IG#             08/08/20 1715         0.02     (0-0.06)     K/mm3

                              *** VIROLOGY ***

Source: Nasopharyngeal Swab

20:PN:V0051286R   COMP, Coll: 08/08/20-1722 Recd: 08/08/20-1728 (R#25538212) Blair,Scott  DO
   Source: Nasopharyn   Spec Desc: NOT SPECIF
   Ordered: SARS-CoV-2 PCR
   Comment: Pre-procedure? Y
            Procedure Date: 08/08/20
            Inpatient/admission? N
            Suspected COVID infection? N
            DOC, LTAC, or Nursing Home resident? N
   SARS-CoV-2 PCR                      Final 08/08/20
                            Not Detected (Negative)

   METHOD PCR:                         Final 08/08/20
                            Method Comment and Disclaimer:
                            The Xpert Xpress SARS-CoV-2 test is designed for the


                      ** CONTINUED ON NEXT PAGE **
```

FARMERS MUTUAL_0525

```
RUN DATE: 08/14/20                    OU Medical Center Laboratory            Page: 4
RUN TIME: 0202            1200 Everett Drive, Oklahoma City, OK 73104 * 405-271-6161
                               HPF LAB Discharge Summary Report w/o Pathology
--------------------------------------------------------------------------------
Patient: MILANOVIC,OGNJEN           #E99900563616      (Continued)
--------------------------------------------------------------------------------
                           *** VIROLOGY *** (continued)

Source: Nasopharyngeal Swab (continued)

20:FN:V0051286R   COMP, Coll: 08/08/20-1722 Recd: 08/08/20-1728 (R#25538212) Blair,Scott DO
     Source: Nasopharyn  Spec Desc: NOT SPECIF
     Ordered: SARS-CoV-2 PCR
     Comment: Pre-procedure? Y
              Procedure Date: 08/08/20
              Inpatient/admission? N
              Suspected COVID infection? N
              DOC, LTAC, or Nursing Home resident? N
     METHOD PCR:                                        (continued)
              qualitative detection of the N2 gene and E gene of
              SARS-CoV-2 using real-time RT-PCR to aid in diagnosis of
              SARS-CoV-2 virus infection.

              A result of "Presumptive Positive" indicates the specimen
              tested positive for the E gene only. This result could also
              be compatible with infection with SARS-CoV-1 (the original
              SARS virus identified in 2003) or other Sarbecoviruses not
              known to currently infect humans. "Presumptive Positive"
              results in the current epidemiological environment should be
              interpreted as positive for SARS-CoV-2/COVID-19 infection.

              A Negative/Not Detected result does not preclude the
              possibility of SARS-CoV-2 infection since the adequacy of
              sample collection and/or low viral burden may result in the
              presence of viral nucleic acid levels below the analytical
              sensitivity of this test method. Test results should be used
              along with other clinical and laboratory data in making a
              diagnosis of SARS-CoV-2 infection.

              This test has received FDA Emergency Use Authorization and
              has been verified by the OUM Virology Laboratory. This test
              is only authorized for the duration of the declaration and
              the circumstances that exist to justify the authorization of
              the emergency use of in vitro diagnostic tests for the
              detection of SARS-CoV-2 virus and/or diagnosis of COVID-19
              infection under section 564(b)(1) of the Act, 21
              U.S.C.360bbb-3(b)(1), unless the authorization is terminated
              or revoked sooner. The OUM Virology Laboratory is certified
              under CLIA-88 as qualified to perform high complexity
              testing.

              For more information on SARS-CoV-2 and the Cepheid Xpert
              Xpress SARS-CoV-2 assay, please refer to the following fact
              sheets:
              Fact Sheet for Healthcare Providers:
              https://www.fda.gov/media/136313/download
              Fact Sheet for Patients:
              https://www.fda.gov/media/136312/download


              ** CONTINUED ON NEXT PAGE **
```

FARMERS MUTUAL_0526

```
RUN DATE: 08/14/20              OU Medical Center Laboratory          Page: 5
RUN TIME: 0202         1200 Everett Drive, Oklahoma City, OK 73104 * 405-271-6161
                            HPF LAB Discharge Summary Report w/o Pathology
-------------------------------------------------------------------------------
Patient: MILANOVIC,OGNJEN              #E99900563616    (Continued)
-------------------------------------------------------------------------------
                                  *** BLOOD BANK ***
-------------------------------------------------------------------------------
                             COLLECTED: Aug 8, 2020  5:15pm

> BLOOD TYPE              A POS
> ANTIBODY SCREEN         NEGATIVE


-------------------------------------------------------------------------------
                             COLLECTED: Aug 8, 2020  5:55pm

> 2ND MAN CONFIRM         A POS
```

** END OF REPORT **

FARMERS MUTUAL_0527

```
                            OU MEDICAL CENTER
700 N.E. 13th                   CT SCAN                PHONE: (405) 271-4723
Oklahoma City, OK 73104    CONSULTATION REPORT         FAX:   (405) 271-7460
----------------------------------------------------------------------------
LOC/RM: E.ERT/           PACS ID: E2296550          MRN:       E002961401
PT. TYPE: REG ER         CAMPUS: PE     PT:          TRAUMA2020,PT2909
ACCT#: E99900563616             DOB:          AGE:        SEX:
----------------------------------------------------------------------------
ORD PROV: 1700908068 Zagari Stuppiello,Giselle    EXAM START: 08/08/20 1730
ATT PROV: 1700908068 Zagari Stuppiello,Giselle    EXAM ENDED: 08/08/20 1750
ADMISSION CLINICAL DATA: TRAUMA2020,PT2909  S/P MVC
```

```
    EXAMS:                                         CPT:
006497588 CT ABD AND PELVIS W CONTRAST             74177
006497590 CT CHEST W CONTRAST                      71260
006497595 CT RECONS LUMBAR SPINE                   76140
006497596 CT RECONS THORACIC SPINE                 76140
```

- CT CHEST W CONTRAST,  - CT RECONS THORACIC SPINE,  - CT RECONS
LUMBAR SPINE,  - CT ABD AND PELVIS W CONTRAST

History: MVC. Trauma #2909

Comparison: None.

Technique: After the intravenous infusion of  100 mL of Isovue 370,
serial helical tomographic images of the chest, abdomen and pelvis
were obtained. Multiple thin slice reconstructed axial images of the
thoracic and lumbar spine were then obtained from the raw data
acquisition. Additionally, sagittal and coronal reformatted images of
the chest, abdomen, pelvis, thoracic and lumbar spine were provided
for review.

FINDINGS:

Partially visualized soft tissue hematoma in the left neck, please
refer to separately dictated same-day CT neck for further findings.

The lungs are essentially clear without focal consolidation,
pneumothorax, pleural effusion or pulmonary masses. The heart, great
vessels and pulmonary vasculature are within normal limits. There is
no significant thoracic lymphadenopathy.

Remote deformity of left lateral rib 6 otherwise, the osseous
structures and overlying soft tissues of the chest wall are intact.
Specifically, the thoracic spine demonstrates no acute osseous injury.

Within the abdomen, the liver, gallbladder, biliary tract, pancreas,
spleen, bilateral kidneys and bilateral adrenal glands demonstrate no
acute process. Low-attenuation within the liver along the falciform
ligament is suggestive of focal fat. The visualized gastrointestinal
tract demonstrates no acute process.

Within the pelvis, the urinary bladder, prostate gland and seminal

vesicles are within normal limits. There is no evidence of
intra-abdominal or pelvic lymphadenopathy, free fluid or free air. The
abdominal and pelvic vasculature is within normal limits.

The visualized osseous structures and overlying soft tissues of the

PAGE  1                      Signed Report                    (CONTINUED)

FARMERS MUTUAL_0528

```
                              OU MEDICAL CENTER
700 N.E. 13th                    CT SCAN               PHONE: (405) 271-4723
Oklahoma City, OK 73104       CONSULTATION REPORT      FAX:   (405) 271-7460
--------------------------------------------------------------------------
LOC/RM: E.ERT/               PACS ID: E2296550         MRN:       E002961401
PT. TYPE: REG ER             CAMPUS: PE     PT:        TRAUMA2020,PT2909
ACCT#: E99900563616                DOB:          AGE:       SEX:
--------------------------------------------------------------------------
ORD PROV: 1700908068 Zagari Stuppiello,Giselle    EXAM START: 08/08/20 1730
ATT PROV: 1700908068 Zagari Stuppiello,Giselle    EXAM ENDED: 08/08/20 1750
ADMISSION CLINICAL DATA: TRAUMA2020,PT2909  S/P MVC
```

```
     EXAMS:                                      CPT:
006497588 CT ABD AND PELVIS W CONTRAST           74177
006497590 CT CHEST W CONTRAST                    71260
006497595 CT RECONS LUMBAR SPINE                 76140
006497596 CT RECONS THORACIC SPINE               76140
     <Continued>
```

abdomen and pelvis are intact. Specifically, the lumbar spine
demonstrates no acute osseous injury.

IMPRESSION:

No evidence of acute intrathoracic, intra-abdominal or intrapelvic
injury.

No evidence of acute injury in the osseous thoracic and lumbar spine.

Partially visualized left neck soft tissue hematoma, please see
separately dictated same day CTA neck for further findings.

These findings were discussed with Dr. Farnell  of the Trauma Service
at 1844 on 8/8/2020.

I have personally viewed the images and/or data and approve the
report.


     ** Electronically Signed by 314 KRISTIN L REBIK DO **
     **          on 08/08/2020 at 2010                  **
               RESIDENT: PAIGE MONFORE, MD
               Reported and signed by: KRISTIN L REBIK, DO     314
```

```
--------------------------------------------------------------------------
DICTATED: 08/08/2020 @ 1830          TRANSCRIBED: 08/08/20 @ 1845
TYPIST: RAD.VR                       PRINTED: 08/08/2020 @ 2012
E-SIGNATURE DATE/TIME: 08/08/2020 @ 2010  DR.REBKR    BATCH:   N/A

PAGE  2                      Signed Report
```

```
                          OU MEDICAL CENTER
700 N.E. 13th                  CT SCAN               PHONE: (405) 271-4723
Oklahoma City, OK 73104   CONSULTATION REPORT         FAX: (405) 271-7460
--------------------------------------------------------------------------
LOC/RM: E.ERT/           PACS ID: E2296550        MRN:      E002961401
PT. TYPE: REG ER         CAMPUS: PE    PT:        TRAUMA2020,PT2909
ACCT#: E99900563616          DOB:           AGE:        SEX:
--------------------------------------------------------------------------
ORD PROV: 1326577156 Jalla,Aditi N  MD       EXAM START: 08/08/20 1730
ATT PROV: 1700908068 Zagari Stuppiello,Giselle  EXAM ENDED: 08/08/20 1750
ADMISSION CLINICAL DATA: TRAUMA2020,PT2909  S/P MVC
```

        EXAMS:                                     CPT:
006497586 CT BRAIN WO CONTRAST                    70450
006497587 CT C SPINE WO CONTRAST                  72125
006497589 CT NECK ANGIOGRAM                       70498


        CT brain and cervical spine without contrast; CTA Neck

        History: MVC. Trauma #2909.

