# EXHIBIT 6

# OKLAHOMA HIGHWAY PATROL



Case Number: YE00112-20
CollisionDate: 08/08/2020 16:19
Trooper: LINZY #649
Location: KILPATRICK TURNPIKE MILE 113
At or Near: NW 36 ST. UP
City and County: OKLAHOMA CITY, CANADIAN

Name: MILANOVIC, OGNJEN
License Number:
DOB:
Phone Number:
Address Street: 3-3 FOUR WINDS DR
City: NORTH YORK   State: ON   ZIP:
Insurance Company: OLD REPUBLIC INS CO
Insurance Phone: 8665241556
Policy Number: T70051D
Vehicle Make: KW   Model: T680   Year: 2019
VIN: IXKYDP9X0LJ960146
Tag Number: PA10315   Tag State: ON
Owner Name: HL MOTOR GROUP INC
Owner License Number:
Owner Street: 15 OLD COLONY ROAD UNIT 33
Owner City: RICHMOND HILL   State: ON   ZIP: L4E 4

---

If you find the other driver was not insured at the time of the above referenced collision, you may complete an Oklahoma Motor Vehicle Collision Report and submit the same within 1 year of the collision to:
DPS - Driver Compliance Division
P.O. Box 11415
Oklahoma City, OK 73136-0415
Call 405-425-2098 or visit www.dps.state.ok.us with questions.

---

The Official Oklahoma Traffic Collision Report can be obtained by calling the Department of Public Safety Records Management Division at 405-425-2262.

# OFFICIAL OKLAHOMA TRAFFIC COLLISION REPORT

Pg 1 of 6

| | Y | N |
|---|---|---|
| Incident Report | | X |
| Investigation Completed | X | |
| Investigation Made at Scene | X | |
| Photographs | X | |

| | Y | N |
|---|---|---|
| Revised | | X |
| Fatality | | X |
| Hit and Run | | X |

**(1) Reporting Agency:** OKLAHOMA HIGHWAY PATROL
**Case Number (Agency Use):** YE00112-20
**Motor Vehicles Involved:** 02
**Number Injured:** 01
**Number Killed:** 00

**(2) Date of Collision:** 08/08/2020 **Time:** 1619
**County Number and Name:** 09 CANADIAN
**Nearest City or Town:** In [X] 70 OKLAHOMA CITY

**(3) Distance from Nearest City or Town Limits:** 
**Control #:** 00  **Int ID:** 00  **Location:** 00 . 00
**East Grid:** 067 +5  **North Grid:** 026 +0
**Administrative:** PARIS

**(4) Street, Road or Highway:** KILPATRICK TURNPIKE MILE 113
**Distance from At:** 0264  N [X]  **(Nearest) Intersecting Street:** NW 36 ST.

**(5) Unit:** 01  **Occupants:** 01  **Type:** D  **Hit & Run / CMV:** [X]
**Last Name:** MILANOVIC  **First:** OGNJEN  **Sex:** M

**(6) Address:** [redacted]  **City:** [redacted]  **State:** [redacted]

**(7) Driver License Number:** [redacted]  **Class:** A  **Restriction:** Z  **Inj. Sev.:** 3  **Type of Injury:** 2,4  **Drv./Ped. Cond.:** 11  **OP Use:** 01

**(8) Air Bag:** 1  **Ejected:** 1  **Extricated:** 1  **Test:** 5  **(% BAC):** 0.
**Transported by:** EMSA  **To Medical Facility:** OU HOSPITAL
**License Plate:** PA10315  **State:** ON  **Month:** 12  **Year:** 2020

**(9) VIN:** 1XKYDP9X0LJ960146  **Vehicle Year:** 2020  **Color:** BLU  **2nd Color:** 0  **Make:** KW  **Model:** T680  **Veh. Conf.:** 10  **Extent of Damage:** 4

**(10) Insurance Verification:** 3  **Company:** OLD REPUBLIC INS CO  **Policy Number:** T70051D  **Insurance Telephone:** 8665241556

