# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RANDY LUNDY, ) <br> ) <br> Plaintiff, ) <br> ) <br> -vs- ) <br> ) <br> HL MOTOR GROUP, INC., ) <br> HIGHLIGHT MOTOR FREIGHT ) <br> USA, INC., OLD REPUBLIC ) <br> INSURANCE COMPANY, and ) <br> OGNJEN MILANOVIC, ) <br> ) <br> Defendants. ) <br> _____ ) <br> ) <br> FARMERS MUTUAL FIRE ) <br> INSURANCE COMPANY OF ) <br> OKARCHE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HL MOTOR GROUP, INC. and ) <br> OGNJEN MILANOVIC, ) <br> ) <br> Defendants. ) | Case No. CIV-22-699-F <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br> Case No. CIV-22-752-F |

## **ORDER**

United States Magistrate Judge Shon T. Erwin has set these cases for judicial settlement conference on Tuesday, August 29, 2023, at 1:00 p.m.  *See*, doc. no. 30 (CIV-22-699-F) and doc. no. 33 (CIV-22-752-F).

2

In light of that setting, the court *sua sponte* **EXTENDS** the deadline for the parties in these cases to file motions in limine, requested jury instructions and proposed verdict forms, requested voir dire, trial briefs, and the final pretrial report until **noon on Tuesday September 5, 2023**.

Any responses or objections to motions in limine, requested jury instructions and proposed verdict forms, requested voir dire, and trial briefs shall be filed no later than **noon on Monday, September 11, 2023**.

IT IS SO ORDERED this 10th day of August, 2023.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

22-0699p007.docx