## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| FARMERS MUTUAL FIRE INSURANCE COMPANY OF OKARCHE, <br><br> Plaintiff, <br><br> v. <br><br> HL MOTOR GROUP, INC. and OGNJEN MILANOVIC, <br><br> Defendants. | Case No.: CIV-22-752-F |

## DEPOSITION DESIGNATIONS OF OGNJEN MILANOVIC

Plaintiff, Farmers Mutual Fire Insurance Company of Okarche, designates the following deposition testimony to be used at trial of this matter: Deposition of Ognjen Milanovic, taken on March 15, 2023.

## DIRECT EXAMINATION BY GERARD F. PIGNATO

| Page | Line | Through | Page | Line |
|---|---|---|---|---|
| 6 | 1 | - | 7 | 3 |
| 7 | 17 | - | 8 | 15 |
| 9 | 5 | - | 9 | 19 |
| 11 | 24 | - | 12 | 25 |
| 13 | 21 | - | 14 | 21 |
| 17 | 10 | - | 19 | 1 |
| 19 | 22 | - | 21 | 13 |
| 22 | 15 | - | 23 | 16 |
| 25 | 12 | - | 26 | 17 |
| 27 | 9 | - | 28 | 20 |

| Page | Line | Through | Page | Line |
|------|------|---------|------|------|
| 29 | 20 | - | 36 | 7 |
| 37 | 15 | - | 39 | 12 |
| 39 | 23 | - | 42 | 20 |
| 43 | 9 | - | 45 | 19 |
| 46 | 8 | - | 53 | 24 |
| 54 | 1 | - | 62 | 8 |
| 62 | 11 | - | 62 | 14 |
| 63 | 1 | - | 63 | 19 |
| 64 | 12 | - | 65 | 24 |
| 66 | 1 | - | 66 | 15 |
| 67 | 6 | - | 68 | 23 |
| 71 | 19 | - | 72 | 3 |
| 72 | 20 | - | 74 | 8 |
| 74 | 16 | - | 71 | 24 |
| 76 | 7 | - | 79 | 6 |
| 80 | 16 | - | 82 | 8 |
| 82 | 18 | - | 86 | 4 |
| 86 | 24 | - | 87 | 4 |
| 87 | 14 | - | 89 | 9 |
| 89 | 15 | - | 90 | 17 |
| 91 | 11 | - | 94 | 13 |
| 95 | 7 | - | 104 | 4 |
| 106 | 18 | - | 109 | 15 |
| 109 | 22 | - | 113 | 6 |
| 114 | 14 | - | 117 | 2 |
| 118 | 12 | - | 118 | 23 |

| Page | Line | Through | Page | Line |
|------|------|---------|------|------|
| 119  | 22   | -       | 121  | 3    |
| 123  | 14   | -       | 123  | 23   |
| 124  | 22   | -       | 125  | 3    |

Respectfully submitted,

/s/ Matthew C. Kane
Gerard F. Pignato, OBA No. 11473
Matthew C. Kane, OBA No. 19502
**RYAN WHALEY, PLLC**
400 North Walnut Avenue
Oklahoma City, Oklahoma 73104
Telephone:  (405) 239-6040
Facsimile:   (405) 239-6766
Email:   jerry@ryanwhaley.com
             mkane@ryanwhaley.com

*Attorneys for Plaintiff, Farmers Mutual
 Fire Insurance Company of Okarche*

## CERTIFICATE OF SERVICE

☑    I hereby certify that on August 25, 2023, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Michael T. Franz, Esquire
Jeremy K. Schrag, Esquire

/s/ Matthew C. Kane
For the Firm