IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| FARMERS MUTUAL FIRE INSURANCE COMPANY OF OKARCHE, | |
|---|---|
| Plaintiff, | |
| v. | Case No.: CIV-22-752-F |
| HL MOTOR GROUP, INC. and OGNJEN MILANOVIC, | |
| Defendants. | |

### DEPOSITION DESIGNATIONS OF ALEXANDER SAITOV

Plaintiff, Farmers Mutual Fire Insurance Company of Okarche, designates the following deposition testimony to be used at trial of this matter: Deposition of Alexander Saitov, take on April 5, 2023.

### DIRECT EXAMINATION BY GERARD F. PIGNATO

| Page | Line | Through | Page | Line |
|---|---|---|---|---|
| 5 | 3 | - | 5 | 11 |
| 5 | 17 | - | 9 | 5 |
| 12 | 10 | - | 12 | 14 |
| 16 | 12 | - | 16 | 20 |
| 16 | 23 | - | 17 | 25 |
| 19 | 18 | - | 19 | 25 |
| 21 | 16 | - | 22 | 14 |
| 22 | 17 | - | 22 | 20 |
| 23 | 5 | - | 26 | 23 |
| 27 | 18 | - | 28 | 19 |

| Page | Line | Through | Page | Line |
|---|---|---|---|---|
| 29 | 1 | - | 30 | 6 |
| 30 | 14 | - | 31 | 18 |
| 33 | 13 | - | 33 | 17 |
| 34 | 19 | - | 34 | 22 |
| 35 | 20 | - | 36 | 3 |
| 38 | 22 | - | 40 | 8 |
| 40 | 13 | - | 41 | 9 |
| 41 | 19 | - | 43 | 18 |
| 44 | 19 | - | 45 | 4 |
| 45 | 9 | - | 47 | 16 |
| 47 | 21 | - | 47 | 24 |
| 49 | 13 | - | 50 | 25 |
| 51 | 5 | - | 51 | 7 |
| 51 | 13 | - | 51 | 23 |
| 52 | 11 | - | 54 | 15 |
| 54 | 23 | - | 55 | 3 |
| 55 | 20 | - | 55 | 24 |
| 56 | 18 | - | 57 | 9 |
| 57 | 25 | - | 60 | 5 |
| 60 | 19 | - | 61 | 21 |
| 62 | 3 | - | 62 | 8 |
| 62 | 16 | - | 63 | 4 |
| 65 | 10 | - | 66 | 1 |
| 66 | 11 | - | 69 | 9 |

Respectfully submitted,

/s/ Matthew C. Kane
Gerard F. Pignato, OBA No. 11473
Matthew C. Kane, OBA No. 19502
**RYAN WHALEY, PLLC**
400 North Walnut Avenue
Oklahoma City, Oklahoma 73104
Telephone:  (405) 239-6040
Facsimile:   (405) 239-6766
Email:   jerry@ryanwhaley.com
              mkane@ryanwhaley.com

*Attorneys for Plaintiff, Farmers Mutual
 Fire Insurance Company of Okarche*

## CERTIFICATE OF SERVICE

☑     I hereby certify that on August 25, 2023, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Michael T. Franz, Esquire
Jeremy K. Schrag, Esquire

/s/ Matthew C. Kane
For the Firm