# EXHIBIT 5

Ognjen Milanovic                                           March 15, 2023

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

RANDY LUNDY,                )
                            )
          Plaintiff,        )
                            )
vs.                         ) NO. CIV-22-699-F
                            )
HL MOTOR GROUP, INC.,       )
HIGHLIGHT MOTOR FREIGHT USA,)
INC., OLD REPUBLIC INSURANCE)
COMPANY, AND                )
OGNJEN MILANOVIC,           )
                            )
          Defendants.       )
_____ )

FARMERS MUTUAL FIRE         )
INSURANCE COMPANY OF OKARCHE,)
                            )
          Plaintiff,        )
                            )
vs.                         ) NO. CIV-22-752-F
                            )
HL MOTOR GROUP, INC., AND   )
OGNJEN MILANOVIC,           )
                            )
          Defendants.       )
_____ )

VIDEOTAPED VIDEOCONFERENCE DEPOSITION OF
OGNJEN MILANOVIC
LOCATED IN BELGRADE, SERBIA
TAKEN ON BEHALF OF THE PLAINTIFFS
ON MARCH 15, 2023
REPORTED BY: JANA C. HAZELBAKER, CSR

Page 2

 1       A P P E A R A N C E S
 2
         (All parties are appearing via videoconference.)
 3
 4   For the Plaintiff,     Gerard F. Pignato
     Farmers Mutual Fire       Ryan Whaley
 5   Insurance Company     400 North Walnut
     of Okarche:          Oklahoma City, OK  73104
 6                         (405)239-6040
                           jerry@ryanwhaley.com
 7
 8
     For the Defendants,    Michael T. Franz
 9   HL Motor Group,        Lewis Brisbois
     Ognjen Milanovic,      Bisgaard & Smith
10   and Old Republic      550 West Adams Street
     Insurance Company:     Suite 300
11                         Chicago, IL  60661
                           (312)463-3329
12                         michael.franz@
                           lewisbrisbois.com
13
14
     For the Plaintiff,     Rodney Stewart
15   Randy Lundy:          Stewart Law Firm
                           801 N.W. 63rd Street
16                         Suite 100
                           Oklahoma City, OK  73116
17                         (405)601-6060
                           rstewart@rstewartlaw.com
18
19
     Videographer:          Bruce Rodgers
20
21
     Also Present:          Joanne Butterworth
22                          Legal assistant
                            Gerald Knecht
23
24
25

Page 3

 1              C O N T E N T S
 2                                    Page
 3   Index of Exhibits .........................   4
 4   Stipulations .............................   5
 5   Direct Examination by Mr. Pignato .........    6
 6   Direct Examination by Mr. Stewart .........   75
 7   Reporter's Certificate ....................  127
 8
 9              * * * * * *
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 4

 1              INDEX OF EXHIBITS
 2                                          Page
 3   Exhibit Number 1 (Driver logs) .............   38
 4   Exhibit Number 2 (Photo, Farmers Mutual 0377)  56
 5   Exhibit Number 3 (Photo, Farmers Mutual 0374)  57
 6   Exhibit Number 4 (Photo, Farmers Mutual 0378)  58
 7   Exhibit Number 5 (Photo, Farmers Mutual 0375)  58
 8   Exhibit Number 6 (Photo, Farmers Mutual 0376)  59
 9   Exhibit Number 7 (Photo, Farmers Mutual 0379)  59
10   Exhibit Number 8 (Photo, Farmers Mutual 0380)  60
11   Exhibit Number 9 (Photo, Farmers Mutual 0382)  60
12   Exhibit Number 10 (Photo, Farmers Mutual 0383)  61
13   Exhibit Number 11 (Photo, Farmers Mutual 0384)  61
14   Exhibit Number 12 (Photo, Farmers Mutual 0385)  61
15   Exhibit Number 13 (Google Maps aerial photo)  62
16   Exhibit Number 14 (Accident Report, Farmers
         Mutual 0333 through 0339) ...............   64
17
18              * * * * * *
19
20
21
22
23
24
25

1 (Pages 1 to 4)

