## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **FARMERS MUTUAL FIRE INSURANCE COMPANY OF OKARCHE,** | )<br>)<br>) |
| Plaintiff, | )<br>) |
| -vs- | ) Case No. CIV-22-752-F<br>) |
| **HL MOTOR GROUP, INC and OGNJEN MILANOVIC,** | )<br>)<br>) |
| Defendants. | ) |

### ORDER

On August 29, 2023, Magistrate Judge Shon T. Erwin conducted a settlement conference with Plaintiff Farmers Mutual appearing with lead trial Counsel Jerry Pignato and party representatives Gerald Knecht and Daniel G. Webber. Defendants HL Motor Group, Inc. and Ognjen Milanovic appeared with lead trial counsel Michael T. Franz and party representative Kelly Bradley, Lead Resolution Manager.

**The case settled.**

ENTERED on August 31, 2023.

_____
SHON T. ERWIN
UNITED STATES MAGISTRATE JUDGE