# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| FARMERS MUTUAL FIRE INSURANCE COMPANY OF OKARCHE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>HL MOTOR GROUP, INC. and OGNJEN MILANOVIC,<br><br>　　　　Defendants. | Case No: CIV-22-752-F |

## MOTION PURSUANT TO ADMINISTRATIVE CLOSING ORDER

The parties successfully settled the instant litigation via settlement conference with Judge Erwin on August 29, 2023. That same day, the Court entered its Administrative Closing Order (Doc. 45), providing that the case would be closed within 30 days absent any filings by the parties. To date, Plaintiff has yet to receive payment of settlement funds from Defendants. Plaintiff thus respectfully requests the Court extend the deadline an additional fourteen days, until October 12, 2023, to allow for the provision of such funds, or, alternatively, for Plaintiff to file a motion to enforce. A proposed order is being submitted contemporaneously herewith.

Respectfully Submitted,

s/ Matthew C. Kane
Gerard F. Pignato, OBA No. 11473
Matthew C. Kane, OBA No. 19502
**RYAN WHALEY, PLLC**
400 North Walnut Avenue
Oklahoma City, Oklahoma 73104
Telephone: (405) 239-6040
Facsimile: (405) 239-6766
Email: jerry@ryanwhaley.com
  mkane@ryanwhaley.com

*Attorneys for Plaintiff, Farmers Mutual Fire Insurance Company of Okarche*

## CERTIFICATE OF SERVICE

☑ I hereby certify that on September 28, 2023, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Michael T. Franz, Esquire
Jeremy K. Schrag, Esquire

s/ Matthew C. Kane
For the Firm