# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| FARMERS MUTUAL FIRE INSURANCE COMPANY OF OKARCHE,<br><br>    Plaintiff,<br><br>v.<br><br>HL MOTOR GROUP, INC. and OGNJEN MILANOVIC,<br><br>    Defendants. | Case No: CIV-22-752-F |

## ORDER

Before the Court is Farmers Mutual Fire Insurance Company of Okarche's Motion Pursuant to Administrative Closing Order. (Doc. 47). For good cause shown, Plaintiff's Motion is GRANTED. The Court extends the terms of the August 29, 2023 Administrative Closing Order until October 12, 2023.

IT IS SO ORDERED this 29th day of September, 2023.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

22-0752p004.PO.docx