IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| FARMERS MUTUAL FIRE INSURANCE COMPANY OF OKARCHE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>HL MOTOR GROUP, INC. and OGNJEN MILANOVIC,<br><br>　　　　Defendants. | Case No: CIV-22-752-F |

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to FED. R. CIV. P. 41(a) (1)(A)(ii), the parties jointly stipulate to the dismissal with prejudice of the above-styled and numbered action. Each party shall bear his/its own attorney's fees and costs.

　　　　　　　　　　　　　　　　　Respectfully Submitted,


　　　　　　　　　　　　　　　　　s/ Gerard F. Pignato
　　　　　　　　　　　　　　　　　Gerard F. Pignato, OBA No. 11473
　　　　　　　　　　　　　　　　　Matthew C. Kane, OBA No. 19502
　　　　　　　　　　　　　　　　　**RYAN WHALEY, PLLC**
　　　　　　　　　　　　　　　　　400 North Walnut Avenue
　　　　　　　　　　　　　　　　　Oklahoma City, Oklahoma 73104
　　　　　　　　　　　　　　　　　Telephone:  (405) 239-6040
　　　　　　　　　　　　　　　　　Facsimile:   (405) 239-6766
　　　　　　　　　　　　　　　　　Email:  jerry@ryanwhaley.com
　　　　　　　　　　　　　　　　　　　　　　mkane@ryanwhaley.com
　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff, Farmers Mutual*
　　　　　　　　　　　　　　　　　 *Fire Insurance Company of Okarche*

1

2

        s/ *Michael  T. Franz*
        (*Submitted by Plaintiff's counsel with permission of Mr. Franz*)
        Michael T. Franz
        **LEWIS BRISBOIS BISGAARD & SMITH LLP**
        550 West Admas Street, Suite 300
        Chicago, Illinois 60661
        Telephone:  (312) 463-3329
        Facsimile:   (312) 345-1776
        Email:  Michael.franz@lewisbrisbois.com
        *Attorney for Defendants*