        Comparison: None.

        Technique: Serial axial tomographic images of the brain and the
        cervical spine were obtained without the use of intravenous contrast.
        Additionally, multiplanar reformatted images of the cervical spine
        were also provided for review. Subsequently, after the intravenous
        infusion of 100 mL Isovue-370, imaging of the neck was obtained using
        angiogram protocol. Multiplanar CTA reformations and shaded surface
        3-D MIP reconstructions were provided.


        Findings:

        No hydrocephalus. No mass effect. No midline shift. No acute
        intracranial hemorrhage. Basal cisterns are maintained. No focal
        osseous defects of the calvarium.

        The included orbits and their contents appear intact. The visualized
        paranasal sinuses, mastoid air cells and middle ear cavities are
        clear.

        Within the cervical spine, there is no evidence of a fracture or
        subluxation. The atlantooccipital and atlantoaxial articulations are
        intact. Likewise, the dens is unremarkable. Vertebral body height and
        alignment are well maintained. The disc spaces are preserved. The
        spinal canal and neural foramina are widely patent. There is no
        evidence of facet lock or perch. The posterior elements including the
        spinous processes are intact. The prevertebral soft tissues are
        unremarkable.

        Left-sided arch with three-vessel branching. The left vertebral artery
        is dominant. The bilateral common carotid, internal carotid and
        vertebral arteries are well opacified and demonstrate normal courses.

        There is no evidence to suggest arterial injury.

        The soft tissues of the left neck, at the level of C5 there is a soft
        tissue laceration/hematoma. No evidence of acute bleeding. There is a
        hyperdense, 0.4 cm focus in the superficial soft tissues in this

PAGE  1                      Signed Report                    (CONTINUED)

FARMERS MUTUAL_0530

```
                          OU MEDICAL CENTER
700 N.E. 13th                CT SCAN                PHONE: (405) 271-4723
Oklahoma City, OK 73104   CONSULTATION REPORT       FAX:   (405) 271-7460
------------------------------------------------------------------------
LOC/RM: E.ERT/            PACS ID: E2296550         MRN:        E002961401
PT. TYPE: REG ER          CAMPUS: PE    PT:         TRAUMA2020,PT2909
ACCT#: E99900563616             DOB:          AGE:        SEX:
------------------------------------------------------------------------
ORD PROV: 1326577156 Jalla,Aditi N  MD        EXAM START: 08/08/20 1730
ATT PROV: 1700908068 Zagari Stuppiello,Giselle EXAM ENDED: 08/08/20 1750
ADMISSION CLINICAL DATA: TRAUMA2020,PT2909  S/P MVC
```

```
   EXAMS:                                      CPT:
006497586 CT BRAIN WO CONTRAST                 70450
006497587 CT C SPINE WO CONTRAST               72125
006497589 CT NECK ANGIOGRAM                    70498
     <Continued>
```

region (4/46) concerning for foreign body.

Included portions of the lung apices reveal no acute abnormality.

Impression:

No acute intracranial process.

No evidence of acute injury in the osseous cervical spine.

No evidence of arterial injury in the neck.

Left neck soft tissue laceration/hematoma without evidence of active bleeding. There is a hyperdense focus measuring approximately 0.4 cm concerning for foreign body.

These findings were discussed with Dr. Jalla of the Trauma Service at 1829 on 8/8/2020.


ATTENDING NOTE:
Punctate hyperdensity along the lateral aspect of the left globe (CT head: 401, 13), may represent a foreign body. Correlate clinically.

Otherwise agree with the above report.

I have personally viewed the images and/or data and approve the report.


** Electronically Signed by 384 ANJALI LAL MD on 08/08/2020 at 2002 **
               RESIDENT: PAIGE MONFORE, MD
               Reported and signed by: ANJALI LAL, MD             384


------------------------------------------------------------------------
DICTATED: 08/08/2020 @ 1808          TRANSCRIBED: 08/08/20 @ 1829
TYPIST: RAD.VR                       PRINTED: 08/08/2020 @ 2004
E-SIGNATURE DATE/TIME: 08/08/2020 @ 2002  DR.LALAN         BATCH:   N/A

PAGE  2                    Signed Report
```

```
                              OU MEDICAL CENTER
700 N.E. 13th                     RADIOLOGY                PHONE: (405) 271-4723
Oklahoma City, OK 73104       CONSULTATION REPORT          FAX:   (405) 271-7464
-------------------------------------------------------------------------------
LOC/RM: E.ERT/              PACS ID: E2296550        MRN:        E002961401
PT. TYPE: REG ER            CAMPUS: PE   PT:              TRAUMA2020,PT2909
ACCT#: E99900563616         DOB:          AGE:         SEX:
-------------------------------------------------------------------------------
ORD PROV: 1326577156 Jalla,Aditi N  MD        EXAM START: 08/08/20 1805
ATT PROV: 1700908068 Zagari Stuppiello,Giselle  EXAM ENDED: 08/08/20 1805
ADMISSION CLINICAL DATA: TRAUMA2020,PT2909  S/P MVC
```

     EXAMS:                                     CPT:
006497591 RAD ANKLE MIN 3 VIEWS RT              73610
006497592 RAD FOOT MIN 3 VIEWS RT               73630

          - RAD ANKLE MIN 3 VIEWS RT,  - RAD FOOT MIN 3 VIEWS RT

     History: trauma.

     Comparison: None.

     Findings:

     Frontal, lateral and oblique views of the right ankle and right foot
     are provided without comparison.

     In the right ankle, no acute fractures or dislocations are
     demonstrated. The overlying soft tissues appear intact.

     In the right foot, there is a small hyperdensity in the soft tissues
     along the lateral base of the fifth metatarsal measuring up to 0.5 cm.
     No dislocation or discrete osseous donor site is identified. No soft
     tissue gas. The remaining surrounding soft tissues are intact.

     Impression:

     1.  No radiographic evidence of an acute injury in the left ankle.
     2.  In the right foot, there is a small hyperdensity projecting in the
     soft tissues lateral to the base of the fifth metatarsal, which is of
     uncertain etiology. Recommend correlation for tenderness at this site.

          ** Electronically Signed by 314 KRISTIN L REBIK DO **
          **           on 08/08/2020 at 2117                **
                   Reported and signed by: KRISTIN L REBIK, DO        314

```
-------------------------------------------------------------------------------
DICTATED: 08/08/2020 @ 2111              TRANSCRIBED: 08/08/20 @ 2111
TYPIST: RAD.VR                           PRINTED: 08/08/2020 @ 2119
E-SIGNATURE DATE/TIME: 08/08/2020 @ 2117 DR.REBKR        BATCH:    N/A

PAGE  1                     Signed Report
```

FARMERS MUTUAL_0532

```
                              OU MEDICAL CENTER
700 N.E. 13th                     RADIOLOGY              PHONE: (405) 271-4723
Oklahoma City, OK 73104       CONSULTATION REPORT        FAX:   (405) 271-7464
-----------------------------------------------------------------------------
LOC/RM: E.ERT/            PACS ID: E2296550        MRN:        E002961401
PT. TYPE: REG ER          CAMPUS: PE    PT:       TRAUMA2020,PT2909
ACCT#: E99900563616            DOB: ▮▮▮▮  AGE: ▮▮    SEX: ▮
-----------------------------------------------------------------------------
ORD PROV: 1851688923 Blair,Scott  DO            EXAM START: 08/08/20 1724
ATT PROV: 1700908068 Zagari Stuppiello,Giselle  EXAM ENDED: 08/08/20 1726
ADMISSION CLINICAL DATA: TRAUMA2020,PT2909  S/P MVC
```

    EXAMS:                                        CPT:
006497580 RAD CHEST 1 VIEW                        71045

        - RAD CHEST 1 VIEW

    History: MVC.

    Comparison: None.

    Findings:

    An AP supine view of the chest is provided without comparison.

    The inferior aspect of the right costophrenic angle is excluded from
    the field-of-view. The lungs are clear and well expanded. Heart size
    and pulmonary vasculature are within normal limits.

    The visualized osseous structures demonstrate no acute abnormality.

    Impression:

    No radiographic evidence of an acute cardiopulmonary process.


        ** Electronically Signed by 314 KRISTIN L REBIK DO **
        **        on 08/08/2020 at 2109                   **
            Reported and signed by: KRISTIN L REBIK, DO          314