**(11) Vehicle Removed by Driver:** ARROW WRECKER

**(12) Owner's Address:** **Oversized Load:** 0  **Towed Veh. Type:** 00  **Phone present:** [X]

**(14) Unit:** 02  **Occupants:** 00  **Type:** C  **Hit & Run:** / **CMV:** **Last Name:** 9

**(15) Address:** **City:** YUKON  **State:** OK  **Zip:** 73099

**(16) Driver License Number:** 9  **Inj. Sev.:** 0  **Type of Injury:** 0  **Drv./Ped. Cond.:** 00  **OP Use:** 00

**(17) Air Bag:** 0  **Ejected:** 0  **Extricated:** 0  **Test:** 5  **(% BAC):** 0.
**License Plate:** BXZ861  **State:** OK  **Month:** 06  **Year:** 2021

**(18) VIN:** 1FMCU0EG5AKC23076  **Vehicle Year:** 2010  **Color:** WHI  **2nd Color:** 0  **Make:** FORD  **Model:** ESCA  **Veh. Conf.:** 20  **Extent of Damage:** 4

**(19) Insurance Verification:** 2  **Company:** STATE FARM INSURANCE  **Policy Number:** 3623576151  **Insurance Telephone:** 8007828332

**(20) Vehicle Removed by Driver:** [X] Same as Driver  **Owner's Last Name:** MENDENHALL  **First:** EMILY OR MILA

**(21) Owner's Address:** [redacted]  **State:** OK  **Zip:** 73099  **Oversized Load:** 0  **Towed Veh. Type:** 00

**(23) Investigating Officer:** Wayne Linzy  **Badge Number:** 649  **Trp/Div. Assigned:** YE  **Trp/Div. Location:** YE  **Reviewer (Init.):** TL  **Reviewer Badge Number:** 94  **Date of Report:** 08/08/2020

**WARNING - STATE LAW** — Use of contents for commercial solicitation is unlawful

DPS: 0192-01 REV 0107

| Field | Value |
|---|---|
| Case Number | YE00112-20 |
| Pg | 2 of 6 |

**(24) Unit** 00 — Prop. Owner — Pos in Veh 00 — Last Name: OKLA TURNPIKE AUTH
**(25) Address** (Same as Driver): 3500 N ML KING AVE — City: OKLAHOMA CITY — State: OK — Zip: 73111 — Telephone: (405)425-3600
**(26)** Property Type: 20' FENCE

**(27) Unit** 00 — Prop. Owner — Pos in Veh 00 — Last Name: WINDOM — First: CHARLES — Middle: E
**(28) Address**: [redacted]
**(29)** Property Type: 24' PICKETT FENCE

**(30) Unit** 00 — Prop. Owner — Pos in Veh 00 — Last Name: CARR — First: EARLENE
**(31) Address**: [redacted]
**(32)** Property Type: REAR OF HOUSE & FENC

**(33) Unit** 00 — Prop. Owner — Pos in Veh 00 — Last Name: LUMAN — First: CARRIE
**(34) Address**: [redacted]
**(35)** Property Type: PERSONAL PROPERTY

---

*Complete information below if this vehicle is being used for COMMERCE/BUSINESS and has a GVWR/GCWR IN EXCESS OF 10,000 LBS., or has a HAZMAT PLACARD, or is a BUS WITH SEATING FOR NINE OR MORE INCLUDING THE DRIVER*

**(36) Unit** 01 — Carrier Name: HL MOTOR GROUP INC — Address: 15 OLD COLONY ROAD UNIT 33
**(37) City**: RICHMOND HILL — State: ON — Zip: L4E 4 — GVWR: — GCWR: 26K+ lbs. — Axle Qty: 05 — Cargo Body: 03 — Vehicle Use: Interstate Commerce [X]
**(38) U.S. DOT Number**: 2274502 — OK — Haz. Mat. Involved: No [X] — Haz. Mat. Release: No [X]

**(39) Unit** — Carrier Name: (blank)
**(40) City**: (blank)
**(41) U.S. DOT Number**: OK

---

### Position in Vehicle / Vehicle Configuration / Cargo Body Type (legend)

Position in Vehicle:
- 00. Not Applicable
- 18. Front Row - Other
- 28. Second Row - Other
- 38. Third Row - Other
- 48. Fourth Row - Other
- 50. Sleeper Section of Truck Cab