Ognjen Milanovic                                    March 15, 2023

---

Page 113

```
 1       Q   All right.  So since this accident occurred
 2   in August of 2020, other than whatever medical
 3   providers you saw at the hospital immediately
 4   afterwards, has any physician identified to you what
 5   caused you to run off the roadway?
 6       A   No.
 7       Q   And I want to stop and talk about that now.
 8   So -- so in responding to some of Mr. Pignato's
 9   questions I heard you say different things, and we
10   need to pin you down because this is an important
11   issue in the case.  Okay?
12       A   Nothing to tell me 100 percent, so --
13       Q   I -- I understand, but let's do what we can
14   here.  Okay?
15       A   Okay.
16       Q   So you mentioned in -- in one of your
17   answers to Mr. Pignato earlier that -- that someone
18   at -- I think you said "at the hospital," but I want
19   to clarify.  I want to be fair to you.
20       A   Yeah, to the best of my recollection.
21       Q   Yeah, somebody at the hospital said that
22   you could have been fatigued or dehydrated.
23       A   Yes.
24       Q   Do you recall saying that?
25       A   Yes.
```

Page 114

```
 1       Q   And -- and was that a physician there at
 2   the OU Medical Center where you were taken?
 3       A   I don't recall who it was.  I talked to
 4   many people and I was groggy, so, yeah, I don't
 5   remember.
 6       Q   And then you also said, in response to one
 7   of Mr. Pignato's questions, that -- that someone at
 8   the hospital may have said you had a sudden loss of
 9   consciousness, right?
10       Now, you would agree with me those are --
11   those are two different -- I suppose they could be
12   two different things, right?
13       A   Yes.
14       Q   If you're fatigued and dehydrated, I
15   suppose you could pass out and lose consciousness,
16   right?
17       A   Yes.
18       Q   But fatigue and dehydration would be
19   something within your control.  You agree with that?
20       A   Sure.
21       Q   All right.  If you're feeling dehydrated,
22   if you're feeling fatigued, it's time to pull over
23   and stop driving.  Agree?
24       A   Uh-huh.
25       Q   Yes?
```

Page 115

```
 1       A   Yes.
 2       Q   You shouldn't keep driving if you're
 3   fatigued and dehydrated to the point that you lose
 4   consciousness and run off the roadway, right?
 5       A   Correct.
 6       Q   And if that's what occurred here, you would
 7   agree the accident would be your fault, and by
 8   extension, the fault of HL Motor Group.  Agree?
 9       A   I wouldn't -- I didn't feel that way so I
10   don't know how I can agree with that.
11       Q   Well, when you say you didn't feel that
12   way, you've kind of said some different things here
13   today.  You've -- you've indicated you don't remember
14   that day at all.  Okay?  You've said that many times
15   throughout the deposition.
16       You've also said that -- that -- that you
17   remember needing to take your break, that you felt
18   like you were looking for your next break stop,
19   right?
20       A   Yes, that is -- I remember the -- wanting
21   to pick the break.
22       Other than that, meaning the day,
23   significant parts of it, meaning what happened there,
24   that, I do not remember.
25       Q   Right.  So --
```

Page 116

```
 1       A   The only thing I remember is I was planning
 2   on stopping at some point.
 3       Q   All right.  But --
 4       A   That's the only thing I remember.  I don't
 5   remember being fatigued or thirsty or anything like
 6   that.  I really do not.
 7       Q   Okay.  But you also don't remember the
 8   reverse of that.  You don't remember feeling, "Hey,
 9   I'm not fatigued.  I feel great.  Life is good, I
10   could keep going for another 500 miles."  You don't
11   remember feeling that, either, right?
12       A   I have never felt that in my life, no.
13       Q   Okay.  Well, I'm just trying to figure out,
14   are -- are you saying you were not feeling fatigued
15   or you were not dehydrated, or are you simply saying
16   you don't recall feeling either of those things?
17       A   I don't -- if I had felt that, which I have
18   in the past, I would have done something about it,
19   but I don't remember feeling that.
20       Q   And the something you would have done about
21   it would be look for a place to pull over and take a
22   break, right?
23       A   Yeah, there's always somewhere close by.
24       Q   Okay.  And, in fact, that's the last thing
25   you remember is looking for a place to pull over and
```

D&R REPORTING & VIDEO, INC.
(800)771-1500 / depo@drreporting.com