```
-----------------------------------------------------------------------------
DICTATED: 08/08/2020 @ 2109              TRANSCRIBED: 08/08/20 @ 2109
TYPIST: RAD.VR                           PRINTED: 08/08/2020 @ 2112
E-SIGNATURE DATE/TIME: 08/08/2020 @ 2109 DR.REBKR        BATCH:    N/A

PAGE   1                     Signed Report
```

```
                              OU MEDICAL CENTER
700 N.E. 13th                     RADIOLOGY                 PHONE: (405) 271-4723
Oklahoma City, OK 73104       CONSULTATION REPORT           FAX:   (405) 271-7464
--------------------------------------------------------------------------------
LOC/RM: E.ERT/             PACS ID: E2296550        MRN:        E002961401
PT. TYPE: REG ER               CAMPUS: PE   PT:          TRAUMA2020,PT2909
ACCT#: E99900563616          DOB:            AGE:          SEX:
--------------------------------------------------------------------------------
ORD PROV: 1851688923 Blair,Scott  DO            EXAM START: 08/08/20 1724
ATT PROV: 1700908068 Zagari Stuppiello,Giselle  EXAM ENDED: 08/08/20 1726
ADMISSION CLINICAL DATA: TRAUMA2020,PT2909  S/P MVC
```

        EXAMS:                                      CPT:
006497581 RAD PELVIS 1 VIEW                         72170

        - RAD PELVIS 1 VIEW

     History: MVC.

     Comparison: None.

     Findings:

     A single AP view of the pelvis is provided without comparison.

     There is no evidence of acute fracture or dislocation. The visualized
     soft tissues are intact.

      Impression:

     No radiographic evidence of an acute injury in the pelvis.


        ** Electronically Signed by 314 KRISTIN L REBIK DO **
        **            on 08/08/2020 at 2110              **
              Reported and signed by: KRISTIN L REBIK, DO       314

```
--------------------------------------------------------------------------------
DICTATED: 08/08/2020 @ 2110              TRANSCRIBED: 08/08/20 @ 2110
TYPIST: RAD.VR                           PRINTED: 08/08/2020 @ 2112
E-SIGNATURE DATE/TIME: 08/08/2020 @ 2110 DR.REBKR           BATCH:    N/A

PAGE  1                       Signed Report
```

FARMERS MUTUAL_0534

Patient:MILANOVIC, OGNJEN

MRN:E002961401   Encounter:E99900563616

Page 1 of 1   FARMERS MUTUAL_0535

| Age/Sex: ■■■■ | Attending: Zagari Stuppiello,Giselle MD | | MILANOVIC,OGNJEN |
| Unit #: E002961401 | Account #: E99900563616 | | |
| Admitted: | Location: E.IRFT | | OU Medical Center NBR **Live** |
| Status: DEP ER | Room/Bed: | | EVOLUTION PLAN OF CARE HPF |

| Diagnosis/Goal/Intervention Description | | | | | Sts | Directions | | From |
|---|---|---|---|---|---|---|---|---|
| Activity | Occurred | | | Recorded | | | Documented | |
| Type | Date | Time | by | Date | Time | by | Comment | Units | Change |

| Activity Date: 08/08/20 | Time: 1846 |
|---|---|

Diagnosis: Altered Respiratory Function        A
    Altered respiratory function/status
    related to disease process, physical
    limitations, surgical procedure and/or
    trauma.
   Create    08/08/20 1846 .JM 08/08/20 1846 .JM
Goal: Adequate air exchange with Oxygen sats     A
   >92%, clear and equal breath sounds,
   pink mucous membranes and nailbeds,
   respirations regular and unlabored prior
   to discharge.
   Create    08/08/20 1846 .JM 08/08/20 1846 .JM

| Activity Date: 08/13/20 | Time: 1038 |
|---|---|

Diagnosis: Altered Respiratory Function        D
    Altered respiratory function/status
    related to disease process, physical
    limitations, surgical procedure and/or
    trauma.
   Ed Status  08/13/20 1038 his 08/13/20 1038 his       A => D
Goal: Adequate air exchange with Oxygen sats     D
   >92%, clear and equal breath sounds,
   pink mucous membranes and nailbeds,
   respirations regular and unlabored prior
   to discharge.
   Ed Status  08/13/20 1038 his 08/13/20 1038 his       A => D

| Monogram Initials | Name | Nurse Type |
|---|---|---|
| .JM his | ERT .JM automatic by program | RT |
| | MCLAIN,JESSICA | |

Patient:MILANOVIC, OGNJEN            MRN:E002961401      Encounter:E99900563616            Page 1 of 1      FARMERS MUTUAL_0536

| Age/Sex: | ▮▮ | Attending: Zagari Stuppiello,Giselle MD |
|---|---|---|
| Unit #: | E002961401 | Account #: E99900563616 |
| Admitted: | | Location: E.ERFT |
| Status: | DEP ER | Room/Bed: |

| MILANOVIC,OGNJEN |
|---|

OU Medical Center NBR **Live**
PLAN OF CARE NPT

| Diagnosis/Goal/Intervention Description | | | | | Sts. | Directions | From |
|---|---|---|---|---|---|---|---|
| Activity Type | Occurred Date | Time by | Recorded Date | Time by | Comment | Documented Units | Change |

| Activity Date: 08/08/20 | Time: 1846 |
|---|---|

Diagnosis: Altered Respiratory Function    A
        Altered respiratory function/status
        related to disease process, physical
        limitations, surgical procedure and/or
        trauma.
·   Create    08/08/20 1846  JM  08/08/20 1846  JM
Goal: Adequate air exchange with Oxygen sats    A
        >92%, clear and equal breath sounds,
        pink mucous membranes and nailbeds,
        respirations regular and unlabored prior
        to discharge.
        Create    08/08/20 1846  JM  08/08/20 1846  JM

| Activity Date: 08/13/20 | Time: 1038 |
|---|---|

Diagnosis: Altered Respiratory Function    D
        Altered respiratory function/status
        related to disease process, physical
        limitations, surgical procedure and/or
        trauma.
·   Ed Status    08/13/20 1038 his  08/13/20 1038 his            A => D
Goal: Adequate air exchange with Oxygen sats    D
        >92%, clear and equal breath sounds,
        pink mucous membranes and nailbeds,
        respirations regular and unlabored prior
        to discharge.
        Ed Status    08/13/20 1038 his  08/13/20 1038 his            A => D

| Monogram Initials | Name | | Nurse Type |
|---|---|---|---|
| JM his | ERT JM | MCLAIN,JESSICA automatic by program | RT |

Patient:MILANOVIC, OGNJEN     MRN:E002961401   Encounter:E99900563616    Page 1 of 1   FARMERS MUTUAL_0537

| Age/Sex: ▮▮ | Attending: Zajari Stuppiello,Giselle  MD | | MILANOVIC,OGNJEN | Page: 1 |
| Unit #: F002961401 | Account #: E99900563616 | | | |
| Admitted: | Location: E.ERFT | | OU Medical Center NBR **Live** | Printed 08/14/20 at 0228 |
| Status: DEP ER | Room/Bed: | | CLINICAL DOCUMENTATION RECORD HPF | |

**Diagnosis/Goal/Intervention Description**

| Activity Type | Occurred Date | Time | by | Recorded Date | Time | by | Sts Comment | Directions Documented Units | From Change |
|---|---|---|---|---|---|---|---|---|---|

**Activity Date: 08/08/20        Time: 1715**

| 2110550 | | RT: Assist for 15 minutes + | | | | | A | | CP |
| Document | 08/08/20 1715 | | JM | 08/08/20 1859 | | JM | | | |

Was this a transport of an intubated patient? N
Comment: TRAUMA 2909 MVC

**Activity Date: 08/08/20        Time: 1846**

| 2110550 | | RT: Assist for 15 minutes + | | | | | A | | CP |
| Create | 08/08/20 1846 | | JM | 08/08/20 1846 | | JM | | | |

Diagnosis: Altered Respiratory Function
           Altered respiratory function/status
           related to disease process, physical
           limitations, surgical procedure and/or
           trauma.

| Create | 08/08/20 1846 | | JM | 08/08/20 1846 | | JM | | | |

Goal: Adequate air exchange with Oxygen sats
      >92%, clear and equal breath sounds,
      pink mucous membranes and nailbeds,
      respirations regular and unlabored prior
      to discharge.

| Create | 08/08/20 1846 | | JM | 08/08/20 1846 | | JM | | | |
| 1900700 | | Evaluate: Respiratory + | | | | | A | .As needed | CP |
| Create | 08/08/20 1846 | | JM | 08/08/20 1846 | | JM | | | |

**Activity Date: 08/08/20        Time: 1914**

Patient Notes: PASTORAL CARE NOTES

| Create | 08/08/20 1914 | DLB | | 08/08/20 1915 | DLB | | | | |

Ognjen Milanovic, ▮▮▮  TJ2909, Rm03, level 1 - MVC, no family contact info
available, belongings in pt custody

        Note Type    Description
        No Type      None

**Activity Date: 08/13/20        Time: 1938**

| 2110550 | | RT: Assist for 15 minutes + | | | | | D | | CP |
| Ed Status | 08/13/20 1038 hrs | | | 08/13/20 1038 hrs | | | | | A => D |

Diagnosis: Altered Respiratory Function
           Altered respiratory function/status
           related to disease process, physical
           limitations, surgical procedure and/or
           trauma.

| Ed Status | 08/13/20 1038 hrs | | | 08/13/20 1038 hrs | | | D | | A => D |

Goal: Adequate air exchange with Oxygen sats
      >92%, clear and equal breath sounds,
      pink mucous membranes and nailbeds,
      respirations regular and unlabored prior

---

**Diagnosis/Goal/Intervention Description**

| Activity Type | Occurred Date | Time | by | Recorded Date | Time | by | Sts Comment | Directions Documented Units | From Change |
|---|---|---|---|---|---|---|---|---|---|

Goal: Adequate air exchange with Oxygen sats (continued)
      to discharge.

| Ed Status | 08/13/20 1038 hrs | | | 08/13/20 1038 hrs | | | | | A => D |
| 1900700 | | Evaluate: Respiratory + | | | | | D | .As needed | CP |
| Ed Status | 08/13/20 1038 hrs | | | 08/13/20 1038 hrs | | | | | A => D |

**Monogram Initials          Name                          Nurse Type**

| DLB | EPC,DLB2 | BARBEE,DAVID L | PC |
| JM | ERT,JM | MCLAIN,JESSICA | RT |
| hrs | | automatic by program | |

TRAUMA2020, PT2909
MR# E002961401     AGE: 36          E.ERT
DOB: 01/01/84                SEX: M/
                          ACCT# E99900563616
             ER            08/08/20
PCP: Does Not Know
URN: E2296550
OU MEDICAL CENTER

**TIME OF REPORT** 1709 / MoH

**EMS CREW:** EMBA MWC REACT MF AE EM

**AGE:** ■    **SEX:** ■    **LEVEL PER EMS:** 1

**GCS:** 14    **LOC:** + −    **ETOH:** + −

**MECHANISM:** MVC MCC AUTOPED ATV FALL

ASSAULT GSW STAB BULL/COW OIL FIELD

**EXTRICATION TIME:** _____

**INJURIES:** ① ANKLE FX
~~SHE~~ NECK LAC
SEMI WRECK

**VITALS:** BP 171/114 HR 147 RR ____ O2SAT 95

**ETA:** 5-10

TRAUMA2020, PT2909
MR# E002961401     AGE: ■          E.ERT
DOB: ■                 SEX: ■
                          ACCT# E99900563616
             ER            08/08/20
PCP: Does Not Know
URN: E2296550
OU MEDICAL CENTER

FARMERS MUTUAL_0538