See manual for additional seating examples

Vehicle Configuration:
- 00. N/A
- 01. Passenger Veh.-2 Dr
- 02. Passenger Veh.-4 Dr
- 03. Passenger Veh. Conv.
- 04. Pickup
- 05. Single Unit Truck, 2 axles
- 06. Single Unit Truck, 3+ axles
- 07. School Bus
- 08. Truck/Trailer
- 09. Truck-Tractor (Bobtail)
- 10. Truck-Tractor/Semi-Trailer
- 11. Truck-Tractor/Double
- 12. Truck-Tractor/Triple
- 13. Bus/Large Van 9-15 occupants including driver
- 14. Bus 16+ occupants including driver
- 15. Motorcycle
- 16. Motor Scooter/Moped
- 17. Motor Home
- 18. Farm Machinery
- 19. ATV
- 20. SUV
- 21. Passenger Van
- 22. Truck more than 10,000 lbs., Cannot Classify
- 23. Van 10,000 lbs. or Less
- 24. Other
- 99. Unknown

Cargo Body Type:
- 00. N/A
- 01. Bus 9-15 seats
- 02. Bus 16+ seats
- 03. Van / Enclosed Box / Stock Trailer
- 04. Cargo Tank
- 05. Flatbed
- 06. Intermodal
- 07. Dump Truck/Trailer
- 08. Concrete Mixer
- 09. Auto Transporter
- 10. Garbage/Refuse
- 11. Hopper (grain/chips/gravel)
- 12. Pole Trailer
- 13. Log Trailer
- 14. Vehicle Towing Vehicle
- 15. Other
- 99. Unknown

DPS: 0192-02 REV 0107

Case Number: YE00112-20

# OFFICIAL OKLAHOMA TRAFFIC COLLISION REPORT  Pg 3 of 6

| Unit | Total Lanes in Roadway | Legal Speed | Pedestrian / Pedalcyclist Only | | | |
|---|---|---|---|---|---|---|
| | | | Actions Prior to Collision | Location at Time of Collision | Safety Equip. | Unit Number of Vehicle Striking |
| This unit will correspond to 'Unit 1': 01 | 02 | 70 | | | | |
| This unit will correspond to 'Unit 2': 02 | 00 | 00 | | | | |

**Was the collision in or near a construction, maintenance or utility work zone? (If yes, complete this section)**  Yes ☐  No ☒

**Type of Work Zone**
1. Lane Closure
2. Lane Shift/Crossover
3. Work on Shoulder or Median
4. Intermittent or Moving Work
9. Unknown

**Location of the Work Zone Collision**
1. Before the First Work Zone Warning Sign
2. Advance Warning Area
3. Transition Area
4. Activity Area
5. Termination Area
9. Unknown

**Workers Present**  Yes ☐  No ☐  Unknown ☐

**Light** — 1
1. Daylight
2. Dark-Not Lighted
3. Dark-Lighted
4. Dawn
5. Dusk
6. Dark-Unknown Lighting
7. Other
9. Unknown

**What Vehicle Was Going to Do**  Unit 1: 01  Unit 2: 13
00. Not Applicable
01. Go Ahead
02. Turn Left
03. Turn Right
04. Make "U" Turn
05. Stop
06. Slow for Cause
07. Start from Park/Stop
08. Change Lanes
09. Overtake
10. Pass
11. Back
12. Remain Stopped
13. Remain Parked
14. Enter/Merge in Traffic
15. Negotiate a Curve
16. Park
17. Other
99. Unknown

**Underride/Override**  Unit 1: _  Unit 2: _
0. Not Applicable
1. No Underride or Override
2. Underride, Compartment Intrusion
3. Underride, No Compartment Intrusion
4. Underride, Compartment Intrusion Unknown
5. Override, Motor Vehicle in Transport
6. Override, Other Motor Vehicle
9. Unknown