```
                        OU MEDICAL CENTER
                         1200 Everett Drive
                       Oklahoma City, OK  73104
           Name: TRAUMA2020,PT2909
 Account Number: E99900563616
    Unit Number: E002961401
           Room:
  Date Of Birth: ███████
Attending Doctor: Zagari Stuppiello,Giselle  MD
           Date: 08/08/20


Current patient of record information for this document is:
PT2909 TRAUMA2020
PatID: E002961401  Age: ██
Acct#: E99900563616  DOB: ███████

Report including patient information as it appeared at the time this document
was generated and provided to the patient is as follows below.
----------------------------------------------------------------------


REPORT NUMBER:  0808-0151
```

```
PATIENT NAME:  TRAUMA2020,PT2909            ACCOUNT #:  E99900563616
```

FARMERS MUTUAL_0539

**OU** Medical Center

OU Medical Center
1200 Everett Dr
Oklahoma City, OK 73104

Patient: PT2909 TRAUMA2020
Date of Birth: ████████
Physician: Chason Farnell, MD
MR #: E002961401
Account #: E99900563616

## General Emergency Department Discharge Instructions

The exam and treatment you received in the Emergency Department were for an urgent problem and are not intended as complete care. It is important that you follow up with a doctor, nurse practitioner, or physician's assistant for ongoing care. If your symptoms become worse or you do not improve as expected and you are unable to reach your usual health care provider, you should return to the Emergency Department. We are available 24 hours a day.

You were treated in the Emergency Department by:
Primary Provider: Chason Farnell, MD

### Follow Up Information:

**Follow up with your physician as needed. Please call trauma clinic at 405-271-9440 if any concerns.**

### The Following Instructions Were Selected for You Today: MVA/MVC

**MVA/MVC**

You were seen today after being in a motor vehicle collision.

After examining you and your medical history, the doctor decided you do not need more testing (like blood tests or x-rays).

After examining you, your medical history and your test results, your doctor decided you do not need to check into the hospital.

You may have more soreness tomorrow, especially in the neck and shoulders. Your body will probably take 2-3 days to adjust to the initial injuries. This is very common after an accident.

Put ice to the area 15 minutes out of every hour to help with swelling and pain. Put some ice cubes in a re-sealable (Ziploc®) bag and add some water. Put a thin washcloth between the bag and the skin. Apply the ice bag to the area for at least 20 minutes. Do this at least 4 times per day. Longer times and more often are OK. NEVER APPLY ICE DIRECTLY TO THE SKIN. If the injury is on your hand, arm, foot or leg, lift it above the level of your heart. This will help with swelling. When lying down, try propping your arm or leg using pillows.

YOU SHOULD SEEK MEDICAL ATTENTION IMMEDIATELY, EITHER HERE OR AT THE NEAREST EMERGENCY DEPARTMENT,


PINS

8/8/2020 7:52 PM
Page: 1 of 3

FARMERS MUTUAL_0540

**Today's Date: 8/8/2020**

Patient: PT2909 TRAUMA2020
Date of Birth: █████████
Account #: E99900563616

---

IF ANY OF THE FOLLOWING OCCURS:
- Increased neck or back pain together with tingling, loss of feeling, or pain that goes into your arms or legs develops.
- Losing bowel or bladder control (you soil or wet yourself).
- You get short of breath.
- Any fainting (passing out) spells.
- Blood in your urine or stool (poop).
- Pain despite medication.

You had a neck laceration. You have absorbable sutures that do not need to be removed. They will fall out over the next several weeks. You may shower the incision with soap and water. Pat dry. Do not submerge for 2 weeks.

**What To Do:**
- Take this sheet with you when you go to your follow-up visit.
- If you have any problem arranging the follow-up visit, contact the Emergency Department immediately.
- Take all medications as directed.

**Additional Information:**
- There are occasions where additional lab tests return - such as a culture result or an X-ray or EKG - is further reviewed after you are discharged. If a change in your diagnosis or treatment is indicated, we will attempt to contact you. It is critical that we have a current phone number for you.

- If you had X-rays done, we can provide you a CD with those X-rays for your review and follow-up.

- Culture results may take 2-3 days. We review many culture results and will attempt to contact you if the results are significant or may change your treatment.

*If side effects develop, such as a rash, difficulty breathing, or a severe upset stomach,*
*stop the medication and call your doctor or the Emergency Department.*

**Preventative Health Instructions:**

The care you received in the emergency department has been done on an emergency basis only and is not intended to be a substitute for regular medical care. If your condition or symptoms persist or get worse at any time, you should return to the emergency department if you're unable to contact your own physician. Please understand that although we may not have determined a specific cause of your symptoms today, further evaluation may be necessary. It is important to get a primary care provider (doctor, PA, or nurse practitioner) for follow up as well as ongoing healthcare needs.

The following information is provided for you as education regarding preventative health care and follow up from your

PINS

FARMERS MUTUAL_0541

Today's Date: 8/8/2020

Patient: PT2909 TRAUMA2020
Date of Birth: ▮▮▮▮▮
Account #: E99900563616

emergency department visit:

Regular exercise, good diet and adequate fluid intake are very important for general health maintenance. Please discuss these with your primary care doctor to develop a plan specific to your needs.

Tobacco use is a risk factor for multiple serious illnesses. If you use tobacco, please contact the QuitLine at 1-800-QUITNOW (1-800-784-8669) or www.coquitline.org to assist in your efforts to stop using tobacco products.

During your visit today your blood pressure may have been higher than normal. If it was high you should have this rechecked. Follow up with your physician or the referral provider for a recheck within 4 weeks.

Hypertension is a common but serious illness that should be monitored closely.

If thoughts of increased anxiety and sadness prevent you from completing your day to day activities at home or work, please call our 24/7 assessment line at 1-844-556-2012 to speak with an Assessment Specialist. You can also call the Colorado Crisis Hotline at 1-844-493-TALK (8255).

During ER visits many patients receive sedation or medications which may impair your judgement and or make driving, working or operating machinery or even walking hazardous. Some of these medications include diphenhydramine (Benadryl) and medications for anxiety, nausea and pain. Ask your nurse if you have received any sedating medications. If you received any potentially sedating medications, please rest today and do not drive.

I, PT2909 TRAUMA2020, understand the instructions and will arrange for follow-up care.

_____          _____
PATIENT/REPRESENTATIVE SIGNATURE                                     DATE/TIME


_____          _____
STAFF SIGNATURE                                                           DATE/TIME


PINS

8/8/2020 7:52 PM
Page: 3 of 3

FARMERS MUTUAL_0542

```
PATIENT NO:      99900563616   OU MEDICAL CENTER       BILLING DATE    PAGE   1    18600
MED REC NO:        2961401     1200 EVERETT DRIVE        08/25/20
GUARANTOR NO:
PATIENT:                       OKLAHOMA CITY             OK 731045047    ADMITTED    DISCHARGED
MILANOVIC OGNJEN                                                        08/08/20    08/08/20
```

```
PAY TO ADDRESS:    OU MEDICAL CENTER
                   P O BOX 277362
                   ATLANTA
                   GA 303847362
```

BILL TO:

```
   MILANOVIC OGNJEN                 EMERGENCY                   FC=99
   ██████████████████              ADMIT THRU DISCHARGE CLAIM
   ██████  ████     ███
```

| DATE OF SERVICE | BATCH REF | F DEPT S | PROC | NDC/CPT-4/ HCPCS | QTY | SERVICE DESCRIPTION | CHARGES |
|---|---|---|---|---|---|---|---|
| **301-LAB/CHEM** | | | | | | | |
| 080820 | 08B157 | 0736 | 251230 | 80053 | 1 | COMP METABOLIC PANEL | 827.25 |
| 080820 | 08B157 | 0736 | 360026 | 82150 | 1 | AMYLASE | 63.75 |
| 080820 | 08B157 | 0736 | 360088 | 83690 | 1 | LIPASE | 88.75 |
| | | | | | | SUBTOTAL: | 979.75 |
| **302-LAB/IMMUNOLOGY** | | | | | | | |
| 080820 | 08B157 | 0758 | 252079 | 86900 | 1 | ABO TYPE | 245.75 |
| 080820 | 08B157 | 0758 | 270138 | 86850 | 1 | ANTIBODY SCREEN EA | 350.50 |
| 080820 | 08B157 | 0758 | 270051 | 86901 | 1 | RH TYPE | 223.50 |
| | | | | | | SUBTOTAL: | 819.75 |
| **305-LAB/HEMATOLOGY** | | | | | | | |
| 080820 | 08B157 | 0736 | 241745 | 85027 | 1 | CBC | 299.00 |
| 080820 | 08B157 | 0736 | 310057 | 85610 | 1 | PROTIME | 228.00 |
| 080820 | 08B157 | 0736 | 310071 | 85730 | 1 | PTT | 285.50 |
| | | | | | | SUBTOTAL: | 812.50 |
| **306-LAB/BACT-MICRO** | | | | | | | |
| 080820 | 08B157 | 0736 | 326800 | U0002QW | 1 | SARS-COV-2 COVID-19 AM | 195.00 |
| | | | | | | SUBTOTAL: | 195.00 |
| **307-LAB/UROLOGY** | | | | | | | |
| 080820 | 08B175 | 0736 | 251902 | 81001 | 1 | UA W MICRO AUTO | 322.25 |

PATIENT PORTAL AT WWW.OUMEDICINE.COM/PATIENT-PORTAL
BENEFITS ASSIGNED -TAX ID# 82-1883948

FARMERS MUTUAL_0543

```
PATIENT NO:     99900563616   OU MEDICAL CENTER      BILLING DATE   PAGE   2   18600
MED REC NO:       2961401     1200 EVERETT DRIVE       08/25/20
GUARANTOR NO:
PATIENT:                      OKLAHOMA CITY          OK 731045047    ADMITTED    DISCHARGED
MILANOVIC OGNJEN                                                     08/08/20    08/08/20
```

```
DATE OF   BATCH      F      NDC/CPT-4/
SERVICE   REF   DEPT S PROC   HCPCS         QTY SERVICE DESCRIPTION        CHARGES

                                              SUBTOTAL:        322.25
   320-DX X-RAY
080820 08B163  0728  976140                 1 XR CONSULT OUTSIDE FIL        .00
080820 08B163  0728  976140                 1 XR CONSULT OUTSIDE FIL        .00
080820 08B180  0728  516054   73610RT       1 XR ANKLE 3 + V RT          669.50
080820 08B180  0728  516057   73630RT       1 XR FOOT 3 + V RT           857.75
080820 08B163  0728  972170   72170         1 XR PELVIS 1/2 VIEWS        665.25
                                              SUBTOTAL:       2192.50
   324-DX X-RAY/CHEST
080820 08B163  0728  320303   71045         1 CHEST X-RAY 1V             474.25
                                              SUBTOTAL:        474.25
   350-CT SCAN
080820 08B163  0726  514846   70498         1 CTA NECK                  3936.25
                                              SUBTOTAL:       3936.25
   351-CT HEAD
080820 08B163  0726  970450   70450         1 CT HEAD/BRAIN W/O CONT    4039.00
                                              SUBTOTAL:       4039.00
   352-CT BODY
080820 08B163  0726  972125   72125         1 CT C-SPINE W/O CONTRAS    4135.25
080820 08B163  0726  726002   74177         1 CT ABD&PELVIS W/CONT      6879.75
080820 08B163  0726  971260   71260         1 CT CHEST W/CONTRAST       4495.50
                                              SUBTOTAL:      15510.50
   450-EMERG ROOM
080820 11B907  0780  750061   99284         1 EMER DEPT LEVEL 4         2851.25
                                              SUBTOTAL:       2851.25
   681-TRAUMA RESPONSE L1
080820 11B907  0780  750088                 1 TRAUMA L1 ACTIVATION     37318.50
```

```
PATIENT PORTAL AT WWW.OUMEDICINE.COM/PATIENT-PORTAL
BENEFITS ASSIGNED -TAX ID# 82-1883948
```

FARMERS MUTUAL_0544

```
PATIENT NO:      99900563616   OU MEDICAL CENTER      BILLING DATE    PAGE   3      18600
MED REC NO:         2961401    1200 EVERETT DRIVE     08/25/20
GUARANTOR NO:
PATIENT:                       OKLAHOMA CITY               OK 731045047   ADMITTED     DISCHARGED
MILANOVIC OGNJEN                                                         08/08/20      08/08/20
```

```
DATE OF    BATCH      F        NDC/CPT-4/
SERVICE    REF    DEPT S PROC   HCPCS        QTY SERVICE DESCRIPTION      CHARGES

                                              SUBTOTAL:        37318.50

                                   TOTAL ANCILLARY CHARGES     69451.50

                                      TOTAL CHARGES            69451.50
                                          PAYMENTS                  .00
                                       ADJUSTMENTS                  .00
                                          BALANCE             69451.50
```

PATIENT PORTAL AT WWW.OUMEDICINE.COM/PATIENT-PORTAL
BENEFITS ASSIGNED -TAX ID# 82-1883948

FARMERS MUTUAL_0545

```
PATIENT NO:      99900563616   OU MEDICAL CENTER      BILLING DATE   PAGE   4   18600
MED REC NO:        2961401     1200 EVERETT DRIVE     08/25/20
GUARANTOR NO:
PATIENT:                       OKLAHOMA CITY          OK 731045047   ADMITTED    DISCHARGED
MILANOVIĆ OGNJEN                                                     08/08/20    08/08/20
```

                    DEPARTMENTAL CHARGE SUMMARY
             DEPT       DESCRIPTION              AMOUNT

             0726   CAT SCANNING               23,485.75
             0728   DIAGNOSTIC RADIOLOGY        2,666.75
             0736   CLINICAL/MICRO LAB          2,309.50
             0758   BLOOD BANK                    819.75
             0780   EMERGENCY DEPT PT          40,169.75

                     REVENUE CHARGE SUMMARY

| REV CD | DESCRIPTION | BILLABLE | NON-BILLABLE | TOTAL |
|---|---|---|---|---|
| 0301 | LAB/CHEM | 979.75 | .00 | 979.75 |
| 0302 | LAB/IMMUNOLOGY | 819.75 | .00 | 819.75 |
| 0305 | LAB/HEMATOLOGY | 812.50 | .00 | 812.50 |
| 0306 | LAB/BACT-MICRO | 195.00 | .00 | 195.00 |
| 0307 | LAB/UROLOGY | 322.25 | .00 | 322.25 |
| 0320 | DX X-RAY | 2,192.50 | .00 | 2,192.50 |
| 0324 | DX X-RAY/CHEST | 474.25 | .00 | 474.25 |
| 0350 | CT SCAN | 3,936.25 | .00 | 3,936.25 |
| 0351 | CT HEAD | 4,039.00 | .00 | 4,039.00 |
| 0352 | CT BODY | 15,510.50 | .00 | 15,510.50 |
| 0450 | EMERG ROOM | 2,851.25 | .00 | 2,851.25 |
| 0681 | TRAUMA RESPONSE L1 | 37,318.50 | .00 | 37,318.50 |