**Traffic Control**  Unit 1: 00  Unit 2: 00
00. No Control
01. Stop Sign
02. Traffic Signal
03. Flashing Traffic Signal
04. School Zone Signs
05. Yield Sign
06. Warning Sign
07. Railroad Advance Warning Sign
08. Railroad Cross Bucks
09. Railroad Gates
10. Railroad Signal
11. No Passing Zone
12. Person (including flagger, law enforcement, crossing guard, etc.)
13. Abnormal Control
14. Other
99. Unknown

**Trafficway**  Unit 1: 4  Unit 2: 7
0. Not Applicable
1. One Way
2. Two-Way - Not Divided
3. Two-Way - Divided
4. Two-Way - Divided - Positive Median Barrier
5. Turn Lane
6. Ramp / Loop
7. Driveway
8. Alley / Parking Lot
9. Unknown

**Vehicle Removal**  Unit 1: 1  Unit 2: 3
0. Not Applicable
1. Towed Due to Vehicle Damage
2. Towed For Reasons Other Than Damage
3. Remained at Scene
4. Driven from Scene
9. Unknown

**Vehicle Condition**  Unit 1: 01  Unit 2: 01
00. Not Applicable
01. Apparently Normal
02. Brakes
03. Headlights
04. Steering
05. Tail Lights
06. Brake Lights
07. Tires/Wheels
08. Suspension
09. Signal lights
10. Windows
11. Truck Coupling/Trailer Hitch/Safety Chains
12. Mirrors
13. Wipers
14. Power Train
15. Other
99. Unknown

**Special Function of Vehicle**  Unit 1: 00  Unit 2: 00
00. Not Applicable
01. School Bus
02. Transit Bus
03. Intercity Bus
04. Charter Bus
05. Other Bus
06. Military
07. OHP
08. Other Police
09. Other Law Enforcement
10. Ambulance
11. Fire Truck
12. Public Owned Vehicle
13. Highway Equipment
14. Special Mobilized Machine
15. Other  99. Unknown

**Emergency Vehicle Responding to an Emergency**  Unit 1: 0  Unit 2: 0
0. N/A   2. No
1. Yes   9. Unknown

**Unsafe / Unlawful Contributing Factors**  Unit 1: 88  Unit 2: 98

FAILED TO YIELD
01. From Stop Sign
02. From Yield Sign
03. Private Drive
04. County Road at Through Highway
05. From Signal Light
06. From Alley
07. To Pedestrian
08. To Vehicle on Right
09. To Vehicle in Intersection
10. To Emergency Vehicles
12. Other
FOLLOWED TOO CLOSELY
13. Human Element
14. Traffic Condition
15. Weather Condition
UNSAFE SPEED
16. Driver's Ability (Aged)
17. Inexperienced Driver - Young
18. Exceeding Legal Limit
19. For Traffic Conditions
20. For Type of Roadway (Gravel, Dirt, etc.)
21. For Ice or Snow on Roadway
22. Rain or Wet Roadway
23. Wind
24. Other Weather Conditions
25. Vehicle Condition
26. View Obstruction
27. On Curve/Turn
28. Impeding Traffic
29. Other
IMPROPER TURN
30. From Wrong Lane
31. From Direct Course
32. Right
33. Left
34. Turn About/U-Turn
35. To Enter Private Drive
36. In Front of Oncoming Traffic
37. Other
38. CHANGED LANES UNSAFELY
39. STOPPED IN TRAFFIC LANE
FAILED TO STOP
40. For Stop Sign
41. For Traffic Signal
42. For School Bus
43. For Railroad Gates/Signal
44. For Officer/Flagman
45. At Sidewalk/Stopline
46. Other
UNSAFE VEHICLE
47. Brakes
48. Steering
49. Tires
50. Suspension
51. Headlights
52. Tail Lights
53. Stop Lights
54. Wheel
55. Exhaust System
56. Windshield Wipers
57. Other Mechanical Defects
LEFT OF CENTER
58. In Meeting
59. No Passing Zone (Unmarked)
60. Marked Zone
61. Other
IMPROPER OVERTAKING
62. In Marked Zone
63. On Hill/Curve
64. At Intersection
65. Without Sufficient Clearance
66. Other
IMPROPER PARKING
67. On Roadway
68. Where Prohibited
69. Other
INATTENTION
70. Distracted by Passenger in Vehicle
71. Other Distraction Inside Vehicle
72. Distraction From Outside Vehicle
73. Other
WRONG WAY
74. On One Way
75. On Exit Ramp
76. On Entrance Ramp
77. Other
IMPROPER START FROM
78. Parked Position
79. Other
80. ALCOHOL-DUI/DWI
81. DRUG-DUI
OTHER IMPROPER ACT/MOVEMENT
82. Failed to Signal
83. Disregarded Warning Signal
84. Improper Use of Lane
85. Improper Backing
86. Apparently Sleepy
87. Failed to Secure Load
88. Other/Unknown
UNKN./NO IMPROPER ACT
89. Deer in Roadway
90. Animal in Roadway
91. Domestic Animal in Rdwy
92. Avoiding Other Vehicle
93. Avoiding Pedestrian
94. Object/Debris in Roadway
95. Defect in Roadway
96. Abnormal Traffic Control
97. Improper Bicyclist Action
98. NO IMPROPER ACTION BY DRIVER
99. PEDESTRIAN ACTION