```
     TOTAL CHARGES:    69,451.50
     TOTAL PAYMENTS:         .00
      TOTAL ADJUST:         .00
```

FARMERS MUTUAL_0546

# FINAL                                    Billing Summary PCR

**Company:** EMSA-Western Division          **Outcome:** Transported
**Billing Run Number:** 20135451   **CAD Response Number:** 20177007   **Master Inc. Num:** 20-W-156077
**Date of Service:** 08/08/2020          **Patient Name:** MILANOVIC, OGNJEN

# Billing Summary
## DEMOGRAPHICS

**Date:** 8/8/2020   **Name:** MILANOVIC, OGNJEN   **Pt Phone:** (000) 000-0000 Ext.   **DOB:** ▮▮▮▮▮
**Next of Kin:**                      **NOK Phone:**                **Sex:** ▮▮
**Relationship:**                     **Weight:** 170 lbs (77.11 kgs)   **SSN:** 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
                                                              **Ethnicity:**
                                      **Height:** 5.10

| Home Address | Mailing Address | Pick-up Location | Destination |
|---|---|---|---|
| ▮▮▮▮▮ | | ▮▮▮▮▮ | OU MEDICAL CENTER 700 NE 13TH ST OKLAHOMA CITY, Oklahoma, OK 73104 |

## PAYORS

## DISPATCH DATA

**Call Type:** ALS          **Resp Priority:** 1-Emer Life Threat          **Scene Odom:**
**No of Patients:** 0                                      **Dest Odom:**
**Outcome:** Transported                                  **Billing Miles:**          12.9
**Nature:** Traffic/Trans. Acc. FR
**Determinant:** 29D03U          **Response Zone:** Oklahoma City 2
**Vehicle:** 390

### Dispatch Times

| | | |
|---|---|---|
| **Dispatch:** 16:20:50 08-08-20 | **En route:** 16:20:55 08-08-20 | **At scene:** 16:30:10 08-08-20 |
| **At patient:** 16:31:00 08-08-20 | **Transport:** 16:50:05 08-08-20 | **At dest:** 17:10:44 08-08-20 |

## Medical Necessity

**PT Moved to Cot Via:** Spine Board
**Stretcher Necessity:** AMS
**Status at destination:**
**PT Bed Confinement:** No

## MEDICAL / CLINICAL

**FINAL**                                                                                 **Patient Care Report**



**EMSA-Western Division**

**1417 N LANSING AVE**
**TULSA, Oklahoma, OK, 74106-5906**
**(405) 297-7100 Ext.**

CAD Response Number: **20177007**
CAD Master Incident Number: **20-W-156077**
Billing Run Number: **20135451**
Date of Service: **08/08/2020**

Patient Name: **MILANOVIC, OGNJEN**
Sex : ▐▬▬▬▬▌
DOB : ▐▬▬▬▬▬▬▬▌

Narrative: C- MVA

H- EMSA was dispatched for reports of a semi vs house. Arrived on scene to find a semi facing northeast in the ditch of the John Kilpatrick Turnpike. Duplex is noted to be destroyed, tracks in the ground show to be coming from the southbound lanes of the turnpike, through the duplex, and around to where the semi is resting. Semi is noted to have severe front end damage w/ large amounts of debris in the vehicle. Pt is noted to be a ▐▬▬▬▬▬▬▌ sitting in the driver seat of the semi who appears to be unrestrained. Pt is noted to be A&Ox2. Pt is noted to have a 1in laceration to his left neck w/ controlled bleeding. Abraisions noted to R ankle w/ possible closed fx. Pt is unaware that he has been in an accident. C-collar was applied to the Pt. Pt was placed on a LSB. LSB taken to stretcher, stretcher taken to ambulance. 18G IV established in the L AC w/ saline lock. Pt became slightly combative and attempted to refuse transport to the ER. Due to AMS Pt was being transported under implied consent. OCFD assisted EMSA during transport. Began emergent transport to OU Medical Center. Pt condition and vitals monitored throughout transport w/ no change in condition. Trauma alert was issued to OU Medical Center. Arrived at OU Medical Center. Pt taken to Trauma 3, transferred to hospital bed via LSB. Report given to Trauma team.

A- GCS 14, A&Ox2, skin pink warm and dry, pupils PERRL, unknown LOC, retrograde amnesia, no JVD, no tracheal deviation, 1in laceration noted to L neck, chest wall stable w/ equal rise and fall, lung sounds clear and equal bilaterally, abdomen soft non-tender, pelvis stable, upper and lower extremities symmetrical w/ good range of motion, abraisions and possible closed fx to R ankle. No other trauma noted.

R- C-collar, LSB, 18G IV established in the L AC w/ saline lock, trauma alert.

T- Emergent transport to OU Medical Center. Pt condition and vitals monitored throughout transport w/ no change in condition. Arrived at OU Medical Center. Pt taken to Trauma 3, transferred to hospital bed via sheet method, report given to Trauma team.
RN signed in place of Pt due to AMS and critical injuries.

## PATIENT COMPLAINTS

**Chief Complaint**

Trauma - MVA (Primary)
    10 Minutes

**Anatomic Location**

General/Global

**Organ System**

Global/General

**Primary Symptom**

Amnesia

**Other Associated Symptoms**

Hemorrhage (1); or Bleeding (2)                    Altered mental status

**Last Oral Intake**


**Medical Hx Obtained From**


## IMPRESSIONS

**Primary Impression:**     Injury
**Secondary Impression:**  Intracranial Injury

FARMERS MUTUAL_0548

# FINAL

# Patient Care Report



**EMSA-Western Division**

1417 N LANSING AVE
TULSA, Oklahoma, OK, 74106-5906
(405) 297-7100 Ext.

**CAD Response Number:** 20177007
**CAD Master Incident Number:** 20-W-156077
**Billing Run Number:** 20135451
**Date of Service:** 08/08/2020

**Patient Name: MILANOVIC, OGNJEN**
**Sex :** ▮
**DOB :** ▮▮▮▮▮

## VITAL SIGNS

| Time | PTA | BP | Pulse | Monitor Rate | Respiratory | SPO2 | EtCO2 | Glucose | GCS |
|------|-----|-----|-------|--------------|-------------|------|-------|---------|-----|
| 08/08/2020 16:44:24 | No | 155/111 Automated Cuff | 161, <None> | | <None> | | | | E4 + V4 + M6 = 14 |
| Level of Consciousness: Alert; | | | | | | | | | |
| **Taken by** | Meadows, Dakota | | | | | | | | |
| 08/08/2020 16:45:00 | No | 0 | <None> | | <None> | | | | |
| Cardiac Rhythm=Sinus Tachycardia | | | | | | | | | |
| **Taken by** | Meadows, Dakota | | | | | | | | |
| 08/08/2020 16:52:00 | No | 186/120 Automated Cuff | 174, <None> | | <None> | 97% | | | |
| **Taken by** | | | | | | | | | |
| 08/08/2020 16:53:21 | No | 178/110 Automated Cuff | 165, <None> | | <None> | 96% | | | |
| **Taken by** | | | | | | | | | |
| 08/08/2020 17:02:23 | No | 171/114 Automated Cuff | 148, <None> | | <None> | 95% | | | E4 + V4 + M6 = 14 |
| Level of Consciousness: Alert; | | | | | | | | | |
| **Taken by** | Meadows, Dakota | | | | | | | | |

**Transported On: Supine - Stretcher, Stairchair**

## Interventions

| | | |
|---|---|---|
| 2020-08-08  16:34:00 | Extrication | Time (Minutes)=3, Agency=Fire Department |
| 2020-08-08  16:36:00 | Spinal Immobilization | Monitored and Evaluated by During Patient Care=EMSA Paramedic, Response=Unchanged, Complication=None, Size of Procedure Equipment=Adult, Number of Attempts=1, Successful=Yes, Type=CCollar-Adult |
| 2020-08-08  16:39:00 | Patient position | Size of Procedure Equipment=Adult, Complication=None, Response=Unchanged, Monitored and Evaluated by During Patient Care=EMSA Paramedic, Number of Attempts=1, Successful=Yes, Type=Long Spine Board, Response=Unchanged, Successful=Yes, # of Attempts=1, Safety Restraint/Belts Utilized:=5 Point Harness (EMS Cot), Patient Transported On:=EMS Cot, Patient Position=Supine |
| 2020-08-08  16:45:00 | Attach Cardiac Monitor | Procedure Successful=Successful, Monitored and Evaluated by During Patient Care=EMSA Paramedic, Complication=None, Cardiac Rhythm=Sinus Tachycardia, ECG Type=4 Lead, Method of Interpretation=Manual Interpretation, # of Attempts=1 |
| 2020-08-08  16:48:00 | IV/IO | IV/IO Site=Antecubital-Left, Solution=Saline Lock, Size=18 G, Response=Unchanged, Procedure Successful=Successful, Number of Attempts=1, Monitored and Evaluated by During Patient Care=EMSA Paramedic, Complication=None |
| 2020-08-08  16:59:00 | Hospital Activation | Activation Type=Trauma (General) |

FARMERS MUTUAL_0549

# FINAL

## Patient Care Report



**EMSA-Western Division**

1417 N LANSING AVE
TULSA, Oklahoma, OK, 74106-5906
(405) 297-7100 Ext.

CAD Response Number: 20177007
CAD Master Incident Number: 20-W-156077
Billing Run Number: 20135451
Date of Service: 08/08/2020

Patient Name: **MILANOVIC, OGNJEN**
Sex :
DOB :

### SIGNATURES

| Time | Type | Who signed | Why patient did not sign |
|------|------|-----------|--------------------------|
| 08/08/2020 17:15:05 | Facility Acceptance | Nurse (RN) - RN, Melissa | Not Signed - Critically Ill or Injured Patient |

I am a representative of the institution named below. I certify that our institution has furnished or will furnish care or other services to the above-named patient. In the event the patient or another authorized representative cannot sign this report, I hereby sign on the patient's behalf to permit EMSA to submit a claim for its services to Medicare. My signature is not an acceptance of financial responsibility for the patient. Further, I am signing this to acknowledge that the patient and pertinent information about the patient was received by our institution pursuant to Oklahoma State Department of Health Regulations 310:641-3-63 1.B

X _____

**Witness 1:**
Dakota Meadows

X _____