**Weather**: 03
01. Clear
02. Fog/Smog/Smoke
03. Cloudy
04. Rain
05. Snow
06. Sleet/Hail (Freezing Rain/Drizzle)
07. Severe Crosswind
08. Blowing Snow
09. Blowing Sand, Soil, Dirt
10. Other
99. Unknown

**What Vehicle Did**  Unit 1: 15  Unit 2: 13
00. Not Applicable
01. Went Ahead
02. Turned Left
03. Turned Right
04. Entered "U" Turn
05. Stopped
06. Slowed
07. Started From Park/Stop
08. Entered Other Lane
09. Overtaking
10. Passing
11. Backed
12. Remained Stopped
13. Remained Parked
14. Entered/Merged
15. Departed Rdwy-Right
16. Departed Rdwy-Left
17. Swerved Right
18. Swerved Left
19. Parked
20. Other
99. Unknown

**Locality**: 6
1. Residential
2. Business
3. Industrial
4. School
5. Not Built-up
6. Mixed Use
7. Other
9. Unknown

**Type of Intersection**: 0
0. Not an Intersection
2. Y-Intersection
3. T-Intersection
4. Four-Way Intersection
5. Five-Point or More
6. Intersection as Part of Interchange
7. Traffic Circle
8. Roundabout
9. Unknown

**Incident Type**: 00
00. Not an Incident
51. Private Property
52. Deliberate Intent
53. Medical Condition
54. Legal Intervention
55. Suicide
57. Drowning
58. Other

**Location of First Harmful Event**: 09
01. On Roadway
02. Shoulder
03. Median
04. Roadside
05. Gore
06. Separator
07. Parking Lane/Zone
08. Off Roadway, Location Unknown
09. Outside Right-of-Way
10. Other
99. Unknown

**Visibility Obscured by**  Unit 1: 99  Unit 2: 00
00. Not Applicable
01. Trees
02. Embankment
03. Building
04. Signs
05. Parked Vehicles
06. High Weeds
07. Fences
08. Shrubbery
09. Ice, Snow or Frost on Windows
10. Smoke
11. Fog
12. Dust
13. Rain
14. Sun
15. Other
99. Unknown

**Driver Distracted by**  Unit 1: 9  Unit 2: 0
0. Not Applicable/None
1. Electronic Communication Devices
2. Other Electronic Device
3. Other Inside Vehicle
4. Other Outside Vehicle
9. Unknown

**Road Surface Conditions**  Unit 1: 01  Unit 2: 01
01. Dry
02. Wet
03. Ice/Frost
04. Snow
05. Mud, Dirt, Gravel
06. Slush
07. Water (standing, moving)
08. Sand
09. Oil
10. Other
99. Unknown

**Road Character**

Grade  Unit 1: 4  Unit 2: 0
1. Level
2. Hillcrest
3. Uphill
4. Downhill
5. Sag (bottom)