| 08/08/2020 17:27:54 | Crew Member Certification | Crew Member #1 - Meadows, Dakota | Not Signed - Critically Ill or Injured Patient |

I, Dakota Meadows, attest that the patient, was unable to sign consent for treatment and transport due to the reason listed above.

X _____

## PCR begins on next page...

FARMERS MUTUAL_0550

# FINAL

# Patient Care Report



**EMSA-Western Division**

1417 N LANSING AVE
TULSA, Oklahoma, OK, 74106-5906
(405) 297-7100 Ext.

**CAD Response Number:** 20177007
**CAD Master Incident Number:** 20-W-156077
**Billing Run Number:** 20135451
**Date of Service:** 08/08/2020

**Patient Name:** MILANOVIC, OGNJEN
**Sex :** ▮▮▮
**DOB :** ▮▮▮▮▮▮▮

## NARRATIVE

C- MVA

H- EMSA was dispatched for reports of a semi vs house. Arrived on scene to find a semi facing northeast in the ditch of the John Kilpatrick Turnpike. Duplex is noted to be destroyed, tracks in the ground show to be coming from the southbound lanes of the turnpike, through the duplex, and around to where the semi is resting. Semi is noted to have severe front end damage w/ large amounts of debris in the vehicle. Pt is noted to be a ▮▮▮▮▮▮▮ sitting in the driver seat of the semi who appears to be unrestrained. Pt is noted to be A&Ox2. Pt is noted to have a 1in laceration to his left neck w/ controlled bleeding. Abraisions noted to R ankle w/ poss ble closed fx. Pt is unaware that he has been in an accident. C-collar was applied to the Pt. Pt was placed on a LSB. LSB taken to stretcher, stretcher taken to ambulance. 18G IV established in the L AC w/ saline lock. Pt became slightly combative and attempted to refuse transport to the ER. Due to AMS Pt was being transported under implied consent. OCFD assisted EMSA during transport. Began emergent transport to OU Medical Center. Pt condition and vitals monitored throughout transport w/ no change in condition. Trauma alert was issued to OU Medical Center. Arrived at OU Medical Center. Pt taken to Trauma 3, transferred to hospital bed via LSB. Report given to Trauma team.

A- GCS 14, A&Ox2, skin pink warm and dry, pupils PERRL, unknown LOC, retrograde amnesia, no JVD, no tracheal deviation, 1in laceration noted to L neck, chest wall stable w/ equal rise and fall, lung sounds clear and equal bilaterally, abdomen soft non-tender, pelvis stable, upper and lower extremities symmetrical w/ good range of motion, abraisions and possible closed fx to R ankle. No other trauma noted.

R- C-collar, LSB, 18G IV established in the L AC w/ saline lock, trauma alert.

T- Emergent transport to OU Medical Center. Pt condition and vitals monitored throughout transport w/ no change in condition. Arrived at OU Medical Center. Pt taken to Trauma 3, transferred to hospital bed via sheet method, report given to Trauma team. RN signed in place of Pt due to AMS and critical injuries.

## IMPRESSIONS

**Primary Impression:**     Injury

**Secondary Impressions:**  Intracranial Injury

## ASSESSMENT

**ETOH/Drug use:**
None Reported

| 08/08/2020  16:31:00 | By: Meadows, Dakota | | |
|---|---|---|---|
| **Body Area** | **Assessments and Comments** | **Body Area** | **Assessments and Comments** |
| Airway | Patent | Breathing | Normal Respirations |
| Circulation | Pulses - Radial - Weak (1+) | Blood/Fluid Loss | 1 - 50 ML |
| Neck | Bleeding Controlled : Laceration | External/Skin | Normal |
| Mental Status | Confused : Oriented-Person : Oriented-Time | Neurological | Cerebellar Function-Abnormal : Gait-Normal : Speech Normal : Strength-Normal : Strength-Symmetric |
| Right Ankle | Bleeding Controlled : Fracture-Closed | | |

| 08/08/2020  17:02:00 | By: Meadows, Dakota | | |
|---|---|---|---|
| **Body Area** | **Assessments and Comments** | **Body Area** | **Assessments and Comments** |
| Airway | Patent | Breathing | Normal Respirations |
| Circulation | Pulses - Radial - Weak (1+) | Blood/Fluid Loss | 1 - 50 ML |
| Neck | Bleeding Controlled : Laceration | External/Skin | Normal |
| Mental Status | Confused : Oriented-Person : Oriented-Time | Neurological | Cerebellar Function-Abnormal : Gait-Normal : Speech Normal : Strength-Normal : Strength-Symmetric |
| Right Ankle | Bleeding Controlled : Fracture-Closed | | |

## PATIENT COMPLAINTS

**Chief Complaint**
Trauma - MVA (Primary)
    10 Minutes
**Anatomic Location**

FARMERS MUTUAL_0551

# FINAL

# Patient Care Report



**EMSA-Western Division**

1417 N LANSING AVE
TULSA, Oklahoma, OK, 74106-5906
(405) 297-7100 Ext.

CAD Response Number: 20177007
CAD Master Incident Number: 20-W-156077
Billing Run Number: 20135451
Date of Service: 08/08/2020

Patient Name: **MILANOVIC, OGNJEN**
Sex :
DOB :

General/Global

**Organ System**
Global/General

**Primary Symptom**
Amnesia

**Other Associated Symptoms**
Hemorrhage (1); or Bleeding (2)          Altered mental status

**Last Oral Intake**

**Medical Hx Obtained From**

## HISTORY

**Past Medical History**
None Reported

**Allergies**
No Known Drug Allergy              No Known Environmental/Food
                                  Allergies

**Medications**
None Reported

## TREATMENT SUMMARY

| Time | PTA | Treatment | Who performed | Authorized by | Comments |
|------|-----|-----------|---------------|---------------|----------|
| 2020-08-08 16:34:00 | No | Extrication | Fire Department | Protocol (Standing Order) | |

| **Complication** | | | **Complication Narrative** | | |
|---|---|---|---|---|---|
| Agency=Fire Department | | | Time (Minutes)=3 | | |

| Time | PTA | Treatment | Who performed | Authorized by | Comments |
|------|-----|-----------|---------------|---------------|----------|
| 2020-08-08 16:36:00 | No | Spinal Immobilization | Meadows, Dakota | Protocol (Standing Order) | |

| **Complication** | | | **Complication Narrative** | | |
|---|---|---|---|---|---|
| Complication=None | | | Monitored and Evaluated by Dur=EMSA Paramedic | | Number of Attempts=1 |
| Response=Unchanged | | | Size of Procedure Equipment=Adult | | Successful=Yes |
| Type=CCollar-Adult | | | | | |

| Time | PTA | Treatment | Who performed | Authorized by | Comments |
|------|-----|-----------|---------------|---------------|----------|
| 2020-08-08 16:39:00 | No | Patient position | Patient | Protocol (Standing Order) | |

| **Complication** | | | **Complication Narrative** | | |
|---|---|---|---|---|---|
| # of Attempts=1 | | | Complication=None | | Patient Position=Supine |
| Patient Transported On:=EMS Cot | | | Response=Unchanged | | Safety Restraint/Belts Utilize=5 Point Harness (EMS Cot) |
| Successful=Yes | | | | | |

FARMERS MUTUAL_0552

# FINAL

# Patient Care Report



**EMSA-Western Division**

**1417 N LANSING AVE**
**TULSA, Oklahoma, OK, 74106-5906**
**(405) 297-7100 Ext.**

CAD Response Number: 20177007
CAD Master Incident Number: 20-W-156077
Billing Run Number: 20135451
Date of Service: 08/08/2020

Patient Name: **MILANOVIC, OGNJEN**
Sex :
DOB :

## TREATMENT SUMMARY CONTINUED

| Time | PTA | Treatment | Who performed | Authorized by | Comments |
|------|-----|-----------|---------------|---------------|----------|
| 2020-08-08 16:39:00 | No | Spinal Immobilization | Meadows, Dakota | Protocol (Standing Order) | |
| | | **Complication** | | **Complication Narrative** | |
| | | Complication=None | | Monitored and Evaluated by Dur=EMSA Paramedic | Number of Attempts=1 |
| | | Response=Unchanged | | Size of Procedure Equipment=Adult | Successful=Yes |
| | | Type=Long Spine Board | | | |

| Time | PTA | Treatment | Who performed | Authorized by | Comments |
|------|-----|-----------|---------------|---------------|----------|
| 2020-08-08 16:45:00 | No | Attach Cardiac Monitor | Meadows, Dakota | Protocol (Standing Order) | |
| | | **Complication** | | **Complication Narrative** | |
| | | # of Attempts=1 | | Cardiac Rhythm=Sinus Tachycardia | Complication=None |
| | | ECG Type=4 Lead | | Method of Interpretation=Manual Interpretation | Monitored and Evaluated by Dur=EMSA Paramedic |
| | | Procedure Successful=Successful | | | |

| Time | PTA | Treatment | Who performed | Authorized by | Comments |
|------|-----|-----------|---------------|---------------|----------|
| 2020-08-08 16:48:00 | No | IV/IO | EMSA Field Operations Supervisor | Protocol (Standing Order) | |
| | | **Complication** | | **Complication Narrative** | |
| | | Complication=None | | IV/IO Site=Antecubital-Left | Monitored and Evaluated by Dur=EMSA Paramedic |
| | | Number of Attempts=1 | | Procedure Successful=Successful | Response=Unchanged |
| | | Size=18 G | | Solution=Saline Lock | |

| Time | PTA | Treatment | Who performed | Authorized by | Comments |
|------|-----|-----------|---------------|---------------|----------|
| 2020-08-08 16:59:00 | No | Hospital Activation | Meadows, Dakota | Protocol (Standing Order) | |
| | | **Complication** | | **Complication Narrative** | |
| | | Activation Type=Trauma (General) | | | |

FARMERS MUTUAL_0553

# FINAL

# Patient Care Report



**EMSA-Western Division**

**1417 N LANSING AVE**
**TULSA, Oklahoma, OK, 74106-5906**
**(405) 297-7100 Ext.**

CAD Response Number: 20177007
CAD Master Incident Number: 20-W-156077
Billing Run Number: 20135451
Date of Service: 08/08/2020
Patient Name: MILANOVIC, OGNJEN
Sex :
DOB :