Road Alignment  Unit 1: 1  Unit 2: 0
1. Straight
2. Curve - Left
3. Curve - Right

Road Surface Type  Unit 1: 1  Unit 2: 1
1. Concrete
2. Asphalt
3. Gravel
4. Dirt
5. Brick
6. Other
9. Unknown

**Point of First Contact on Vehicle**  Unit 1: 12  Unit 2: 08
**Most Damaged Area**  Unit 1: 12  Unit 2: 08
00. Not Applicable
13. Top
14. Undercarriage
99. Unknown

DPS: 0192-03 REV 0107

Case Number: YE00112-20     Pg 4 of 6

Latitude: 35.5083 N     Longitude: -97.6986 W     Railroad Crossing Number: 

Roadway Orientation: Unit Number 01 — S (NE SW); Unit Number 02 — E (NE SW)





Catamaran Dr · NW 38th St · Unit 2 · Debris · 3716 · 3720 · 3702 · 3706 · Fence · Unit 1 Area of Rest · Path of Unit 1 · JKP Turnpike Southbound

### COLLISION EVENTS

| Unit | First Event | Second Event | Third Event | Fourth Event | Most Harmful Event | First Harmful Event for the Entire Collision |
|---|---|---|---|---|---|---|
| 01 | 17 | 44 | 71 | 35 | 71 | 44 |
| 02 | 34 | 00 | 00 | 00 | 34 |  |

- 00 Not Applicable
- 10 Overturn/Rollover
- 11 Fire/Explosion
- 12 Immersion
- 13 Jackknife
- 14 Cargo/Equipment Loss or Shift
- 15 Equipment Failure (Blown Tire, Brake Failure, etc.)
- 16 Separation of Units
- 17 Departed Road Right
- 18 Departed Road Left
- 19 Cross Median/Centerline
- 20 Downhill Runaway
- 21 Fell/Jumped From Motor Vehicle
- 22 Thrown Or Falling Object
- 23 Other Non-Collision

PERSON, MOTOR VEHICLE, OR NON-FIXED OBJECT:
- 30 Pedestrian
- 31 Pedal Cycle
- 32 Railway Vehicle (train, engine)
- 33 Animal
- 34 Motor Vehicle in Transport
- 35 Parked Motor Vehicle
- 36 Struck by Falling, Shifting Cargo or Anything Set in Motion by Motor Vehicle
- 37 Work Zone/Maintenance Equipment
- 38 Other Non-Fixed Object

FIXED OBJECT:
- 40 Barrier (Cable)
- 41 Barrier (Concrete)
- 42 Barrier (Other)
- 43 Fence Pole
- 44 Fence
- 45 Traffic Signal Support
- 46 Traffic Sign Support
- 47 Utility Pole/Light Support
- 48 Other Post/Pole/Support
- 49 Guardrail/Guardrail Face
- 50 Guardrail End
- 51 Culvert
- 52 Curb
- 53 Island
- 54 Sand Barrels
- 55 Impact Attenuator/Crash Cushion
- 56 Pavement Drop-Off
- 57 Ditch
- 58 Embankment
- 59 Tree (Standing)
- 60 Dividing Strip
- 61 Retaining Wall
- 62 Bridge Abutment
- 63 Bridge Pier or Support
- 64 Bridge Rail
- 65 Bridge Post
- 66 Bridge Curb
- 67 Bridge Super Structure (Beams)
- 68 Bridge Overhead Structure
- 69 Delineator
- 70 Mailbox
- 71 Other Fixed Object
- 72 Other Highway Structure
- 73 Ground
- 99 Unknown