## VITAL SIGNS

| Time | PTA | BP | Pulse | Monitor Rate | Respiratory | SPO2 | EtCO2 | Glucose | GCS |
|------|-----|----|-------|--------------|-------------|------|-------|---------|-----|
| 08/08/2020 16:44:24 | No | 155/111 Automated Cuff | 161, <None> | | <None> | | | | E4 + V4 + M6 = 14 |
| Level of Consciousness: Alert; | | | | | | | | | |
| Taken by | Meadows, Dakota | | | | | | | | |
| 08/08/2020 16:45:00 | No | 0 | <None> | | <None> | | | | |
| Cardiac Rhythm=Sinus Tachycardia | | | | | | | | | |
| Taken by | Meadows, Dakota | | | | | | | | |
| 08/08/2020 16:52:00 | No | 186/120 Automated Cuff | 174, <None> | | <None> | 97% | | | |
| Taken by | | | | | | | | | |
| 08/08/2020 16:53:21 | No | 178/110 Automated Cuff | 165, <None> | | <None> | 96% | | | |
| Taken by | | | | | | | | | |
| 08/08/2020 17:02:23 | No | 171/114 Automated Cuff | 148, <None> | | <None> | 95% | | | E4 + V4 + M6 = 14 |
| Level of Consciousness: Alert; | | | | | | | | | |
| Taken by | Meadows, Dakota | | | | | | | | |

| CREW INFO | RESPONSE INFO | DISPOSITION | TIMES |
|-----------|---------------|-------------|-------|
| Vehicle 390 | Med/Trauma | Type of Service: 911 Response (Scene) | Recvd: 16:20:30 08-08-20 |
| Primary Role Ground Transport | | Outcome: Transported | Dispatch: 16:20:50 08-08-20 |
| Crew #1 ID Meadows, Dakota | Resp Priority 1-Emer Life Threat | Destination: OU MEDICAL CENTER | En Route: 16:20:55 08-08-20 |
| | | 700 NE 13TH ST | At Scene: 16:30:10 08-08-20 |
| Crew #1 Role Primary Patient Caregiver-At Scene | Nature Of Call Traffic/Trans. Acc. FR | OKLAHOMA CITY, Oklahoma, | At Patient: 16:31:00 08-08-20 |
| | EMD Performed Yes, With Pre-Arrival Instructions | OK 73104 | Transport: 16:50:05 08-08-20 |
| Crew #1 Level EMT-Paramedic | | | At Dest: 17:10:44 08-08-20 |
| Crew #2 ID Green, Austin | MPDS Determinant 29D03U | Dest. Reason: Protocol | In Service: 17:40:34 08-08-20 |
| Crew #2 Role Driver/Pilot-Response | Location | Dest. Type: | |
| Crew #2 Level EMT-Basic | | Transport Miles: 12.9 | |
| Crew #3 ID | Pt. Found Vehicle | Cond at Dest.: | |
| Crew #3 Role | No of Patients 0 | | |
| Crew #3 Level | Possible Injury Yes | Barriers to Care: Altered Mental Status | |
| Assisted By OCFD | Scene Delay None/No Delay | Pt. Transported: Supine - Stretcher, Stairchair | |
| | Sending Fac Med Rec No | Trans. Delay: None | |
| | Protocols Used 10A Head/Neck/Spine Injury - Adult and Pediatric 10G - Extremity/Amputation Injury - Adult and Pediatric | Dest Delay: None/No Delay | |
| | | Dest Fac Med Rec No: E002961401 | |
| | | Recv Doctor: | |

FARMERS MUTUAL_0554

# FINAL

# Patient Care Report



**EMSA-Western Division**

1417 N LANSING AVE
TULSA, Oklahoma, OK, 74106-5906
(405) 297-7100 Ext.

CAD Response Number: 20177007
CAD Master Incident Number: 20-W-156077
Billing Run Number: 20135451
Date of Service: 08/08/2020

Patient Name: MILANOVIC, OGNJEN
Sex :
DOB :

## PATIENT INFORMATION

| | | | | | |
|---|---|---|---|---|---|
| Name | MILANOVIC, OGNJEN | Phone | (000) 000-0000 Ext. | Home Country | United States |
| SSN | 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 | DOB | | Home Addr. | |
| Sex | | Weight | 170 lbs (77.11 kgs) | | |
| Race | White | Height | 5.10 | | |
| Ethnicity | | Emergency Info Form | | Mailing Addr. | |
| Broselow/ Luten Color | | DL Info Advanced Directives | None | | |
| | | | | Doctor: | |

## PATIENT BELONGINGS TRANSPORTED

Personal Belongings Transported    Wallet/purse

Other Personal Belongings Transported
Personal Belongings Left With    Medical Staff

## NEXT OF KIN

| | | | | |
|---|---|---|---|---|
| Name | | Phone | | Relationship |
| SSN | | DOB | | |
| Sex | | Home Addr. | | |

## INSURANCE

*no insurance information entered*

## TRAUMA

MVA Details :        Row Location :        1                Position :   Front Seat-Left Side (or motorcycle driver        Height of Fall:
**Trauma**
MVA - Damage - Main Area of
Impact - Rear Passenger Quarter
Panel
**Cause of Injury**
MVC-Heavy Duty Vehicle Injury
(Occupant)
**Mechanism of injury**
Blunt

## TRAUMA SCORES

17:27   **Revised Trauma Score**              **Overall Score: 12**

Glasgow Coma Score: 13 - 15 [4], Score = 4                Respiratory Rate: 10 - 29 per minute [4], Score = 4
Systolic Blood Pressure: >89 mm Hg [4], Score = 4
Comments:

## MISCELLANEOUS

Trauma Registry ID:                    Pat ID Band/Tag #:
PD Case Number:                    Fire Inc Report #:

## Medical Necessity

PT Moved to Cot Via: Spine Board
Stretcher Necessity: AMS
PT Bed Confinement: No

## SIGNATURES

| Time | Type | Who signed | Reason Pt. Unable To Sign Consent |
|---|---|---|---|
| 08/08/2020 17:15:05 | Facility Acceptance | Nurse (RN) - RN, Melissa | Not Signed - Critically Ill or Injured Patient |

**FINAL**                                    **Patient Care Report**



**EMSA-Western Division**

**1417 N LANSING AVE**
**TULSA, Oklahoma, OK,  74106-5906**
**(405) 297-7100 Ext.**

CAD Response Number: 20177007
CAD Master Incident Number: 20-W-156077
Billing Run  Number:  20135451
Date of Service:  08/08/2020

Patient Name: **MILANOVIC, OGNJEN**
Sex :  ▮
DOB :  ▮



X_____

I am a representative of the institution named below. I certify that our institution has furnished or will furnish care or other services to the above-named patient. In the event the patient or another authorized representative cannot sign this report, I hereby sign on the patient's behalf to permit EMSA to submit a claim for its services to Medicare. My signature is not an acceptance of financial responsibility for the patient. Further, I am signing this to acknowledge that the patient and pertinent information about the patient was received by our institution pursuant to Oklahoma State Department of Health Regulations 310:641-3-63 1.B

**Witness 1:**
Dakota Meadows

X_____

08/08/2020 17:27:54   Crew Member Certification        Crew Member #1 - Meadows, Dakota        Not Signed - Critically Ill or Injured Patient

I, Dakota Meadows, attest that the patient, was unable to sign consent for treatment and transport due to the reason listed above.

X_____

---

### CREW INFORMATION

Start Date/Time :   08/08/2020 06:15

| Crew # | Name |  | Crew # | Name |
|--------|------|--|--------|------|
| 7208 | Meadows, Dakota |  | 7061 | Green, Austin |
| **License:** | EMT P-74725 |  | **License:** | EMT - 77346 |
| **Level:** | EMT-Paramedic |  | **Level:** | EMT-Basic |

X_____        X_____

### CARDIAC ARREST

**Cardiac Arrest**
No
**Arrest Etiology**
**Resuscitation Attempted**
**Initial CPR**
**Arrest Witnessed by**
**First Monitored Rhythm**
**Spontaneous Circulation**

# FINAL

# Patient Care Report



**EMSA-Western Division**

1417 N LANSING AVE
TULSA, Oklahoma, OK, 74106-5906
(405) 297-7100 Ext.

CAD Response Number: 20177007
CAD Master Incident Number: 20-W-156077
Billing Run Number: 20135451
Date of Service: 08/08/2020

Patient Name: MILANOVIC, OGNJEN
Sex : ▮
DOB : ▮

**Discontinued Reason**
**Rhythm at Destination**
**Therapeutic Hypothermia**
**Time of Cardiac Arrest**
**CPR Provided Prior to EM**
**AED Used Prior to EMS Ca**
**END OF CARDIAC ARREST EV**
**AED Used By**
**CPR Provided By**
**Who First Initiated CPR**
**Who First Applied the AE**
**Who First Defibrillated**

# Initial Rhythm

*Times have been adjusted by the system.

| | |
|---|---|
| Incident ID: | Device Type: LP15 |
| Patient ID: 20200808164214D0-LP158374 | Device ID: LP158374 |
| Patient Name: 20200808164214D0-LP1539598374 | Device Serial Number: LP1539598374 |
| Power On: 8/8/2020 16:42:14 | Device Configuration: 2LJ55RO402BPOV |
| Speed/Size: 25mm/sec / x1.0 | Software Version: 3306808-007 |

Name:
ID: 080820164214 | Initial Rhythm | 4:42:50 PM
Patient ID:
Incident ID:
Location:
Age: 8/8/2020
Sex:

▼ Initial Rhythm



II x1.0

III Lead Off x1.0

III

20

CO2 Filter Line Off
CO2 (mmHg)

0

Physio-Control, Inc.

25mm/sec
ECG .05-150Hz   Paddles 2.5-30Hz

LP158374 EMSA W - 139 3306808-007 LP1539598374

1/26/2023 08:52:39

© 1996 - 2012 Physio-Control, Inc. All rights reserved.

**Your Organization Name**

**Page 1 of 1**

LifeNetReports Version:15.0.15

FARMERS MUTUAL_0558

# EMSA
PO Box 803895

Kansas City, Missouri 64180–3895
(405) 297-7110

| | |
|---|---|
| Patient name: MILANOVIC, OGNJEN | Run Number: 20-20135451 |
| | Incident number: 20177007 |
| | Date of call: 8/8/2020 |
| | Time of call: 16:30 |

OGNJEN MILANOVIC
█████████ ███████

From: ███████████████
To: OU MEDICAL CENTER

Primary payer: Bill Patient

Secondary payer:

| Description | Payer | Check # | Quantity | Unit Price | Payment Date | Amount |
|---|---|---|---|---|---|---|
| Emergency Base Rate | | | 1 | $1,300.00 | | $1,300.00 |
| Mileage | | | 13 | $19.00 | | $247.00 |
| Write-off Bad Debt | Bill Patient | 08/31/22 W 2ND PL | | | 10/20/2022 | $1,300.00 |
| Write-off Bad Debt | Bill Patient | 08/31/22 W 2ND PL | | | 10/20/2022 | $247.00 |

$0.00

DETACH ALONG LINE AND RETURN STUB WITH YOUR PAYMENT  THANK YOU

| | | |
|---|---|---|
| Patient name: MILANOVIC, OGNJEN | Run Number: 20-20135451 | AMOUNT ENCLOSED: $ |
| | Current date: 1/26/2023 | |
| | | Due on: 02/05/2023 |

REMIT TO: EMSA
PO Box 803895
Kansas City, Missouri 64180–3895