### Remarks

UNIT 1 WAS SOUTHBOUND ON THE KILPATRICK TURNPIKE (JKT) IN THE OUTSIDE LANE. UNIT 1 WENT RIGHT OFF THE ROADWAY JUST AFTER CROSSING SH 66 OP GOING ABOUT 260' THROUGH GRASS EMBANKMENT FIRST STRIKING A FENCE LINE BEHIND 3720 CATAMARAN DR. AOI WAS APPROX 264' NORTH OF THE NORTH EDGE OF NW 36TH ST AND 138' WEST OF THE WEST EDGE OF JKT SB LANES. IN CHRONOLOGY, UNIT 1 WENT THROUGH SECOND FENCE, STRUCK THE REAR OF HOUSE/FENCE 3716 CATAMARAN DR, STRUCK THE FRONT OF DUPLEX 3706 & 3704 CATAMARAN DR, STRUCK UNIT 2 PARKED IN DRIVEWAY OF 3704, STRUCK TREES, MADE A HARD LEFT AT NW 36TH TO THE REAR OF 3700 CATAMARAN DR, STRUCK A SANITARY SEWER THEN CAME TO REST. AOI WAS APPROX 57' NORTH OF THE NORTH EDGE OF NW 36TH AND 129' WEST OF THE WEST EDGE OF JKT SB LANES. UNIT 2 AOR WAS APPROX 75' SOUTH OF ITS IMPACT. PRE-IMPACT THERE IS NO EVIDENCE OF BRAKING OR OPERATOR INPUT. POST IMPACT, ABOUT THE REAR OF 3716 CATAMARAN DR, THERE SEEMS TO BE BOTH STEERING AND BRAKING INPUT. WITNESS STATES SHE SAW UNIT 1 LEAVE THE ROADWAY 'AS IF IT WERE TAKING AN EXIT." UNIT 1 DRIVER STATES THAT HE DID NOT RECALL EVENTS PRIOR TO THE COLLISION, AND THAT HE HAS NO MEDICAL CONDITION THAT SHOULD HAVE CAUSED UNCONSCIOUSNESS. AFTER EVENT INSPECTION OF UNIT 1 BY TRP

This report is based on the officer's investigation of this collision. This report may contain the opinion of the officer.



DPS: 0192-04 REV 0107

Case Number: YE00112-20

# OFFICIAL OKLAHOMA TRAFFIC COLLISION REPORT
## PERSONS SUPPLEMENTAL

Pg 5 of 6

| # | Unit | Pos in Veh. | Last Name | First | Middle | Suffix | DOB (mm/dd/yyyy) | Sex | Property Type |
|---|---|---|---|---|---|---|---|---|---|
| (42) | 00 (Injured) | 00 | MENDENHALL | EMILY | | | | | PERSONAL PROPERTY |
| (45) | 00 (Injured) | 00 | PALMER | ASHLYN | | | | | PERSONAL PROPERTY |
| (48) | 00 (Witness) | 00 | REYNOLDS | MARIE | | | 10/02/1978 | F | |
| (51) | 00 (Injured) | 00 | LUNDY | RANDY | J | | | | DUPLEX OWNER |
| (54) | 00 | 00 | OKLAHOMA CITY UTILITIES | | | | | | SANITARY SEWER TOP |

(55) Address: 420 W MAIN ST    City: OKLAHOMA CITY    State: OK    Zip: 73102    Telephone: 4052972422

DPS: 0192-SUPP01 REV 0107

| Case Number YE00112-20 | **OFFICIAL OKLAHOMA TRAFFIC COLLISION REPORT**<br>**ADDITIONAL NARRATIVE** | Pg 6 of 6 |

RAGLAND S729 DID NOT REVEAL ANY OBVIOUS MECHANICAL DEFECTS. RAGLAND'S INSPECTION REPORT IS #OKI104152005. UNIT 1 DRIVER LOG SHOWS DRIVER HAD BEEN ACTIVE FOR AT LEAST 9 HOURS. INVESTIGATION EVIDENCE POINT TO SLEEPY DRIVER. AERIAL MAPPING AND DIAGRAM ASSISTANCE BY TRP CONWAY #337 (THU) WITH SUPPLEMENTAL REPORT CR03038-20.

PHOTOS WERE TAKEN BY TROOPERS LINZY AND CONWAY, HOMEOWNERS, AND MEDIA AND WERE STORED AT TROOP HQ'S AND INDIVIDUAL DEVICES.



DPS: 0192-SUPP03 REV 0107